AO 240  (Rev. 07/10) Application to Proceed in District Court Without Prepaying Fees or Costs (Short Form)

# UNITED STATES DISTRICT COURT
for the

MATTHEW JOYCE

| | |
|---|---|
| _Plaintiff/Petitioner_ | ) |
| Affirm Inc. et all    v. | )     Civil Action No. |
| _Defendant/Respondent_ | )     **2:25-at-00827** |

## APPLICATION TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING FEES OR COSTS
### (Short Form)

     I am a plaintiff or petitioner in this case and declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief requested.

     In support of this application, I answer the following questions under penalty of perjury:

     1. _If incarcerated._ I am being held at: _____ .
If employed there, or have an account in the institution, I have attached to this document a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months for any institutional account in my name.  I am also submitting a similar statement from any other institution where I was incarcerated during the last six months.

     2. _If not incarcerated._  If I am employed, my employer's name and address are:

My gross pay or wages are:  $ __2000__ , and my take-home pay or wages are· __2,000__ per
_(specify pay period)_  __month__ .

     3. _Other Income._ In the past 12 months, I have received income from the following sources _(check all that apply)_:

| | | |
|---|---|---|
| (a) Business, profession, or other self-employment | ☑ Yes | ☐ No |
| (b) Rent payments, interest, or dividends | ☐ Yes | ☑ No |
| (c) Pension, annuity, or life insurance payments | ☐ Yes | ☑ No |
| (d) Disability, or worker's compensation payments | ☐ Yes | ☑ No |
| (e) Gifts, or inheritances | ☐ Yes | ☑ No |
| (f) Any other sources | ☐ Yes | ☐ No |

     _If you answered "Yes" to any question above, describe below or on separate pages each source of money and state the amount that you received and what you expect to receive in the future._

AO 240  (Rev. 07/10) Application to Proceed in District Court Without Prepaying Fees or Costs (Short Form)

4. Amount of money that I have in cash or in a checking or savings account:  $ __5l3.__ .

5. Any automobile, real estate, stock, bond, security, trust, jewelry, art work, or other financial instrument or thing of value that I own, including any item of value held in someone else's name *(describe the property and its approximate value)*:

I am 49% owner of DMK Distributors, LLC. That value would be $678,000. My home is valued at $405,000.

6. Any housing, transportation, utilities, or loan payments, or other regular monthly expenses *(describe and provide the amount of the monthly expense)*:

My payments for my mortgage are $1847. (Recently paid by my parents.
The payments for my routes (DMK Dist., LLC) are $9503/mos. and $1775, and $2920/mos. I am 49% financially responsible for my partner/stepfather has been paying these.

7. Names (or, if under 18, initials only) of all persons who are dependent on me for support, my relationship with each person, and how much I contribute to their support:

Brielle Pittman, domestic partner.
Housing & maintenance, currently being sustained by my parents.

8. Any debts or financial obligations *(describe the amounts owed and to whom they are payable)*:

credit cards  see attached

*Declaration:* I declare under penalty of perjury that the above information is true and understand that a false statement may result in a dismissal of my claims.

Date:  06/27/2025

_____
Applicant's signature

Matthew Joyce
_____
Printed name

AO 239  (Rev. 01/15) Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form)

# UNITED STATES DISTRICT COURT
for the

### EASTERN DISTRICT OF CA

| | |
|---|---|
| **MATTHEW JOYCE** | ) |
| *Plaintiff/Petitioner* | ) |
| | ) Civil Action No.  **2:25-at-00827** |
| **AFFIRM, INC. ET AL.,** | ) |
| *Defendant/Respondent* | ) |

### APPLICATION TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING FEES OR COSTS
### (Long Form)

| **Affidavit in Support of the Application** | **Instructions** |
|---|---|
| I am a plaintiff or petitioner in this case and declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief requested.  I declare under penalty of perjury that the information below is true and understand that a false statement may result in a dismissal of my claims.<br><br>Signed: _MatJoyce_ | Complete all questions in this application and then sign it. Do not leave any blanks: if the answer to a question is "0," "none," or "not applicable (N/A)," write that response. If you need more space to answer a question or to explain your answer, attach a separate sheet of paper identified with your name, your case's docket number, and the question number.<br><br>Date: 06/27/2025 |

1. For both you and your spouse estimate the average amount of money received from each of the following sources during the past 12 months. Adjust any amount that was received weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate. Use gross amounts, that is, amounts before any deductions for taxes or otherwise.

| Income source | Average monthly income amount during the past 12 months | | Income amount expected next month | |
|---|---|---|---|---|
| | You | Spouse | You | Spouse |
| Employment | $ 0 | $ N/A | $ 0 | $ N/A |
| Self-employment | $ 4621. | $ N/A | $ 2000. | $ N/A |
| Income from real property *(such as rental income)* | $ 0 | $ N/A | $ 0 | $ N/A |
| Interest and dividends | $ 0 | $ N/A | $ 0 | $ N/A |
| Gifts | $ 0 | $ N/A | $ 0 | $ N/A |
| Alimony | $ 0 | $ N/A | $ 0 | $ N/A |
| Child support | $ 0 | $ N/A | $ 0 | $ N/A |

AO 239 (Rev. 01/15) Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form)

| | | | | |
|---|---|---|---|---|
| Retirement *(such as social security, pensions, annuities, insurance)* | $ *Ø* | $ N\|A | $ *Ø* | $ N\|A |
| Disability *(such as social security, insurance payments)* | $ *Ø* | $ N\|A | $ *Ø* | $ N\|A |
| Unemployment payments | $ *Ø* | $ N\|A | $ *Ø* | $ N\|A |
| Public-assistance *(such as welfare)* | $ *Ø* | $ N\|A | $ *Ø* | $ N\|A |
| Other *(specify)*: | $ *Ø* | $ N\|A | $ *Ø* | $ N\|A |
| **Total monthly income:** | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |

2.    List your employment history for the past two years, most recent employer first. *(Gross monthly pay is before taxes or other deductions.)*

| Employer | Address | Dates of employment | Gross monthly pay |
|---|---|---|---|
| DMK Distributors, LLC | 1500 Rivermill Dr. 101 Wake Forest, NC 27587 | 02.2019 - Current | $ 4621. |
| N\|A | N\|A | N\|A | $ N\|A |

3.    List your spouse's employment history for the past two years, most recent employer first. *(Gross monthly pay is before taxes or other deductions.)*

| Employer | Address | Dates of employment | Gross monthly pay |
|---|---|---|---|
| N\|A | N\|A | N\|A | $ N\|A |
| N\|A | N\|A | N\|A | $ N\|A |
| N\|A | N\|A | N\|A | $ N\|A |

4.    How much cash do you and your spouse have? $ _____*Ø*_____

Below, state any money you or your spouse have in bank accounts or in any other financial institution.

| Financial institution | Type of account | Amount you have | Amount your spouse has |
|---|---|---|---|
| Bank of America | checking acct. individual | $ 13. | $ N\|A |
| Pinnacle | checking acct. joint with mother | $ 500. | $ N\|A |
| | | $ | $ N\|A |

If you are a prisoner, you must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

AO 239 (Rev. 01/15) Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form)

5.    List the assets, and their values, which you own or your spouse owns. Do not list clothing and ordinary household furnishings.

| Assets owned by you or your spouse | |
|---|---|
| Home *(Value)* | $ 405,000. |
| Other real estate *(Value)*   N\|A | $ Ø |
| Motor vehicle #1 *(Value)*   N\|A | $ Ø |
| Make and year:   N\|A | |
| Model:   N\|A | |
| Registration #:   N\|A | |
| Motor vehicle #2 *(Value)*   N\|A | $ Ø |
| Make and year:   N\|A | |
| Model:   N\|A | |
| Registration #:   N\|A | |
| Other assets *(Value)*  49% owner of DMK Distributors, LLC | $ 678,000. |
| Other assets *(Value)*   N\|A | $ N\|A |

6.    State every person, business, or organization owing you or your spouse money, and the amount owed.

| Person owing you or your spouse money | Amount owed to you | Amount owed to your spouse |
|---|---|---|
| N\|A | $ N\|A | $ N\|A |
| N\|A | $ N\|A | $ N\|A |
| N\|A | $ N\|A | $ N\|A |

7.    State the persons who rely on you or your spouse for support.

| Name (or, if under 18, initials only) | Relationship | Age |
|---|---|---|
| Brielle Pittman | domestic partner | 30 |
| N\|A | N\|A | N\|A |
| N\|A | N\|A | N\|A |

AO 239 (Rev. 01/15) Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form)

8. Estimate the average monthly expenses of you and your family. Show separately the amounts paid by your spouse. Adjust any payments that are made weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate.

| | You | Your spouse |
|---|---|---|
| Rent or home-mortgage payment *(including lot rented for mobile home)*<br>Are real estate taxes included? ☐ Yes ☒ No<br>Is property insurance included? ☐ Yes ☒ No | $ 1,847.00 | $ N\A |
| Utilities *(electricity, heating fuel, water, sewer, and telephone)* | $ 332.00 | $ N\A |
| Home maintenance *(repairs and upkeep)* | $ 150.00 | $ N\A |
| Food | $ 600.00 | $ N\A |
| Clothing | $ 125.00 | $ N\A |
| Laundry and dry-cleaning | $ 37.00 | $ N\A |
| Medical and dental expenses | $ 600.00 | $ N\A |
| Transportation *(not including motor vehicle payments)* | $ 550.00 | $ N\A |
| Recreation, entertainment, newspapers, magazines, etc. | $ N/A | $ N\A |
| Insurance *(not deducted from wages or included in mortgage payments)* | | |
|     Homeowner's or renter's: | $ 200.00 | $ N\A |
|     Life: | $ N\A | $ N\A |
|     Health: | $ 325.00 | $ N\A |
|     Motor vehicle: | $ N\A | $ N\A |
|     Other: | $ N/A | $ N\A |
| Taxes *(not deducted from wages or included in mortgage payments) (specify):*<br>2024 personal income taxes pd. for by parents | $ N/A | $ N\A |
| Installment payments | | |
|     Motor vehicle: | $ N\A | $ N\A |
|     Credit card *(name):* see attached | $ 2,738.00 | $ N\A |
|     Department store *(name):* | $ N/A | $ N\A |
|     Other: | $ N/A | $ N\A |
| Alimony, maintenance, and support paid to others | $ | $ N\A |

AO 239  (Rev. 01/15) Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form)

| | | |
|---|---|---|
| Regular expenses for operation of business, profession, or farm *(attach detailed statement)* | $ | $ |
| Other *(specify)*: | $ | $ |
| **Total monthly expenses:** | $  7,504 | $          0.00 |

9.    Do you expect any major changes to your monthly income or expenses or in your assets or liabilities during the next 12 months?

☑ Yes    ☐ No       If yes, describe on an attached sheet.

10.    Have you spent — or will you be spending — any money for expenses or attorney fees in conjunction with this lawsuit?    ☑ Yes  ☐ No

If yes, how much?   $ _____

11.    Provide any other information that will help explain why you cannot pay the costs of these proceedings.

The circumstances that are the basis for this lawsuit have left me incapacitated. I have been unable to work to sustain myself. My parents have been supporting me, as well as trying

12.    Identify the city and state of your legal residence. to maintain the value of my route Chapel Hill, North Carolina      in my absence.

Your daytime phone number:      321. 987. 3397

Your age:   37    Your years of schooling:     14

13.  Parents paid property taxes to Durham County 05.12.2025 $ 3515.20.

*Page 4 - Credit Cards (monthly payments)*

      Citi Bank credit card - $200.00

      Apple credit card - $40.00

      Chase credit card - $100.00

      Affirm - $2,000.00

      GBank credit card - $232.00

      Gemini credit card - $166.00