**LAW OFFICE OF RESHMA KAMATH**
**RESHMA KAMATH,** Cal. Bar No. 333800
2648 International Blvs, Suite 115 #294, Oakland, California 94601
Ph.: (650) 257-0719; (213) 410-1019
E.: reshmakamath2021@gmail.com
Counsel for Plaintiff MATTHEW JOYCE

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MATTHEW JOYCE, an individual, Plaintiff(s), ) | Case No.: 2:25-cv-01868-DJC-CSK |
| vs. ) ) ) | **PLAINTIFF'S REQUEST TO ADD DEFENDANT AFFIRM LOAN SERVICES LLC AS DOE DEFENDANT 1** |
| AFFIRM INC. ET AL., ) ) | |
| Defendant(s). ) ) ) ) ) ) ) ) ) | |

1

1. Wherein, Plaintiff Matthew Joyce had named as Defendant, AFFIRM INC. domiciled as corporation in Pittsburgh, PA;

2. Wherein, Plaintiff Matthew Joyce realized his loan was also processed by AFFIRM LOAN SERVICES LLC domiciled in San Francisco, CA as as Delaware limited liability company with principal address, 650 CALIFORNIA STREET, 12TH FLOOR, SAN FRANCISCO, CA 94108;

3. Wherein, Plaintiff Matthew Joyce prior had believed and was informed that the two entities were one and the same;

4. Wherein, however, upon further scrutiny into documents with counsel, Plaintiff Matthew Joyce has confirmed that AFFIRM LOAN SERVICES LLC domiciled as limited liability company in San Francisco, CA is a separate entity;

5. Wherein, Plaintiff Matthew Joyce names AFFIRM LOAN SERVICES LLC as Doe Defendant #1 in the afore-captioned complaint.

6. Plaintiff Matthew Joyce requests the Clerk to **issue summons as to AFFIRM LOAN SERVICES LLC as Doe Defendant #1** in the afore-captioned complaint for service to occur in conformity with federal rules of procedure.

DATED: October 26, 2025.                **LAW OFFICE OF RESHMA KAMATH**

*/S/ Reshma Kamath*

Reshma Kamath

Counsel for Plaintiff JOYCE