**DUANE MORRIS LLP**
Karen L. Alexander (SBN 265926)
KLAlexander@duanemorris.com
Daniel D. Wall (SBN 311391)
DWall@duanemorris.com
Spear Tower
One Market Plaza, Suite 2200
San Francisco, California 94105-1127
Telephone:    +1 415 957 3000
Facsimile:    +1 415 957 3001

Specially appearing for Defendant,
ARB GAMING LLC dba MODO

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| MATTHEW JOYCE, an individual,<br><br>Plaintiff,<br><br>v.<br><br>ARB GAMING LLC dba MODO, a Delaware limited liability company; B2SERVICES OU dba MCLUCK; AFFIRM, INC.; and DOES 1-10 inclusive,<br><br>Defendants. | Case No. 2:25-cv-01868-DJC-CSK<br><br>**DECLARATION OF KAREN L. ALEXANDER IN SUPPORT OF DEFENDANT ARB GAMING LLC DBA MODO'S *EX PARTE* APPLICATION FOR AN EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT BY SIXTY (60) DAYS**<br><br>**[Civil Local Rule 144]**<br><br>**Date:**<br>**Time:**<br>**Dept:**    **Courtroom 7, 14th Floor**<br>**Judge:**   **Hon. Daniel J. Calabretta**<br><br>Trial Date:  None Set<br>Date Class Action Filed:  June 30, 2025 |

## DECLARATION OF KAREN L. ALEXANDER

I, Karen L. Alexander, declare and state as follows:

1.    I am counsel of record for Defendant ARB GAMING LLC ("Defendant" or "ARB Gaming") in the above-captioned matter. I am specially appearing for the limited purpose of seeking to extend ARB Gaming's time in which to bring its Motion to Quash Service of Summons, Motion to Dismiss for lack of personal jurisdiction, Motion to Compel Arbitration, and/or Motion to Stay the Proceedings during the pendency of an arbitration proceeding that is already in progress between the parties.

2.    I have personal knowledge of the facts stated in this declaration to the best of my knowledge and recollection and, if called as a witness, could and would testify competently to them.

3.    ARB Gaming has advised me that they were served with the Complaint and Summons on November 10, 2025.

4.    On November 17, 2025, Mr. Joyce advised us by email that in connection with this matter, his attorney had been disbarred and he was seeking to proceed in pro per while attempting to secure new counsel.

5.    On November 18, 2025, I communicated with Mr. Joyce by email and asked if he would stipulate to extend ARB Gaming's time to respond to the Complaint by 60 days to allow him time to try to locate new counsel and to provide my team with time to meet and confer with his new counsel before we file any motions on ARB Gaming's behalf.

6.    On November 24, 2025, I followed up with Mr. Joyce to see if he had a response to my email and if we couldn't reach a stipulation, we would bring an Ex Parte Application seeking the 60-day extension.  He responded and indicated that he would not stipulate to the extension of time and that "If your client needs additional time, that's a matter for the arbitrator to decide."  A true and correct copy of our relevant email correspondence is attached as Exhibit A.

/ / /

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct to the best of my knowledge and ability.

Executed this 25th day of November 2025, at San Diego, California.

By: /s/ Karen L. Alexander
Karen L. Alexander

DUANE MORRIS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

3
DEC OF KAREN ALEXANDER ISO DEFENDANT'S EX PARTE APPLICATION FOR AN EXTENSION OF TIME
TO RESPOND TO COMPLAINT
2:25-cv-01868-DJC-CSK

# EXHIBIT A

| | |
|---|---|
| **From:** | Alexander, Karen L. |
| **Sent:** | Monday, November 24, 2025 12:56 PM |
| **To:** | Matthew Joyce |
| **Cc:** | Saurack, Walter A.; Wang, Katie; Wall, Daniel Donahoe |
| **Subject:** | RE: Case 2:25-cv-01868-DJC-CSK Joyce v. ARB Gaming LLC et al. |

Dear Mr. Joyce,

Thank you for the response.  We will proceed with filing an Ex Parte Application before the Eastern District Court of California to request a 60-day extension of ARB's time to respond in Case No. 2:25-cv-01868-DJC-CSK.  We will attach this email chain as an exhibit to our Ex Parte Application in order to keep the Judge apprised of both parties' positions.

We will serve a copy of our filing upon you by email and hard copy mail when it is filed.

Thanks, Karen

**Karen L. Alexander**
Partner
Duane Morris LLP
750 B Street, Suite 2900
San Diego, CA 92101-4681
**P:** +1 619 744 2224
**F:** +1 619 374 2703
klalexander@duanemorris.com
www.duanemorris.com

**From:** Matthew Joyce <matthewtjoyce@yahoo.com>
**Sent:** Monday, November 24, 2025 12:24 PM
**To:** Alexander, Karen L. <KLAlexander@duanemorris.com>
**Cc:** Saurack, Walter A. <WASaurack@duanemorris.com>; Wang, Katie <KWang@duanemorris.com>; Wall, Daniel Donahoe <DWall@duanemorris.com>
**Subject:** Re: Case 2:25-cv-01868-DJC-CSK Joyce v. ARB Gaming LLC et al.

Ms. Alexander,

Thank you for your email. I will not be stipulating to the 60-day extension, so no need to draft that on my account. If your client needs additional time, that's a matter for the arbitrator to decide. I will continue to address all matters through appropriate filings. Please confirm receipt of this email.

Respectfully,
Matthew Joyce
Pro Se Plaintiff
(321) 987-3397
matthewtjoyce@yahoo.com

On Monday, November 24, 2025 at 10:51:40 AM EST, Alexander, Karen L. <klalexander@duanemorris.com> wrote:

1

Exhibit A - 001

Dear Mr. Joyce,

I am following up on this email to see if we can reach an agreement to extend ARB's December 1 responsive pleading deadline by 60 days to February 2, 2026, so that you have time to try to locate new counsel and we have time to meet and confer with your new counsel before we file any motions on ARB's behalf.  If so, I will prepare a Stipulation and Proposed Order for your review and approval we can get that filed.

In the absence of such an agreement, we will need to file an Ex Parte Application with the Court this week seeking such relief.  (See Civ. L.R. 144.)  In that case, please let me know your availability for a phone call today to meet and confer to discuss our forthcoming Ex Parte Application and request for relief.

Thanks, Karen

**Karen L. Alexander**
Partner
Duane Morris LLP
750 B Street, Suite 2900
San Diego, CA 92101-4681
**P:** +1 619 744 2224
**F:** +1 619 374 2703
klalexander@duanemorris.com
www.duanemorris.com

**From:** Alexander, Karen L.
**Sent:** Tuesday, November 18, 2025 3:08 PM
**To:** Matthew Joyce <matthewtjoyce@yahoo.com>
**Cc:** Saurack, Walter A. <WASaurack@duanemorris.com>; Wang, Katie <KWang@duanemorris.com>; Wall, Daniel Donahoe <DWall@duanemorris.com>
**Subject:** Case 2:25-cv-01868-DJC-CSK Joyce v. ARB Gaming LLC et al.

Dear Mr. Joyce,

I am in receipt of your letter to the Court dated November 17, 2025, in which you indicate that your attorney was disbarred and you are now proceeding in pro per in this matter.  If that has changed and you are now represented by counsel in this matter, please forward this letter to your counsel and ask them to respond to me directly.

My firm and I represent ARB in this matter.  Previously, we had advised your attorney Ms. Kamath that we would accept service of the Complaint and Summons on ARB's behalf.  Notwithstanding this offer, we never heard back from your attorney and instead were advised by ARB that they were served with the Summons and Complaint on November 10, 2025.

Based on our review, it appears service of the Summons and Complaint may have been insufficient / inadequate.  We are presently evaluating ARB's options for filing a Motion to Quash Service of Summons as well as a Motion to Dismiss for Lack of Personal Jurisdiction, Motion to Compel Arbitration, Motion to Transfer Venue, and Motion to Dismiss for Failure to State a Claim.  Based on a service date of November 10, our Motions would be due on December 1, 2025.

Prior to filing any motions, we would like an opportunity to meet and confer to see if an agreement can be reached to resolve any of the motions and/or to reach agreement on a proposed briefing schedule that would stagger these motions so that not all the motions would need to be filed or decided at the same time.

In light of your representations that you are seeking new counsel, we propose that the parties jointly agree to postpone ARB's responsive pleading deadline by approximately 60 days so that you have time to try to locate new counsel and we have time to meet and confer with your new counsel before we file any motions on ARB's behalf.

Please let me know if you would be amenable to stipulating to extend ARB's December 1 responsive pleading deadline by 60 days to February 2, 2026, for these reasons.  If so, I will prepare a Stipulation and Proposed Order for your review and approval we can get that filed.

Karen

**Karen L. Alexander**
*Partner*
Duane Morris LLP
750 B Street, Suite 2900
San Diego, CA 92101-4681
**P:** +1 619 744 2224
**F:** +1 619 374 2703
klalexander@duanemorris.com
www.duanemorris.com

For more information about Duane Morris, please visit https://www.DuaneMorris.com

Confidentiality Notice: This electronic mail transmission is privileged and confidential and is intended only for the review of the party to whom it is addressed. If you have received this transmission in error, please immediately return it to the sender. Unintended transmission shall not constitute waiver of the attorney-client or any other privilege.

3

Exhibit A - 003