**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION**

| | |
|---|---|
| MATTHEW JOYCE, an individual,<br><br>Plaintiff,<br><br>v.<br><br>ARB GAMING LLC dba MODO, a Delaware limited liability company; B2SERVICES OU dba MCLUCK; AFFIRM, INC.; and DOES 1-10 inclusive,<br><br>Defendants. | Case No. 2:25-cv-01868-DJC-CSK<br><br>**[PROPOSED] ORDER GRANTING THE *EX PARTE* APPLICATION OF DEFENDANT ARB GAMING LLC DBA MODO FOR AN EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT BY SIXTY (60) DAYS**<br><br>**[Civil Local Rule 144]**<br><br>**Date:**<br>**Time:**<br>**Dept:**   **Courtroom 7, 14th Floor**<br>**Judge:**   **Hon. Daniel J. Calabretta**<br><br>Trial Date:  None Set<br>Date Class Action Filed:  June 30, 2025 |

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

***PLEASE TAKE NOTICE*** that Specially Appearing Defendant ARB GAMING LLC dba MODO's *ex parte* application for an order extending the deadline for Defendant to respond to Plaintiff MATTHEW JOYCE's Complaint came before this Court for consideration.

After consideration of the *ex parte* application, supporting documents, and the pleadings in support thereof:

**IT IS HEREBY ORDERED** that Defendant's *ex parte* application for an order extending the deadline for Defendant to respond to Plaintiff MATTHEW JOYCE's Complaint by sixty (60) days is GRANTED.

**IT IS FURTHER ORDERED** that Defendant shall be allowed to file its responsive papers to Plaintiff's Complaint by February 2, 2026.

By specially appearing solely for the purpose of bringing this Ex Parte Application, ARB Gaming does not waive any challenges to the Summons and Complaint, including its argument that service was defective, that the Court lacks personal jurisdiction over ARB Gaming, that venue is improper, that this matter should be compelled to arbitration and/or stayed during the pendency of the parties' presently ongoing arbitration, and that the operative Complaint fails to state a claim against ARB Gaming.

**IT IS SO ORDERED.**

DATED: _____          _____

                                  Hon. Daniel J. Calabretta
                                  United States District Court Judge

DUANE MORRIS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

2
[PROPOSED] ORDER GRANTING DEFENDANT'S *EX PARTE* APPLICATION FOR AN EXTENSION OF TIME
TO RESPOND TO COMPLAINT

2:25-cv-01868-DJC-CSK