**DUANE MORRIS LLP**
Karen L. Alexander (SBN 265926)
KLAlexander@duanemorris.com
Sean Patterson (SBN 234565)
CSPatterson@duanemorris.com
Daniel D. Wall (SBN 311391)
DWall@duanemorris.com
Spear Tower
One Market Plaza, Suite 2200
San Francisco, California 94105-1127
Telephone:    +1 415 957 3000
Facsimile:    +1 415 957 3001

Specially appearing for Defendant,
ARB GAMING LLC dba MODO

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| MATTHEW JOYCE, an individual,<br><br>                    Plaintiff,<br><br>          v.<br><br>ARB GAMING LLC dba MODO, a Delaware limited liability company; B2SERVICES OU dba MCLUCK; AFFIRM, INC.; and DOES 1-10 inclusive,<br><br>                    Defendants. | Case No. 2:25-cv-01868-DJC-CSK<br><br>**DEFENDANT ARB GAMING LLC's RULE 7.1 DISCLOSURE STATEMENT**<br><br>**Date:**<br>**Time:**<br>**Dept:**    **Courtroom 7, 14th Floor**<br>**Judge:    Hon. Daniel J. Calabretta**<br><br>Trial Date:  None Set<br>Date Class Action Filed:  June 30, 2025 |

DUANE MORRIS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel Specially Appearing for Defendant ARB Gaming LLC d/b/a MODO, certifies that the following:

ARB Gaming LLC is a limited liability company formed and existing under the laws of Delaware with its principal place of business in Arizona and offices in Florida. The sole member of ARB Gaming LLC is ARB Interactive, Inc., a corporation organized under the laws of Delaware with its principal place of business in Arizona.

No publicly held corporation owns ten percent or more of ARB Gaming LLC's membership interests.

*Respectfully submitted,*

Dated: November 25, 2025                **DUANE MORRIS LLP**

By:  */s/ Daniel D. Wall*
      Karen L. Alexander
      Daniel D. Wall
      Specially appearing for Defendant,
      ARB GAMING LLC dba MODO