## Mason, Leslie

**Attachments:**     Ex Parte App - FINAL.pdf; Dec of Karen L. Alexander iso Ex Parte App with Exh A - FINAL.pdf; Proposed_ Order Granting Ex Parte App - FINAL.pdf; Rule 7.1 Disclosure Statement - FINAL.pdf

Hi Alex,

Can you please prepare a regular mail large envelope (8.5 x 11) and print out each of these five docs with staple in upper left-hand corner, and send via FIRST CLASS MAIL to the Plaintiff:

**Matthew Joyce**
**170 Manordale Dr, Chapel Hill, NC 27517**
**321-987-3397**



**Leslie Mason**
Legal Assistant

Duane Morris LLP          **P:** +1 619 744 2212
750 B Street, Suite 2900     **F:** +1 619 744 2201
San Diego, CA 92101-4681    **C:** +1 619 886 8501

E-MAIL

Visit www.duanemorrisinstitute.com for information on training on employment, labor, benefits and immigration.