Matthew Joyce
170 Manordale Drive
Chapel Hill, NC 27517
(321) 987-3397
Matthewtjoyce@yahoo.com
Pro se

FILED

NOV 2 1 2025

CLERK U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

## UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHEW JOYCE,<br><br>Plaintiff,<br><br>vs.<br><br>ARB GAMING LLC, AFFIRM LOAN SERVICES, LLC,<br>B2 SERVICES<br><br>Defendant | Case No.: 2:25-CV-01868-DJC-CSK<br><br>NOTICE OF CHANGE TO PRO SE STATUS |

## TO THE COURT AND ALL PARTIES:

Plaintiff Matthew Joyce hereby notifies the Court that he is now proceeding pro se (self-represented) in this matter. Reshma Kamath, who was the attorney of record for Plaintiff was disbarred on November 8th, 2025. Plaintiff only learned of this disbarment after it occurred.

Plaintiff is actively seeking new legal representation. In the interim plaintiff will proceed pro se.

All future correspondence and service of documents should be directed to:

Matthew Joyce
170 Manordale Drive
Chapel Hill, NC 27517
(321) 987-3397
Matthewtjoyce@yahoo.com

Dated: November 19, 2025.

Matthew Joyce
Plaintiff

NOTICE OF CHANGE TO PRO SE STATUS - 1