**FILED**

AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

NOV 2 5 2025

CLERK U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

BY_____
DEPUTY CLERK

_____Eastern_____ **District of** _____California_____

Matthew Joyce

Plaintiff (s),

V.

ARB GAMING LLC, AFFIRM LOAN SERVICES, LLC,
B2 SERVICES

Defendant (s),

## CONSENT ORDER GRANTING
## SUBSTITUTION OF ATTORNEY

CASE NUMBER:   2:25-CV-01868-DJC-CSK

Notice is hereby given that, subject to approval by the court, _____Matthew Joyce_____ substitutes

(Party (s) Name)

_____Self, Represented in pro per_____ . State Bar No. _____n/a_____ as counsel of record in

(Name of New Attorney)

place of _____Reshma Kamath, State Bar #333800_____

(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

Firm Name:       Matthew Joyce

Address:         170 Manordale Drive, Chapel Hill, NC 27517

Telephone:       (321) 987-3397          Facsimile _____

E-Mail (Optional):   Matthewtjoyce@yahoo.com

I consent to the above substitution.

Date:       11/20/2025                          _____
                                                (Signature of Party (s))

I consent to being substituted.

Date:       _____                       _____
                                                (Signature of Former Attorney (s))

I consent to the above substitution.

Date:       11/20/2025                          _____
                                                Self, Represented in proper

The substitution of attorney is hereby approved and so ORDERED.

Date:       _____                       _____
                                                Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]