UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHEW JOYCE,<br>   Plaintiff,<br>    v.<br>ARB GAMIN LLC, ET AL.,<br>   Defendants. | Case No.:  2:25-cv-01868-DJC-CSK<br><br>**ORDER REFERRING CASE TO MAGISTRATE JUDGE** |

On November 21, 2025, Plaintiff notified the Court that he is proceeding in propria persona.  *See* ECF No. 17As the sole plaintiff is proceeding in propria persona, this matter is REFERRED to the assigned Magistrate Judge for all further proceedings.  *See* E.D. Cal. L.R. 302(c)(21).  Any pending deadlines and hearings set before the assigned District Judge are VACATED.  All documents hereafter filed with the Clerk of the Court shall bear case number:  2:25-cv-01868-DJC-CSK (PS).

    IT IS SO ORDERED.


Dated:  November 28, 2025        /s/ Daniel J. Calabretta
                                                   THE HONORABLE DANIEL J. CALABRETTA
                                                   UNITED STATES DISTRICT JUDGE