Jamie Stahura
11076 Ligon Mill Rd #100
Wake Forest, NC 27587
(631)252-9182
Nailbnder99@yahoo.com
Pro se

**FILED**

DEC 18 2025

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

## UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF CALIFORNIA

MATTHEW JOYCE, an individual,

Plaintiff,

v.

ARB GAMING LLC, AFFIRM LOAN
SERVICES LLC, B2 SERVICES,

Defendant.

---

JAMIE STAHURA,

Inter-pleader,

v.

ARB GAMING LLC, AFFIRM LOAN
SERVICES LLC, B2 SERVICES,

Defendants.

**CASE No.: 2:25-CV-01868-DJC-CSK**

**INTER-PLEADER'S NOTICE OF LOSS**

**OF COUNSEL AND PRO SE STATUS**

TO THE COURT AND ALL PARTIES:

Inter-pleader Jamie Stahura hereby notifies the Court that she is now proceeding pro se in this matter. Reshma Kamath, who was the attorney of record for Inter-pleader was disbarred on November 8, 2025. Inter-pleader was not informed of this disbarment until after the fact. Inter-pleader is actively seeking new legal representation. In the interim Inter-pleader will proceed pro se. All future correspondence and service of documents should be directed to:

Jamie Stahura
11076 Ligon Mill Rd #100
Wake Forest, NC 27587
(631)252-9182
Nailbnder99@yahoo.com

DATED: December 17, 2025

_Jamie Stahura_
Jamie Stahura
Inter-pleader

INTER-PLEADER'S NOTICE OF LOSS OF COUNSEL AND PRO SE STATUS - 1

INTER-PLEADER'S NOTICE OF LOSS OF COUNSEL AND PRO SE STATUS - 2