**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**Case No: 2:25-CV-01868-DJC-CSK**

MATTHEW JOYCE

     Plaintiff,

v.

ARB GAMING LLC dba MODO. et al

     Defendant.

_____/

**MOTION TO APPEAR *PRO HAC VICE*,**
**CONSENT TO DESIGNATION, AND REQUEST TO**
**ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING**

In accordance with Local Rule 4(b) of the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys of the United States District Court for the Eastern District of California, the undersigned respectfully moves for the admission *pro hac vice* of Amina Mack of the law firm The Mack Law Firm, PLLC, 4242 Six Forks Road Ste. 1550 Raleigh, NC 27609 for purposes of appearance on behalf of Plaintiff in the above-styled case only, and pursuant to Rule 2B of the CM/ECF Administrative Procedures, to permit Amina Mack to receive electronic filings in this case, and in support thereof states as follows:

1.     Amina Mack is not admitted to practice in the Eastern District of California and is a member in good standing of the North Carolina State Bar # 61390

2.     Movant, Jacqueline M. Sale Esquire, of the law firm Law Office Of Jacqueline Sale, 18723 Via Princessa #102, Santa Clarita, CA 91387, is a member in good standing of The California Bar and the United States District Court for the Eastern District of California, and is authorized to file through the Court's electronic filing system.  Movant consents to be designated as a member of the Bar of this Court with whom the Court and opposing counsel may readily communicate regarding the conduct of the case, upon whom filings shall be served, who shall be required to electronically file and serve all documents and things that may be filed and served electronically, and who shall be responsible for filing and serving documents in compliance with

the CM/ECF Administrative Procedures.   *See* Section 2B of the CM/ECF Administrative Procedures.

3.  In accordance with the local rules of this Court, Amina Mack has made payment of this Court's admission fee.

4. Amina Mack, by and through designated counsel and pursuant to Section 2B of the CM/ECF Administrative Procedures, hereby requests the Court to provide Notice of Electronic Filings to Amina Mack at email address: legal@themacklaw.com

WHEREFORE, Jacqueline M. Sale Esq, moves this Court to enter an Order allowing Amina Mack to appear before this Court on behalf of Plaintiff, for all purposes relating to the proceedings in the above-styled matter and directing the Clerk to provide notice of electronic filings to Amina Mack.

Date: January 13, 2026                    Respectfully submitted,

*Jacqueline M. Sale*
_____

Jacqueline M. Sale Esq.
18723 Via Princessa #102
Santa Clarita, CA 91387
(386) 888-0529
jmsalelaw@gmail.com

Attorneys for Plaintiff

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**Case No.: 2:25-CV-01868-DJC-CSK**

MATTHEW JOYCE

      Plaintiff,

v.

ARB GAMING LLC dba MODO. et al

      Defendant.

_____/

**CERTIFICATION OF AMINA MACK**

AMINA MACK, Esquire, pursuant to Rule 4(b)(1) of the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys, hereby certifies that: (1) I have studied the Local Rules of the United States District Court for the Eastern District of California;  (2) I am a member in good standing of the North Carolina State Bar and (3) I have not filed more than three pro hac vice motions in different cases in this District within the last 365 days.

*Amina Mack*

_____

Amina Mack

NCSB# 61390

legal@themacklaw.com

The Mack Law Firm, PLLC

4242 Six Forks Road, Ste. 1550

Raleigh, NC 27609

(984) 480-7147