**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**Case No.: 2:25-CV-01868-DJC-CSK**

MATTHEW JOYCE

      Plaintiff,

vs.

ARB GAMING LLC dba MODO. et al

      Defendant.

_____/

**ORDER GRANTING MOTION TO APPEAR**
***PRO HAC VICE*, CONSENT TO DESIGNATION AND REQUEST TO**
**ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING**

THIS CAUSE having come before the Court on the Motion to Appear *Pro Hac Vice* for AMINA MACK, Consent to Designation, and Request to Electronically Receive Notices of Electronic Filing (the "Motion"), pursuant to the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys in the United States District Court for the Eastern District of Califfornia and Section 2B of the CM/ECF Administrative Procedures. This Court having considered the motion and all other relevant factors, it is hereby

ORDERED AND ADJUDGED that:

The Motion is GRANTED.   AMINA MACK, may appear and participate in this action on behalf of Plaintiff. The Clerk shall provide electronic notification of all electronic filings to Amina Mack at legal@themacklaw.com

DONE AND ORDERED in Chambers at _____, California, this _____ day of _____.

_____
United States District Judge

Copies furnished to: All Counsel of Record