

# United States District Court
# Eastern District of California

Matthew Joyce

Plaintiff(s)

Case Number: 2:25-cv-01868-DJC-CSK

V.

ARB Gamin LLCDoing business as MODO

APPLICATION FOR PRO HAC VICE
AND PROPOSED ORDER

Defendant(s)

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California,

AMINA MACK                                          hereby applies for permission to appear and participate as

counsel in the above entitled action on behalf of the following party or parties:

MATTHEW JOYCE

On _____01/21/2026_____ (date), I was admitted to practice and presently in good standing in the

EASTERN DISTRICT OF NORTH CAROLINA (court).  A certificate of good standing from that court is

submitted in conjunction with this application.  I have not been disbarred or formally censured by a court of

record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have / ☒ I have not concurrently or within the year preceding this application made a pro hac vice

application to this court.  (If you have made a pro hac vice application to this court within the last year, list

the name and case number of each matter in which an application was made, the date of application and

whether granted or denied.)

_____

_____

Date: _____01/21/2026_____          Signature of Applicant: /s/ AMINA MACK_____

**Pro Hac Vice Attorney**

Applicant's Name: AMINA MACK

Law Firm Name: The Mack Law Firm, PLLC

Address: 4242 Six Forks Road Ste. 1550

City: Raleigh    State: NC    Zip: 27609

Phone Number w/Area Code: (984) 480-7147

City and State of Residence: Raleigh, NC

Primary E-mail Address: legal@themacklaw.com

Secondary E-mail Address:

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

Local Counsel's Name: Jacqueline M. Sale Esq.

Law Firm Name: Law Office of Jacqueline Sale

Address: 18723 Via Princessa #102

City: Santa Clarita    State: CA    Zip: 91387

Phone Number w/Area Code: (833) 225-5299    Bar # 343485

## ORDER

The Pro Hac Vice Application is APPROVED.  The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: _____        _____
                                JUDGE, U.S. DISTRICT COURT



## THE UNITED STATES OF AMERICA

E PLURIBUS UNUM

Eastern _____ District of _____ North Carolina _____

I, _____ Peter A. Moore, Jr. _____ Clerk of the United States District Court,

certify that

**Amina Mack**

was duly admitted and qualified to practice as an Attorney in the

District Court on the __ 4th __ day of _____ June _____, __ 2025 __.

In testimony whereof, I sign my name and affix the seal of this

Court, on this __ 4th __ day of _____ June _____, __ 2025 __.

_____ Clerk