**DUANE MORRIS LLP**
Daniel D. Wall (SBN 311391)
DWall@duanemorris.com
Spear Tower
One Market Plaza, Suite 2200
San Francisco, California 94105-1127
Telephone:    +1 415 957 3000
Facsimile:    +1 415 957 3001

**DUANE MORRIS LLP**
Karen Alexander (SBN 265926)
KLAlexander@duanemorris.com
DUANE MORRIS LLP
750 B Street, Suite 2900
San Diego, CA 92101-4681
Telephone:  +1 619 744 2200
Facsimile:  +1 619 744 2201

Specially Appearing for Defendant
ARB GAMING LLC dba MODO

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| MATTHEW JOYCE, an individual,<br><br>Plaintiff,<br><br>v.<br><br>ARB GAMING LLC dba MODO, a Delaware limited liability company; B2SERVICES OU dba MCLUCK; AFFIRM, INC.; and DOES 1-10 inclusive,<br><br>Defendant. | Case No. 2:25-cv-01868-DJC-CSK<br><br>**NOTICE OF LIMITED APPEARANCE OF KAREN L. ALEXANDER ON BEHALF OF DEFENDANT ARB GAMING LLC dba MODO**<br><br>Dept:       Courtroom 7, 14th Floor<br>Judge:      Hon. Daniel J. Calabretta<br><br>Trial Date:  None Set<br>Date Class Action Filed:  June 30, 2025 |

**TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that this Notice is submitted to clarify and expand, for notice purposes only, the prior special appearances of Defendant ARB GAMING LLC d/b/a MODO's ("Defendant" or "ARB") counsel reflected in ECF Docket No. 15.

Karen L. Alexander of Duane Morris LLP hereby appears specially and for a limited purpose only as additional counsel on behalf Defendant. Ms. Alexander's appearance is made solely for the purpose of challenging the Court's personal jurisdiction, sufficiency of service of process, and/or venue, including by motion or other responsive pleading, and for no other purpose.

This Notice of Limited Appearance does not constitute a general appearance, does not expand or modify the scope of counsel's prior special appearances, and Defendant expressly reserves all rights, defenses, objections, and arguments, including but not limited to those available under Federal Rule of Civil Procedure 12. Nothing herein shall be deemed a waiver of any such defenses.

Please add and include Karen L. Alexander as an attorney to be noticed on this matter at the following address:

Karen Alexander (SBN 265926)
DUANE MORRIS LLP
750 B Street, Suite 2900
San Diego, CA 92101-4681
Telephone:  +1 619 744 2200
Facsimile:  +1 619 744 2201
Email:  KLAlexander@duanemorris.com

Dated:   January 28, 2026

**DUANE MORRIS LLP**

By:   /s/ Karen L. Alexander
        Karen L. Alexander
        Daniel D. Wall

Specially Appearing For Defendant,
ARB GAMING LLC dba MODO