# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| MATTHEW JOYCE, an individual,<br><br>Plaintiff,<br><br>v.<br><br>ARB GAMING LLC dba MODO, a Delaware limited liability company; B2SERVICES OU dba MCLUCK; AFFIRM, INC.; and DOES 1-10 inclusive,<br><br>Defendants. | Case No. 2:25-cv-01868-DJC-CSK<br><br>**[PROPOSED] ORDER GRANTING JOINT STIPULATION RE SERVICE OF COMPLAINT AND EXTENSION OF DEADLINE TO RESPOND**<br><br>**[Civil Local Rule 144]**<br><br>Dept:    Courtroom 7, 14th Floor<br>Judge:    Hon. Daniel J. Calabretta /<br>Magistrate Judge Chi Soo Kim<br><br>Trial Date:  None Set<br>Date Class Action Filed:  June 30, 2025 |

DUANE MORRIS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1

[PROPOSED] ORDER GRANTING JOINT STIPULATION RE SERVICE OF COMPLAINT AND EXTENSION OF DEADLINE TO RESPOND
Case No. 2:25-cv-01868-DJC-CSK

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

***PLEASE TAKE NOTICE*** that the Joint Stipulation Regarding Service of Complaint and Extension of Deadline to Respond ("Joint Stipulation") filed by Plaintiff Matthew Joyce ("Plaintiff" or "Joyce") and specially appearing Defendant ARB Gaming LLC d/b/a MODO ("Defendant" or "ARB") (collectively "Parties") came before the Court for consideration.

After consideration of the Joint Stipulation and the record in this action, and for good cause shown, the Court hereby ORDERS as follows:

1.      Plaintiff shall seek leave to file an amended complaint, whether by stipulation or motion, within three (3) weeks of the date of this Order.

2.      Once Plaintiff's operative complaint is on file, Plaintiff shall serve or re-serve the operative complaint and summons on ARB.

3.      ARB's deadline to respond to the operative complaint, whether by answer, motion, or otherwise, shall be thirty (30) days after completed service or re-service of the operative complaint and summons.

4.      If ARB elects to respond to the operative complaint by filing a motion to dismiss or stay the action pending arbitration or to compel arbitration ("Arbitration Motion"), that motion may be filed and heard first. Filing and adjudication of any such Arbitration Motion shall not waive ARB's right to later file other motions under Rule 12, including motions challenging jurisdiction, venue, forum, or the sufficiency of Plaintiff's claims.

5.      If the Court denies ARB's Arbitration Motion, ARB shall have thirty (30) days from the date of the Court's Order denying the motion to file any remaining Rule 12 motions or otherwise respond to the operative complaint.

6.      By entering this Order, ARB does not waive, and expressly preserves, all rights, defenses, objections, and arguments, including but not limited to defenses under Rule 12(b), defenses relating to service, personal jurisdiction, venue, forum, arbitrability, and the scope or enforceability of any arbitration agreement. ARB does not waive any such defenses under Rules 12(b), 12(g)(2), 12(h), or otherwise.

DUANE MORRIS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

2
[PROPOSED] ORDER GRANTING JOINT STIPULATION RE SERVICE OF COMPLAINT AND EXTENSION OF DEADLINE TO RESPOND
2:25-cv-01868-DJC-CSK

7.      Nothing in this Order shall be construed as a general appearance by ARB or as consent to the jurisdiction of the Court.

**IT IS SO ORDERED.**

DATED: _____

_____
Hon. Daniel J. Calabretta