

# United States District Court
# Eastern District of California

Matthew Joyce

Plaintiff(s)

V.

ARB Gamin LLCDoing business as MODO

Defendant(s)

Case Number: 2:25-cv-01868-DJC-CSK

APPLICATION FOR PRO HAC VICE
AND PROPOSED ORDER

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California,
AMINA MACK hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:
MATTHEW JOYCE

On _____10/20/2023_____ (date), I was admitted to practice and presently in good standing in the EASTERN DISTRICT OF NORTH CAROLINA (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have / ☑ I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

Date: _____02/09/2026_____   Signature of Applicant: /s/ Amina Mack

**Pro Hac Vice Attorney**

Applicant's Name: AMINA MACK

Law Firm Name: The Mack Law Firm, PLLC

Address: 4242 Six Forks Road Ste. 1550

City: Raleigh   State: NC   Zip: 27609

Phone Number w/Area Code: (984) 480-7147

City and State of Residence: Raleigh, NC

Primary E-mail Address: legal@themacklaw.com

Secondary E-mail Address:

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

Local Counsel's Name: Jacqueline M. Sale Esq

Law Firm Name: Law Office of Jacqueline Sale

Address: 18723 Via Princessa

#102

City: Santa Clarita   State: CA   Zip: 91387

Phone Number w/Area Code: (833) 225-5299   Bar # 343485

## **ORDER**

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: _____   _____
JUDGE, U.S. DISTRICT COURT