AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Eastern District of California

| | | |
|---|---|---|
| MATTHEW THOMAS JOYCE | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.  2: |
| ARB GAMING LLC DBA MODO US, AFFIRM, INC, GOLDMAN SACHS BANK USA, APPLE INC, AMAZON.COM, INC, DOES 1 – 50 | ) ) | 25-cv-01868-DJC-CSK |
| *Defendant* | ) | |

### APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

INTERPLEADER JAMIE A. STAHURA

.

Date:     March 6, 2026

*Amina Mack*

*Attorney's signature*

Amina. M Mack (NCSB No.

*Printed name and bar number*

4242 Six Forks Road, Ste. 1550
Raleigh, NC 61390

*Address*

legal@themacklaw.co

*E-mail address*

984-480-714

*Telephone number*

919 249

*FAX number*