**DLA PIPER LLP (US)**
JOHN SAMUEL GIBSON (SBN 140647)
*john.gibson@us.dlapiper.com*
TANYA L. GREENE (SBN 267975)
Tanya.greene@us.dlapiper.com
COLIN F. MCGRATH (SBN 351947)
*colin.mcgrath@us.dlapiper.com*
2000 Avenue of the Stars, Suite 400 North Tower
Los Angeles, California 90067-4735
Tel.:  310.595.3000
Fax:  310.595.3300

Attorneys for Defendant
APPLE INC.


JACQUELINE M SALE (Bar No. 343485)
*jmsalelaw@gmail.com*
18723 Via Princessa #102
Santa Clarita, CA 91387
Tel.:  386.888.0529

**THE MACK LAW FIRM, PLLC**
AMINA MICHELLE MACK (NCSB No. 61390)
(*Pro Hac Vice*)
*legal@themacklaw.com*
4242 Six Forks Road, Ste. 1550
Raleigh, NC 61390
Tel.:  984.480.7147

Attorneys for Plaintiff
MATTHEW THOMAS JOYCE

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHEW THOMAS JOYCE,<br><br>                    Plaintiff,<br><br>          v.<br><br>ARB GAMING LLC DBA MODO. US;<br>AFFIRM, INC;<br>GOLDMAN SACHS BANK USA;<br>APPLE INC;<br>AMAZON.COM, INC;<br>DOES 1 – 50;<br><br>                    Defendants. | CASE NO.  2:25-cv-01868-DJC-CSK<br><br>**STIPULATION TO EXTEND TIME FOR DEFENDANT APPLE INC. TO RESPOND TO COMPLAINT**<br><br><br>Dept:  Courtroom 7, 14th Floor<br>Judge: Hon. Daniel J. Calabretta<br>Magistrate Judge: Chi Soo Kim<br><br>Corrected Amended Complaint Filed:  03/02/26 |

DLA Piper LLP (US)
Los Angeles

STIPULATION TO EXTEND TIME FOR DEFENDANT APPLE INC.
TO RESPOND TO COMPLAINT

Defendant APPLE INC. ("Apple") and Plaintiff MATTHEW THOMAS JOYCE ("Plaintiff"), by and through their undersigned counsel, submit this stipulation pursuant to Local Rule 144 to extend Apple's time to move, answer or otherwise plead in response to Plaintiff's Corrected Amended Complaint ("Complaint") by 28 days to May 12, 2026. In support of this stipulation, the parties represent:

WHEREAS, on March 2, 2026, Plaintiff filed the Complaint (Dkt. No. 33);

WHEREAS, on March 24, 2026, Plaintiff served CT Corporation System, Apple's registered agent for service of process, in Raleigh, North Carolina;

WHEREAS, Apple's deadline to move, answer, or otherwise plead in response to the Complaint is April 14, 2026;

WHEREAS, Apple requires additional time to respond to the Complaint;

WHEREAS, Plaintiff and Apple have agreed to extend Apple's deadline to move, answer, or otherwise plead in response to the Complaint by 28 days to May 12, 2026;

WHEREAS, this is the parties' first request for an extension of time for Apple to respond to the Complaint, and no prior extensions have been granted;

WHEREAS, Local Rule 144(a) provides that "[u]nless a filing date has been set by order of the Court, an initial stipulation extending time for no more than twenty-eight (28) days to respond to a complaint …. may be filed without approval of the Court if the stipulation is signed on behalf of all parties who have appeared in the action and are affected by the stipulation."

WHEREAS, this stipulation is signed by all parties affected by this stipulation.

**IT IS HEREBY STIPULATED AND AGREED** that, pursuant to Local Rule 144, Apple's time to move, answer or otherwise plead in response to the Complaint is hereby extended by 28 days to May 12, 2026.

By entering this stipulation, Apple does not waive, and expressly preserves, all rights, defenses, objections, and arguments, including but not limited to defenses under Federal Rule of Civil Procedure 12(b).

DLA Piper LLP (US)
Los Angeles

STIPULATION TO EXTEND TIME FOR DEFENDANT APPLE INC.
TO RESPOND TO COMPLAINT

Dated:  April 14, 2026        **DLA PIPER LLP (US)**

By /s/ *John Samuel Gibson*
     JOHN SAMUEL GIBSON
     TANYA L. GREENE
     COLIN F. MCGRATH
     Attorneys for Defendant
     APPLE INC.

Dated:  April 14, 2026        **THE MACK LAW FIRM, PLLC**

By */s/ Amina Michelle Mack* (authorized 4/13/2026)
     JACQUELINE M SALE
     AMINA MICHELLE MACK (*Pro Hac Vice*)
     Attorneys for Plaintiff
     MATTHEW THOMAS JOYCE

## <u>ATTESTATION OF ELECTRONIC SIGNATURE</u>

I, John Samuel Gibson, hereby attest that each of the individuals whose electronic signature is affixed to this stipulation have authorized this filing and the use of their electronic signature.

Dated: April 14, 2026

         */s/ John Samuel Gibson*
         JOHN SAMUEL GIBSON

STIPULATION TO EXTEND TIME FOR DEFENDANT APPLE INC.
TO RESPOND TO COMPLAINT