**DLA PIPER LLP (US)**
JOHN SAMUEL GIBSON (SBN 140647)
*john.gibson@us.dlapiper.com*
TANYA L. GREENE (SBN 267975)
Tanya.greene@us.dlapiper.com
COLIN F. MCGRATH (SBN 351947)
*colin.mcgrath@us.dlapiper.com*
2000 Avenue of the Stars, Suite 400 North Tower
Los Angeles, California 90067-4735
Tel.:  310.595.3000
Fax:  310.595.3300

Attorneys for Defendant
APPLE INC.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHEW THOMAS JOYCE,<br><br>            Plaintiff,<br><br>     v.<br><br>ARB GAMING LLC DBA MODO. US;<br>AFFIRM, INC;<br>GOLDMAN SACHS BANK USA;<br>APPLE INC;<br>AMAZON.COM, INC;<br>DOES 1 – 50;<br><br>            Defendants. | CASE NO.  2:25-cv-01868-DJC-CSK<br><br>**DEFENDANT APPLE INC.'S RULE 7.1 DISCLOSURE STATEMENT**<br><br>Dept:   Courtroom 7, 14th Floor<br>Judge: Hon. Daniel J. Calabretta<br>Magistrate Judge: Chi Soo Kim<br><br>Corrected Amended Complaint Filed:  03/02/26 |

DEFENDANT APPLE INC.'S RULE 7.1 DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, by and through its undersigned counsel, Defendant Apple Inc. discloses the following:

Apple Inc. has no parent corporation, and no publicly held corporation owns 10% or more of its stock.

Dated:  April 14, 2026                    **DLA PIPER LLP (US)**


By */s/ John Samuel Gibson*
JOHN SAMUEL GIBSON
TANYA L. GREENE
COLIN F. MCGRATH
Attorneys for Defendant
APPLE INC.

-1-
DEFENDANT APPLE INC.'S RULE 7.1 DISCLOSURE STATEMENT