MORGAN, LEWIS & BOCKIUS LLP
Arjun P. Rao, Bar No. 265347
arjun.rao@morganlewis.com
Marcos Sasso, Bar No. 228905
marcos.sasso@morganlewis.com
2049 Century Park East, Suite 700
Los Angeles, CA  90067-3109
Tel:   +1.310.907.1000
Fax:   +1.310.907.1001

Attorneys for Defendant
GOLDMAN SACHS BANK USA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHEW THOMAS JOYCE,<br><br>Plaintiff,<br><br>v.<br><br>ARB GAMING LLC DBA MODO. US; AFFIRM, INC.; GOLDMAN SACHS BANK USA; APPLE INC.; AMAZON.COM, INC.; DOES 1-50,<br><br>Defendants. | Case No. 2:25-cv-01868-DJC-CSK<br><br>**NOTICE OF APPEARANCE OF ARJUN RAO AND MARCOS SASSO FOR DEFENDANT GOLDMAN SACHS BANK USA** |

1

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

**TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that the following attorneys of Morgan, Lewis & Bockius LLP, enter their appearance as counsel for Defendant Goldman Sachs Bank USA in this matter:

Arjun P. Rao, Bar No. 265347
arjun.rao@morganlewis.com
Marcos Sasso, Bar No. 228905
marcos.sasso@morganlewis.com
2049 Century Park East, Suite 700
Los Angeles, CA 90067-3109
Tel:   +1.210.907.1000
Fax:   +1.210.907.1001

Please serve said counsel with all pleadings and notices in this action.

Dated:   April 22, 2026                    MORGAN, LEWIS & BOCKIUS LLP
                                           Arjun Rao
                                           Marcos Sasso


                                           By  _/s/ Marcos Sasso_____
                                               Marcos Sasso
                                               Attorneys for Defendant
                                               GOLDMAN SACHS BANK USA

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

2

NOTICE OF APPEARANCE FOR COUNSEL OF
DEFENDANT GOLDMAN SACHS BANK USA
CASE NO. 2:25-cv-01868-DJC-CSK

## **<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that a true and correct copy of the foregoing, its attachments And documents filed concurrently therewith was electronically filed on April 22, 2026 using the CM/ECF system, thereby sending a notice of electronic filing to call counsel of record.

/s/ Marcos Sasso
Marcos Sasso

NOTICE OF APPEARANCE FOR COUNSEL OF
DEFENDANT GOLDMAN SACHS BANK USA
CASE NO. 2:25-cv-01868-DJC-CSK

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES