MORGAN, LEWIS & BOCKIUS LLP
Arjun P. Rao, Bar No. 265347
arjun.rao@morganlewis.com
Marcos Sasso, Bar No. 228905
marcos.sasso@morganlewis.com
2049 Century Park East, Suite 700
Los Angeles, CA  90067-3109
Tel:    +1.310.907.1000
Fax:   +1.310.907.1001

Attorneys for Defendant
GOLDMAN SACHS BANK USA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| MATTHEW THOMAS JOYCE, | Case No. 2:25-cv-01868-DJC-CSK |
|---|---|
| Plaintiff, | Assigned to District Judge Daniel J. Calabretta |
| vs. | **STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 28 DAYS** |
| ARB GAMING LLC, et al. | |
| Defendants. | Complaint Served:      March 11, 2026<br>Current Response Date:  April 14, 2026<br>New Response Date:      May 12, 2026 |

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
CENTURY CITY

- 1 -                    STIPULATION TO EXTEND TIME TO
RESPOND TO INITIAL COMPLAINT
CASE NO. 2:25-cv-01868-DJC-CSK

Defendant Goldman Sachs Bank USA ("GS Bank") and plaintiff Matthew Thomas Joyce ("Plaintiff") through their undersigned counsel, hereby stipulate as follows:

WHEREAS, on June 30, 2025, Plaintiff filed a complaint in the above-mentioned Court (the "Complaint");

WHEREAS, on March 11, 2026, Plaintiff served the Complaint on GS Bank;

WHEREAS, GS Bank's current deadline to respond to the Complaint is April 14, 2026;

WHEREAS, pursuant to Local Rule 144, Plaintiff and GS Bank have agreed to extend the date by which GS Bank must respond to the Complaint—by answer, motion or otherwise— by twenty-eight (28) days, to and including May 12, 2026;

WHEREAS, Plaintiff and GS Bank have not requested any previous extensions of GS Bank's deadline to respond to the Complaint, and this Stipulation is submitted in good faith and not for purposes of delay;

WHEREAS, pursuant to Local Rule 144, this Stipulation will not alter the date of any event or any deadline already fixed by Court order.

NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED between Plaintiff and GS Bank, that GS Bank's time to respond to the Complaint—by answer, motion or otherwise—is extended by twenty-eight (28) days, to and including May 12, 2026.

///

///

///

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
CENTURY CITY

- 2 -

STIPULATION TO EXTEND TIME TO
RESPOND TO INITIAL COMPLAINT
CASE NO. 2:25-cv-01868-DJC-CSK

**IT IS SO STIPULATED.**

Dated: April 22, 2026                    MORGAN, LEWIS & BOCKIUS LLP


By:        */s/ Marcos Sasso*
                      Marcos Sasso

Attorneys for Defendant
      Goldman Sachs Bank USA

Dated: April 22, 2026                    THE MACK LAW FIRM, PLLC


By:        */s/ Amina M. Mack*
                      Amina M. Mack

Attorneys for Plaintiff
      Matthew Thomas Joyce

**Local Rule 131(e) Certification**

Pursuant to Local Rule 131(e), the filer of this document attests that concurrence in the filing has been obtained from each of the other signatories.


                              */s/ Marcos Sasso*
                              Marcos Sasso

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
CENTURY CITY

- 3 -                    STIPULATION TO EXTEND TIME TO
RESPOND TO INITIAL COMPLAINT
CASE NO. 2:25-cv-01868-DJC-CSK

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a true and correct copy of the foregoing, its attachments and documents filed concurrently therewith was electronically filed on April 22, 2026 using the CM/ECF system, thereby sending a notice of electronic filing to call counsel of record.

/s/ Marcos Sasso
Marcos Sasso

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
CENTURY CITY

- 4 -    STIPULATION TO EXTEND TIME TO
RESPOND TO INITIAL COMPLAINT
CASE NO. 2:25-cv-01868-DJC-CSK