**DLA PIPER LLP (US)**
JOHN SAMUEL GIBSON (SBN 140647)
*john.gibson@us.dlapiper.com*
TANYA L. GREENE (SBN 267975)
Tanya.greene@us.dlapiper.com
COLIN F. MCGRATH (SBN 351947)
*colin.mcgrath@us.dlapiper.com*
2000 Avenue of the Stars, Suite 400 North Tower
Los Angeles, California 90067-4735
Tel.: 310.595.3000
Fax: 310.595.3300

Attorneys for Defendant
APPLE INC.


JACQUELINE M SALE (Bar No. 343485)
*jmsalelaw@gmail.com*
18723 Via Princessa #102
Santa Clarita, CA 91387
Tel.: 386.888.0529

**THE MACK LAW FIRM, PLLC**
AMINA MICHELLE MACK (NCSB No. 61390)
(*Pro Hac Vice*)
*legal@themacklaw.com*
4242 Six Forks Road, Ste. 1550
Raleigh, NC 61390
Tel.: 984.480.7147

Attorneys for Plaintiff
MATTHEW THOMAS JOYCE

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHEW THOMAS JOYCE,<br><br>Plaintiff,<br><br>v.<br><br>ARB GAMING LLC DBA MODO. US;<br>AFFIRM, INC;<br>GOLDMAN SACHS BANK USA;<br>APPLE INC;<br>AMAZON.COM, INC;<br>DOES 1 – 50;<br><br>Defendants. | CASE NO.  2:25-cv-01868-DJC-CSK<br><br>**STIPULATION TO EXTEND TIME FOR DEFENDANT APPLE INC. TO RESPOND TO COMPLAINT**<br><br>[*Filed concurrently with [Proposed] Order*]<br><br>Corrected Amended Complaint Filed:  03/02/26 |

STIPULATION TO EXTEND TIME FOR DEFENDANT APPLE INC.
TO RESPOND TO COMPLAINT

Defendant APPLE INC. ("Apple") and Plaintiff MATTHEW THOMAS JOYCE ("Plaintiff"), by and through their undersigned counsel, submit this stipulation pursuant to Local Rule 144 to extend Apple's time to move, answer or otherwise plead in response to Plaintiff's Corrected Amended Complaint ("Complaint") from **May 12, 2029**, to **May 29, 2026**. In support of this stipulation, the parties represent:

WHEREAS, on March 2, 2026, Plaintiff filed the Complaint (Dkt. No. 33);

WHEREAS, on March 24, 2026, Plaintiff served CT Corporation System, Apple's registered agent for service of process, in Raleigh, North Carolina;

WHEREAS, Apple's initial deadline to move, answer, or otherwise plead in response to the Complaint was April 14, 2026;

WHEREAS, the parties filed a stipulation to extend Apple's initial deadline to move, answer, or otherwise plead in response to the Complaint by 28 days to May 12, 2026;

WHEREAS, under Local Rule 144(a), the initial 28-day extension was effective without approval of the Court because it was signed on behalf of all parties who have appeared in the action and are affected by the stipulation;

WHEREAS, Apple has good cause for an extension because the parties have scheduled a meet-and-confer call for Wednesday, May 6, 2026, and an extension will afford the parties additional time for meet-and-confer discussions, and Apple recently retained undersigned counsel and requires additional time to evaluate the pleadings and prepare its response to the Complaint;

WHEREAS, Plaintiff and Apple have agreed to further extend Apple's deadline to move, answer, or otherwise plead in response to the Complaint from May 12, 2026, to May 29, 2026;

WHEREAS, this is the parties' second request for an extension of time for Apple to respond to the Complaint, and the parties' first request for an extension for which approval by the Court is required under Local Rule 144(a);

WHEREAS, this stipulation is signed by all parties affected by this stipulation.

**IT IS HEREBY STIPULATED AND AGREED** that, pursuant to Local Rule 144, Apple's time to move, answer or otherwise plead in response to the Complaint is hereby extended to May 29, 2026.

DLA Piper LLP (US)
Los Angeles

-1-
STIPULATION TO EXTEND TIME FOR DEFENDANT APPLE INC.
TO RESPOND TO COMPLAINT

By entering this stipulation, Apple does not waive, and expressly preserves, all rights, defenses, objections, and arguments, including but not limited to defenses under Federal Rule of Civil Procedure 12(b).

Dated:  May 4, 2026          **DLA PIPER LLP (US)**


By */s/ John Samuel Gibson*
    JOHN SAMUEL GIBSON
    TANYA L. GREENE
    COLIN F. MCGRATH
    Attorneys for Defendant
    APPLE INC.

Dated:  May 4, 2026          **THE MACK LAW FIRM, PLLC**


By */s/ Amina Michelle Mack* (authorized 5/4/2026)
    JACQUELINE M SALE
    AMINA MICHELLE MACK (*Pro Hac Vice*)
    Attorneys for Plaintiff
    MATTHEW THOMAS JOYCE


## <u>AUTHORIZATION</u>

I, John Samuel Gibson, hereby attest that each of the individuals whose electronic signature is affixed to this stipulation has consented to the filing of this document and has authorized the use of their respective electronic signature.

Dated: May 4, 2026

*/s/ John Samuel Gibson*
    JOHN SAMUEL GIBSON