**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

MATTHEW THOMAS JOYCE,

               Plaintiff,

    v.

ARB GAMING LLC DBA MODO. US;
AFFIRM, INC;
GOLDMAN SACHS BANK USA;
APPLE INC;
AMAZON.COM, INC;
DOES 1 – 50;

               Defendants.

CASE NO.  2:25-cv-01868-DJC-CSK

**[PROPOSED] ORDER GRANTING STIPULATION TO EXTEND TIME FOR DEFENDANT APPLE INC. TO RESPOND TO COMPLAINT**

Corrected Amended Complaint Filed: 03/02/26

[PROPOSED] ORDER

Having considered the Parties' Stipulation to Extend Time to Respond to Complaint ("Stipulation"), and finding good cause to **GRANT** the Stipulation, the Court hereby orders as follows:

The Stipulation is **GRANTED**.  Defendant Apple Inc. shall have to and including May 29, 2026 to move, answer or otherwise plead in response to the Complaint.

**IT IS SO ORDERED.**

Dated: _____          _____
                                                          Hon. Daniel J. Calabretta
                                                          United States District Court Judge

-1-