# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHEW THOMAS JOYCE,<br><br>    Plaintiff,<br><br>  v.<br><br>ARB GAMING LLC DBA MODO. US;<br>AFFIRM, INC;<br>GOLDMAN SACHS BANK USA;<br>APPLE INC;<br>AMAZON.COM, INC;<br>DOES 1 – 50;<br><br>    Defendants. | CASE NO.  2:25-cv-01868-DJC-CSK<br><br>**ORDER GRANTING STIPULATION TO EXTEND TIME FOR DEFENDANT APPLE INC. TO RESPOND TO COMPLAINT**<br><br><br><br>Corrected Amended Complaint Filed: 03/02/26 |

ORDER

Having considered the Parties' Stipulation to Extend Time to Respond to Complaint ("Stipulation"), and finding good cause to **GRANT** the Stipulation, the Court hereby orders as follows:

The Stipulation is **GRANTED**.  Defendant Apple Inc. shall have to and including May 29, 2026 to move, answer or otherwise plead in response to the Complaint.

**IT IS SO ORDERED.**

Dated:  May 4, 2026                          /s/ Daniel J. Calabretta
_____
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE