MORGAN, LEWIS & BOCKIUS LLP
Arjun P. Rao, Bar No. 265347
arjun.rao@morganlewis.com
Marcos Sasso, Bar No. 228905
marcos.sasso@morganlewis.com
2049 Century Park East, Suite 700
Los Angeles, CA  90067-3109
Tel:   +1.310.907.1000
Fax:   +1.310.907.1001

Attorneys for Defendant
GOLDMAN SACHS BANK USA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHEW THOMAS JOYCE,<br><br>Plaintiff,<br><br>vs.<br><br>ARB GAMING LLC, et al.<br><br>Defendants. | Case No. 2:25-cv-01868-DJC-CSK<br><br>Assigned to District Judge Daniel J. Calabretta<br><br>**SECOND STIPULATION TO EXTEND TIME FOR DEFENDANT GOLDMAN SACHS BANK USA TO RESPOND TO PLAINTIFF'S COMPLAINT PURSUANT TO LOCAL RULE 144(A)**<br><br>Complaint Served:      March 11, 2026<br>Current Response Date:  May 12, 2026<br>New Response Date:      May 29, 2026 |

SECOND STIPULATION TO EXTEND TIME
TO RESPOND TO PLAINTIFF'S COMPLAINT
CASE NO. 2:25-cv-01868-DJC-CSK

Defendant Goldman Sachs Bank USA ("GS Bank") and plaintiff Matthew Thomas Joyce ("Plaintiff") through their undersigned counsel, hereby stipulate as follows:

WHEREAS, the parties previously stipulated to extend the time to respond to the Complaint by twenty-eight days pursuant to Local Rule 144, making Defendant's current deadline to respond to the Complaint is May 12, 2026;

WHEREAS, pursuant to Local Rule 144(a), Plaintiff and GS Bank have agreed to extend the date by which GS Bank must respond to the Complaint—by answer, motion or otherwise—by an additional seventeen (17) days, to and including May 29, 2026;

WHEREAS, pursuant to Local Rule 144, this Stipulation will not alter the date of any event or any deadline already fixed by Court order; and

WHEREAS, the purpose of this additional extension is not to delay but is requested in good faith to permit the parties additional time to meet and confer with respect to the claims and to discuss potential resolution.

IT IS HEREBY STIPULATED that GS Bank's time to respond to the Complaint by answer, motion or otherwise is extended by seventeen (17) days to and including May 29, 2026.

**IT IS SO STIPULATED.**

///

///

///

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
CENTURY CITY

- 2 -

SECOND STIPULATION TO EXTEND TIME
TO RESPOND TO PLAINTIFF'S COMPLAINT
CASE NO. 2:25-cv-01868-DJC-CSK

**IT IS SO STIPULATED.**

Dated: May 8, 2026                    MORGAN, LEWIS & BOCKIUS LLP


By:  _____*/s/ Marcos Sasso*_____
                      Marcos Sasso

Attorneys for Defendant
        Goldman Sachs Bank USA

Dated: May 8, 2026                    THE MACK LAW FIRM, PLLC


By:  _____*/s/ Amina M. Mack*_____
                      Amina M. Mack

Attorneys for Plaintiff
        Matthew Thomas Joyce

### Local Rule 131(e) Certification

Pursuant to Local Rule 131(e), the filer of this document attests that concurrence in the filing has been obtained from each of the other signatories.


*/s/ Marcos Sasso*_____
Marcos Sasso

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
CENTURY CITY

- 3 -        SECOND STIPULATION TO EXTEND TIME
TO RESPOND TO PLAINTIFF'S COMPLAINT
CASE NO. 2:25-cv-01868-DJC-CSK

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a true and correct copy of the foregoing, its attachments and documents filed concurrently therewith was electronically filed on May 8, 2026 using the CM/ECF system, thereby sending a notice of electronic filing to call counsel of record.

*/s/ Marcos Sasso*
Marcos Sasso

- 4 -   SECOND STIPULATION TO EXTEND TIME
TO RESPOND TO PLAINTIFF'S COMPLAINT
CASE NO. 2:25-cv-01868-DJC-CSK