MORGAN, LEWIS & BOCKIUS LLP
Arjun P. Rao, Bar No. 265347
arjun.rao@morganlewis.com
Marcos Sasso, Bar No. 228905
marcos.sasso@morganlewis.com
2049 Century Park East, Suite 700
Los Angeles, CA  90067-3109
Tel:   +1.310.907.1000
Fax:   +1.310.907.1001

Attorneys for Defendant
GOLDMAN SACHS BANK USA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHEW THOMAS JOYCE,<br><br>Plaintiff,<br><br>vs.<br><br>ARB GAMING LLC, et al.<br><br>Defendants. | Case No. 2:25-cv-01868-DJC-CSK<br><br>Assigned to District Judge Daniel J. Calabretta<br><br>**ORDER GRANTING SECOND STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT**<br><br>Complaint Served:    March 11, 2026<br>Current Response Date:  May 12, 2026<br>New Response Date:    May 29, 2026 |

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED THAT the Second Stipulation to Extend Time to Respond to Complaint is GRANTED. Defendant's time within which to respond to the Complaint, by answer, motion or otherwise, shall be extended to and including May 29, 2026.

**IT IS SO ORDERED.**

Dated:  May 8, 2026          /s/ Daniel J. Calabretta
_____
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
CENTURY CITY

- 1 -                    ORDER GRANTING SECOND STIP. TO
RESPOND TO COMPLAINT
CASE NO. 2:25-cv-01868-DJC-CSK