**DLA PIPER LLP (US)**
JOHN SAMUEL GIBSON (SBN 140647)
*john.gibson@us.dlapiper.com*
TANYA L. GREENE (SBN 267975)
Tanya.greene@us.dlapiper.com
COLIN F. MCGRATH (SBN 351947)
*colin.mcgrath@us.dlapiper.com*
2000 Avenue of the Stars, Suite 400 North Tower
Los Angeles, California 90067-4735
Tel.:  310.595.3000
Fax:  310.595.3300

Attorneys for Defendant
APPLE INC.


JACQUELINE M SALE (Bar No. 343485)
*jmsalelaw@gmail.com*
18723 Via Princessa #102
Santa Clarita, CA 91387
Tel.:  386.888.0529

**THE MACK LAW FIRM, PLLC**
AMINA MICHELLE MACK (NCSB No. 61390)
(*Pro Hac Vice*)
*legal@themacklaw.com*
4242 Six Forks Road, Ste. 1550
Raleigh, NC 61390
Tel.:  984.480.7147

Attorneys for Plaintiff
MATTHEW THOMAS JOYCE

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHEW THOMAS JOYCE,<br><br>          Plaintiff,<br><br>   v.<br><br>ARB GAMING LLC DBA MODO. US;<br>AFFIRM, INC;<br>GOLDMAN SACHS BANK USA;<br>APPLE INC;<br>AMAZON.COM, INC;<br>DOES 1 – 50;<br><br>          Defendants. | CASE NO.  2:25-cv-01868-DJC-CSK<br><br>**STIPULATION TO EXTEND DEADLINE FOR PLAINTIFF MATTHEW THOMAS JOYCE AND DEFENDANT APPLE INC. TO FILE RULE 26(F) JOINT STATUS REPORT**<br><br>[*Filed concurrently with [Proposed] Order*]<br><br>Corrected Amended Complaint Filed:  03/02/26 |

STIPULATION TO EXTEND TIME FOR PLAINTIFF AND DEFENDANT APPLE INC.
TO FILE JOINT STATUS REPORT

Defendant APPLE INC. ("Apple") and Plaintiff MATTHEW THOMAS JOYCE ("Plaintiff"), by and through their undersigned counsel, submit this stipulation pursuant to Local Rule 144 to extend the deadline for the parties to meet and confer and file a joint status report pursuant to Federal Rule of Civil Procedure 26(f) and the Court's Initial Case Management Order (Dkt. No. 7) until 30 days following the Court's decision on Apple's forthcoming motion to dismiss. In support of this stipulation, the parties represent:

WHEREAS, the Court's Initial Case Management Order requires the parties to confer as required by Federal Rule of Civil Procedure 26(f) and submit a joint status report within 60 days of service on the complaint on any party;

WHEREAS, on March 24, 2026, Plaintiff served CT Corporation System, Apple's registered agent for service of process, in Raleigh, North Carolina;

WHEREAS, based on the date of service, the deadline for Plaintiff and Apple to file a joint status report is May 24, 2026;

WHEREAS, following the parties' meet and confer regarding Apple's motion to dismiss, Apple anticipates filing a motion to dismiss all claims against Apple by its responsive pleading deadline of May 29, 2026 (Dkt. No. 42);

WHEREAS, the parties have good cause for an extension because, in light of Apple's anticipated motion to dismiss, an extension will conserve party and judicial resources;

WHEREAS, this is the parties' first request for an extension of time for Plaintiff and Apple to meet and confer and file a joint status report pursuant to Federal Rule of Civil Procedure 26(f) and the Court's Initial Case Management Order;

WHEREAS, this stipulation is signed by all parties affected by this stipulation.

**IT IS HEREBY STIPULATED AND AGREED** that, pursuant to Local Rule 144, the deadline for Plaintiff and Apple to meet and confer and file a joint status report pursuant to Federal Rule of Civil Procedure 26(f) is hereby extended until 30 days following the Court's decision on Apple's forthcoming motion to dismiss.

DLA PIPER LLP (US)
LOS ANGELES

-1-
STIPULATION TO EXTEND TIME FOR PLAINTIFF AND DEFENDANT APPLE INC. TO FILE JOINT STATUS REPORT

Dated:  May 13, 2026                    **DLA PIPER LLP (US)**


By */s/ John Samuel Gibson*
    JOHN SAMUEL GIBSON
    TANYA L. GREENE
    COLIN F. MCGRATH
    Attorneys for Defendant
    APPLE INC.

Dated:  May 13, 2026                    **THE MACK LAW FIRM, PLLC**


By  */s/ Amina Michelle Mack* (authorized 5/13/2026)
    JACQUELINE M SALE
    AMINA MICHELLE MACK (*Pro Hac Vice*)
    Attorneys for Plaintiff
    MATTHEW THOMAS JOYCE


## **AUTHORIZATION**

I, John Samuel Gibson, hereby attest that each of the individuals whose electronic signature is affixed to this stipulation has consented to the filing of this document and has authorized the use of their respective electronic signature.

Dated: May 13, 2026

                                */s/  John Samuel Gibson*
                                  JOHN SAMUEL GIBSON

STIPULATION TO EXTEND TIME FOR PLAINTIFF AND DEFENDANT APPLE INC.
TO FILE JOINT STATUS REPORT