**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MATTHEW THOMAS JOYCE,<br><br>               Plaintiff,<br><br>     v.<br><br>ARB GAMING LLC DBA MODO. US;<br>AFFIRM, INC;<br>GOLDMAN SACHS BANK USA;<br>APPLE INC;<br>AMAZON.COM, INC;<br>DOES 1 – 50;<br><br>               Defendants. | CASE NO.  2:25-cv-01868-DJC-CSK<br><br>**[PROPOSED] ORDER GRANTING STIPULATION TO EXTEND DEADLINE FOR PLAINTIFF MATTHEW THOMAS JOYCE AND DEFENDANT APPLE INC. TO FILE RULE 26(F) JOINT STATUS REPORT**<br><br><br>Corrected Amended Complaint Filed: 03/02/26 |

[PROPOSED] ORDER

Having considered the Parties' Stipulation to Extend Deadline for Plaintiff Matthew Thomas Joyce and Defendant Apple Inc. to File Rule 26(f) Joint Status Report ("Stipulation"), and finding good cause to **GRANT** the Stipulation, the Court hereby orders as follows:

The Stipulation is **GRANTED**. The deadline for Plaintiff and Defendant Apple Inc. to meet and confer and file a joint status report pursuant to Federal Rule of Civil Procedure 26(f) and the Court's Initial Case Management Order (Dkt. No. 7) is hereby extended until 30 days following the Court's decision on Apple's forthcoming motion to dismiss.

**IT IS SO ORDERED.**

Dated: _____　　　　_____
　　　　　　　　　　　　　　　　　　　　　Hon. Daniel J. Calabretta
　　　　　　　　　　　　　　　　　　　　　United States District Court Judge