**DUANE MORRIS LLP**
Karen L. Alexander (SBN 265926)
KLAlexander@duanemorris.com
Sean Patterson (SBN 234565)
CSPatterson@duanemorris.com
Daniel D. Wall (SBN 311391)
DWall@duanemorris.com
Spear Tower
One Market Plaza, Suite 2200
San Francisco, California 94105-1127
Telephone:    +1 415 957 3000
Facsimile:    +1 415 957 3001

Specially appearing for Defendant,
ARB GAMING LLC dba MODO

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| MATTHEW JOYCE, an individual, | Case No. 2:25-cv-01868-DJC-CSK |
| Plaintiff, | **DEFENDANT ARB GAMING LLC DBA MODO'S *EX PARTE* APPLICATION FOR AN EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S OPERATIVE COMPLAINT AND FILE THE RULE 26(f) JOINT STATUS REPORT BY SIXTY (60) DAYS** |
| v. | |
| ARB GAMING LLC dba MODO, a Delaware limited liability company; B2SERVICES OU dba MCLUCK; AFFIRM, INC.; and DOES 1-10 inclusive, | |
| Defendants. | **[Civil Local Rule 144]** |
| | **Date:** |
| | **Time:** |
| | **Dept:**    **Courtroom 7, 14th Floor** |
| | **Judge:**    **Hon. Daniel J. Calabretta** |
| | Trial Date:  None Set |
| | Date Class Action Filed:  June 30, 2025 |

DEFENDANT ARB GAMING'S *EX PARTE* APPLICATION FOR AN EXTENSION OF TIME
TO RESPOND TO THE OPERATIVE COMPLAINT AND FILE STATUS REPORT
Case No. 2:25-cv-01868-DJC-CSK

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

***PLEASE TAKE NOTICE*** that Specially Appearing Defendant ARB GAMING LLC d/b/a MODO ("Defendant" or "ARB Gaming") hereby applies *ex parte* for an order extending the deadline for ARB Gaming to respond to Plaintiff MATTHEW JOYCE's operative Complaint ("Complaint") and to file the Rule 26(f) Joint Status Report by 60 days, up to and including July 28, 2026.

Good cause exists to grant this *ex parte* application because Plaintiff's counsel has filed a Motion to Withdraw as Counsel which will be heard on July 9, 2026.  (See ECF No. 48.)  ARB Gaming's current deadline to respond to the Complaint and file the Rule 26(f) Joint Status Report is May 29, 2026.  ARB Gaming seeks additional time so that Plaintiff can seek new counsel and ARB Gaming's counsel can meet and confer with Plaintiff's new counsel before responding to the Complaint and filing the Rule 26(f) Joint Status Report.

ARB Gaming requests that this application be granted on an *ex parte* basis because its current response deadline will pass before this request could be heard as a noticed motion. Plaintiff will not be prejudiced by the requested extension because it may enable ARB Gaming's counsel to meet and confer with Plaintiff's new counsel and informally resolve some or all of the motions ARB Gaming anticipates filing, thereby saving the resources of the parties and the Court.

ARB Gaming has provided proper advance notice of this application to Plaintiff through his counsel, all other parties, and the Court's Courtroom Deputy in accordance with this Court's Standing Order.  Plaintiff's position is set forth in an email cited to in the Declaration of Karen L. Alexander.  It is unclear whether Plaintiff intends to file an opposition to this *ex parte* application. This is ARB Gaming's third request for an extension of time to respond to the Complaint and first request for an extension of time to file the Rule 26(f) Joint Status Report.

This *ex parte* application is brought pursuant to Local Rule 144 and is based upon this Notice, the attached Memorandum of Points and Authorities, the attached Declaration of Karen L. Alexander, and all documents and papers already on file in this action, along with any such other and further evidence as may be presented at the time of the hearing on this application.

By specially appearing solely for the purpose of bringing this *ex parte* application, ARB

DUANE MORRIS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

2

Gaming does not waive and specifically preserves any and all challenges to the Summons and Complaint, including its argument that service was defective, that the Court lacks personal jurisdiction over ARB Gaming, that venue is improper, that this matter should be compelled to arbitration and/or stayed during the pendency of the parties' presently ongoing arbitration, and that the operative Complaint fails to state a claim against ARB Gaming.

*Respectfully submitted,*
**DUANE MORRIS LLP**


By:  */s/ Daniel D. Wall*
     Karen L. Alexander
     Daniel D. Wall
     Specially appearing for Defendant,
     ARB GAMING LLC dba MODO

DEFENDANT ARB GAMING'S *EX PARTE* APPLICATION FOR AN EXTENSION OF TIME
TO RESPOND TO THE OPERATIVE COMPLAINT AND FILE STATUS REPORT
2:25-cv-01868-DJC-CSK

## MEMORANDUM OF POINTS AND AUTHORITIES

This *ex parte* application is brought pursuant to Civil Local Rule 144.  Specially appearing Defendant ARB Gaming seeks to extend its deadline to respond to the Complaint and file the Rule 26(f) Joint Status Report by 60 days.  ARB calculates the current date for these events to be May 29, 2026.  Accordingly, with the extension, the new date will be July 28, 2026.

As the Court is aware (*see* ECF No. 47), Plaintiff's counsel has filed a Motion to Withdraw as counsel.  This Motion will be heard on July 9, 2026.  (*See* ECF No. 49.)  Plaintiff's counsel's Motion to Withdraw requests a 30-day stay of all deadlines in this action, which ARB does not oppose.

As set forth in the concurrently-filed Declaration of ARB's counsel, ARB contemplates filing a Motion to Compel Arbitration and Dismiss or Stay the Case pending resolution of the parties' ongoing arbitration.  (*See* Declaration of Karen Alexander ISO *Ex Parte* Application ("Alexander Decl."), ¶ 5.)

On May 13, 2026, the arbitrator in that proceeding issued an Interim Award holding that this case was arbitrable.  (Alexander Decl., ¶ 5.)  According to withdrawing counsel, despite the Interim Award, Mr. Joyce has refused to dismiss or stay this matter during the pendency of the arbitration.  (*Id.*)  ARB respectfully requests that the Court extend ARB's deadline for filing this motion and the Rule 26(f) Joint Status Report by 60 days while Plaintiff attempts to retain new counsel, and so that ARB's counsel has time to meet and confer with that new that counsel on these issues and avoid motion practice on a fully litigated issue.  (*Id.*)

Undersigned counsel asked Plaintiff's withdrawing counsel if she would stipulate to the 60-day continuance.  (Alexander Decl., ¶ 6.)  Though she initially responded that "I am fine with allowing the extension so the transition will be smooth on both ends," she subsequently has advised that "Matthew Joyce will need to answer about the stipulation."  (*Id.*)  Because Plaintiff is still presently a represented party, ARB's counsel does not intend to engage with him directly on this topic until the Court decides his counsel's Motion to Withdraw.  (*Id.*)

Local Rule 144 authorizes this Court to grant an extension of ARB's time to respond to the Complaint upon a showing of good cause.  This is ARB Gaming's third request for an

DUANE MORRIS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

4

DEFENDANT ARB GAMING'S *EX PARTE* APPLICATION FOR AN EXTENSION OF TIME
TO RESPOND TO THE OPERATIVE COMPLAINT AND FILE STATUS REPORT
2:25-cv-01868-DJC-CSK

extension of time to respond to the Complaint. On November 26, 2025, this Court granted ARB's *ex parte* application for a 60-day extension of time to respond while Plaintiff sought new counsel so that the parties could meet and confer about ARB's anticipated responsive motions, including a potential challenge to the service of the Summons. (*See* ECF Nos. 15, 16.) Thereafter, on February 4, 2026, Magistrate Judge Chi Soo Kim granted the parties' stipulation for a further extension of time to allow Plaintiff's counsel to file an amended complaint, cure any defects in prior service, and effectuate corrected service on ARB. (*See* ECF Nos. 25, 27.) After Plaintiff filed his First Amended Complaint on March 2, 2026, ARB agreed to accept service of the operative Complaint and Summons via a waiver of service under Fed. R. Civ. Pro. 4(d). This is ARB's first request for an extension of time to file the Rule 26(f) Joint Status Report.

For the foregoing reasons, ARB respectfully requests that the Court extend its deadline to respond to the Complaint and file the Rule 26(f) Joint Status Report by 60 days to July 28, 2026.

*Respectfully submitted,*
**DUANE MORRIS LLP**

By:  */s/ Daniel D. Wall*
      Karen L. Alexander
      Daniel D. Wall
      Specially appearing for Defendant,
      ARB GAMING LLC dba MODO

DEFENDANT ARB GAMING'S *EX PARTE* APPLICATION FOR AN EXTENSION OF TIME
TO RESPOND TO THE OPERATIVE COMPLAINT AND FILE STATUS REPORT
2:25-cv-01868-DJC-CSK