**DUANE MORRIS LLP**
Karen L. Alexander (SBN 265926)
KLAlexander@duanemorris.com
Daniel D. Wall (SBN 311391)
DWall@duanemorris.com
Spear Tower
One Market Plaza, Suite 2200
San Francisco, California 94105-1127
Telephone:      +1 415 957 3000
Facsimile:      +1 415 957 3001

Specially appearing for Defendant,
ARB GAMING LLC dba MODO

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| MATTHEW JOYCE, an individual,<br><br>Plaintiff,<br><br>v.<br><br>ARB GAMING LLC dba MODO, a Delaware limited liability company; B2SERVICES OU dba MCLUCK; AFFIRM, INC.; and DOES 1-10 inclusive,<br><br>Defendants. | Case No. 2:25-cv-01868-DJC-CSK<br><br>**DECLARATION OF KAREN ALEXANDER IN SUPPORT OF DEFENDANT ARB GAMING LLC DBA MODO'S *EX PARTE* APPLICATION FOR AN EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S OPERATIVE COMPLAINT AND FILE THE RULE 26(f) JOINT STATUS REPORT BY SIXTY (60) DAYS**<br><br>**[Civil Local Rule 144]**<br><br>**Date:**<br>**Time:**<br>**Dept:**      **Courtroom 7, 14th Floor**<br>**Judge:**     **Hon. Daniel J. Calabretta**<br><br>Trial Date:  None Set<br>Date Class Action Filed:  June 30, 2025 |

DUANE MORRIS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DECL. ALEXANDER ISO ARB GAMING LLC'S *EX PARTE* APPLICATION FOR EXTENSION OF TIME TO RESPOND TO THE OPERATIVE COMPLAINT AND FILE STATUS REPORT
Case No. 2:25-cv-01868-DJC-CSK

## <u>DECLARATION OF KAREN L. ALEXANDER</u>

I, Karen L. Alexander, hereby declare and state as follows:

1. I am counsel of record specially appearing for Defendant ARB GAMING LLC ("ARB") in the above-captioned matter.

2. I have personal knowledge of the facts stated in this declaration to the best of my knowledge and recollection and, if called as a witness, could and would testify competently to them.

3. This declaration is submitted in support of ARB's *ex parte* application for an extension of time to respond to Plaintiff Matthew Joyce's operative Complaint and to file the Rule 26(f) Joint Status Report. We calculate our deadline for each of these filings to be May 29, 2026.

4. Plaintiff's counsel has filed a Motion to Withdraw as counsel. This Motion will be heard on July 9, 2026. Plaintiff's counsel's Motion to Withdraw requests a 30-day stay of all deadlines in this action, which ARB does not oppose.

5. ARB contemplates filing a Motion to Compel Arbitration and Dismiss or Stay the Case pending resolution of the parties' ongoing arbitration. On May 13, 2026, the arbitrator in that proceeding issued an Interim Award holding that this case was arbitrable. According to withdrawing counsel, despite the Interim Award, Mr. Joyce has refused to dismiss or stay this matter while the arbitration is being litigated. We request that the Court extend ARB's deadline for filing this motion and the Rule 26(f) Joint Status Report by 60 days while Plaintiff attempts to retain new counsel, and so that we have time to meet and confer with that new counsel on these issues and avoid motion practice on a fully litigated issue.

6. On May 19, 2026, I asked Mr. Joyce's counsel if she would stipulate to the 60-day continuance we are requesting. Though she initially responded that "I am fine with allowing the extension so the transition will be smooth on both ends," she thereafter has advised that "Matthew Joyce will need to answer about the stipulation." Because Plaintiff is still presently a represented party, we do not intend to engage with him directly on this topic until the Court decides his counsel's Motion to Withdraw.

DUANE MORRIS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

2

DECL. ALEXANDER ISO ARB GAMING LLC'S *EX PARTE* APPLICATION FOR EXTENSION OF TIME TO RESPOND TO THE OPERATIVE COMPLAINT AND FILE STATUS REPORT
2:25-cv-01868-DJC-CSK

7.      I provided advance notice of the *ex parte* application to the Court Clerk and all counsel who have appeared in the action via email on May 21, 2026.  To date, I have not received any communication from any counsel that any parties intend to file an opposition.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct to the best of my knowledge and ability. Executed May 22, 2026, at San Diego, California.

                                        */s/ Karen L. Alexander*
                                        Karen L. Alexander

DUANE MORRIS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

3

DECL. ALEXANDER ISO ARB GAMING LLC'S *EX PARTE* APPLICATION FOR EXTENSION OF TIME TO RESPOND TO THE OPERATIVE COMPLAINT AND FILE STATUS REPORT
2:25-cv-01868-DJC-CSK