**DLA PIPER LLP (US)**
JOHN SAMUEL GIBSON (SBN 140647)
*john.gibson@us.dlapiper.com*
TANYA L. GREENE (SBN 267975)
*tanya.greene@us.dlapiper.com*
COLIN F. MCGRATH (SBN 351947)
*colin.mcgrath@us.dlapiper.com*
2000 Avenue of the Stars, Suite 400 North Tower
Los Angeles, California 90067-4735
Tel.:  310.595.3000
Fax:  310.595.3300

Attorneys for Defendant
APPLE INC.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHEW THOMAS JOYCE,<br><br>Plaintiff,<br><br>v.<br><br>ARB GAMING LLC DBA MODO. US;<br>AFFIRM, INC;<br>GOLDMAN SACHS BANK USA;<br>APPLE INC;<br>AMAZON.COM, INC;<br>DOES 1 – 50;<br><br>Defendants. | CASE NO.  2:25-cv-01868-DJC-CSK<br><br>**DECLARATION OF COLIN F. MCGRATH IN SUPPORT OF APPLE INC.'S EX PARTE APPLICATION TO EXTEND TIME TO RESPOND TO CORRECTED AMENDED COMPLAINT**<br><br>Date:<br>Time:<br>Dept:   Courtroom 7, 14th Floor<br>Judge:  Hon. Daniel J. Calabretta<br><br>Corrected Amended Complaint Filed:  03/02/26 |

DECLARATION OF COLIN F. MCGRATH IN SUPPORT OF APPLE INC.'S EX PARTE
APPLICATION TO EXTEND TIME TO RESPOND TO COMPLAINT

I, Colin McGrath, declare as follows:

1. I am an associate at DLA Piper LLP (US), counsel of record for defendant Apple Inc. ("Apple") in the above captioned action. I have personal knowledge of the matters set forth in this declaration and, if called as a witness, I could and would testify competently thereto.

2. I submit this declaration in support of Apple's *Ex Parte* Application to Extend Time to Respond to Corrected Amended Complaint ("Complaint"), filed concurrently herewith.

3. On May 22, 2026, Apple's counsel asked Plaintiff's counsel by email whether Plaintiff intends to oppose Apple's *ex parte* Application. At the time of filing, Plaintiff's counsel had not yet responded.

**A. Need for the *Ex Parte* Application**

4. On May 20, 2026, Plaintiff's counsel filed a Motion to Withdraw as Counsel of Record and Request to Stay Proceedings, Dkt. No. 47 ("Motion to Withdraw"). Plaintiff's counsel seek "to withdraw from representation of Plaintiff," stating that "[a]n irreconcilable breakdown in the attorney-client relationship has occurred such that continued effective representation is no longer possible." *Id.* at 1, 4. In light of the pending Motion to Withdraw, and the potential substitution of counsel, Apple seeks an extension of its responsive pleading deadline until the later of 30 days after the Court rules on the Motion to Withdraw or 30 days after substitution counsel appears.

5. Apple's responsive pleading deadline is May 29, 2026. Apple anticipates filing a motion to dismiss, and under the current schedule, briefing on Apple's motion would occur before the Motion to Withdraw is heard and decided, and during a period when Plaintiff's attorney-client relationship has broken down. An extension until after the Motion to Withdraw is decided will allow for meet-and-confer discussions to take place with substitute counsel if obtained, and may allow the parties to resolve some or all of the issues Apple intends to raise in its motion to dismiss. The extension will therefore benefit all parties and further the interests of judicial economy by affording the parties an opportunity to narrow the issues in this case.

**B. Plaintiff Would not Agree to a Stipulation to Extend Apple's Deadline**

6. On May 20, 2026, Apple's counsel emailed Plaintiff's counsel to request Plaintiff's

DLA PIPER LLP (US)
LOS ANGELES

DECLARATION OF COLIN F. MCGRATH IN SUPPORT OF APPLE INC.'S EX PARTE APPLICATION TO EXTEND TIME TO RESPOND TO COMPLAINT

consent to a stipulation to extend Apple's responsive pleading deadline until the later of 30 days after the court rules the Motion to Withdraw, or 30 days after substitution counsel appears after the Motion to Withdraw is decided. On a call on May 21, 2026, Plaintiff's counsel stated that Plaintiff will not agree to a stipulation to extend the responsive pleading deadline. Apple accordingly brings this *ex parte* application to request an extension before its May 29, 2026 responsive pleading deadline.

### C. The Extension Cannot Be Decided on a Regularly Noticed Motion

7.      Apple's deadline to respond to the Complaint is May 29, 2026. *See* Dkt. No. 42. The Motion to Withdraw was filed nine days before Apple's upcoming responsive pleading deadline. This leaves insufficient time for Apple to request this extension on a motion noticed on the Court's civil law and motion calendar under Local Rule 230 before its responsive pleading deadline passes.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct and that this declaration was executed this day of May 22, 2026 in Los Angeles, California.

Dated:  May 22, 2026

/s/ Colin F. McGrath

COLIN F. MCGRATH

DLA Piper LLP (US)
LOS ANGELES

-2-

DECLARATION OF COLIN F. MCGRATH IN SUPPORT OF APPLE INC.'S EX PARTE APPLICATION TO EXTEND TIME TO RESPOND TO COMPLAINT