# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHEW THOMAS JOYCE, | CASE NO.  2:25-cv-01868-DJC-CSK |
| Plaintiff, | **[PROPOSED] ORDER GRANTING APPLE INC.'S EX PARTE APPLICATION TO EXTEND TIME TO RESPOND TO CORRECTED AMENDED COMPLAINT** |
| v. | |
| ARB GAMING LLC DBA MODO. US; AFFIRM, INC; GOLDMAN SACHS BANK USA; APPLE INC; AMAZON.COM, INC; DOES 1 – 50; | |
| Defendants. | Corrected Amended Complaint Filed: 03/02/26 |

[PROPOSED] ORDER

Having considered the *ex parte* Application of Defendant Apple Inc. ("Apple") for an order extending Apple's time to respond to the Corrected Amended Complaint ("Complaint") filed by Plaintiff Matthew Thomas Joyce (the "Application"), and in light of the pending Motion to Withdraw as Counsel of Record and Request to Stay Proceedings ("Motion to Withdraw") filed by Plaintiff's counsel on May 20, 2026, Dkt. No. 47, and Apple's May 29, 2026, deadline to respond to the Complaint, Dkt. No. 42, the Court finds good cause to **GRANT** the Application, and hereby orders as follows:

The Application is **GRANTED**. The deadline for Defendant Apple Inc. to respond to the Complaint is hereby extended until the later of (1) 30 days after the Court rules on the pending Motion to Withdraw; or (2) 30 days after substitute counsel appears.

**IT IS SO ORDERED.**

Dated: _____          _____
                                                              Hon. Daniel J. Calabretta
                                                              United States District Court Judge

-1-