TROUTMAN PEPPER LOCKE LLP
Kalama M. Lui-Kwan (SBN 242121)
kalama.lui-kwan@troutman.com
Ryan A. Lewis (SBN 307253)
ryan.lewis@troutman.com
Three Embarcadero Center, Suite 800
San Francisco, CA 94111
Telephone:   415.477.5700
Facsimile:   415.477.5710

Attorneys for Defendant
AFFIRM, INC.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHEW THOMAS JOYCE,<br><br>               Plaintiff,<br><br>     v.<br><br>ARB GAMING LLC DBA MODO. US;<br>AFFIRM, INC.; GOLDMAN SACHS BANK<br>USA; APPLE INC; AMAZON.COM, INC;<br>DOES 1-50,<br><br>               Defendants. | Case No. 2:25-cv-01868-DJC-CSK<br><br>**DEFENDANT AFFIRM, INC.'S *EX PARTE* APPLICATION FOR EXTENSION OF TIME TO FILE RULE 26(f) JOINT STATUS REPORT**<br><br>[Filed concurrently with [Proposed] Order]<br><br>Date:<br>Time:<br>Location:  Courtroom 7<br>Judge:  Hon. Daniel J. Calabretta<br><br>Amended Complaint Filed:  3/2/26 |

Defendant Affirm, Inc. ("Affirm") hereby submits this *ex parte* application ("Application") pursuant to Federal Rule of Civil Procedure 6(b), Local Rule 144, the Court's Initial Case Management Order (Dkt. 7), and this Court's Standing Order, for an order extending its time to meet and confer and to file a joint status report pursuant to Federal Rule of Civil Procedure 26(f) until 30 days following the Court's decision on Affirm's forthcoming motion to dismiss.[1]

---

[1] On May 14, 2026, the Court entered an order granting Plaintiff and Defendant Apple Inc.'s ("Apple") stipulation to extend their time to meet and confer and to file a joint Rule 26(f) status report until 30 days following the Court's decision on Apple's forthcoming motion to dismiss. (Dkt. 46).  Although Affirm's understanding is that, consistent with the Court's Initial Case Management Order and Rule 26, the Court expects a single Rule 26(f) report submitted by all

- 1 -

Affirm's Application is supported by good cause because an extension will conserve party and judicial resources in light of Affirm's forthcoming motion to dismiss. At the time of filing, Plaintiff's counsel had not yet responded to Affirm's counsel's request for clarification on whether Plaintiff intends to file an opposition to this Application.

## BACKGROUND

The Court's Initial Case Management Order requires the parties to confer as required by Federal Rule of Civil Procedure 26(f) and to submit a joint status report within 60 days of service on the complaint on any party.  (Dkt. 7).  On April 1, 2026 Affirm executed a Waiver of the Service of Summons ("Waiver") in this action.  Based on the date of the Waiver, the deadline for Plaintiff and Affirm to file a joint status report would be June 1, 2026.  Affirm also anticipates filing a motion to dismiss all claims against it by its responsive pleading deadline of June 1, 2026.  (Declaration of Ryan A. Lewis ["Lewis Dec."]), ¶ 2).

On May 14, 2026, the Court entered an Order granting Plaintiff and Apple's stipulation to extend their deadline to meet and confer and to file a joint status report until 30 days following the Court's decision on Apple's forthcoming motion to dismiss. (Dkt. 46).

On May 15, 2026, Affirm's counsel contacted Plaintiff's counsel to request that Plaintiff stipulate to extend Affirm and Plaintiff's deadline to meet and confer and to file their joint Rule 26(f) status report to the deadline set forth in Plaintiff's stipulation with Apple.  (Dkt. 46).  On May 18, Plaintiff's counsel responded that the stipulation was "approved" in principle.  However, on May 19, Plaintiff's counsel informed Affirm's counsel that they would be withdrawing as counsel and that Plaintiff would be "proceeding as a pro se."  That same day, Affirm's counsel requested that Plaintiff's counsel confirm whether they would be in a position to approve the proposed stipulation that Affirm was

parties, the Court's May 14 order was facially limited to Apple and Plaintiff.  Accordingly, out of an abundance of caution, and in the event the deadline set forth in the Court's May 14 order does not apply to all parties, Affirm submits this *ex parte* Application for an extension of time for it to meet and confer and to submit a Rule 26(f) report.

- 2 -

drafting.  Plaintiff's counsel responded on May 19 by stating they would "be withdrawing immediately."  (Lewis Dec., ¶¶ 2-3).

Accordingly, Affirm brings this *ex parte* Application for an order extending its time to meet and confer and to file a joint status report pursuant to Federal Rule of Civil Procedure 26(f) until 30 days following the Court's decision on Affirm's forthcoming motion to dismiss.

On May 26, Affirm's counsel contacted Plaintiff's counsel and asked whether Plaintiff would be opposing Affirm's instant Application.  As of the date of the filing of the Application, Plaintiff's counsel did not respond.  (*Id.* ¶ 6).

## GROUNDS FOR *EX PARTE* RELIEF

Under Federal Rule 6, "[t]he [C]ourt may, for good cause, extend the time" for a party's deadline "if a request is made[] before the original time or its extension expires."  Fed. R. Civ. P. 6(b)(1).  Here, good cause supports Affirm's Application because the Court's and the parties' resources will be preserved by postponing the parties' Rule 26(f) meet and confer and joint report deadline until after Affirm's motion to dismiss is decided.  (Lewis Dec., ¶ 4).  To the extent Affirm's forthcoming motion is granted and Plaintiff's claims are dismissed, there will be no need for Affirm to participate in preparing a Rule 26(f) joint report and the issues will be significantly narrowed for the Court and for Plaintiff.  (*Id.* ¶¶ 4-5).

Separately, the Court has already extended Apple and Plaintiff's meet and confer deadline until 30 days following the Court's decision on Defendant Apple's forthcoming motion to dismiss.  (Dkt. 46).  Just as the Court found that Apple and Plaintiff's stipulation was supported by good cause, Affirm's Application seeking the same type of extension is likewise supported by good cause.  (*See* Dkt. 46).

Affirm brings this *ex parte* Application because it has not been able to obtain a stipulated extension of the parties' deadline.  (*Id.* ¶¶ 2-3).  Although Plaintiff's counsel initially agreed in principle to a stipulation, Plaintiff's counsel subsequently declined to confirm the stipulation, citing their imminent withdrawal.  (*See id.*).

Affirm's request for an extension could not be decided on a motion noticed on the Court's civil law and motion calendar under Local Rule 230.  Although Plaintiff's counsel had initially indicated they would be agreeable to a stipulation, on May 19 they declined to confirm the stipulation and cited their imminent withdrawal.  (*Id.*).  Because the parties' deadline to meet and confer and to file their joint Rule 26(f) status report is June 1, this left insufficient time for Affirm to request an extension via a regularly noticed motion.  (*Id.*). Affirm accordingly seeks an extension through this *ex parte* Application, which Affirm filed as soon as practicable and before the forthcoming June 1 deadline.

<b>CONCLUSION</b>

For the foregoing reasons, Affirm respectfully requests that the Court grant its Application and issue an order extending its time to meet and confer and to file a joint status report pursuant to Federal Rule of Civil Procedure 26(f) until 30 days following the Court's decision on Affirm's forthcoming motion to dismiss.

Dated:  May 27, 2026

TROUTMAN PEPPER LOCKE LLP

By: */s/ Ryan A. Lewis*
Kalama M. Lui-Kwan
Ryan A. Lewis

Attorneys for Defendant
AFFIRM, INC.

- 4 -

## CERTIFICATE OF SERVICE

I am over the age of 18 and not a party to the within action.  I am employed in San Francisco County, California.  My business address is 3 Embarcadero Center, Suite 800, San Francisco, California 94111.  On May 27, 2026, I served on the interested parties to this action a true and correct copy of the following document(s), and any attachments and exhibits thereto, described as:

**DEFENDANT AFFIRM, INC.'S *EX PARTE* APPLICATION FOR EXTENSION OF TIME TO FILE RULE 26(F) JOINT STATUS REPORT**

**DECLARATION OF RYAN A. LEWIS IN SUPPORT OF *EX PARTE* APPLICATION FOR EXTENSION OF TIME TO FILE RULE 26(F) JOINT STATUS REPORT**

**PROPOSED] ORDER GRANTING DEFENDANT AFFIRM, INC.'S *EX PARTE* APPLICATION FOR EXTENSION OF TIME TO FILE RULE 26(F) JOINT STATUS REPORT**

☒ **BY CM/ECF:** The foregoing was filed electronically with the Clerk of the Court using the CM/ECF system, which sent notification of such filing to all CM/ECF registrants of record in this matter constituting service pursuant to Fed. R. Civ. P. 5(b)(2)(E).

☐ **BY ELECTRONIC MAIL:** Pursuant to the parties' agreement and/or the Court's order regarding electronic service, I electronically served the following persons at the electronic service addresses listed below.  My electronic service address is evelyn.standart@troutman.com.

| | |
|---|---|
| Jacqueline M. Sale<br>LAW OFFICE OF JACQUELINE SALE<br>18723 Via Princessa #102<br>Santa Clarita, CA  91387 | Telephone: (833) 225-5299<br>Email: jmsalelaw@gmail.com<br><br>Attorneys for Plaintiff MATTHEW JOYCE and Plaintiff in Interpleader JAMIE STAHURA |
| Amina Mack<br>THE MACK LAW FIRM, PLLC<br>4242 Six Forks Road, Suite 1550<br>Raleigh, NC  27609 | Telephone: (984) 480-7147<br>Email: legal@themacklaw.com<br><br>Attorneys for Plaintiff MATTHEW JOYCE and Plaintiff in Interpleader JAMIE STAHURA |
| Daniel Donahoe Wall<br>DUANE MORRIS LLP<br>1 Market Plaza<br>Spear Tower, Suite 2200<br>San Francisco, CA  94105 | Telephone: (415) 957-3032<br>Email: dwall@duanemorris.com<br><br>Attorneys for Defendant<br>ARB GAMING LLC dba MODO |

DEFENDANT AFFIRM, INC.'S *EX PARTE* APPLICATION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT AND TO FILE RULE 26(f) REPORT

| Karen L. Alexander<br>DUANE MORRIS LLP<br>750 B Street, Suite 2900<br>San Diego, CA  92101-4681 | Telephone: (619) 744-2200<br>Emails: klalexander@duanemorris.com<br><br>Attorneys for Defendant<br>ARB GAMING LLC dba MODO |
|---|---|
| John Samuel Gibson<br>Tanya L. Greene<br>Colin F. Mcgrath<br>DLA PIPER LLP (US)<br>2000 Avenue of the Stars<br>Suite 400 North Tower<br>Los Angeles, California 90067-4735 | Telephone: (310) 595-3000<br>Emails: john.gibson@us.dlapiper.com;<br>tanya.greene@us.dlapiper.com;<br>colin.mcgrath@us.dlapiper.com<br><br>Attorneys for Defendant<br>APPLE INC. |
| Arjun P. Rao<br>Marcos Sasso<br>MORGAN, LEWIS & BOCKIUS LLP<br>2049 Century Park East, Suite 700<br>Los Angeles, CA  90067-3109 | Telephone: (310) 907-1000<br>Emails: arjun.rao@morganlewis.com;<br>marcos.sasso@morganlewis.com<br><br>Attorneys for Defendant<br>GOLDMAN SACHS BANK USA |

I declare that I am employed in the office of the member of the bar of this court under whose direction the service was made.  Executed on May 27, 2026, at San Francisco, California.

  */s/ Evelyn Standart*
Evelyn Standart

DEFENDANT AFFIRM, INC.'S *EX PARTE* APPLICATION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT AND TO FILE RULE 26(f) REPORT