TROUTMAN PEPPER LOCKE LLP
Kalama M. Lui-Kwan (SBN 242121)
kalama.lui-kwan@troutman.com
Ryan A. Lewis (SBN 307253)
ryan.lewis@troutman.com
Three Embarcadero Center, Suite 800
San Francisco, CA 94111
Telephone:   415.477.5700
Facsimile:   415.477.5710

Attorneys for Defendant
AFFIRM, INC.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHEW THOMAS JOYCE,<br><br>Plaintiff,<br><br>v.<br><br>ARB GAMING LLC DBA MODO. US; AFFIRM, INC.; GOLDMAN SACHS BANK USA; APPLE INC; AMAZON.COM, INC; DOES 1-50,<br><br>Defendants. | Case No. 2:25-cv-01868-DJC-CSK<br><br>**DECLARATION OF RYAN A. LEWIS IN SUPPORT OF *EX PARTE* APPLICATION FOR EXTENSION OF TIME TO FILE RULE 26(f) JOINT STATUS REPORT**<br><br>Date:<br>Time:<br>Location:  Courtroom 7<br>Judge:  Hon. Daniel J. Calabretta<br><br>Amended Complaint Filed:  3/2/26 |

TROUTMAN PEPPER LOCKE LLP
THREE EMBARCADERO CENTER
SUITE 800
SAN FRANCISCO, CA 94111

I, Ryan A. Lewis, declare as follows:

1.     I am a member in good standing of the Bar of California and admitted to practice before this Court.  I am an associate at the law firm Troutman Pepper Locke LLP, counsel of record in this action for Defendant Affirm, Inc. ("Affirm").  Each statement made in this declaration is based upon facts personally known to me.  If called as a witness in this action I could and would competently testify as to the same.  I submit this declaration in support of Affirm's *Ex Parte* Application for Extension of Time to File Rule 26(f) Joint Status Report ("Application").

2.     On April 1, 2026, Affirm executed a Waiver of the Service of Summons ("Waiver") in this action.  Based on the date of the Waiver, the deadline for Plaintiff and Affirm to file a joint status report would be June 1, 2026.  Affirm also anticipates filing a motion to dismiss all claims against it by its responsive pleading deadline of June 1, 2026.

3.     On May 15, 2026, I contacted Plaintiff's counsel by email to request that Plaintiff stipulate to extend Affirm and Plaintiff's deadline to meet and confer and to file their joint Rule 26(f) status report to the deadline set forth in Plaintiff's stipulation with defendant Apple Inc. ("Apple").  (Dkt. 46).  On May 18, Plaintiff's counsel responded that the stipulation was "approved" in principle.  However, on May 19, Plaintiff's counsel informed me by email that they would be withdrawing as counsel and that Plaintiff would be "proceeding as a pro se."  That same day, I requested by email that Plaintiff's counsel confirm whether they would be in a position to approve a final version of the proposed stipulation.  Plaintiff's counsel responded on May 19 by stating they would "be withdrawing immediately."

4.     Good cause supports Affirm's Application because the Court's and the parties' resources will be preserved by postponing the parties' Rule 26(f) meet and confer and joint report deadline until after Affirm's motion to dismiss is decided.  To the extent Affirm's forthcoming motion is granted, and Plaintiff's claims are dismissed, there will be no need for Affirm to participate in preparing a Rule 26(f) joint report and the issues will be significantly narrowed for the Court and for Plaintiff.

DECLARATION OF RYAN A. LEWIS

5.      Moreover, the Court has already extended Apple and Plaintiff's meet and confer deadline until 30 days following the Court's decision on Defendant Apple's forthcoming motion to dismiss.  (Dkt. 46).

6.      On May 26, 2026, I contacted Plaintiff's counsel by email and asked whether Plaintiff would be opposing Affirm's Application.  As of the time of the filing of the Application, Plaintiff's counsel did not respond.  On May 27, I contacted the Court's Courtroom Deputy to inform him of the Application.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed in San Rafael, California.

Dated:  May 27, 2026

By: */s/ Ryan A. Lewis*
Ryan A. Lewis

- 3 -
DECLARATION OF RYAN A. LEWIS