.

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MATTHEW THOMAS JOYCE<br><br>           Plaintiff,<br><br>       v.<br><br>ARB GAMING LLC DBA MODO. US;<br>AFFIRM, INC.; GOLDMAN SACHS BANK<br>USA; APPLE INC; AMAZON.COM, INC;<br>DOES 1-50,<br><br>           Defendants. | Case No. 2:25-cv-01868-DJC-CSK<br><br>**[PROPOSED] ORDER GRANTING<br>DEFENDANT AFFIRM, INC.'S *EX<br>PARTE* APPLICATION FOR<br>EXTENSION OF TIME TO FILE RULE<br>26(f) JOINT STATUS REPORT** |

- 1 -

[PROPOSED] ORDER

Having considered Defendant Affirm, Inc.'s ("Affirm") *Ex Parte* Application for Extension of Time to File Rule 26(f) Joint Status Report ("Application"), the Court finds good cause to **GRANT** the Application and hereby orders as follows:

The deadline for Plaintiff and Affirm to meet and confer and to file a joint status report pursuant to Federal Rule of Civil Procedure 26(f) is hereby extended until 30 days following the Court's decision on Affirm's forthcoming motion to dismiss.

**IT IS SO ORDERED**

Dated:

By: */s/*
_____
Hon. Daniel J. Calabretta

- 2 -

[PROPOSED] ORDER