TROUTMAN PEPPER LOCKE LLP
Kalama M. Lui-Kwan (SBN 242121)
kalama.lui-kwan@troutman.com
Ryan A. Lewis (SBN 307253)
ryan.lewis@troutman.com
Three Embarcadero Center, Suite 800
San Francisco, CA 94111
Telephone:   415.477.5700
Facsimile:   415.477.5710

Attorneys for Defendant
AFFIRM, INC.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHEW THOMAS JOYCE,<br><br>           Plaintiff,<br><br>     v.<br><br>ARB GAMING LLC DBA MODO. US;<br>AFFIRM, INC.; GOLDMAN SACHS BANK<br>USA; APPLE INC; AMAZON.COM, INC;<br>DOES 1-50,<br><br>           Defendants. | Case No. 2:25-cv-01868-DJC-CSK<br><br>**DEFENDANT AFFIRM, INC'S<br>CORPORATE DISCLOSURE<br>STATEMENT**<br><br>Location:  Courtroom 7<br>Judge:  Hon. Daniel J. Calabretta<br><br>Complaint Filed:  June 30, 2026<br>FAC Filed:  March 2, 2026 |

- 1 -

AFFIRM, INC.'S CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, and to enable the District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Affirm, Inc., defendant to the above-captioned action, certifies as follows:

1.    Affirm, Inc. is a wholly owned subsidiary of Affirm Holdings, Inc., a publicly traded company.

2.    Affirm Holdings, Inc. does not have a parent corporation and no publicly-held corporation owns 10% or more of its stock.

Dated:  May 27, 2026                                              TROUTMAN PEPPER LOCKE LLP


                                                                By: */s/ Ryan A. Lewis*
                                                                    Kalama M. Lui-Kwan
                                                                    Ryan A. Lewis

                                                                    Attorneys for Defendant
                                                                    AFFIRM, INC.

AFFIRM, INC.'S CORPORATE DISCLOSURE STATEMENT

## <u>CERTIFICATE OF SERVICE</u>

I am over the age of 18 and not a party to the within action.  I am employed in San Francisco County, California.  My business address is 3 Embarcadero Center, Suite 800, San Francisco, California 94111.  On May 27, 2026, I served on the interested parties to this action a true and correct copy of the following document(s), and any attachments and exhibits thereto, described as:

**DEFENDANT AFFIRM, INC'S CORPORATE DISCLOSURE STATEMENT**

☒ **BY CM/ECF:** The foregoing was filed electronically with the Clerk of the Court using the CM/ECF system, which sent notification of such filing to all CM/ECF registrants of record in this matter constituting service pursuant to Fed. R. Civ. P. 5(b)(2)(E).

☐ **BY ELECTRONIC MAIL:** Pursuant to the parties' agreement and/or the Court's order regarding electronic service, I electronically served the following persons at the electronic service addresses listed below.  My electronic service address is evelyn.standart@troutman.com.

| | |
|---|---|
| Jacqueline M. Sale<br>LAW OFFICE OF JACQUELINE SALE<br>18723 Via Princessa #102<br>Santa Clarita, CA  91387 | Telephone: (833) 225-5299<br>Email: jmsalelaw@gmail.com<br><br>Attorneys for Plaintiff MATTHEW JOYCE and Plaintiff in Interpleader JAMIE STAHURA |
| Amina Mack<br>THE MACK LAW FIRM, PLLC<br>4242 Six Forks Road, Suite 1550<br>Raleigh, NC  27609 | Telephone: (984) 480-7147<br>Email: legal@themacklaw.com<br><br>Attorneys for Plaintiff MATTHEW JOYCE and Plaintiff in Interpleader JAMIE STAHURA |
| Daniel Donahoe Wall<br>DUANE MORRIS LLP<br>1 Market Plaza<br>Spear Tower, Suite 2200<br>San Francisco, CA  94105 | Telephone: (415) 957-3032<br>Email: dwall@duanemorris.com<br><br>Attorneys for Defendant<br>ARB GAMING LLC dba MODO |
| Karen L. Alexander<br>DUANE MORRIS LLP<br>750 B Street, Suite 2900<br>San Diego, CA  92101-4681 | Telephone: (619) 744-2200<br>Emails: klalexander@duanemorris.com<br><br>Attorneys for Defendant<br>ARB GAMING LLC dba MODO |
| John Samuel Gibson<br>Tanya L. Greene<br>Colin F. Mcgrath<br>DLA PIPER LLP (US)<br>2000 Avenue of the Stars<br>Suite 400 North Tower | Telephone: (310) 595-3000<br>Emails: john.gibson@us.dlapiper.com;<br>tanya.greene@us.dlapiper.com;<br>colin.mcgrath@us.dlapiper.com<br><br>Attorneys for Defendant<br>APPLE INC. |

AFFIRM, INC.'S CORPORATE DISCLOSURE STATEMENT

| Los Angeles, California 90067-4735 | |
|---|---|
| Arjun P. Rao<br>Marcos Sasso<br>MORGAN, LEWIS & BOCKIUS LLP<br>2049 Century Park East, Suite 700<br>Los Angeles, CA  90067-3109 | Telephone: (310) 907-1000<br>Emails: arjun.rao@morganlewis.com;<br>marcos.sasso@morganlewis.com<br><br>Attorneys for Defendant<br>GOLDMAN SACHS BANK USA |

I declare that I am employed in the office of the member of the bar of this court under whose direction the service was made.  Executed on May 27, 2026, at San Francisco, California.

/s/ Evelyn Standart_____

AFFIRM, INC.'S CORPORATE DISCLOSURE STATEMENT