UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHEW THOMAS JOYCE,<br><br>Plaintiff,<br><br>vs.<br><br>ARB GAMING LLC, et al.,<br><br>Defendants. | Case No. 2:25-cv-01868-DJC-CSK<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT GOLDMAN SACHS BANK USA'S MOTION TO COMPEL ARBITRATION AND TO STAY ACTION**<br><br>Hearing<br><br>Date: August 13,2026<br>Time: 1:30 PM<br>Courtroom: 7, 14th Floor<br><br>Date of Filing: June 30, 2025<br>Trial Date:        None Set |

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

DB2/ 652385320.1

[PROPOSED] ORDER GRANTING MTCA
AND STAY ACTION
CASE NO. 3:25-cv-3203-AMO

This Motion to Compel Arbitration filed by Defendant Goldman Sachs Bank USA in Case No. 2:25-cv-01868-DJC-CSK came on for hearing on August 13, 2026, 2026, at 1:30 p.m. before the Honorable Daniel J. Calabretta.  Plaintiff Matthew Thomas Joyce and Defendant Goldman Sachs Bank USA were represented by their respective counsel of record.  The Court, having considered the arguments of the parties, both written and oral, as well as the evidence presented, hereby GRANTS Defendant's Motion to Compel Arbitration.

**THEREFORE, IT IS ORDERED** as follows:

1. The Arbitration Provision in the Customer Agreement governing plaintiff Matthew Thomas Joyce's Apple Card account is valid and enforceable pursuant to the Federal Arbitration Act ("FAA");

2. Plaintiff's claims against Goldman Sachs Bank USA in this action fall within the Arbitration Provision's broad scope;

3. Plaintiff's claims shall be submitted to arbitration pursuant to the terms of the Arbitration Provision; and

4. This action as against Goldman Sachs Bank USA is stayed pursuant to the FAA pending completion of the arbitration proceedings.

**IT IS SO ORDERED.**

Dated:_____            _____
                                          Hon. Daniel J. Calabretta
                                          US District Court Judge

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

DB2/ 652385320.1

1

[PROPOSED] ORDER GRANTING MTCA
AND STAY ACTION
CASE NO. 3:25-cv-3203-AMO

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing, its attachments and documents filed concurrently therewith was electronically filed on May 29, 2026 using the CM/ECF system, thereby sending a notice of electronic filing to all counsel of record.


                                            */s/ Arjun P. Rao*
                                        _____
                                            Arjun P. Rao


MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
COSTA MESA

CERTIFICATE OF SERVICE
CASE NO.:  2:25-CV-01868-DJC-CSK