May 27, 2026

Office of the Clerk
United States District Court
Eastern District of California, Sacramento Division
Robert T. Matsui United States Courthouse
501 I Street, Suite 4-200
Sacramento, CA 95814



**FILED**

MAY 28 2026

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

**Re: Joyce v. ARB Gaming LLC dba Modo. US, et al.**
Case No. 2:25-cv-01868-DJC-CSK (Hon. Daniel J. Calabretta)
Plaintiff's Notice of Self-Representation and Procedural Update

To the Clerk of the Court:

Plaintiff respectfully submits this letter for lodging on the docket of the above-captioned matter, in furtherance of Plaintiff's good-faith duty to keep the Court informed of material developments in this case.

As of May 26, 2026, I have terminated the representation of prior counsel, Mack Law Firm, Amina M. Mack, Esq., and Jacqueline Sale, Esq. (admitted pro hac vice), and am proceeding pro se. A Substitution of Counsel reflecting this status will be filed with the Court in the coming days. Plaintiff understands that prior counsel formally remain counsel of record pending the Court's action on the pending Motion to Withdraw, set for hearing on July 9, 2026. Plaintiff expressly reserves the right to retain successor counsel at any subsequent stage of this proceeding.

Plaintiff will also be filing a Motion for Reasonable Accommodations under Section 504 of the Rehabilitation Act and applicable Judicial Conference Policy, supported by treating-clinician documentation of disabilities pled at paragraphs 17-18 of the operative Amended Complaint (ECF No. 30). Plaintiff respectfully requests that any procedural deadlines be construed in light of the pending accommodation request once filed.

Plaintiff respectfully notes that certain requests previously transmitted to prior counsel - including with respect to Plaintiff's client file and other procedural matters - remain pending and unanswered as of the date of this letter. Plaintiff has therefore taken steps to address those matters directly and, where appropriate, through independently retained counsel engaged for limited purposes consistent with the transition to self-representation.

Plaintiff further understands from the docket that the Court has granted Defendants' Ex Parte Motions for an extension of time to respond to the Amended Complaint, filed by Defendants ARB Gaming LLC and Apple Inc. on May 22, 2026. Plaintiff respectfully acknowledges the Court's order in this regard and intends to use the additional time to complete the procedural transition described above and to prepare an orderly substantive posture for the case going forward.

Finally, in connection with the recent termination of prior counsel, Plaintiff has discovered an undisclosed structural personal-interest conflict bearing on prior counsel's representation in this matter. Plaintiff respectfully submits this notice so that the Court is aware of the issue before any further procedural action in this case. Plaintiff reserves all rights and remedies with respect to that matter for separate proceedings and at the appropriate procedural stage; the factual basis is preserved and not raised herein.

Plaintiff is grateful for the fairness afforded by this Court's procedural framework, and for the Court's attention to this letter. Consistent with the directive at Section VI of the Court's Civil Standing Order (revised May 30, 2025), Plaintiff has reviewed the Court's current standing orders and intends to adhere faithfully to the Court's Standing Order and the Local Rules, and to ensure that his conduct in this case meets the standards this Court has set.

Respectfully submitted,

Matthew T. Joyce
Pro Se Plaintiff
919-259-4661
M.joyce07@proton.me

cc (by ECF / docket service upon lodging):
All counsel of record