MORGAN, LEWIS & BOCKIUS LLP
Arjun P. Rao, Bar No. 265347
arjun.rao@morganlewis.com
Marcos Sasso, Bar No. 228905
marcos.sasso@morganlewis.com
2049 Century Park East
Suite 700
Los Angeles, CA  90067-3109
Tel:    +1.310.907.1000
Fax:    +1.310.907.1001

Attorneys for Defendant
GOLDMAN SACHS BANK USA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHEW THOMAS JOYCE,<br><br>                    Plaintiff,<br><br>          vs.<br><br>ARB GAMING LLC, et al.,<br><br>                    Defendants. | Case No. 2:25-cv-01868-DJC-CSK<br><br>Assigned to the Hon. Daniel J. Calabretta<br><br>**PROOF OF SERVICE** |

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
CENTURY CITY

DB2/ 652570728.1

## PROOF OF SERVICE

I am a citizen of the United States and employed in Orange County, California.  I am over the age of eighteen years and not a party to the within-entitled action.  My business address is 600 Anton Boulevard, Suite 1800, Costa Mesa, CA  92626-7653.  I am readily familiar with this firm's practice for collection and processing of correspondence for mailing with the United States Postal Service.

On May 29, 2026, I placed with this firm at the below address for deposit with the United States Postal Service a true and correct copy of the within document(s) and by transmitting via electronic mail the document(s) set forth below:

1.      Defendant Goldman Sachs Bank USA's Motion to Compel Arbitration and to Stay Action; Memorandum in Support of Motion;

2.      Declaration of Shelly Knudtson in Support of Motion to Compel Arbitration and Stay Action; and

3.      (Proposed) Order Granting Defendant Goldman Sachs Bank USA's Motion to Compel Arbitration and Stay Action.

in a sealed envelope, postage fully paid, addressed as follows:

Matthew Thomas Joyce                    Plaintiff
170 Manordale Drive
Chapel Hill, NC  27517
Email:  m.joyce07@proton.me


Executed on May 29, 2026, at Costa Mesa, California.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

_____
KC Rosello

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
CENTURY CITY

DB2/ 652570728.1

1

PROOF OF SERVICE
CASE NO.: 2:25-CV-01868-DJC-CSK