# EXHIBIT A

# Demand For Arbitration - MATTHEW JOYCE vs. MODO US #5100003080

Case 2:25-cv-01868-DJC-CSK    Document 56-3    Filed 05/29/26    Page 2 of 3

**Submission Date: 5/9/2025**

## 1. JAMS Local Center

JAMS resolution center          Requested Hearing Location

San Francisco, California      SCOTTSDALE AZ

## 2. Rules & Fees

Arbitration Rules

JAMS Comprehensive Arbitration Rules and Procedures

Filing & Submission Fees

⊙ Consumer/Employee is the submitting party and parties' agreement calls for Respondent to pay the full filing fee, no payment is required at this time .

---

### 3.Claimant(s)
1.MATTHEW JOYCE

### Claimant Representatives
A.RESHMA KAMATH

---

### 4.Respondent(s)
1.MODO US
   13802 N Scottsdale Rd STE 151-94,
   85254 Scottsdale AZ
   disputeresolution@arbgamingllc.com

### Respondent Representatives

---

## 5. Nature of Dispute

ATTACHED.

Amount in Controversy  $ 10500000

**Exhibit A Page 1**

- 2025-FINAL-JOYCE-COMPLAINT.pdf   Claims/Responses/Counterclaims

## 6. Agreement

H. DISPUTE RESOLUTION AND DAMAGES joyce000073 2. Mandatory Arbitration and Class Action Waiver Agreement joyce000074 h3A

☑ By checking the box to the left, Claimant requests that the Expedited Procedures described in JAMS Comprehensive Rules 16.1 and 16.2 be applied in this matter. Respondent shall indicate not later than seven (7) days from the date this Demand is served whether it agrees to the Expedited Procedures.

- MODO-AGREEMENT.pdf   Other

## 7. Consumer & Employment

◉ YES, this is a CONSUMER ARBITRATION
◉ Decline to state

## 8. Submission information

Name    Reshma Kamath
Address    700 El Camino Real, Suite 120, #1084 null
Zip Code    94025
City    Menlo Park
State    CA
Phone    6502570719
E-mail    reshmakamath2021@gmail.com

**Exhibit A Page 2**