# EXHIBIT C

# Case History Log

Joyce, Matthew vs. Arb Gaming LLC dba Modo, Ref#5100003080

---

📄 ORDER RE RESPONDENT'S REQUEST FOR ADJOURNMENT AND CLAIMANT'S MOTION TO WITHDRAW.PDF — 05/26/2026

#5100003080

Uploaded by: dreyes@jamsadr.com

---

📄 M. JOYCE - MOTION TO WITHDRAW.PDF — 05/20/2026

#5100003080

Uploaded by: legal@themacklaw.com

---

📄 REQUEST FOR ADJOURNMENT — 05/20/2026

#5100003080

Uploaded by: wasaurack@duanemorris.com

---

📄 INTERIM AWARD RE (1) CLAIMANT'S MOTION FOR AN ORDER DECLARING ARBITRATION NON-BINDING, ... — 05/13/2026

#5100003080

Uploaded by: dreyes@jamsadr.com

---

📄 2026.05.04 SAURACK TO HON PEGGY A LEEN RE MACK RESP.PDF — 05/04/2026

#5100003080

Uploaded by: wasaurack@duanemorris.com

---

✉ REQUEST TO FILE REPLY — 04/27/2026

#5100003080

Sent by: pleen@jamsadr.com

---

📄 2026.04.24 SAURACK TO HON. PEGGY A LEEN RE MACK RESP.PDF — 04/25/2026

#5100003080

Uploaded by: wasaurack@duanemorris.com

---

📄 M. JOYCE - RESPONSE TO THE RESPONDENT'S OPPOSITION TO NOTICE OF WITHDRAWAL.PDF — 04/22/2026

#5100003080

Uploaded by: legal@themacklaw.com

---

📄 ORDER REGARDING CLAIMANT'S REQUEST TO WITHDRAW AND RESPONDENT'S OPPOSITION.PDF — 04/10/2026

#5100003080

Uploaded by: dreyes@jamsadr.com

---

📄 OPPOSITION TO CLAIMANT'S NOTICE OF WITHDRAWAL — 04/08/2026

#5100003080

Uploaded by: wasaurack@duanemorris.com

---

📄 WITHDRAWAL OF CLAIMS — 04/06/2026

#5100003080

Uploaded by: legal@themacklaw.com

---

📄 AMENDED DEMAND FOR ARBITRATION AND AMENDED STATEMENT OF CLAIMS — 04/01/2026

#5100003080

Uploaded by: legal@themacklaw.com

---

📄 SUPPLEMENTAL DISCLOSURE.PDF — 03/20/2026

#5100003080

Uploaded by: dreyes@jamsadr.com

---

📄 ORDER RE (1) CLAIMANT'S MOTION FOR AN ORDER DECLARING ARBITRATION NON-BINDING AND (2) R... — 03/04/2026

#5100003080

Uploaded by: dreyes@jamsadr.com

---

📄 2026.03.02 SAURACK TO HON. PEGGY A LEEN PENDING MOTIONS.PDF — 03/02/2026

#5100003080

Uploaded by: wasaurack@duanemorris.com

---

📄 M.JOYCE_RESPONSE TO RESPONDENTS LTR 02.12.2026.PDF — 02/28/2026

#5100003080

Uploaded by: legal@themacklaw.com

---

**EXHIBIT C Page 1**

📄 2026.02.12 SAURACK TO HON. PEGGY A LEEN PENDING MOTIONS.PDF                    02/12/2026

#5100003080

Uploaded by: wasaurack@duanemorris.com

---

📄 MATTHEW JOYCE_NOA_AMINA M. MACK                    01/21/2026

#5100003080

Uploaded by: legal@themacklaw.com

---

📄 SUPPLEMENTAL DISCLOSURE.PDF                    01/19/2026

#5100003080

Uploaded by: dreyes@jamsadr.com

---

📄 CLAIMANT RESPONSE TO 12.15.25 FILING.PDF                    12/18/2025

#5100003080

Uploaded by: matthewtjoyce@yahoo.com

---

📄 2025.12.15 SAURACK TO HON. PEGGY A LEEN RE SUPPLEMENTAL FILING.PDF                    12/15/2025

#5100003080

Uploaded by: wasaurack@duanemorris.com

---

📄 JOYCE - CLAIMANT'S SUPPLEMENTAL SUBMISSION IN SUPPORT OF MOTION FOR NON-BINDING ARBITR...                    12/06/2025

#5100003080

Uploaded by: matthewtjoyce@yahoo.com

---

📄 2025 11 21 - ARB - LTR TO JUDGE LEEN.PDF                    11/21/2025

#5100003080

Uploaded by: kwang@duanemorris.com

---

📄 SUPPLEMENTAL DISCLOSURE.PDF                    11/18/2025

#5100003080

Uploaded by: dreyes@jamsadr.com

---

📄 ORDER RE CLAIMANT'S REQUESTS ARISING OUT OF ALLEGED DISBARMENT OF COUNSEL, NEED TO FI...                    11/17/2025

#5100003080

Uploaded by: dreyes@jamsadr.com

---

📄 ORDER TO SHOW CAUSE.PDF                    11/13/2025

#5100003080

Uploaded by: dreyes@jamsadr.com

---

📄 MODO REPLY BRIEF IN SUPPORT OF MOT. TO DISMISS                    11/12/2025

#5100003080

Uploaded by: wasaurack@duanemorris.com

---

📄 REPLY                    11/06/2025

#5100003080

Uploaded by: reshmakamath2021@gmail.com

---

📄 OPPOSITION TO MOTION TO DISMISS                    11/06/2025

#5100003080

Uploaded by: reshmakamath2021@gmail.com

---

📄 ARB - DECLARATION OF PATRICK FECHTMEYER IN SUPPORT OF OPPOSITION TO MOTION FOR ORDER DE...                    11/05/2025

#5100003080

Uploaded by: kwang@duanemorris.com

---

**EXHIBIT C Page 2**