# EXHIBIT E

Hon. Peggy A. Leen (Ret.)
JAMS
7160 Rafael Rivera Way
Suite # 400
Las Vegas, NV 89113
Ph: 702-457-5267

**JAMS ARBITRATION CASE REFERENCE NO. 5100003080**

**Joyce, Matthew,**
     **Claimant(s),**

        **vs.**

**Arb Gaming LLC dba Modo,**
     **Respondent(s).**

---

**ORDER REGARDING CLAIMANT'S REQUEST TO WITHDRAW AND
RESPONDENT'S OPPOSITION**

On April 6, 2025 Claimant filed a Notice of Withdrawal of All Claims. Respondent filed an Opposition requesting that the request to withdraw claims be denied and an award entered in its favor consistent with the order granting in part Respondent's motion to dismiss and granting Claimant leave to amend. Respondent also requests leave to seek attorneys' fees and costs, and a stay of the deadline to respond to Claimant's amended statement of claims, and other scheduling order deadlines.

Having review the notice and opposition,

IT IS ORDERED:

1. Claimant shall have until April 22, 2026 to file and serve a response to Respondent's Opposition to Notice of Withdrawal of all Claims, and requests for additional relief;
2. Respondent's request for a stay of the deadline for responding to Claimant's Amended Statement of Claims and other scheduling deadlines is Granted.

Dated: April 10, 2026

                                     Hon. Peggy A. Leen (Ret.)
                                     Arbitrator

1

EXHIBIT E Page 1