**DUANE MORRIS LLP**
Karen Alexander (SBN 265926)
KLAlexander@duanemorris.com
DUANE MORRIS LLP
750 B Street, Suite 2900
San Diego, CA 92101-4681
Telephone:  +1 619 744 2200
Facsimile:  +1 619 744 2201

**DUANE MORRIS LLP**
Sean Patterson (SBN 234565)
CSPatterson@duanemorris.com
Daniel D. Wall (SBN 311391)
DWall@duanemorris.com
Spear Tower,
One Market Plaza, Suite 2200
San Francisco, California 94105-1127
Telephone:    +1 415 957 3000
Facsimile:    +1 415 957 3001

Specially Appearing for Defendant,
ARB GAMING LLC dba MODO

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### SACRAMENTO DIVISION

| | |
|---|---|
| MATTHEW JOYCE, an individual,<br><br>Plaintiff,<br><br>v.<br><br>ARB GAMING LLC dba MODO, a Delaware limited liability company; B2SERVICES OU dba MCLUCK; AFFIRM, INC.; GOLDMAN SACHS BANK USA; APPLE INC.; AMAZON.COM, INC.; and DOES 1-10 inclusive,<br><br>Defendants. | Case No. 2:25-cv-01868-DJC-CSK<br><br>**DECLARATION OF KAREN ALEXANDER IN SUPPORT OF DEFENDANT ARB GAMING LLC'S MOTION TO COMPEL ARBITRATION AND DISMISS OR STAY THE ACTION**<br><br>**DEMAND FOR JURY TRIAL**<br><br>Date:          August 13, 2026<br>Time:          1:30 p.m.<br>Dept:          Courtroom 7, 14th Floor<br>Judge:        Hon. Daniel J. Calabretta<br>Trial Date:  None Set<br>Date Class Action Filed:  June 30, 2025<br>Amended Complaint Filed: March 2, 2026 |

DUANE MORRIS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DECL. ALEXANDER ISO ARB'S MOTION TO COMPEL ARBITRATION AND DISMISS OR STAY THE CASE
Case No. 2:25-cv-01868-DJC-CSK

### DECLARATION OF KAREN L. ALEXANDER

I, Karen L. Alexander, hereby declare and state as follows:

1.      I am a partner at Duane Morris LLP and counsel of record specially appearing for Defendant ARB GAMING LLC ("Defendant" or "ARB") in the above-captioned matter.  This declaration is submitted in support of ARB's Motion to Compel Arbitration and Dismiss or Stay the Action ("Motion").  I have personal knowledge of the facts stated in this declaration to the best of my knowledge and recollection and, if called as a witness, could and would testify competently to them.

**JAMS Arbitration**

2.      Plaintiff and ARB are presently engaged in a consumer arbitration with JAMS, Ref. No. 5100003080, proceeding before the Hon. Peggy A. Leen (Ret.).  Duane Morris LLP also represents ARB in the JAMS arbitration, and the documents attached to ARB's concurrently-filed Request for Judicial Notice are true and correct copies of submissions and orders entered in the arbitration.

**Meet and Confer Efforts**

3.      The issues set forth in ARB's Motion issues were discussed during multiple meet and confer conversations and email communications between counsel, during which I advised Plaintiff's counsel that continuing to pursue parallel litigation despite the pending arbitration proceedings and arbitral rulings constituted improper duplicative litigation and would result in Modo seeking sanctions and attorneys' fees.

4.      On March 30, 2026, I met and conferred with Plaintiff's counsel Amina Mack by telephone to discuss ARB's request that Plaintiff dismiss the federal claims against ARB in this action given the ongoing arbitration.  Ms. Mack agreed she would speak to Plaintiff and get back to us within two weeks.  In a follow-up confirming email to Ms. Mack, I advised that "Given the lack of any legal authority supporting Mr. Joyce's position that the matter may proceed simultaneously in federal court, if ARB is required to file a motion to compel arbitration or equivalent to dispose of the federal claims, our client may direct us to seek recovery of its fees and costs in bringing the motion via 28

USC 1927 or similar authority."

5.      On April 1, 2026, Ms. Mack responded by email indicating that she had spoken to her client and inquiring whether her client's complaint could be dismissed without prejudice.  That same day, I responded: "I will defer to you to determine the correct procedure, but given the procedural posture of this case, it seems that FRCP 41(a)(1)(A)(i) would apply here and that Joyce can dismiss the claims against ARB by filing a Notice of Dismissal of all claims against ARB.  Subsection (B) of that same statute reads in relevant part: 'Unless the notice or stipulation states otherwise, the dismissal is without prejudice.'  However, ARB will reserve rights and arguments relating to the dismissal or any future attempts to re-file these claims."

6.      On April 5, 2026, I received another email from Ms. Mack stating "My client is withdrawing from JAMS as of today. I sent an email to JAMS today and included everyone. He wishes to pursue this matter federally only."

7.      Thereafter, the arbitrator entered an Interim Award denying Plaintiff's request to dismiss his claims in arbitration.  Thereafter, I sent Ms. Mack another email stating, "I understand the Arbitrator entered another interim order denying Mr. Joyce's request to dismiss his claims in arbitration (see attached), such that his claims must proceed in arbitration.  Given this, will Mr. Joyce now agree to dismiss the parallel and duplicative claims against ARB in the Federal Court action?  If not, our client has directed us to proceed with a Motion to Dismiss or Compel Arbitration in that action and to seek monetary sanctions against Mr. Joyce and his counsel."  I also asked for another opportunity to meet and confer about ARB's Motion.

8.      Ms. Mack and I met and conferred by telephone on this matter again on May 19, 2026.  In that call, Ms. Mack advised that Plaintiff would not agree to dismiss the federal case and wished for his claims to proceed in the federal action notwithstanding the arbitrator's Interim Award.  I asked her if she could provide me with legal authority or a legal basis to support Plaintiff's position.  She could not.  I explained that the Court's Standing Order required the parties to thoroughly discuss the substance of the

contemplated motion during the meet and confer process and that if ARB were forced to bring a Motion to Compel when Plaintiff could not provide us with any legal authority in support of his position, ARB would seek sanctions against Plaintiff and his counsel via 28 USC 1927 or similar authority.  Ms. Mack said she would talk to Plaintiff again and get back to me.

9.   Approximately 90 minutes after we concluded our meet and confer call, Ms. Mack sent me another email stating, "I have spoken to my client and have decided that we are unfortunately not seeing eye to eye regarding the arbitration discussion. That said, I will be filing a motion to withdraw along with Jacqueline Sale today and he will be proceeding pro se."

10.   A true and correct copy of my email correspondence with Ms. Mack is attached to this declaration as Exhibit A.

**ARB's Attorneys Fees and Costs In Preparing This Motion**

11.   ARB's defense in this action has been primarily handled by myself and senior associate attorney Daniel Wall at Duane Morris.  Duane Morris is a law firm with more than 900 attorneys in offices across the United States and internationally.  I have been practicing law in California since 2009, I have been a civil litigator and trial attorney with Duane Morris's San Diego office since 2014, and I have been a partner at Duane Morris since 2024.  Mr. Wall has been practicing law in California since 2016, he has been a civil litigator and trial attorney with Duane Morris's San Francisco office since 2023, and he has been a senior associate at Duane Morris since 2025.

12.   Duane Morris bills ARB hourly for our time spent on this matter.  My time is billed to ARB at my discounted preferred rate of $1,130 per hour, and Mr. Wall's is billed to ARB at his discounted preferred rate of $800 per hour.  In my experience, these rates are in line with the rates charged by other attorneys at similar-sized law firms for work performed by lawyers with similar backgrounds on similar cases in California.

13.   I have reviewed the time entries and billing records for this matter.  Those records reflect that to date, I have spent in excess of 9 hours (at a total cost to ARB of

$10,170) and Mr. Wall has spent in excess of 25 hours on the preparation of ARB's Motion, including meeting and conferring with Plaintiff's counsel, and preparing the supporting filings. Should the Court wish to see our billing records in further detail, we respectfully request the opportunity to provide those *in camera* and to redact any privileged information in order to preserve the confidentiality of those records.

14. Accordingly, ARB respectfully requests that sanctions be imposed against Plaintiff[1] in the amount of at least $30,170, plus any additional fees to be incurred in the preparation of any reply brief and at oral argument.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct to the best of my knowledge and ability. Executed May 29, 2026, at San Diego, California.

*/s/ Karen L. Alexander*
Karen L. Alexander

---

[1] ARB is presently requesting sanctions be imposed against Plaintiff only given that his counsel has requested leave to withdraw; however, should Plaintiff be represented by counsel in connection with opposing this Motion, ARB reserves the right to argue that sanctions should be imposed jointly and severally against his counsel as well.

DUANE MORRIS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

# EXHIBIT A

| | |
|---|---|
| **From:** | The Mack Law Firm, PLLC |
| **To:** | Alexander, Karen L. |
| **Cc:** | Wall, Daniel Donahoe; Nadine Ludeke; MJ; Jacqueline Sale; Stefanie Flores |
| **Subject:** | Re: Joyce v. ARB Gaming LLC dba MODO | USDC EDCA Case No. 2:25-cv-01868-DJC-CSK |
| **Date:** | Tuesday, May 19, 2026 7:23:24 PM |
| **Attachments:** | image001.png |

I will notify counsel of the defendants who responded. Affirm has not responded. Matthew Joyce will need to answer about the stipulation. Unfortunately, our communication methods are not the most effective. That said, he has advised that I not withdraw anything and let him handle this matter moving forward.

I am in court tomorrow morning for 2 hearings but will have the withdrawal done by EOD tomorrow.

### Amina M. Mack, Esq. | Managing Partner
### *The Mack Law Firm, PLLC*
4242 Six Forks Road Ste. 1550 | Raleigh, NC | 27609
t: 984.480.7147 | f: 919.249-1360
legal@themacklaw.com | www.themacklaw.com

This email (including any attachments) may contain confidential and/or privileged information. If you are not the intended recipient, please notify the sender immediately and delete this email. Any unauthorized use, copying, disclosure, or distribution of the information contained in this email is strictly prohibited. Unless expressly stated, nothing in this email should be construed as legal advice or as creating an attorney-client relationship.

**From:** Alexander, Karen L. <KLAlexander@duanemorris.com>
**Sent:** Tuesday, May 19, 2026 4:00 PM
**To:** The Mack Law Firm, PLLC <legal@themacklaw.com>
**Cc:** Wall, Daniel Donahoe <DWall@duanemorris.com>; Nadine Ludeke <admin@themacklaw.com>; MJ <mj@themacklaw.com>; Jacqueline Sale <jmsalelaw@gmail.com>; Stefanie Flores <paralegal@jaxlawoffices.com>
**Subject:** RE: Joyce v. ARB Gaming LLC dba MODO | USDC EDCA Case No. 2:25-cv-01868-DJC-CSK

Ok.  I will prepare a stipulation for your review and signature.  Are you going to notify counsel for the other defendants as well?  It is ok with me if they want to join our stipulation to extend everything by 60 days, and it may be cleaner for the Court if they do so.  If you do email them, please copy me.

Please also make sure you withdraw/dismiss the interpleader complaint before you withdraw from this case.

Karen

**Karen L. Alexander**
Partner
Duane Morris LLP

EXHIBIT A Page 1

750 B Street, Suite 2900
San Diego, CA 92101-4681
**P:** +1 619 744 2224
**F:** +1 619 374 2703
klalexander@duanemorris.com
www.duanemorris.com

---

**From:** The Mack Law Firm, PLLC <legal@themacklaw.com>
**Sent:** Tuesday, May 19, 2026 12:57 PM
**To:** Alexander, Karen L. <KLAlexander@duanemorris.com>
**Cc:** Wall, Daniel Donahoe <DWall@duanemorris.com>; Nadine Ludeke <admin@themacklaw.com>; MJ <mj@themacklaw.com>; Jacqueline Sale <jmsalelaw@gmail.com>; Stefanie Flores <paralegal@jaxlawoffices.com>
**Subject:** Re: Joyce v. ARB Gaming LLC dba MODO | USDC EDCA Case No. 2:25-cv-01868-DJC-CSK


I will be withdrawing from both. Client wants a copy of the draft motion for sanctions. I am fine with allowing the extension so the transition will be smooth on both ends.

## Amina M. Mack, Esq. | Managing Partner
### *The Mack Law Firm, PLLC*
4242 Six Forks Road Ste. 1550 | Raleigh, NC | 27609
t: 984.480.7147 | f: 919.249-1360
legal@themacklaw.com | www.themacklaw.com

This email (including any attachments) may contain confidential and/or privileged information. If you are not the intended recipient, please notify the sender immediately and delete this email. Any unauthorized use, copying, disclosure, or distribution of the information contained in this email is strictly prohibited. Unless expressly stated, nothing in this email should be construed as legal advice or as creating an attorney-client relationship.

---

**From:** Alexander, Karen L. <KLAlexander@duanemorris.com>
**Sent:** Tuesday, May 19, 2026 3:50 PM
**To:** The Mack Law Firm, PLLC <legal@themacklaw.com>
**Cc:** Wall, Daniel Donahoe <DWall@duanemorris.com>; Nadine Ludeke <admin@themacklaw.com>; MJ <mj@themacklaw.com>; Jacqueline Sale <jmsalelaw@gmail.com>; Stefanie Flores <paralegal@jaxlawoffices.com>
**Subject:** RE: Joyce v. ARB Gaming LLC dba MODO | USDC EDCA Case No. 2:25-cv-01868-DJC-CSK

Hi Amina,

Does this mean you are withdrawing from the arbitration too, or just the Eastern District California federal matter?  Will your client agree to a stipulation to extend all ARB's existing deadlines by 60 days in the ED Cal matter to allow time for this transition, so that we don't have to brief issues that will be impacted by your subsequent withdrawal?  Please let me know today since our motion filing deadline is coming up quickly.

Karen

**Karen L. Alexander**
Partner
Duane Morris LLP
750 B Street, Suite 2900
San Diego, CA 92101-4681
**P:** +1 619 744 2224
**F:** +1 619 374 2703
klalexander@duanemorris.com
www.duanemorris.com

---

**From:** The Mack Law Firm, PLLC <legal@themacklaw.com>
**Sent:** Tuesday, May 19, 2026 11:24 AM
**To:** Alexander, Karen L. <KLAlexander@duanemorris.com>
**Cc:** Wall, Daniel Donahoe <DWall@duanemorris.com>; Nadine Ludeke <admin@themacklaw.com>; MJ <mj@themacklaw.com>; Jacqueline Sale <jmsalelaw@gmail.com>; Stefanie Flores <paralegal@jaxlawoffices.com>
**Subject:** Re: Joyce v. ARB Gaming LLC dba MODO | USDC EDCA Case No. 2:25-cv-01868-DJC-CSK

Hi Karen,

I have spoken to my client and have decided that we are unfortunately not seeing eye to eye regarding the arbitration discussion. That said, I will be filing a motion to withdraw along with Jacqueline Sale today and he will be proceeding pro se.

**Amina M. Mack, Esq. | Managing Partner**
*The Mack Law Firm, PLLC*
4242 Six Forks Road Ste. 1550 | Raleigh, NC | 27609
t: 984.480.7147 | f: 919.249-1360
legal@themacklaw.com | www.themacklaw.com

This email (including any attachments) may contain confidential and/or privileged information. If you are not the intended recipient, please notify the sender immediately and delete this email. Any unauthorized use, copying, disclosure, or distribution of the information contained in this email is strictly prohibited. Unless expressly stated, nothing in this email should be construed as legal advice or as creating an attorney-client relationship.

---

**From:** Alexander, Karen L. <KLAlexander@duanemorris.com>
**Sent:** Tuesday, May 19, 2026 2:10 AM
**To:** The Mack Law Firm, PLLC <legal@themacklaw.com>
**Cc:** Wall, Daniel Donahoe <DWall@duanemorris.com>; Nadine Ludeke <admin@themacklaw.com>; MJ <mj@themacklaw.com>
**Subject:** RE: Joyce v. ARB Gaming LLC dba MODO | USDC EDCA Case No. 2:25-cv-01868-DJC-CSK

Good evening Amina,

Thanks for the response.  10am Pacific tomorrow (Tuesday) works for me.  I will call you then at

984.480.7147.

Karen

**Karen L. Alexander**
Partner
Duane Morris LLP
750 B Street, Suite 2900
San Diego, CA 92101-4681
**P:** +1 619 744 2224
**F:** +1 619 374 2703
klalexander@duanemorris.com
www.duanemorris.com

---

**From:** The Mack Law Firm, PLLC <legal@themacklaw.com>
**Sent:** Friday, May 15, 2026 1:00 PM
**To:** Alexander, Karen L. <KLAlexander@duanemorris.com>
**Cc:** Wall, Daniel Donahoe <DWall@duanemorris.com>; Nadine Ludeke <admin@themacklaw.com>; MJ <mj@themacklaw.com>
**Subject:** Re: Joyce v. ARB Gaming LLC dba MODO | USDC EDCA Case No. 2:25-cv-01868-DJC-CSK

Hi Karen,

My client does not agree to dismiss his Federal Court complaint against ARB. He is aware of the sanction. I can meet and confer on Tuesday at 10AM PST. I will have the interpleader withdrawn next week.

## Amina M. Mack, Esq. | Managing Partner
### *The Mack Law Firm, PLLC*

4242 Six Forks Road Ste. 1550 | Raleigh, NC | 27609
t: 984.480.7147 | f: 919.249-1360
legal@themacklaw.com | www.themacklaw.com

This email (including any attachments) may contain confidential and/or privileged information. If you are not the intended recipient, please notify the sender immediately and delete this email. Any unauthorized use, copying, disclosure, or distribution of the information contained in this email is strictly prohibited. Unless expressly stated, nothing in this email should be construed as legal advice or as creating an attorney-client relationship.

---

**From:** Alexander, Karen L. <KLAlexander@duanemorris.com>
**Sent:** Thursday, May 14, 2026 1:11 PM
**To:** The Mack Law Firm, PLLC <legal@themacklaw.com>
**Cc:** Wall, Daniel Donahoe <DWall@duanemorris.com>; Nadine Ludeke <admin@themacklaw.com>
**Subject:** RE: Joyce v. ARB Gaming LLC dba MODO | USDC EDCA Case No. 2:25-cv-01868-DJC-CSK

Hi Amina,

EXHIBIT A Page 4

I understand the Arbitrator entered another interim order denying Mr. Joyce's request to dismiss his claims in arbitration (see attached), such that his claims must proceed in arbitration.  Given this, will Mr. Joyce now agree to dismiss the parallel and duplicative claims against ARB in the Federal Court action?  If not, our client has directed us to proceed with a Motion to Dismiss or Compel Arbitration in that action and to seek monetary sanctions against Mr. Joyce and his counsel.

Our Motion is due May 29 so if Mr. Joyce is going to agree to dismiss his claims, please let us know no later than tomorrow.  If he is not, can you please provide your availability for a meet and confer Zoom call with me to discuss our forthcoming motion?  Here are the dates and times I am available:

Today: before 3pm Pacific
Monday: 10:30am-noon; 1:30-3pm Pacific
Tuesday: 9am-11:30am; 1pm-3pm Pacific

Can you please also advise when the interpleader will dismiss/withdraw her complaint?  As a reminder, that complaint has never been served on ARB and you told me several weeks ago that you would be dismissing it.

Thanks, Karen

**Karen L. Alexander**
Partner
Duane Morris LLP
750 B Street, Suite 2900
San Diego, CA 92101-4681
**P:** +1 619 744 2224
**F:** +1 619 374 2703
klalexander@duanemorris.com
www.duanemorris.com

---

**From:** Alexander, Karen L.
**Sent:** Monday, April 6, 2026 8:39 AM
**To:** 'The Mack Law Firm, PLLC' <legal@themacklaw.com>
**Cc:** Wall, Daniel Donahoe <DWall@duanemorris.com>; Nadine Ludeke <admin@themacklaw.com>
**Subject:** RE: Joyce v. ARB Gaming LLC dba MODO | USDC EDCA Case No. 2:25-cv-01868-DJC-CSK

Hi Amina,

To clarify: does this mean that he is not going to agree to voluntarily dismiss his claims against ARB in the E.D. Cal. federal action as we discussed in the email chain below?  Please let me know as soon as possible so we can advise our client and seek their direction on how to proceed.

Is the interpleader still going to withdraw her filing (i.e. the so-called complaint)?

Karen

**Karen L. Alexander**
Partner
Duane Morris LLP
750 B Street, Suite 2900
San Diego, CA 92101-4681
**P:** +1 619 744 2224
**F:** +1 619 374 2703
klalexander@duanemorris.com
www.duanemorris.com

---

**From:** The Mack Law Firm, PLLC <legal@themacklaw.com>
**Sent:** Monday, April 6, 2026 8:32 AM
**To:** Alexander, Karen L. <KLAlexander@duanemorris.com>
**Cc:** Wall, Daniel Donahoe <DWall@duanemorris.com>; Nadine Ludeke <admin@themacklaw.com>
**Subject:** Re: Joyce v. ARB Gaming LLC dba MODO | USDC EDCA Case No. 2:25-cv-01868-DJC-CSK

Hi Karen,

I hope you had a nice weekend. My client is withdrawing from JAMS as of today. I sent an email to JAMS today and included everyone. He wishes to pursue this matter federally only.

**Amina M. Mack, Esq. | Managing Partner**
*The Mack Law Firm, PLLC*
4242 Six Forks Road Ste. 1550 | Raleigh, NC | 27609
t: 984.480.7147 | f: 919.249-1360
legal@themacklaw.com | www.themacklaw.com

This email (including any attachments) may contain confidential and/or privileged information. If you are not the intended recipient, please notify the sender immediately and delete this email. Any unauthorized use, copying, disclosure, or distribution of the information contained in this email is strictly prohibited. Unless expressly stated, nothing in this email should be construed as legal advice or as creating an attorney-client relationship.

---

**From:** Alexander, Karen L. <KLAlexander@duanemorris.com>
**Sent:** Wednesday, April 1, 2026 12:57 PM
**To:** The Mack Law Firm, PLLC <legal@themacklaw.com>
**Cc:** Wall, Daniel Donahoe <DWall@duanemorris.com>; Nadine Ludeke <admin@themacklaw.com>
**Subject:** RE: Joyce v. ARB Gaming LLC dba MODO | USDC EDCA Case No. 2:25-cv-01868-DJC-CSK

Hi Amina,

Thank you for letting me know.  I will defer to you to determine the correct procedure, but given the procedural posture of this case, it seems that FRCP 41(a)(1)(A)(i) would apply here and that Joyce can dismiss the claims against ARB by filing a Notice of Dismissal of all claims against ARB.  Subsection (B) of that same statute reads in relevant part: "Unless the notice or stipulation

EXHIBIT A Page 6

states otherwise, the dismissal is without prejudice." However, ARB will reserve rights and arguments relating to the dismissal or any future attempts to re-file these claims.

Karen

**Karen L. Alexander**
Partner
Duane Morris LLP
750 B Street, Suite 2900
San Diego, CA 92101-4681
**P:** +1 619 744 2224
**F:** +1 619 374 2703
klalexander@duanemorris.com
www.duanemorris.com

---

**From:** The Mack Law Firm, PLLC <legal@themacklaw.com>
**Sent:** Wednesday, April 1, 2026 7:14 AM
**To:** Alexander, Karen L. <KLAlexander@duanemorris.com>
**Cc:** Wall, Daniel Donahoe <DWall@duanemorris.com>; Nadine Ludeke <admin@themacklaw.com>
**Subject:** Re: Joyce v. ARB Gaming LLC dba MODO | USDC EDCA Case No. 2:25-cv-01868-DJC-CSK

Hi Karen,

Thanks for speaking with me. I spoke with my client and we agree that the interpleader should be dismissed. As far as my client's complaint, can this be dismissed without prejudice?

## Amina M. Mack, Esq. | Managing Partner
### *The Mack Law Firm, PLLC*
4242 Six Forks Road Ste. 1550 | Raleigh, NC | 27609
t: 984.480.7147 | f: 919.249-1360
legal@themacklaw.com | www.themacklaw.com

This email (including any attachments) may contain confidential and/or privileged information. If you are not the intended recipient, please notify the sender immediately and delete this email. Any unauthorized use, copying, disclosure, or distribution of the information contained in this email is strictly prohibited. Unless expressly stated, nothing in this email should be construed as legal advice or as creating an attorney-client relationship.

---

**From:** Alexander, Karen L. <KLAlexander@duanemorris.com>
**Sent:** Monday, March 30, 2026 7:26 PM
**To:** The Mack Law Firm, PLLC <legal@themacklaw.com>
**Cc:** Wall, Daniel Donahoe <DWall@duanemorris.com>; Nadine Ludeke <admin@themacklaw.com>
**Subject:** RE: Joyce v. ARB Gaming LLC dba MODO | USDC EDCA Case No. 2:25-cv-01868-DJC-CSK

Hi Amina,

Thanks for the call today. To recap, we agreed that you will speak to your client about ARB's

EXHIBIT A Page 7

request that he dismiss the federal claims against ARB in this action given the ongoing arbitration and get back to us no later than two weeks from today.  Given the lack of any legal authority supporting Mr. Joyce's position that the matter may proceed simultaneously in federal court, if ARB is required to file a motion to compel arbitration or equivalent to dispose of the federal claims, our client may direct us to seek recovery of its fees and costs in bringing the motion via 28 USC 1927 or similar authority.  Section 1927 reads: "Any attorney or other person admitted to conduct cases in any court of the United States or any Territory thereof who so multiplies the proceedings in any case unreasonably and vexatiously may be required by the court to satisfy personally the excess costs, expenses, and attorneys' fees reasonably incurred because of such conduct."

We also agreed that the interpleader complaint has not yet been served on ARB so there is presently no deadline for ARB to respond to that filing.  I explained our position that the interpleader complaint is procedurally and substantively improper and should be dismissed as to ARB—and again, that if there is no legal basis for the interpleader complaint to be brought against ARB in this forum, our client may direct us to seek the recovery of their costs and fees in connection with moving to have it dismissed.  We agreed you will discuss this with the interpleader and let us know within two weeks how she'd like to proceed.

Thank you and I look forward to hearing back from you once you've had an opportunity to discuss the matter with your clients.

Karen

**Karen L. Alexander**
Partner
Duane Morris LLP
750 B Street, Suite 2900
San Diego, CA 92101-4681
**P:** +1 619 744 2224
**F:** +1 619 374 2703
klalexander@duanemorris.com
www.duanemorris.com

---

**From:** The Mack Law Firm, PLLC <legal@themacklaw.com>
**Sent:** Monday, March 30, 2026 12:26 PM
**To:** Soliman, JoAnna Y. <JYSoliman@duanemorris.com>
**Cc:** Alexander, Karen L. <KLAlexander@duanemorris.com>; Wall, Daniel Donahoe <DWall@duanemorris.com>; Nadine Ludeke <admin@themacklaw.com>
**Subject:** Re: Joyce v. ARB Gaming LLC dba MODO | USDC EDCA Case No. 2:25-cv-01868-DJC-CSK

Received.

**Amina M. Mack, Esq. | Managing Partner**
*The Mack Law Firm, PLLC*
4242 Six Forks Road Ste. 1550 | Raleigh, NC | 27609

EXHIBIT A Page 8

t: 984.480.7147 | f: 919.249-1360
legal@themacklaw.com | www.themacklaw.com

This email (including any attachments) may contain confidential and/or privileged information. If you are not the intended recipient, please notify the sender immediately and delete this email. Any unauthorized use, copying, disclosure, or distribution of the information contained in this email is strictly prohibited. Unless expressly stated, nothing in this email should be construed as legal advice or as creating an attorney-client relationship.

**From:** Soliman, JoAnna Y. <JYSoliman@duanemorris.com>
**Sent:** Monday, March 30, 2026 2:29 PM
**To:** The Mack Law Firm, PLLC <legal@themacklaw.com>
**Cc:** Alexander, Karen L. <KLAlexander@duanemorris.com>; Wall, Daniel Donahoe <DWall@duanemorris.com>
**Subject:** Joyce v. ARB Gaming LLC dba MODO | USDC EDCA Case No. 2:25-cv-01868-DJC-CSK

Dear Ms. Mack:

Attached for service is ARB's Waiver of the Service of Summons in the above-referenced matter.  Thank you.


Best regards,
**JoAnna Y. Soliman**
Legal Assistant to Max H. Stern,
Richard D. Hoffman, Jessica E. La Londe,
Garth Hire and Daniel D. Wall

Duane Morris LLP
Spear Tower
One Market Plaza, Suite 2200
San Francisco, CA 94105-1127
**P:** +1 415 957 3337
jysoliman@duanemorris.com
www.duanemorris.com



For more information about Duane Morris, please visit https://www.DuaneMorris.com

Confidentiality Notice: This electronic mail transmission is privileged and confidential and is intended only for the review of the party to whom

EXHIBIT A Page 9

it is addressed. If you have received this transmission in error, please immediately return it to the sender. Unintended transmission shall not constitute waiver of the attorney-client or any other privilege.