**DUANE MORRIS LLP**
Sean Patterson (SBN 234565)
CSPatterson@duanemorris.com
Daniel D. Wall (SBN 311391)
DWall@duanemorris.com
Spear Tower
One Market Plaza, Suite 2200
San Francisco, California 94105-1127
Telephone:    +1 415 957 3000
Facsimile:    +1 415 957 3001

**DUANE MORRIS LLP**
Karen Alexander (SBN 265926)
KLAlexander@duanemorris.com
750 B Street, Suite 2900
San Diego, CA 92101-4681
Telephone:  +1 619 744 2200
Facsimile:  +1 619 744 2201

Attorneys for Defendant
ARB GAMING LLC dba MODO

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| MATTHEW JOYCE, an individual, | Case No. 2:25-cv-01868-DJC-CSK (PS) |
| Plaintiff, | **PROOF OF SERVICE** |
| v. | |
| ARB GAMING LLC dba MODO, a Delaware limited liability company; B2SERVICES OU dba MCLUCK; AFFIRM, INC.; GOLDMAN SACHS BANK USA; APPLE INC.; AMAZON.COM, INC.; and DOES 1-10 inclusive, | **DEMAND FOR JURY TRIAL** |
| Defendants. | |

DUANE MORRIS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

## CERTIFICATE OF SERVICE

*Matthew Joyce v. ARB Gaming LLC dba MODO, et al.*
USDC, Eastern District of CA, Sacramento Division, Case No. 2:25-cv-01868-DJC-CSK (PS)

I am a citizen of the United States, over the age of 18 years, and not a party interested in the cause.  I am an employee of Duane Morris LLP and my business address is One Market, Spear Tower, Suite 2200, San Francisco, California 94105.

I hereby certify that a true and correct copy of the below mentioned documents and attachments filed concurrently therewith was electronically filed on May 29, 20025 using the CM/ECF system, thereby sending a notice of electronic filing to all counsel of record.

DEFENDANT ARB GAMING LLC'S NOTICE OF MOTION AND MOTION TO COMPEL ARBITRATION AND DISMISS OR STAY THE CASE

DEFENDANT ARB GAMING LLC'S MOTION TO COMPEL ARBITRATION AND DISMISS OR STAY THE CASE

DEFENDANT ARB GAMING LLC'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION TO COMPEL ARBITRATION AND DISMISS OR STAY THE CASE

DECLARATION OF KAREN ALEXANDER IN SUPPORT OF DEFENDANT ARB GAMING LLC'S MOTION TO COMPEL ARBITRATION AND DISMISS OR STAY THE ACTION

DECLARATION OF PATRICK FECHTMEYER IN SUPPORT OF DEFENDANT ARB GAMING LLC'S MOTION TO COMPEL ARBITRATION AND DISMISS OR STAY THE ACTION

PROOF OF SERVICE

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.  Executed on May 29, 2026, at San Francisco, California.

_____
JoAnna Soliman

DM1\301915307.1

DUANE MORRIS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1