**DLA PIPER LLP (US)**
JOHN SAMUEL GIBSON (SBN 140647)
john.gibson@us.dlapiper.com
TANYA L. GREENE (SBN 267975)
tanya.greene@us.dlapiper.com
COLIN F. MCGRATH (SBN 351947)
colin.mcgrath@us.dlapiper.com
2000 Avenue of the Stars, Suite 400 North Tower
Los Angeles, California 90067-4735
Tel.: 310.595.3000
Fax: 310.595.3300

Attorneys for Defendant
APPLE INC.

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### SACRAMENTO DIVISION

| | |
|---|---|
| MATTHEW THOMAS JOYCE,<br><br>                    Plaintiff,<br><br>        v.<br><br>ARB GAMING LLC DBA MODO. US;<br>AFFIRM, INC; GOLDMAN SACHS BANK<br>USA; APPLE INC.; AMAZON.COM, INC;<br>DOES 1-50,<br><br>                    Defendants. | CASE NO.  2:25-CV-01868-DJC-CSK<br><br>**DEFENDANT APPLE INC.'S NOTICE OF MOTION AND MOTION TO DISMISS CORRECTED AMENDED COMPLAINT; MEMORANDUM OF POINTS AND AUTHORITIES**<br><br><br>Date:  August 13, 2026<br>Time: 1:30 PM<br>Courtroom: 7<br>Judge: Hon. Daniel J. Calabretta |

## NOTICE OF MOTION AND MOTION

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE THAT** on **August 13, 2026 at 1:30 p.m.**, or as soon thereafter as this matter may be heard before the Honorable Daniel J. Calabretta in the Ronald T. Matsui Federal Courthouse, 501 I Street, Sacramento, California, in Courtroom 7, defendant Apple Inc. ("Apple") will and hereby does move to dismiss the Corrected Amended Complaint of plaintiff Matthew Thomas Joyce, and each claim asserted therein, under Federal Rule of Civil Procedure 12(b)(1) and 12(b)(6), on the grounds that:

1.     Plaintiff fails to allege that Defendant ARB Gaming LLC's content violated any relevant state's gambling laws;

2.     Plaintiff's claims, which seek to recover alleged gambling losses against Apple, arise under California law, and California policy precludes judicial resolution of claims to recover gambling losses;

3.     Plaintiff's UCL claim fails because he alleges no loss of money or property caused by Apple, fails to allege lack of adequate remedies sufficiently, and lacks standing to seek injunctive relief against Apple;

4.     Plaintiff's unjust enrichment claim fails because it is duplicative of his UCL claim and because he does not allege that Apple retained a benefit at his expense;

5.     Plaintiff's claim for "payment processor liability" is not a valid claim; and

6.     Plaintiff fails to plead that Apple had knowledge of any wrongdoing as required to plead any claim for aiding and abetting any alleged gambling on ARB Gaming LLC's platform.

Apple's motion to dismiss is based on this notice of motion and motion, the supporting memorandum of points and authorities, all pleadings and papers on file in this case, the arguments of counsel, and on such other and further matters as the Court may consider.

Apple requests oral argument for this matter.

APPLE INC.'S NOTICE OF MOTION AND MOTION TO DISMISS CORRECTED AMENDED COMPLAINT
CASE NO. 2:25-CV-01868-DJC-CSK

Counsel for Apple and Plaintiff have had written and oral communications regarding Plaintiff's Corrected Amended Complaint, this motion, and the arguments raised in this motion. This includes a written communication from Apple's counsel outlining the grounds for this motion sent on May 1, 2026, and a meet and confer held via teleconference on May 6, 2026, in which the parties exhausted their efforts to resolve the grounds for this motion. I therefore certify that the parties have exhausted their meet-and-confer efforts without resolution.

Dated: May 29, 2026                    Respectfully submitted,

                                       **DLA PIPER LLP (US)**

                                       By: */s/ John Samuel Gibson*
                                       JOHN SAMUEL GIBSON
                                       TANYA L. GREENE
                                       COLIN F. MCGRATH

                                       Attorneys for Defendant
                                       APPLE INC.

2

APPLE INC.'S NOTICE OF MOTION AND MOTION TO DISMISS CORRECTED AMENDED COMPLAINT
CASE NO. 2:25-CV-01868-DJC-CSK