AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHEW THOMAS JOYCE, | ) |
| *Plaintiff* | ) |
| v. | )     Case No. 2:25-cv-01868-DJC-CSK |
| ARB GAMING LLC dba MODO. US et al. | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant AFFIRM, INC.

Date: June 1, 2026

/s/ Kalama M. Lui-Kwan
*Attorney's signature*

Kalama M. Lui-Kwan (SBN 242121)
*Printed name and bar number*

Three Embarcadero Center, Suite 800
San Francisco, CA 94111
*Address*

kalama.lui-kwan@troutman.com
*E-mail address*

415.477.5700
*Telephone number*

415.477.5710
*FAX number*