TROUTMAN PEPPER LOCKE LLP
THREE EMBARCADERO CENTER
SUITE 800
SAN FRANCISCO, CA 94111

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MATTHEW JOYCE, an individual<br><br>Plaintiff,<br><br>v.<br><br>ARB GAMING LLC DBA MODO, AFFIRM, INC., et al.,<br><br>Defendants. | Case No.     2:25-cv-01868-DJC-CSK<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT AFFIRM, INC.'S MOTION TO DISMISS**<br>**[F.R.C.P. 12(b)(6)]** |

- 1 -
[PROPOSED] ORDER GRANTING MOTION TO DISMISS

329936527V1

This matter has come before the Court on Defendant Affirm, Inc.'s ("Affirm") Motion to Dismiss ("Motion"). After considering all briefs, evidence submitted, and arguments of counsel, if any, **IT IS HEREBY ORDERED** that Affirm's Motion is **GRANTED.** Plaintiff has failed to state a plausible claim for relief against Affirm under Rule 12(b)(6). Accordingly, Plaintiff's operative First Amended Complaint is dismissed with prejudice.

**IT IS SO ORDERED.**

Dated:

Hon. Chi Soo Kim<br>United States District Magistrate Judge

TROUTMAN PEPPER LOCKE LLP
THREE EMBARCADERO CENTER
SUITE 800
SAN FRANCISCO, CA 94111

- 2 -
[PROPOSED] ORDER GRANTING MOTION TO DISMISS

329936527V1