**DLA PIPER LLP (US)**
JOHN SAMUEL GIBSON (SBN 140647)
john.gibson@us.dlapiper.com
TANYA L. GREENE (SBN 267975)
tanya.greene@us.dlapiper.com
COLIN F. MCGRATH (SBN 351947)
colin.mcgrath@us.dlapiper.com
2000 Avenue of the Stars, Suite 400 North Tower
Los Angeles, California 90067-4735
Tel.: 310.595.3000
Fax: 310.595.3300

Attorneys for Defendant
APPLE INC.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# SACRAMENTO DIVISION

| | |
|---|---|
| MATTHEW THOMAS JOYCE,<br><br>               Plaintiff,<br><br>   v.<br><br>ARB GAMING LLC DBA MODO. US;<br>AFFIRM, INC; GOLDMAN SACHS BANK<br>USA; APPLE INC.; AMAZON.COM, INC;<br>DOES 1-50,<br><br>               Defendants. | CASE NO.  2:25-CV-01868-DJC-CSK<br><br>**DEFENDANT APPLE INC.'S RE-NOTICING OF ITS MOTION TO DISMISS CORRECTED AMENDED COMPLAINT**<br><br><br>Date: July 14, 2026<br>Time: 10:00 a.m.<br>Courtroom: 25<br>Judge: Hon. Chi Soo Kim |

## NOTICE OF MOTION

### TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

**PLEASE TAKE NOTICE THAT** on **July 14, 2026 at 10:00 a,m.**, or as soon thereafter as this matter may be heard before the Honorable Chi Soo Kim in the Ronald T. Matsui Federal Courthouse, 501 I Street, Sacramento, California, in Courtroom 25, defendant Apple Inc. ("Apple") will move to dismiss the Corrected Amended Complaint of plaintiff Matthew Thomas Joyce, and each claim asserted therein, under Federal Rule of Civil Procedure 12(b)(1) and 12(b)(6), on the grounds set forth in its Motion to Dismiss the Corrected Amended Complaint and Memorandum of Points and Authorities, filed May 29, 2026. *See* Dkt. Nos. 57, 57-1 (the "Motion").

Apple re-notices its Motion pursuant to the minute order of the Honorable Daniel J. Calabretta, dated May 31, 2026, vacating the hearing on Apple's motion to dismiss, referring this case to the assigned Magistrate Judge, the Honorable Chi Soo Kim, and ordering all defendants to re-notice their pending motions for hearing before the assigned Magistrate Judge. *See* Dkt. No. 58.

Dated: June 2, 2026                    Respectfully submitted,

                                       **DLA PIPER LLP (US)**

                                       By: */s/ John Samuel Gibson*
                                           JOHN SAMUEL GIBSON
                                           TANYA L. GREENE
                                           COLIN F. MCGRATH

                                           Attorneys for Defendant
                                           APPLE INC.

1

**PROOF OF SERVICE**

I am a citizen of the United States, am over the age of 18 years old, and not a party to the within action.  I am employed by the law firm of DLA Piper LLP (US), and my business address is 555 Mission Street, Suite 2400, San Francisco, California 94105.  On June 2, 2026, I served true copies of the following document(s):

**APPLE, INC.'S RE-NOTICING OF MOTION TO DISMISS CORRECTED AMENDED COMPLAINT**

in the following manner:

| | |
|---|---|
| X | **BY ELECTRONIC SERVICE THROUGH THE CM/ECF SYSTEM ON ALL DEFENDANTS** which automatically generates a Notice of Electronic Filing at the time said document is filed to the email address(es) listed in the Electronic Mail Notice List and denoted below, which constitutes service pursuant to FRCP 5(b)(3). |
| | **BY EMAIL (E-Service)** I caused said document(s) to be transmitted electronically to the interested parties at the email address(es) as stated on the attached service list. |
| | **PERSONAL SERVICE BY CAUSE**: I caused said documents to be hand-delivered to the addressee below, pursuant to Code of Civil Procedure § 1011. |
| | **BY OVERNIGHT DELIVERY**: by placing a true copy thereof enclosed in a sealed envelope, at a station designated for collection and processing of envelopes and packages for overnight delivery by Federal Express as part of the ordinary business practices of DLA Piper LLP (US), addressed as set forth above. |
| X | **BY U.S. MAILTO PLAINTIFF**: by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in United States mail in the State of California addressed as set forth above. I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in affidavit. |

On the following interested part(ies) in this action:

Matthew Thomas Joyce (Plaintiff In Pro Se)
170 Manordale Drive
Chapel Hill, NC 27517

CASE NO. 2:20-CV-01628-JAM-AC

I declare under penalty of perjury under the laws of the United States of America that the above is true and correct. Executed on June 2, 2026 at San Francisco, California.


_____Denise Elder_____    _____
[Print Name of Person Executing Proof]    Denise Elder

2

CASE NO. 2:25-CV-01868-DJC-CSK