**DUANE MORRIS LLP**
Karen L. Alexander (SBN 265926)
KLAlexander@duanemorris.com
750 B Street, Suite 2900
San Diego, CA 92101-4681
Telephone:  +1 619 744 2200
Facsimile:  +1 619 744 2201

**DUANE MORRIS LLP**
Daniel D. Wall (SBN 311391)
DWall@duanemorris.com
Spear Tower,
One Market Plaza, Suite 2200
San Francisco, California 94105-1127
Telephone:    +1 415 957 3000
Facsimile:    +1 415 957 3001

Attorneys for Defendant
ARB GAMING LLC dba MODO

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| MATTHEW JOYCE, an individual,<br><br>Plaintiff,<br><br>v.<br><br>ARB GAMING LLC dba MODO, a Delaware limited liability company; AFFIRM, INC.; GOLDMAN SACHS BANK USA; APPLE INC.; AMAZON.COM, INC.; and DOES 1-10 inclusive,<br><br>Defendants. | Case No. 2:25-cv-01868-CSK<br><br>**NOTICE OF RE-NOTICED HEARING ON DEFENDANT ARB GAMING LLC'S MOTION TO COMPEL ARBITRATION AND DISMISS OR STAY THE ACTION (ECF NO. 56)**<br><br>**DEMAND FOR JURY TRIAL**<br><br>Date:    July 28, 2026<br>Time:    10:00 a.m.<br>Dept:    Courtroom 25, 8th Floor<br>Judge:   Magistrate Judge Chi Soo Kim<br><br>Trial Date:  None Set<br>Date Class Action Filed: 6/30/2025<br>Amended Complaint Filed: 3/2/2026 |

DUANE MORRIS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1

NOTICE OF RE-NOTICED HEARING ON DEFENDANT ARB GAMING LLC'S MOTION TO COMPEL
ARBITRATION AND DISMISS OR STAY THE ACTION
Case No. 2:25-cv-01868-CSK

DM1\301927388.1

## NOTICE OF RE-NOTICED HEARING

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE  TAKE NOTICE THAT** on July 28, 2026 at 10:00 a.m., or as soon thereafter as this matter may be heard before Magistrate Judge Chi Soo Kim in the Ronald T. Matsui Federal Courthouse, 501 I Street, Sacramento, California, in Courtroom 25, defendant ARB GAMING LLC dba MODO ("ARB") will move to compel arbitration and dismiss or stay the action on the grounds set forth in its Motion to Compel Arbitration and Dismiss or Stay the Action filed on May 29, 202 6. *See* Dkt. Nos. 56.

ARB re-notices its Motion pursuant to the May 31, 2026 Minute Order of the Honorable Daniel J. Calabretta vacating the hearing, referring the matter to Magistrate Judge Chi Soo Kim, and directing defendants to re-notice their pending motions before Magistrate Judge Kim. *See* ECF No. 58.

Dated:  June 4, 2026                              **DUANE MORRIS LLP**


                                                 By:___*/s/ Daniel D. Wall*_____
                                                      Karen L. Alexander
                                                      Daniel D. Wall

                                                 Attorneys for Defendant
                                                 ARB GAMING LLC dba MODO

DUANE MORRIS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DM1\301927388.1