UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

MATTHEW THOMAS JOYCE,

Plaintiff,

vs.

ARB GAMING LLC, et al.,

Defendants.

Case No. 2:25-cv-01868-DJC-CSK

**[PROPOSED] ORDER GRANTING DEFENDANT GOLDMAN SACHS BANK USA'S MOTION TO COMPEL ARBITRATION AND TO STAY ACTION**

Hearing

Date:  July 21, 2026
Time: 10:00 a.m.
Courtroom: 25, 8th Floor
          501 I Street
          Sacramento, CA  95814

Date of Filing:  June 30, 2025
Trial Date:      None Set

Morgan, Lewis & Bockius LLP
Attorneys at Law
Los Angeles

DB2/ 652385320.3

[PROPOSED] ORDER GRANTING MTCA
AND STAY ACTION
CASE NO. 3:25-cv-3203-AMO

This Motion to Compel Arbitration filed by Defendant Goldman Sachs Bank USA in Case No. 2:25-cv-01868-DJC-CSK came on for hearing on July 21, 2026, 2026, at 10:00 a.m. before the Honorable Chi Soo Kim.  Plaintiff Matthew Thomas Joyce and Defendant Goldman Sachs Bank USA were represented by their respective counsel of record.  The Court, having considered the arguments of the parties, both written and oral, as well as the evidence presented, hereby GRANTS Defendant's Motion to Compel Arbitration.

**THEREFORE, IT IS ORDERED** as follows:

1. The Arbitration Provision in the Customer Agreement governing plaintiff Matthew Thomas Joyce's Apple Card account is valid and enforceable pursuant to the Federal Arbitration Act ("FAA");

2. Plaintiff's claims against Goldman Sachs Bank USA in this action fall within the Arbitration Provision's broad scope;

3. Plaintiff's claims shall be submitted to arbitration pursuant to the terms of the Arbitration Provision; and

4. This action as against Goldman Sachs Bank USA is stayed pursuant to the FAA pending completion of the arbitration proceedings.

**IT IS SO ORDERED.**

Dated:_____          _____
                                                                    Hon. Chi Soo Kim
                                                                    US Magistrate Judge

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

DB2/ 652385320.3

1          [PROPOSED] ORDER GRANTING MTCA
AND STAY ACTION
CASE NO. 3:25-cv-3203-AMO