MORGAN, LEWIS & BOCKIUS LLP
Arjun P. Rao, Bar No. 265347
arjun.rao@morganlewis.com
Marcos Sasso, Bar No. 228905
marcos.sasso@morganlewis.com
2049 Century Park East
Suite 700
Los Angeles, CA  90067-3109
Tel:    +1.310.907.1000
Fax:    +1.310.907.1001

Attorneys for Defendant
GOLDMAN SACHS BANK USA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHEW THOMAS JOYCE, | Case No. 2:25-cv-01868-DJC-CSK |
| Plaintiff, | Assigned to the Hon. Chi Soo Kim |
| vs. | **PROOF OF SERVICE** |
| ARB GAMING LLC, et al., | |
| Defendants. | |

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
CENTURY CITY

DB2/ 652607590.1

PROOF OF SERVICE
CASE NO.: 2:25-CV-01868-DJC-CSK

## **PROOF OF SERVICE**

I hereby certify that a true and correct copy of the foregoing documents filed concurrently therewith was electronically filed on June 4, 2026 using the CM/ECF system, thereby sending a notice of electronic filing to all counsel of record.

On June 4, 2026, I placed a true and correct copy with this firm at the below address for deposit in a sealed envelope, postage fully paid with the United States Postal Service and by electronic mail a true and correct copy of the following document(s):

1. DEFENDANT GOLDMAN SACHS BANK USA'S MOTION TO COMPEL ARBITRATION AND STAY ACTION; MEMORANDUM IN SUPPORT OF MOTION;

2. DECLARATION OF SHELLY KNUDTSON IN SUPPORT OF MOTION TO COMPEL ARBITRATION AND STAY ACTION; and

3. [PROPOSED] ORDER GRANTING DEENDANT GOLDMAN SACHS BANK USA's MOTION TO COMPEL ARBITRATION AND STAY ACTION.

Matthew Thomas Joyce                    Plaintiff
170 Manordale Drive
Chapel Hill, NC  27517
Email:  m.joyce07@proton.me

Executed on June 4, 2026, at Costa Mesa, California.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

_____
KC Rosello

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
CENTURY CITY

DB2/ 652607590.1

1

PROOF OF SERVICE
CASE NO.: 2:25-CV-01868-DJC-CSK