

U.S. Postal Service™
CERTIFIED MAIL® RECEIPT
Domestic Mail Only

For delivery information, visit our website at www.usps.com®.

OFFICIAL USE

Certified Mail Fee

$

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)        $ _____
☐ Return Receipt (electronic)      $ _____
☐ Certified Mail Restricted Delivery $ _____
☐ Adult Signature Required
☐ Adult Signature Restricted Delivery $ _____

Postmark
Here

Postage

$

Total Postage and Fees

$

Sent To    Matthew Joyce - Order to Withdraw

Street and Apt. No., or PO Box No.  170 Manadale Drive

City, State, ZIP+4®  Chapel Hill N C 27517

PS Form 3800, January 2023 PSN 7530-02-000-9047    See Reverse for Instructio