# U.S. District Court
## Eastern District of California - Live System (Sacramento)
## CIVIL DOCKET FOR CASE #: 2:25-cv-01868-DJC-CSK

| | |
|---|---|
| (PS) Joyce v. ARB Gaming LLC, et al. | Date Filed: 06/30/2025 |
| Assigned to: District Judge Daniel J. Calabretta | Jury Demand: Plaintiff |
| Referred to: Magistrate Judge Chi Soo Kim | Nature of Suit: 371 Truth in Lending |
| Cause: 15:1601 Truth in Lending | Jurisdiction: Federal Question |

**Plaintiff**

| | | |
|---|---|---|
| **Matthew Thomas Joyce** | represented by | **Amina Michelle Mack , PHV** |
| | | The Mack Law Firm, PLLC |
| | | 4242 Six Forks Road |
| | | Ste. 1550 |
| | | Raleigh, NC 27609 |
| | | 984-480-7147 |
| | | Email: legal@themacklaw.com |
| | | *LEAD ATTORNEY* |
| | | *PRO HAC VICE* |
| | | *ATTORNEY TO BE NOTICED* |
| | | |
| | | **Jacqueline Sale** |
| | | Jacqueline M Sale Esq |
| | | 18723 Via Princessa |
| | | #102 |
| | | Santa Clarita, CA 91387 |
| | | 386-888-0529 |
| | | Fax: 386-888-0529 |
| | | Email: jms@jaxlawoffices.com |
| | | *LEAD ATTORNEY* |
| | | *ATTORNEY TO BE NOTICED* |
| | | |
| | | **Reshma Kamath - SUSPENDED** |
| | | Law Office of Reshma Kamath |
| | | 700 El Camino Real, Suite 120, #1084 |
| | | Menlo Park, CA 94025 |
| | | 650-257-0719 |
| | | Email: reshmakamath2021@gmail.com |
| | | *TERMINATED: 11/19/2025* |

V.

**Defendant**

| | | |
|---|---|---|
| **ARB Gaming LLC** | represented by | **Daniel Donahoe Wall** |
| *Doing business as* | | Duane Morris LLP |
| Modo.US | | 1 Market Plaza, Spear Tower |
| | | Ste 2200 |
| | | San Francisco, CA 94105 |
| | | 415-957-3032 |

Email: dwall@duanemorris.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Karen Lehmann Alexander**
Duane Morris LLP
750 B Street
Ste 2900
San Diego, CA 92101
619-744-2224
Email: klalexander@duanemorris.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**B2Services OU**
*TERMINATED: 03/02/2026*
*Doing business as*
MCLUCK

**Defendant**

**Affirm, Inc.**                                    represented by    **Kalama Mark Lui-Kwan**
Troutman Pepper Locke LLP
California
3 Embarcadero Center
Ste 800
San Francisco, CA 94111
415-477-5700
Fax: 415-477-5710
Email: kalama.lui-kwan@troutman.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ryan A. Lewis**
Troutman Pepper Locke LLP
Three Embarcadero Center
Ste 800
San Francisco, CA 94111
415-477-5700
Email: ryan.lewis@troutman.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Affirm Loan Services, LLC**
*TERMINATED: 02/18/2026*

**Defendant**

**Goldman Sachs Bank USA**                          represented by    **Arjun P. Rao**
Morgan Lewis & Bockius LLP
2049 Century Park East
Suite 700
Los Angeles, CA 90067

Fax: 310-907-1001
Email: arjun.rao@morganlewis.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Marcos D. Sasso**
Morgan Lewis and Bockius LLP
2049 Century Park East
Suite 700
Los Angeles, CA 90067
310-907-1064
Email: marcos.sasso@morganlewis.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Apple Inc.**                    represented by  **John Samuel Gibson**
DLA Piper LLP US
2000 Avenue of the Stars
North Tower
Suite 400
Los Angeles, CA 90067-4704
310-595-3039
Fax: 310-595-3339
Email: john.gibson@dlapiper.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Amazon.com, Inc.**

**Interpleader**

**Jamie Stahura**                 represented by  **Jamie Stahura**
11076 Ligon Mill Rd #100
Wake Forest, NC 27587
631-252-9182
PRO SE

**Amina Michelle Mack , PHV**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Reshma Kamath - SUSPENDED**
(See above for address)
*TERMINATED: 11/19/2025*

| Date Filed | # | Docket Text |
|------------|---|-------------|
| 06/30/2025 | 1 | COMPLAINT against All Defendants by Matthew Joyce. Attorney Kamath, Reshma added. (Kamath, Reshma) (Entered: 06/27/2025) |

Case 2:25-cv-01868-DJC-CSK  Document 67-3  Filed 06/10/26  Page 4 of 10

| 06/30/2025 | 2 | MOTION to PROCEED IN FORMA PAUPERIS by Matthew Joyce. (Kamath, Reshma) (Entered: 06/30/2025) |
| 06/30/2025 | 3 | CIVIL COVER SHEET filed by Matthew Joyce. (Kamath, Reshma) (Entered: 06/30/2025) |
| 07/02/2025 | | APPLICATION TO PROCEED IFP filed - Court Action Required. (Deputy Clerk AJB) (Entered: 07/02/2025) |
| 08/20/2025 | 4 | INTER-PLEADER COMPLAINT against All Defendants by Jamie Stahura. Attorney Kamath, Reshma added.(Kamath, Reshma) Modified on 8/21/2025 (VLK). (Entered: 08/20/2025) |
| 09/29/2025 | 5 | ORDER and FINDINGS and RECOMMENDATIONS signed by Magistrate Judge Chi Soo Kim on 9/29/2025 ORDERING that the Clerk randomly assign a district judge to this action. Case assigned to District Judge Calabretta and Magistrate Judge Kim. IT IS RECOMMENDED that plaintiff's 2 Motion to Proceed In Forma Pauperis be denied and plaintiff to pay the filing fee and administrative fee within 30 days from the date these findings and recommendations are adopted. Motion referred to Judge Daniel J. Calabretta. Objections to F&R due within 14 days. (Deputy Clerk KEZ) (Entered: 09/29/2025) |
| 10/01/2025 | | PAYMENT for Civil Case filing fee in the amount of $ 405, receipt number ACAEDC-12500502. (Kamath, Reshma) (Entered: 10/01/2025) |
| 10/02/2025 | 6 | SUMMONS ISSUED as to *ARB Gamin LLC, Affirm, Inc., B2Services OU* with answer to complaint due within *21* days. Attorney *Reshma Kamath* *Law Office of Reshma Kamath* *700 El Camino Real, Suite 120, #1084* *Menlo Park, CA 94025*. (Deputy Clerk VLC) (Entered: 10/02/2025) |
| 10/02/2025 | 7 | CIVIL NEW CASE DOCUMENTS ISSUED. (Attachments: # 1 Standing Order in Civil Cases, # 2 Consent Form, # 3 VDRP) (Deputy Clerk GJM) (Entered: 10/02/2025) |
| 10/02/2025 | 8 | MINUTE ORDER issued by Courtroom Deputy for District Judge Daniel J. Calabretta on 10/2/2025: Before the Court is Plaintiff's Motion to Proceed In Forms Pauperis. (ECF No. 2 .) On September 29, 2025, Magistrate Judge Kim recommended that Plaintiff's motion be denied, and that Plaintiff be ordered to the filing and administrative fee. (ECF No. 5 ). On October 1, 2025, plaintiff paid the civil case filing fee. Accordingly, the Court DENIES AS MOOT Plaintiff's 2 Motion to Proceed In Forma Pauperis and the Magistrate Judge's 5 Findings and Recommendations. IT IS SO ORDERED. [TEXT ONLY ENTRY] (Deputy Clerk GJM) (Entered: 10/02/2025) |
| 10/16/2025 | 9 | RESPONSE to 5 FINDINGS and RECOMMNDATIONS and (#8) Minute Order by Matthew Joyce. (Kamath, Reshma) Modified on 10/17/2025 (AJB). (Entered: 10/16/2025) |
| 10/26/2025 | 10 | REQUEST to ISSUE SUMMONS as to Affirm Loan Services as Doe Defendant 1 by Matthew Joyce. (Kamath, Reshma) Modified on 10/27/2025 (AJB). (Entered: 10/26/2025) |
| 10/28/2025 | 11 | MINUTE ORDER issued by Courtroom Deputy for District Judge Daniel J. Calabretta on 10/28/2025: Before the Court is Plaintiff's Request to Add Defendant and Issue Summons. (ECF No. 10 ). The Court GRANTS Plaintiff's 10 Request. The Clerk of Court shall add Affirm Loan Services, LLC as Defendant to this action and shall issue summons accordingly. IT IS SO ORDERED. (cc: Operations Supervisor) [TEXT ONLY ENTRY] (Deputy Clerk GJM) (Entered: 10/28/2025) |
| 11/17/2025 | 12 | SUMMONS ISSUED as to *Affirm Loan Services, LLC* with answer to complaint due within *21* days. Attorney *Reshma Kamath* *Law Office of Reshma Kamath* *700 El Camino Real, Suite 120, #1084* *Menlo Park, CA 94025*. (Deputy Clerk KEZ) (Entered: 11/17/2025) |

Case 2:25-cv-01868-DJC-CSK     Document 67-2     Filed 06/10/26     Page 5 of 10

| 11/19/2025 | 13 | NOTICE OF ATTORNEY DISBARMENT by Matthew Joyce. (Deputy Clerk GJM) (Entered: 11/19/2025) |
|---|---|---|
| 11/19/2025 | 14 | MINUTE ORDER issued by Courtroom Deputy for District Judge Daniel J. Calabretta on 11/19/2025: Before the Court is Plaintiff's Notice of Attorney Disbarment. (ECF No. 13 ). Therein, Plaintiff advises the Court that his attorney, Reshma Kamath, was disbarred by the State of California on November 8, 2025. After confirming that counsel is ineligible to practice law via the State Bar of California website, https://apps.calbar.ca.gov/attorney/Licensee/Detail/333800, last accessed November 19, 2025, at 4:45 PM (PST), the Court TERMINATES Reshma Kamath as attorney of record and GRANTS Plaintiff thirty (30) days to retain new counsel and for new counsel to file a notice of appearance in this case consistent with E.D. Cal. L.R. 182(a). Failure to do so will result in this action being referred to the assigned Magistrate Judge for all further proceedings, including dispositive and non-dispositive motions and matters. *See* E.D. Cal. L.R. 302(c)(21). IT IS SO ORDERED. [TEXT ONLY ENTRY] (Deputy Clerk GJM) (Entered: 11/19/2025) |
| 11/19/2025 | | SERVICE BY MAIL: 14 Minute Order served on Matthew Joyce. (Deputy Clerk GJM) (Entered: 11/19/2025) |
| 11/21/2025 | 17 | NOTICE of PRO SE STATUS by Matthew Joyce. (Deputy Clerk JAW) (Entered: 11/26/2025) |
| 11/25/2025 | 15 | EX PARTE APPLICATION for EXTENSION of TIME by ARB Gamin LLC to Respond to Plaintiff's Complaint. Attorney Wall, Daniel Donahoe added. (Attachments: # 1 Declaration of Karen L. Alexander, # 2 Proposed Order, # 3 Rule 7.1 Disclosure Statement, # 4 Proof of Service)(Wall, Daniel) Modified on 11/26/2025 (AJB). (Entered: 11/25/2025) |
| 11/25/2025 | 18 | SUBSTITUTION of ATTORNEY - PROPOSED, submitted by Matthew Joyce. (Deputy Clerk JAW) (Entered: 11/26/2025) |
| 11/25/2025 | 19 | MOTION for REASONABLE ACCOMMODATIONS by Matthew Joyce. (Deputy Clerk JAW) (Entered: 11/26/2025) |
| 11/26/2025 | 16 | ORDER signed by District Judge Daniel J. Calabretta on 11/26/25 GRANTING 15 Ex Parte Application and ALLOWING that Defendant to file its responsive papers to Plaintiff's Complaint by 02/02/26. (Deputy Clerk VLC) (Entered: 11/26/2025) |
| 12/01/2025 | 20 | ORDER signed by District Judge Daniel J. Calabretta on 11/28/25 REFERRING case to the assigned Magistrate Judge for all further proceedings. Any pending deadlines and hearings set before the assigned District Judge are VACATED. All documents hereafter filed with the Clerk of the Court shall bear case number: 2:25-cv-01868-DJC-CSK (PS). (Deputy Clerk KML) (Entered: 12/01/2025) |
| 12/01/2025 | | SERVICE BY MAIL: 20 Order served on Matthew Joyce. (Deputy Clerk KML) (Entered: 12/01/2025) |
| 12/18/2025 | 21 | NOTICE re LOSS of COUNSEL and proceeding in Pro Se Status by Jamie Stahura. (Deputy Clerk AMW) (Entered: 12/19/2025) |
| 12/22/2025 | | SERVICE BY MAIL: 16 Order served on Matthew Joyce. (Deputy Clerk KEZ) (Entered: 12/22/2025) |
| 01/13/2026 | 22 | PRO HAC VICE APPLICATION by Matthew Joyce. Attorney Sale, Jacqueline added. (Attachments: # 1 Proposed Order)(Sale, Jacqueline) Modified on 1/16/2026 (LMS). (Entered: 01/13/2026) |
| 01/20/2026 | | PAYMENT for 22 Pro Hac Vice Application in the amount of $ 300, receipt number ACAEDC-12783361. (Sale, Jacqueline) (Entered: 01/20/2026) |

Case 2:25-cv-01868-DJC-CSK    Document 67-2    Filed 06/10/26    Page 6 of 10

| 01/21/2026 | 23 | PRO HAC VICE APPLICATION and PROPOSED ORDER submitted by Matthew Joyce for attorney Amina Mack to appear Pro Hac Vice. (Sale, Jacqueline) (Entered: 01/21/2026) |
| 01/28/2026 | 24 | NOTICE of APPEARANCE by Karen Lehmann Alexander on behalf of ARB Gamin LLC. Attorney Alexander, Karen Lehmann added. (Alexander, Karen) (Entered: 01/28/2026) |
| 01/29/2026 | 25 | STIPULATION and PROPOSED ORDER Service of Complaint and Extension of Deadline to Respond by ARB Gamin LLC. (Attachments: # 1 Proposed Order) (Alexander, Karen) (Entered: 01/29/2026) |
| 02/03/2026 | 26 | MINUTE ORDER issued by Courtroom Deputy for Magistrate Judge Chi Soo Kim on 2/3/2026: The Court is in receipt of Plaintiff Matthew Joyce's motion for reasonable accommodations filed on 11/25/2025. (ECF No. 19 .) Plaintiff requests an extension of time to retain counsel, reasonable flexibility for response deadlines, written communication of all court filings, permission for Plaintiff's girlfriend to be his organizational support person to assist him in these proceedings, and permission to continue to file by mail. *Id*. at 3-4. The Court DENIES as moot Plaintiff's request for an extension of time to retain counsel as Plaintiff is in the process of having counsel appear on his behalf. See Docket. The Court DENIES Plaintiff's request for a general extension of time to file responsive deadlines without further specificity. If Plaintiff seeks an extension of time, Plaintiff must specify which deadline Plaintiff seeks to extend and for how long and why a request establishes good cause. As to Plaintiff's other requests, the Court DENIES them as unnecessary. IT IS SO ORDERED. (Text Only Entry) (Deputy Clerk AW) (Entered: 02/03/2026) |
| 02/03/2026 | | SERVICE BY MAIL: 26 Minute Order served on Jamie Stahura. (Deputy Clerk AW) (Entered: 02/03/2026) |
| 02/04/2026 | 27 | ORDER signed by Magistrate Judge Chi Soo Kim on 2/3/2026 DIRECTING Plaintiff to file an amended complaint, whether by stipulation or motion, within 3 weeks of the date of this Order. ARB's deadline to respond to the operative complaint, whether by answer, motion, otherwise, shall be 30 days after completed service or re-service of the operative complaint and summons. (Deputy Clerk OML) (Entered: 02/04/2026) |
| 02/04/2026 | | SERVICE BY MAIL: 27 Order served on Jamie Stahura. (Deputy Clerk OML) (Entered: 02/04/2026) |
| 02/09/2026 | 28 | PRO HAC VICE APPLICATION and PROPOSED ORDER submitted by Matthew Joyce for attorney Amina Mack to appear Pro Hac Vice. (Attachments: # 1 Exhibit Certificate of Good Standing) (Sale, Jacqueline) Modified on 2/10/2026 (JJD). [filing fee $300, receipt number ACAEDC-12783361] (Entered: 02/09/2026) |
| 02/12/2026 | 29 | PRO HAC VICE ORDER signed by Magistrate Judge Chi Soo Kim on 2/11/26 GRANTING 28 Application for Pro Hac Vice. Added attorney Amina Mack, PHV for Matthew Joyce. The Pro Hac Vice attorney is directed to request electronic filing access through PACER. (Deputy Clerk JAW) (Entered: 02/12/2026) |
| 02/17/2026 | 30 | FIRST AMENDED COMPLAINT against ARB Gamin LLC, Affirm Loan Services, LLC, Affirm, Inc., B2Services OU by Matthew Joyce.(Sale, Jacqueline) (Entered: 02/17/2026) |
| 02/18/2026 | 31 | SUMMONS ISSUED as to *Amazon.com Inc, Apple Inc., Goldman Sachs Bank USA* with answer to complaint due within *21* days. Attorney *Jacqueline Sale* *Jacqueline M Sale Esq* *18723 Via Princessa #102* *Santa Clarita, CA 91387*. (Deputy Clerk VLC) (Entered: 02/18/2026) |
| 02/27/2026 | 32 | MINUTE ORDER issued by Courtroom Deputy for Magistrate Judge Chi Soo Kim on 2/27/2026: In light of Plaintiff Matthew Joyce proceeding in pro se, this action was referred to the undersigned on 11/28/2026 pursuant to Local Rule 302(c)(21). 11/28/2025 |

| | | |
|---|---|---|
| | | Order (ECF No. 20.) Plaintiff Joyce has now retained new counsel, attorney Amina Mack and Jacqueline Sale. Plaintiff Joyce's counsel Amina Mack and Jacqueline Sale are hereby directed to address, within seven days from the date of this Order, whether they are also representing Interpleader Jamie Stahura who is currently proceeding in pro per. *See* Docket. Plaintiff Joyce's prior counsel Reshma Kamath had represented both Plaintiff Joyce and Interpleader Stahura. If Interpleader Stahura remains unrepresented, the undersigned remains assigned for all further proceedings pursuant to Local Rule 302(c)(21). IT IS SO ORDERED. (Text Only Entry) (Deputy Clerk AW) (Entered: 02/27/2026) |
| 02/27/2026 | | SERVICE BY MAIL: 32 Minute Order served on Jamie Stahura. (Deputy Clerk AW) (Entered: 02/27/2026) |
| 03/02/2026 | 33 | CORRECTED 30 FIRST AMENDED COMPLAINT against All Defendants by Matthew Joyce.(Mack, Amina) Modified on 3/4/2026 (AJB). (Entered: 03/02/2026) |
| 03/04/2026 | 34 | SUMMONS ISSUED as to *ARB Gaming LLC, Affirm, Inc., Amazon.com, Inc., Apple Inc., Goldman Sachs Bank USA*. Response to complaint to be served on *Amina Michelle Mack, PHV* *The Mack Law Firm, PLLC* *4242 Six Forks Road, Suite 1550* *Raleigh, NC 27609*. (Deputy Clerk AJB) (Entered: 03/04/2026) |
| 03/06/2026 | 35 | NOTICE of APPEARANCE by Amina Michelle Mack, PHV on behalf of Jamie Stahura. Attorney Mack, Amina Michelle added. (Mack, Amina) (Entered: 03/06/2026) |
| 03/13/2026 | 36 | MINUTE ORDER issued by Courtroom Deputy for Magistrate Judge Chi Soo Kim on 3/13/2026: The Court is in receipt of Interpleader's Notice of Appearance of Counsel (ECF No. 35 ). Pursuant to Local Rule 302(c)(21), the case is referred back to assigned District Judge, Judge Calabretta, and the Pro Se designation is removed. (TEXT ONLY ENTRY) (Deputy Clerk AW) (Entered: 03/13/2026) |
| 04/14/2026 | 37 | STIPULATION for Extension of Time to respond to the 33 Corrected First Amended Complaint by Apple Inc. Attorney Gibson, John Samuel ADDED. (Gibson, John) Modified on 4/15/2026 (GJM). (Entered: 04/14/2026) |
| 04/14/2026 | 38 | CORPORATE DISCLOSURE STATEMENT by Defendant Apple Inc.. (Gibson, John) (Entered: 04/14/2026) |
| 04/22/2026 | 39 | NOTICE of APPEARANCE by Marcos D. Sasso on behalf of Goldman Sachs Bank USA. Attorney Sasso, Marcos D. added. (Sasso, Marcos) (Entered: 04/22/2026) |
| 04/22/2026 | 40 | STIPULATION for extension of time to respond to the 33 Corrected First Amended Complaint by Goldman Sachs Bank USA. (Sasso, Marcos) Modified on 4/22/2026 (GJM). (Entered: 04/22/2026) |
| 05/04/2026 | 41 | STIPULATION and PROPOSED ORDER to Extend Time for Defendant Apple Inc. to Respond to Complaint by Apple Inc.. (Attachments: # 1 Proposed Order) (Gibson, John) Modified on 5/5/2026 (VLC). (Entered: 05/04/2026) |
| 05/05/2026 | 42 | STIPULATION and ORDER signed by District Judge Daniel J. Calabretta on 05/04/26 EXTENDING the time for Apple Inc. to move, answer or otherwise plead in response to the Complaint to 05/29/26. (Deputy Clerk KML) (Entered: 05/05/2026) |
| 05/05/2026 | | SERVICE BY MAIL: 42 Stipulation and Order served on Jamie Stahura. (Deputy Clerk KML) (Entered: 05/05/2026) |
| 05/08/2026 | 43 | STIPULATION and PROPOSED ORDER Defendant Goldman Sachs Bank USA to Extend Time to Respond to Complaint by Goldman Sachs Bank USA. (Attachments: # 1 Proposed Order) (Sasso, Marcos) Modified on 5/11/2026 (AJB). (Entered: 05/08/2026) |
| 05/11/2026 | 44 | STIPULATION and ORDER signed by District Judge Daniel J. Calabretta on 5/8/2026 EXTENDING Time to 5/29/2026 for Goldman Sachs Bank USA to respond to the |

Case 2:25-cv-01868-DJC-CSK   Document 67-2   Filed 06/10/26     Page 8 of 10

| 05/13/2026 | 45 | STIPULATION and PROPOSED ORDER to Extend Deadline to File Joint Status Report by Apple Inc. (Attachments: # 1 Proposed Order) (Gibson, John) Modified on 5/13/2026 (AJB). (Entered: 05/13/2026) |
|---|---|---|
| 05/14/2026 | 46 | ORDER signed by District Judge Daniel J. Calabretta on 05/13/26 GRANTING 45 Stipulation and Proposed Order. The deadline for Plaintiff and Defendant Apple Inc. to meet and confer and file a joint status is hereby EXTENDED until 30 days following the Court's decision on Apple's forthcoming motion to dismiss. (Deputy Clerk VLC) (Entered: 05/14/2026) |
| 05/14/2026 | | SERVICE BY MAIL: 46 Order served on Jamie Stahura. (Deputy Clerk VLC) (Entered: 05/14/2026) |
| 05/20/2026 | 47 | MOTION to WITHDRAW as ATTORNEY by Matthew Thomas Joyce. Motion Hearing set for 6/9/2026 at 10:00 AM in Chambers before District Judge Daniel J. Calabretta. (Mack, Amina) (Entered: 05/20/2026) |
| 05/20/2026 | 48 | MINUTE ORDER issued by Courtroom Deputy for District Judge Daniel J. Calabretta on 5/20/2026: Plaintiff's Motion to Withdraw as Counsel, ECF No. 47 , as filed, is defective. To wit, Plaintiff's motion is noticed for hearing on a date not designated for the Court's civil law and motion calendar. *See* E.D. Cal. L.R. 230(a). Consequently, the hearing on Plaintiff's motion, set for 6/9/2026, is VACATED and RESET for 7/9/2026 at 1:30 PM in Courtroom 7 before District Judge Daniel J. Calabretta. All briefing shall be filed in accordance with E.D. Cal. L.R. 230. IT IS SO ORDERED. [TEXT ONLY ENTRY] (Deputy Clerk GJM) (Entered: 05/20/2026) |
| 05/20/2026 | | SERVICE BY MAIL: 48 Minute Order served on Jamie Stahura. (Deputy Clerk GJM) (Entered: 05/20/2026) |
| 05/22/2026 | 49 | EX PARTE APPLICATION for EXTENSION of TIME to Respond to Operative Complaint and File Rule 26(f) Status Report by 60 Days by ARB Gaming LLC . (Attachments: # 1 Declaration of K. Alexander , # 2 Proposed Order)(Wall, Daniel) Modified on 5/26/2026 (VLC). (Entered: 05/22/2026) |
| 05/22/2026 | 50 | EX PARTE APPLICATION for EXTENSION of TIME to Respond to Corrected Amended Complaint by Apple Inc. (Attachments: # 1 Declaration of Colin F. McGrath, # 2 Proposed Order )(Gibson, John) Modified on 5/26/2026 (VLC). (Entered: 05/22/2026) |
| 05/27/2026 | 51 | EX PARTE APPLICATION for EXTENSION of TIME to File Rule 26(f) Joint Status Report by Affirm, Inc.. Attorney Lewis, Ryan A. added. (Attachments: # 1 Declaration of Ryan A. Lewis , # 2 Proposed Order)(Lewis, Ryan) Modified on 5/28/2026 (VLC). (Entered: 05/27/2026) |
| 05/27/2026 | 52 | CORPORATE DISCLOSURE STATEMENT by Defendant Affirm, Inc.. (Lewis, Ryan) (Entered: 05/27/2026) |
| 05/28/2026 | 54 | NOTICE re Counsel Termination of Amina Michelle Mack and Jacqueline Sale by Matthew Thomas Joyce. (Deputy Clerk VLC) (Entered: 05/29/2026) |
| 05/29/2026 | 53 | MOTION to COMPEL ARBITRATION and STAY Action by Goldman Sachs Bank USA. Attorney Rao, Arjun P. added. Motion Hearing set for 8/13/2026 at 01:30 PM in Courtroom 7 (DJC) before District Judge Daniel J. Calabretta. (Attachments: # 1 Declaration Shelly Knudtson, # 2 Proposed Order)(Rao, Arjun) Modified on 5/29/2026 (AJB). (Entered: 05/29/2026) |
| 05/29/2026 | 55 | CERTIFICATE / PROOF of SERVICE by Goldman Sachs Bank USA re 53 Motion. (Rao, Arjun) Modified on 5/29/2026 (AJB). (Entered: 05/29/2026) |

Case 2:25-cv-01868-DJC-CSK    Document 67-2    Filed 06/10/26    Page 9 of 10

| 05/29/2026 | 56 | MOTION to COMPEL Arbitration and Dismiss or Stay the Case by ARB Gaming LLC by ARB Gaming LLC. Motion Hearing set for 8/13/2026 at 01:30 PM in Courtroom 7 (DJC) before District Judge Daniel J. Calabretta. (Attachments: # 1 Notice, # 2 Request for Judicial Notice, # 3 Exhibit A, # 4 Exhibit B, # 5 Exhibit C, # 6 Exhibit D, # 7 Exhibit E, # 8 Declaration of Alexander, # 9 Declaration of Fechtmeyer, # 10 Proof of Service) (Wall, Daniel) Modified on 6/2/2026 (OML). (Entered: 05/29/2026) |
| --- | --- | --- |
| 05/29/2026 | 57 | MOTION to DISMISS by Apple Inc.. Motion Hearing set for 8/13/2026 at 01:30 PM in Courtroom 7 (DJC) before District Judge Daniel J. Calabretta. (Attachments: # 1 Memorandum) (Gibson, John) Modified on 6/2/2026 (OML). (Entered: 05/29/2026) |
| 05/31/2026 | 58 | MINUTE ORDER issued by Courtroom Deputy for District Judge Daniel J. Calabretta on 5/31/2026: Having reviewed Counsel's Motion to Withdraw as Attorney (ECF No. 47 ) and Plaintiff's Notice re Counsel Termination (ECF No. 54 ), the Court GRANTS Counsel's 47 Motion and VACATES all existing hearing dates and deadlines, including the hearing on Plaintiff's 47 Motion to Withdraw as Attorney, set for 7/9/2026, and the hearing on Defendants' 53 , 56 Motions to Compel Arbitration and Defendant's 57 Motion to Dismiss, all set for 8/13/2026, and REFERS this case to the assigned Magistrate Judge for all further proceedings pursuant to E.D. Cal. L.R. 302(c)(21). All defendants shall re-notice their pending motions (ECF Nos. 53 , 56 , and 57 ) for hearing before the assigned Magistrate Judge. Further, the Court DENIES AS MOOT Defendants' 49 , 50 , and 51 Ex Parte Applications for Extensions of Time. Outgoing counsel shall serve a copy of this order on Plaintiff Matthew Thomas Joyce at his last known address forthwith and shall immediately thereafter file with the court a certificate of service attesting to such service. At such time as service is completed, attorneys Amina Mack's and Jacqueline Sale's responsibility to represent Plaintiff Matthew Thomas Joyce will be terminated. IT IS SO ORDERED. [TEXT ONLY ENTRY] (Deputy Clerk GJM) (Entered: 05/31/2026) |
| 05/31/2026 | | SERVICE BY MAIL: 58 Minute Order served on Jamie Stahura. (Deputy Clerk GJM) (Entered: 05/31/2026) |
| 06/01/2026 | 59 | NOTICE of APPEARANCE by Kalama Mark Lui-Kwan on behalf of Affirm, Inc.. Attorney Lui-Kwan, Kalama Mark added. (Lui-Kwan, Kalama) (Entered: 06/01/2026) |
| 06/01/2026 | 60 | MOTION to DISMISS by Affirm, Inc.. Motion Hearing set for 7/28/2026 at 10:00 AM in Courtroom 25 (CSK) before Magistrate Judge Chi Soo Kim. (Lewis, Ryan) (Entered: 06/01/2026) |
| 06/02/2026 | 61 | PROPOSED ORDER re 60 Motion to Dismiss by Affirm, Inc. (Lewis, Ryan) Modified on 6/2/2026 (AJB). (Entered: 06/02/2026) |
| 06/02/2026 | 62 | NOTICE to RESCHEDULE HEARING on 57 Motion to Dismiss : Motion Hearing set for 7/14/2026 at 10:00 AM in Courtroom 25 (CSK) before Magistrate Judge Chi Soo Kim. (Gibson, John) (Entered: 06/02/2026) |
| 06/04/2026 | 63 | Notice to Reschedule Hearing Re: MOTION to COMPEL Arbitration and Dismiss or Stay the Action (ECF No. 56 ) by ARB Gaming LLC. Motion Hearing set for 7/28/2026 at 10:00 AM in Courtroom 25 (CSK) before Magistrate Judge Chi Soo Kim. (Wall, Daniel) Modified on 6/4/2026 (AW). (Entered: 06/04/2026) |
| 06/04/2026 | 64 | MOTION to COMPEL Arbitration and Stay Action by Goldman Sachs Bank USA. Motion Hearing set for 7/21/2026 at 10:00 AM in Courtroom 25 (CSK) before Magistrate Judge Chi Soo Kim. (Attachments: # 1 Declaration, # 2 Proposed Order, # 3 Proof of Service) (Rao, Arjun) Modified on 6/5/2026 (OML). (Entered: 06/04/2026) |

| PACER Service Center | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 06/08/2026 09:13:57 | | | |
| **PACER Login:** | Macklawfirmpllc | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 2:25-cv-01868-DJC-CSK |
| **Billable Pages:** | 8 | **Cost:** | 0.80 |