IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF
CALIFORNIA SACRAMENTO DIVISION
Case No. 2:25-cv-01868-DJC-CSK

| | | |
|---|---|---|
| MATTHEW THOMAS JOYCE, | ) | |
| | ) | |
| *Plaintiff,* | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| ARB GAMING LLC DBA MODO.US; | ) | **MINUTE ORDER** |
| AFFIRM, INC; | ) | |
| GOLDMAN SACHS BANK USA; | ) | |
| APPLE INC; | ) | |
| AMAZON.COM, INC; | ) | |
| DOES 1 – 50; | ) | |
| | ) | |
| *Defendants*. | ) | |
| | ) | |

Before: District Judge Daniel J. Calabretta.

1. Having reviewed outgoing Counsel's Motion to Withdraw as Attorney and Plaintiff's Notice re Counsel Termination, the Court grants Counsel's Motion to Withdraw.

2. The Court vacates all existing hearing dates and deadlines, including:

    1. The hearing on Plaintiff's Motion to Withdraw as Attorney set for July 9, 2026.

    2. The hearing on Defendants' Motions to Compel Arbitration and Defendant's Motion to Dismiss set for August 13, 2026.

    3. The Court refers this case to the assigned Magistrate Judge for all further proceedings pursuant to E.D. Cal. L.R. 302(c)(21).

    4. All Defendants shall re-notice their pending motions for hearing before the assigned Magistrate Judge.

3. The Court denies as moot Defendants' Ex Parte Applications for Extensions of Time.

4.  Outgoing counsel shall serve a copy of this Order on Plaintiff Matthew Thomas Joyce at his last known address forthwith and shall immediately thereafter file with the Court a Certificate of Service attesting to such service. Upon completion of service and the filing of the Certificate of Service, attorneys Amina Mack and Jacqueline Sale shall be relieved as counsel of record for Plaintiff Matthew Thomas Joyce, and their responsibility to represent Plaintiff shall terminate.

IT IS SO ORDERED.

Dated: June 8, 2026.


_____

Hon. Daniel J. Calabretta United States District Judge

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a true and correct copy of the foregoing documents was served on the

Plaintiff via Certified Mail, Return Receipt Requested, addressed as follows:


MATTHEW THOMAS JOYCE
170 Manordale Drive
Chapel Hill, NC 27517
The Plaintiff

This the 8th day of June, 2026.

By: /s/Amina M. Mack, Esq.
Amina M. Mack (NCSB No. 61390)
THE MACK LAW FIRM, PLLC
4242 Six Forks Road, Ste. 1550
Raleigh, NC 27609
Tel: 984-480-7147
legal@themacklaw.com


/s/Jacqueline M Sale Esq.
Jacqueline M Sale (Bar No. 343485)
JACQUELINE M SALE ESQ.
3817 S. Nova Road, Suite 104-167
Port Orange, Florida 32127
Tel: 833-225-5299
jmsalelaw@gmail.com