# USPS Tracking®

**FAQs >**

**Remove ✕**

**Tracking Number:**

## 9589071052701613644299

**Copy**        **Add to Informed Delivery**

## Latest Update

Your item has left our acceptance facility and is in transit to a sorting facility on June 9, 2026 at 6:25 pm in RALEIGH, NC 27616.

### Get More Out of USPS Tracking:

**USPS Tracking Plus®**

Delivered

Out for Delivery

Preparing for Delivery

## On the Way

**Departed Post Office**

RALEIGH, NC 27616
June 9, 2026 6:25 PM

**USPS picked up item**

RALEIGH, NC 27616
June 9, 2026 1:34 PM

**What Do USPS Tracking Statuses Mean?**

## Text & Email Updates                    ⌄

Feedback

Case 2:25-cv-01868-DJC-CSK     Document 67-5     Filed 06/10/26     Page 2 of 2

**USPS Tracking Plus®**

⌄

---

**Product Information**

⌄

See Less ⌃

Track Another Package

Enter tracking or barcode numbers

# Need More Help?

Contact USPS Tracking support for further assistance.

FAQs