TROUTMAN PEPPER LOCKE LLP
Kalama M. Lui-Kwan (SBN 242121)
kalama.lui-kwan@troutman.com
Ryan A. Lewis (SBN 307253)
ryan.lewis@troutman.com
Three Embarcadero Center, Suite 800
San Francisco, CA 94111
Telephone:     415.477.5700
Facsimile:     415.477.5710

Attorneys for Defendant AFFIRM, INC.

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### SACRAMENTO DIVISION

| | |
|---|---|
| MATTHEW THOMAS JOYCE, by and through undersigned counsel,<br><br>Plaintiff,<br><br>v.<br><br>ARB GAMING LLC DBA MODO. US; AFFIRM, INC.; GOLDMAN SACHS BANK USA; APPLE INC; AMAZON.COM, INC; DOES 1-50,<br><br>Defendants. | Case No. 2:25-cv-01868-DJC-CSK<br><br><br>**CERTIFICATE OF SERVICE**<br><br>Complaint Filed:    June 30, 2025<br>FAC Filed:    March 2, 2026<br>Trial Date:    None set |

- 1 -
CERTIFICATE OF SERVICE

## <u>CERTIFICATE OF SERVICE</u>

I am over the age of 18 and not a party to the within action.  I am employed in San Francisco County, California.  My business address is 3 Embarcadero Center, Suite, 800, San Francisco, California 94111.  On June 10, 2026, I served on the interested parties to this action a true and correct copy of the following document(s), and any attachments and exhibits thereto, described as:

**DEFENDANT AFFIRM, INC.'S NOTICE OF MOTION AND MOTION TO DISMISS [F.R.C.P. 12(b)(6)**

**[PROPOSED] ORDER GRANTING DEFENDANT AFFIRM, INC.'S NOTICE OF MOTION AND MOTION TO DISMISS [F.R.C.P. 12(b)(6)**

☐ **BY CM/ECF:** The foregoing was filed electronically with the Clerk of the Court using the CM/ECF system, which sent notification of such filing to all CM/ECF registrants of record in this matter constituting service pursuant to Fed. R. Civ. P. 5(b)(2)(E).

☐ **BY ELECTRONIC MAIL:** Pursuant to the parties' agreement and/or the Court's order regarding electronic service, I electronically served the following persons at the electronic service addresses listed below.  My electronic service address is evelyn.standart@troutman.com

XX **BY MAIL**: As follows: I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at San Francisco, CA, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postage cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

Matthew Thomas Joyce
170 Manordale Drive
Chapel Hill, North Carolina 27517
Plaintiff In Pro Per

I declare that I am employed in the office of the member of the bar of this court under whose direction the service was made.  Executed on June 10, 2026, at San Francisco, California.

_Evelyn Standart_
_____
Evelyn Standart

- 2 -
CERTIFICATE OF SERVICE