Matthew Thomas Joyce
600 Market Grove Drive #100
Wake Forest, NC 27587-7345
(919) 259-4661
m.joyce07@proton.me
Plaintiff, Pro Se



**FILED**

JUN 2 2 2026

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
        DEPUTY CLERK

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# SACRAMENTO DIVISION

MATTHEW JOYCE, an individual,

            Plaintiff,

    v.

ARB GAMING LLC dba MODO.US;
AFFIRM, INC.;
GOLDMAN SACHS BANK USA;
APPLE INC.;
AMAZON.COM, INC.,

            Defendants.

Case No.  2:25-cv-01868-DJC-CSK (PS)

**PLAINTIFF'S NOTICE OF APPEARANCE IN PROPRIA PERSONA**

TO THE COURT AND ALL PARTIES OF RECORD:

1. PLEASE TAKE NOTICE that Plaintiff Matthew Thomas Joyce hereby appears in this action in propria persona, pursuant to E.D. Cal. Local Rule 183. The Court's prior orders (ECF No. 58, May 31, 2026; ECF No. 67, June 8, 2026) reflect the procedural posture in which this appearance is filed.

2. Magistrate referral. Pursuant to E.D. Cal. Local Rule 302(c)(21), this matter is now referred to the Honorable Chi Soo Kim, United States Magistrate Judge, for all non-dispositive matters. See ECF No. 20.

PLAINTIFF'S NOTICE OF APPEARANCE IN PROPRIA PERSONA - 1

DATED: June 22, 2026

Signed by:

*Matthew Joyce*

—07B601B840D34AB...

Matthew Thomas Joyce
Plaintiff, Pro Se

PLAINTIFF'S NOTICE OF APPEARANCE IN PROPRIA PERSONA - 2