Matthew Thomas Joyce
600 Market Grove Drive #100
Wake Forest, NC 27587-7345
(919) 259-4661
m.joyce07@proton.me
Plaintiff, Pro Se

**FILED**

JUN 22 2026

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

## SACRAMENTO DIVISION

| | |
|---|---|
| MATTHEW JOYCE, an individual,<br><br>Plaintiff,<br><br>v.<br><br>ARB GAMING LLC dba MODO.US;<br>AFFIRM, INC.;<br>GOLDMAN SACHS BANK USA;<br>APPLE INC.;<br>AMAZON.COM, INC.,<br><br>Defendants. | Case No.  2:25-cv-01868-DJC-CSK (PS)<br><br>**PLAINTIFF'S NOTICE OF CHANGE OF ADDRESS [E.D. CAL. LOCAL RULE 182(f)]** |

TO THE COURT AND ALL PARTIES OF RECORD:

1. PLEASE TAKE NOTICE that, pursuant to E.D. Cal. Local Rule 182(f), Plaintiff Matthew Thomas Joyce hereby gives notice of his change of address. All future filings, orders, notices, and correspondence concerning this matter shall be directed to Plaintiff at the following address as of June 11, 2026:

Matthew Thomas Joyce, Pro Se
600 Market Grove Drive #100
Wake Forest, North Carolina 27587-7345
Telephone: (919) 259-4661
Email: m.joyce07@proton.me

PLAINTIFF'S NOTICE OF CHANGE OF ADDRESS - 1

2. This Notice is filed concurrently with Plaintiff's Notice of Appearance In Propria Persona.

3. Magistrate referral. Pursuant to E.D. Cal. Local Rule 302(c)(21), this matter is referred to the Honorable Chi Soo Kim, United States Magistrate Judge, for all non-dispositive matters. See ECF No. 20 (Dec. 1, 2025).

DATED: June 22, 2026

Signed by:

Matthew Joyce
07B601B840D34AB...

Matthew Thomas Joyce
Plaintiff, Pro Se

PLAINTIFF'S NOTICE OF CHANGE OF ADDRESS - 2