Matthew Thomas Joyce
600 Market Grove Drive #100
Wake Forest, NC 27587-7345
(919) 259-4661
m.joyce07@proton.me
Plaintiff, Pro Se





JUN 2 9 2026

CLERK U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
                 DEPUTY CLERK

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# SACRAMENTO DIVISION

| | |
|---|---|
| MATTHEW JOYCE, an individual,<br><br>Plaintiff,<br><br>v.<br><br>ARB GAMING LLC dba MODO.US;<br>AFFIRM, INC.;<br>GOLDMAN SACHS BANK USA;<br>APPLE INC.;<br>AMAZON.COM, INC.,<br><br>Defendants. | Case No. 2:25-cv-01868-DJC-CSK (PS)<br><br>**PLAINTIFF'S MOTION FOR A SHORT EXTENSION OF THE JUNE 26, 2026 OPPOSITION DEADLINE (FED. R. CIV. P. 6(b)(1)(B); ALTERNATIVELY 6(b)(1)(A))**<br><br>Hearing: July 28, 2026, 10:00 a.m.,<br>Courtroom 25<br>Hon. Chi Soo Kim, Magistrate Judge |

## I. RELIEF REQUESTED

Plaintiff Matthew Joyce, appearing in pro per, respectfully asks the Court for a short extension of the June 26, 2026 deadline (ECF 66) to file his oppositions to the four pending motions — ECF 56 (ARB Gaming, motion to compel arbitration), ECF 57 (Apple, motion to dismiss), ECF 60 (Affirm, motion to dismiss), and ECF 64 (Goldman Sachs, motion to compel arbitration). A fifth defendant, Amazon.com, Inc., was personally served on March 23, 2026; its proof of service was never filed of record by former counsel; Amazon has not appeared, has filed

no motion, and Plaintiff will separately move for entry of its default. Amazon is unaffected by this request.

Plaintiff's request is narrow and disturbs nothing the Court has structured. The consolidation of these four motions stands; the July 28, 2026 hearing stays exactly where it is. Plaintiff asks only for the time to do the best job he can answering four represented defendants — a short extension of the opposition deadline to July 10, 2026 (or any date the Court prefers), with defendants' replies adjusted within the existing schedule. Consistent with the Court's prior instruction that an extension request "must specify which deadline Plaintiff seeks to extend and for how long and why a request establishes good cause" (ECF 26): the deadline is the June 26, 2026 opposition deadline; the length is a short extension to July 10, 2026; and the good cause is set out below.

## II. INTRODUCTION AND SUMMARY

Two things, neither of Plaintiff's making, left him unable to file four oppositions on time, and he asks only for a short, hearing-preserving extension to do the job right. First, the schedule was compressed. Consolidating the four motions "in the interest of efficiency and economy for the parties and the Court" (ECF 66), the Court set a single opposition deadline of June 26, 2026 — eighteen days after the June 8 order — for one newly self-represented plaintiff to answer four sets of tier-one defense firms. Plaintiff does not quarrel with the Court's interest in efficiency. He observes only this: the defendants have obtained extension after extension in this case (e.g., ECF 16, 42, 44, 46); Plaintiff has not. This is his first request to extend a discrete, identified deadline under Rule 6(b) — made, as the Court's ECF 26 prescribed, by specifying the deadline, the length, and the good cause. (His earlier accommodations motion, ECF 19, sought only general prospective flexibility and was denied without specificity at ECF 26.)

Second — and decisively — Plaintiff could not meaningfully oppose four dispositive motions without his case file, and his former counsel did not return it. He monitored the docket daily and, on June 13 and again on June 15, 2026, told the Court and every defense counsel that he was proceeding pro se, that he did not yet have his complete file, and that he was committed to meeting the June 26 deadline. On June 16, 2026, his former counsel confirmed in writing that "nothing was mailed to you regarding your case file" and that she would "email the digital file this week" — a promise she repeated the same day in a separate writing to a third party on which he was copied. Plaintiff asked her in writing to commit to transmitting the complete file no later than Friday, June 20, 2026 at 5:00 p.m. She did not. The file was not transmitted until the evening of June 25 — roughly twenty-four hours before the deadline — it was incomplete, and his complete file remains outstanding.

Third, because he is limited to paper filing (ECF 74) and could not appear at the Sacramento Clerk's counter himself, Plaintiff retained a courier to file by the deadline. The courier misdelivered his papers to the wrong court and, on the final day, did not deliver them at all.

Plaintiff was diligent at every step. Good cause and excusable neglect are both satisfied; the relief is modest, the July 28, 2026 hearing is preserved, and no defendant opposes it.

## III. BACKGROUND

### A. The Court compressed the schedule for efficiency, leaving an eighteen-day window.

On June 8, 2026, the Court consolidated the four pending motions, set them for a single hearing on July 28, 2026 "in the interest of efficiency and economy for the parties and the Court," and — recognizing that Plaintiff would proceed pro se — set his opposition deadline at June 26, 2026, with defendants' replies due July 10, 2026. (ECF 66.) Plaintiff respects that structure; this

motion works within it.

To consolidate, the Court moved two defendants' hearings later — Apple's from July 14 and Goldman Sachs's from July 21, both reset to July 28 — and set defendants' reply deadline at July 10, 2026. (ECF 66; see ECF 62, 64.) Plaintiff observes only the practical effect: the order gave the four appearing defendants additional time — later hearings and a July 10 reply date — while giving a newly self-represented plaintiff eighteen days to oppose four separate motions to dismiss and to compel arbitration, each filed by tier-one defense firms that have themselves sought extension after extension throughout this case (e.g., ECF 15, 25, 37, 40, 49, 50, 51). A short extension that leaves the July 28 hearing untouched takes nothing back from the efficiency the Court sought; it asks only that a portion of the time already built into the schedule be made available to Plaintiff so he can meet these motions on their merits.

That compression would have been demanding for any party. For Plaintiff it collided with a second, decisive problem, addressed next: he did not have his case file.

**B. Plaintiff could not meaningfully respond without his case file, which his former counsel did not return.**

A litigant cannot oppose four motions to dismiss and to compel arbitration without his own case file, and Plaintiff does not have his.

On June 15, 2026 — eleven days before the deadline — Plaintiff wrote to his former counsel and, in the same message, to all appearing defense counsel. He stated that he was proceeding pro se and, candidly, that "because I do not yet have my complete file from outgoing counsel, I am not yet fully equipped to address substantive case correspondence with the precision this matter deserves," and he asked that his client file be transferred. On June 16, 2026, his former counsel replied in writing that she had no hard-copy file to send, that "nothing was mailed to you regarding your case file," and that she would "email the digital file this week" — a

promise she repeated the same day in a separate written message to a third party on which he was copied. He, in turn, asked her in writing to commit to transmitting the complete file no later than Friday, June 20, 2026 at 5:00 p.m. She did not. The file was not transmitted until the evening of June 25, 2026 — roughly twenty-four hours before the June 26 deadline — and what was sent was incomplete; his complete file remains outstanding.

Two consequences follow. First, every appearing defendant has been on notice since June 15, 2026 that Plaintiff lacked his file — he told them so directly — so no defendant can claim surprise, and none is prejudiced by a short extension that lets him respond with the materials he is entitled to. Second, the inability to respond fully was not of Plaintiff's making: a client is entitled to his file, and he pursued it in writing before the deadline and continues to pursue it now. A short extension allows four dispositive motions to be decided on their genuine merits. *See Ahanchian*, 624 F.3d at 1259.

Plaintiff's transition was further complicated by a service defect not of his making. On January 10, 2026, he notified former counsel in writing that he had moved to Wake Forest; nonetheless, the Court's withdrawal order was later served by former counsel to his prior, closed Chapel Hill residence rather than to the current address she had been given. He learned of the deadline regardless — through the Court's courtesy notice and his own daily docket monitoring — flagged the address problem to all parties himself, and corrected his address of record on June 22, 2026 (ECF 71). He notes the defect only as context for the transition, not as any claim that he lacked notice of the deadline.

**C. Plaintiff was diligent throughout.**

Plaintiff did not sit on the deadline; he engaged from the moment he learned of it. He monitored the docket daily. On June 13 and June 15, 2026 he corresponded with the Court's deputy clerk and all defense counsel, acknowledging the June 26 deadline and the July 28 hearing

and stating his commitment to comply. He engaged the District's Pro Se Help Desk. On June 22, 2026 he entered his appearance, corrected his address of record (ECF 70, 71), moved for leave to file electronically (ECF 72), and filed his Request for Disability Accommodations (ECF 73).

Because the Court denied him electronic filing (ECF 74) and this District requires pro se parties to file on paper (L.R. 133(a), (b)(2)), and because the Clerk's office is open only on weekdays from 9:00 a.m. to 4:00 p.m. with no after-hours drop box, Plaintiff's only way to file by the deadline was to have his papers hand-delivered to the Clerk's counter. He retained Jesus Rios, a licensed California process server, to do so.

**D. The courier misdelivered the papers and then failed to deliver them at all.**

The correct courthouse was known and reachable: Mr. Rios had successfully filed Plaintiff's June 22 documents (ECF 70–73) with this Court. Yet the documents that followed went astray. On June 23 and again on June 24, 2026, Plaintiff's extension request was stamped received not at this Court but at the Superior Court of California, County of Sacramento — a state court — after the federal Clerk's 4:00 p.m. close. On June 26, the deadline, the papers were given to the courier with written instructions to file them with the "California Eastern Federal District Court in Sacramento," and the courier confirmed receipt and replied "consider it done." They were never delivered.

Plaintiff was diligent throughout: he paid for each attempt, pressed the courier in writing to file at the counter, telephoned the Clerk to confirm what had reached the docket (he was told the last item received was his ADA request, ECF 73), and checked the docket himself on June 27. The failure was the courier's, not his.

## IV. THE GOVERNING STANDARD

Rule 6(b)(1) permits the Court, for good cause, to extend a deadline "(A) with or without

motion or notice if the court acts, or if a request is made, before the original time … expires; or (B) on motion made after the time has expired if the party failed to act because of excusable neglect." Fed. R. Civ. P. 6(b)(1).

Because the deadline has passed, Plaintiff proceeds principally under Rule 6(b)(1)(B). Excusable neglect is an equitable judgment weighing all the circumstances, including the four factors of *Pioneer Investment Services Co. v. Brunswick Associates Ltd. Partnership*, 507 U.S. 380, 395 (1993): prejudice to the opposing party; the length of the delay and its impact on the proceedings; the reason for the delay and whether it was within the movant's control; and the movant's good faith. The Ninth Circuit applies *Pioneer* flexibly, and has held that a party's reasonable reliance on another to meet a filing deadline can be excusable neglect even when that intermediary errs. *Pincay v. Andrews*, 389 F.3d 853, 855, 860 (9th Cir. 2004) (en banc). The inquiry also accounts for the realities faced by pro se litigants. *Briones v. Riviera Hotel & Casino*, 116 F.3d 379, 381–82 (9th Cir. 1997).

To the extent the Court treats Plaintiff's June 23, 24, and 26 filing attempts as a request made before the time expired, Rule 6(b)(1)(A)'s good-cause standard applies. Rule 6(b) is construed liberally, good cause is not a rigorous standard, and an extension should ordinarily be granted absent bad faith or prejudice. *Ahanchian v. Xenon Pictures, Inc.*, 624 F.3d 1253, 1258–60 (9th Cir. 2010). Defendant ARB itself has told the Court that Rule 6(b) is the proper vehicle here and that it "does not oppose Plaintiff seeking reasonable extensions of time upon a showing of good cause under Federal Rule of Civil Procedure 6(b)." (ECF 75 at 2.) The same facts satisfy both standards.

## V. THE PIONEER FACTORS AND GOOD CAUSE

**(1) No prejudice to any defendant.** The extension is short, it preserves the July 28, 2026

hearing, and defendants' July 10 reply deadline sits comfortably within the existing schedule. The appearing defendants have been aware of Plaintiff's circumstances — including that he was proceeding pro se without his complete case file — since he informed all counsel directly on June 15, 2026 (Exhibit A); he also circulated a request for a stipulated extension of the June 26 deadline to all defense counsel on June 22, 2026 (Exhibit D). No defendant can claim surprise. ARB has affirmatively stated that it "does not oppose Plaintiff seeking reasonable extensions of time upon a showing of good cause under Federal Rule of Civil Procedure 6(b)." (ECF 75 at 2.) No defendant identifies any reliance or evidentiary harm — unsurprisingly, given the extensions the defendants have themselves received throughout this case. The fifth defendant, Amazon.com, Inc., was served on March 23, 2026 but has not appeared and filed no motion; it is unaffected by this request.

**(2) Minimal delay, no disruption.** The delay is measured in days. It fits entirely within the interval before the July 28 hearing and moves no court date.

**(3) The reason for the delay was outside Plaintiff's control.** This is the heart of *Pioneer*, and here it is one-sided. A newly self-represented plaintiff was given eighteen days to oppose four motions — while the same order gave the four appearing defendants more time, with later hearings and a July 10 reply date. Within that window he could not respond fully because his former counsel had not returned his case file, despite his written request and her June 16, 2026 promise to send it. When the deadline arrived, he attempted three times to file through a courier, who misdelivered his papers to the wrong court — the kind of third-party error the Ninth Circuit has treated as excusable. *See Pincay*, 389 F.3d at 860; *Pioneer*, 507 U.S. at 396–97. None of these causes — the compressed schedule, the withheld file, or the courier's failure — was within his reasonable control.

**(4) Plaintiff acted in good faith.** He monitored the docket daily; on June 13 and June 15, 2026

he told the Court and all defense counsel that he was aware of the deadline and committed to meeting it; he pursued his case file in writing; he engaged the District's Pro Se Help Desk; he paid for each filing attempt and pressed the courier in writing; and he corrected his own address of record. Plaintiff also furnished the courtroom deputy with copies of each document he intended to file, including his proposed orders — submissions that independently evidence his filing attempts and his good faith. This is his first request to extend a specific deadline under Rule 6(b). There is no gamesmanship here, and no tactical advantage in a short extension of briefs he has had to prepare under severe time pressure and without his complete file.

## VI. DISABILITY AND ACCESS TO THE COURT

Plaintiff proceeds pro se and has documented mental-health disabilities. His Request for Disability Accommodations (ECF 73) — which asked for reasonable flexibility on response deadlines — remains pending; as that filing reflects, he brought it himself only after his then-counsel declined, in writing on May 26, 2026 and while still counsel of record, to file an accommodations request on his behalf. A pro se litigant's submissions are held "to less stringent standards than formal pleadings drafted by lawyers." *Haines v. Kerner*, 404 U.S. 519, 520 (1972); *see also Erickson v. Pardus*, 551 U.S. 89, 94 (2007) (reaffirming standard); *Briones*, 116 F.3d at 382. ARB itself has asked the Court to "afford Plaintiff meaningful access to these proceedings." (ECF 75.) Plaintiff does not ask the Court to adjudicate former counsel's conduct in this motion; he states it because it is the operative cause of the prejudice, and he reserves in full every right and remedy that conduct may warrant.

## VII. CONCLUSION

The extension takes nothing back from the efficiency the Court sought; it asks only for the

time to do this right — to meet four motions to dismiss and to compel arbitration on their merits, after a compressed window in which his former counsel withheld the case file he needed to respond. The extension is brief, the hearing stays on July 28, 2026, and no defendant opposes it. Plaintiff respectfully requests that the Court extend the opposition deadline to July 10, 2026, adjust defendants' reply deadline accordingly, and preserve the July 28, 2026 hearing.

DATED: June 29, 2026

Respectfully submitted,

Signed by:

*Matthew Joyce*

07B601B840D34AB

Matthew Thomas Joyce
Plaintiff, Pro Se
600 Market Grove Dr #100
Wake Forest, NC 27587
Phone: (919) 259-4661
Email: m.joyce07@proton.me

**EXHIBITS ATTACHED**

**Exhibit A** — June 15, 2026 email from Plaintiff to his former counsel and all appearing defense counsel, stating that he is proceeding pro se and does not have his complete case file.

**Exhibit B** — June 16, 2026 reply from former counsel ("nothing was mailed to you regarding your case file … I will email the digital file this week").

**Exhibit C** — June 25–26, 2026 correspondence transmitting the (incomplete) case file to Plaintiff on the eve of and morning of the deadline.

**Exhibit D** — June 22, 2026 correspondence from Plaintiff to all defense counsel requesting a stipulated extension of the June 26, 2026 deadline.

**Exhibit E** — Courier correspondence (June 22, 2026 transmittal; June 26, 2026 "consider it

done").

**Exhibit F** — Stamps of the Superior Court of California, County of Sacramento, reflecting the courier's June 23 and June 24, 2026 misdelivery.



Matthew Thomas Joyce
600 Market Grove Drive #100
Wake Forest, NC 27587-7345
(919) 259-4661
m.joyce07@proton.me
Plaintiff, Pro Se

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### SACRAMENTO DIVISION

| | |
|---|---|
| MATTHEW JOYCE, an individual,<br><br>Plaintiff,<br><br>v.<br><br>ARB GAMING LLC dba MODO.US;<br>AFFIRM, INC.;<br>GOLDMAN SACHS BANK USA;<br>APPLE INC.;<br>AMAZON.COM, INC.,<br><br>Defendants. | Case No.  2:25-cv-01868-DJC-CSK (PS)<br><br>**DECLARATION OF MATTHEW JOYCE**<br>**(28 U.S.C. § 1746)** |

I, Matthew Joyce, declare under penalty of perjury under the laws of the United States that the following is true and correct:

1. I am the plaintiff and represent myself. I make this declaration in support of my motion for a short extension of the June 26, 2026 opposition deadline.

2. On June 8, 2026, the Court consolidated the four pending motions and set my opposition deadline at June 26, 2026 (ECF 66). That gave me eighteen days to oppose four motions filed by tier-one defense firms.

3. I learned of the June 26 deadline promptly. This is my second time pro se; I monitor my

DECLARATION OF MATTHEW JOYCE (28 U.S.C. § 1746) - 1

own docket, and I did. On June 13 and June 15, 2026 I wrote to the Court's deputy clerk and to all defense counsel confirming that I was aware of the June 26 opposition deadline and the July 28 hearing and that I intended to comply. On January 10, 2026, I notified my former counsel in writing that I had moved to Wake Forest; nonetheless she served the Court's withdrawal order to my prior, closed Chapel Hill residence rather than to the current address she had been given. I learned of the deadline regardless, and I corrected my own address of record on June 22, 2026 (ECF 71).

4. I could not fully prepare my oppositions because I did not have my complete case file. On June 15, 2026 I wrote to my former counsel and to all defense counsel that, because I did not yet have my complete file from outgoing counsel, I was "not yet fully equipped to address substantive case correspondence with the precision this matter deserves," and I asked that my client file be transferred. A true and correct copy of that email is attached as **Exhibit A**. On June 16, 2026, my former counsel replied in writing that "nothing was mailed to you regarding your case file" and that she would "email the digital file this week" — a promise she made that same day in a separate written message to a third party on which I was copied. A true and correct copy of that reply is attached as **Exhibit B**. I asked her in writing to commit to transmitting the complete file no later than Friday, June 20, 2026 at 5:00 p.m.; she did not. The file was not transmitted until the evening of June 25, 2026 — roughly twenty-four hours before the deadline — and even then I was locked out of the transfer portal and could not open the file until the morning of June 26, 2026, the deadline day. What I finally accessed was incomplete, and my complete file is still outstanding. The correspondence by which the file was transmitted is attached as **Exhibit C**. The documents speak for themselves.

5. Because I was denied electronic filing (ECF 74) and must file on paper, and because the

DECLARATION OF MATTHEW JOYCE (28 U.S.C. § 1746) - 2

Clerk's office is open only on weekdays from 9:00 a.m. to 4:00 p.m. with no after-hours drop box, my only way to file by the deadline was to have my papers hand-delivered to the Clerk's counter. I retained Jesus Rios, a licensed California process server, to do so. Mr. Rios had successfully filed my documents with this Court on June 22, 2026 (ECF 70–73), and I gave him the correct federal courthouse address.

6. On June 23 and June 24, 2026, the courier delivered my extension request to the Superior Court of California, County of Sacramento — not this Court. True and correct copies of the stamps appear as Exhibit F.

7. On June 26, 2026, my girlfriend, who assists me with my filings and formatting, instructed the courier in writing to file with the "California Eastern Federal District Court in Sacramento," and he replied "consider it done." Those documents were never delivered. Exhibit E.

8. On June 25 and June 26, 2026, I telephoned the Clerk of this Court. I was told the office has no after-hours drop box, and that the last document the Court had received from me was my Request for Disability Accommodations (ECF 73) — confirming my extension request had not arrived. On June 27, 2026, I checked the docket myself; it was not there.

9. I acted as quickly as I could throughout. I am asking only for a short extension so that I can prepare and verify my oppositions with the complete case file I am entitled to receive.

Executed on June 29, 2026.

Signed by:

*Matthew Joyce*

07B601B840D34AB...

Matthew Thomas Joyce

Plaintiff, Pro Se
600 Market Grove Dr #100
Wake Forest, NC 27587
Phone: (919) 259-4661
Email: m.joyce07@proton.me

DECLARATION OF MATTHEW JOYCE (28 U.S.C. § 1746) - 3

Matthew Thomas Joyce
600 Market Grove Drive #100
Wake Forest, NC 27587-7345
(919) 259-4661
m.joyce07@proton.me
Plaintiff, Pro Se

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### SACRAMENTO DIVISION

| | |
|---|---|
| MATTHEW JOYCE, an individual,<br><br>Plaintiff,<br><br>v.<br><br>ARB GAMING LLC dba MODO.US;<br>AFFIRM, INC.;<br>GOLDMAN SACHS BANK USA;<br>APPLE INC.;<br>AMAZON.COM, INC.,<br><br>Defendants. | Case No. 2:25-cv-01868-DJC-CSK (PS)<br><br><br>**INDEX OF EXHIBITS** |

PLAINTIFF'S INDEX OF EXHIBITS

| Exhibit Letter | Date | Description of Document |
|---|---|---|
| Exhibit A | 6/15/2026 | Email from Plaintiff to his former counsel and all appearing defense counsel, stating that he is proceeding pro se and does not have his complete case file. |
| Exhibit B | 6/16/2026 | Reply from former counsel ("nothing was mailed to you regarding your case file … I will email the digital file this week"). |

INDEX OF EXHIBITS - 1

| Exhibit C | 6/25/2026 – 6/26/2026 | Correspondence transmitting the (incomplete) case file to Plaintiff on the eve of and morning of the deadline |
| Exhibit D | 6/22/2026 | Correspondence from Plaintiff to all defense counsel requesting a stipulated extension of the June 26, 2026 deadline |
| Exhibit E | 6/22/2026 – 6/26/2026 | Courier correspondence (June 22, 2026 transmittal; June 26, 2026 "consider it done"). |
| Exhibit F | 6/23/2026 – 6/24/2026 | Stamps of the Superior Court of California, County of Sacramento, reflecting the courier's June 23 and June 24, 2026 mis delivery |

DATED: June 29, 2026

Respectfully Submitted,

Signed by:

*Matthew Joyce*

07B601B840D34AB...

Matthew Thomas Joyce
Plaintiff, Pro Se
600 Market Grove Drive #100
Wake Forest, NC 27587-7345
Phone: (919) 259-4661
Email: m.joyce07@proton.me

INDEX OF EXHIBITS - 2

# EXHIBIT A

# Status Update: Representational Posture & Case File Status — Joyce v. ARB Gaming, No. 2:25-cv-01868-DJC-CSK (PS)

From    m.joyce07@proton.me <m.joyce07@proton.me>

To      The Mack Law <legal@themacklaw.com>

CC      jmsalelaw@gmail.com, KLAlexander@duanemorris.com, DWall@duanemorris.com, wasaurack@duanemorris.com <WASaurack@duanemorris.com>, nmstewart@duanemorris.com <NMStewart@duanemorris.com>, ryan.lewis@troutman.com, kalama.lui-kwan@troutman.com, arjun.rao@morganlewis.com, marcos.sasso@morganlewis.com, john.gibson@us.dlapiper.com, tanya.greene@us.dlapiper.com, colin.mcgrath@us.dlapiper.com

BCC     Jamie Stahura <nailbnder99@yahoo.com>

Date    Monday, June 15th, 2026 at 9:34 PM

Dear Counsel and Ms. Mack,

I am writing to provide a brief courtesy update to all parties regarding the current representational posture of this matter. Pursuant to the Court's June 8, 2026 Minute Order (ECF No. 67-4), I am officially proceeding pro se.

Please be advised that my current primary address is 600 Market Grove Drive, Suite 100, Wake Forest, NC 27587. Because the recent Certificate of Service was directed to my prior, closed residence, I am currently coordinating with the United States Postal Service to track and recover any returned legal mail. Ms. Mack — if the case file transfer referenced in ECF No. 47 ¶ II.A.1 has already been initiated, please confirm the tracking information; otherwise, please direct all client property to my current Wake Forest address.

To opposing counsel — I want to be transparent that because I do not yet have my complete file from outgoing counsel, I am not yet fully equipped to address substantive case correspondence with the precision this matter deserves. I am working diligently to rectify that. I apologize for any communication delays this representational transition has caused, and I appreciate your professional patience.

For context — my underlying claims arise from what I view as unfair treatment by the companies you represent. I do not project that expectation onto you as their counsel. I appreciate each of you for engaging professionally, and I will offer the same in return throughout this matter.

Mr. Gibson — a particular thanks for ensuring that case materials reached my mother's address during the recent weeks of address-tracking confusion. The reliability of your service has been the most consistent channel of information I have had on substantive case developments, and the diligence is appreciated.

Despite these transitional hurdles, I am fully committed to meeting the June 26, 2026 opposition deadline established by the Court in ECF No. 66, as well as attending the consolidated July 28, 2026 hearing before Magistrate Judge Kim. To support that commitment, I am also engaging with the Eastern District of California Pro Se Help Desk and related Court pro se resources to ensure full procedural compliance throughout this transition.

Respectfully submitted,

Matthew Thomas Joyce
Plaintiff, Pro Se
m.joyce07@proton.me


Sent with Proton Mail secure email.

# EXHIBIT B

# Re: Status Update: Representational Posture & Case File Status — Joyce v. ARB Gaming, No. 2:25-cv-01868-DJC-CSK (PS)

From    The Mack Law <legal@themacklaw.com>

To      m.joyce07@proton.me, Nadine Ludeke <admin@themacklaw.com>, MJ <mj@themacklaw.com>

Date    Tuesday, June 16th, 2026 at 1:35 PM

Hi Matthew,

I do not have any hard copy documents in your case file (other than the letter from the credit card company shown to you in my office). I also do not have any hard copy documents in your mother's file. So nothing was mailed to you regarding your case file. I will; however, email the digital file this week.

## Amina M. Mack, Esq. | Managing Partner

### *The Mack Law Firm, PLLC*

4242 Six Forks Road Ste. 1550 | Raleigh, NC | 27609

t: 984.480.7147 | f: 919.249-1360

legal@themacklaw.com | www.themacklaw.com

This email (including any attachments) may contain confidential and/or privileged information. If you are not the intended recipient, please notify the sender immediately and delete this email. Any unauthorized use, copying, disclosure, or distribution of the information contained in this email is strictly prohibited. Unless expressly stated, nothing in this email should be construed as legal advice or as creating an attorney-client relationship.

---

**From:** Matthew Joyce <m.joyce07@proton.me>
**Sent:** Monday, June 15, 2026 9:34 PM
**To:** The Mack Law Firm, PLLC <legal@themacklaw.com>
**Cc:** jmsalelaw@gmail.com <jmsalelaw@gmail.com>; KLAlexander@duanemorris.com <KLAlexander@duanemorris.com>; DWall@duanemorris.com <DWall@duanemorris.com>; WASaurack@duanemorris.com <WASaurack@duanemorris.com>; NMStewart@duanemorris.com <NMStewart@duanemorris.com>; ryan.lewis@troutman.com <ryan.lewis@troutman.com>; kalama.lui-kwan@troutman.com <kalama.lui-kwan@troutman.com>; arjun.rao@morganlewis.com <arjun.rao@morganlewis.com>; marcos.sasso@morganlewis.com <marcos.sasso@morganlewis.com>; john.gibson@us.dlapiper.com <john.gibson@us.dlapiper.com>; tanya.greene@us.dlapiper.com <tanya.greene@us.dlapiper.com>; colin.mcgrath@us.dlapiper.com <colin.mcgrath@us.dlapiper.com>
**Subject:** Status Update: Representational Posture & Case File Status — Joyce v. ARB Gaming, No. 2:25-cv-01868-DJC-CSK (PS)

Dear Counsel and Ms. Mack,

I am writing to provide a brief courtesy update to all parties regarding the current representational posture of this matter. Pursuant to the Court's June 8, 2026 Minute Order (ECF No. 67-4), I am officially proceeding pro se.

Please be advised that my current primary address is 600 Market Grove Drive, Suite 100, Wake Forest, NC 27587. Because the recent Certificate of Service was directed to my prior, closed residence, I am currently coordinating with the United States Postal Service to track and recover any returned legal mail. Ms. Mack — if the case file transfer referenced in ECF No. 47 ¶ II.A.1 has already been initiated, please confirm the tracking information; otherwise, please direct all client property to my current Wake Forest address.

To opposing counsel — I want to be transparent that because I do not yet have my complete file from outgoing counsel, I am not yet fully equipped to address substantive case correspondence with the precision this matter deserves. I am working diligently to rectify that. I apologize for any communication delays this representational transition has caused, and I appreciate your professional patience.

For context — my underlying claims arise from what I view as unfair treatment by the companies you represent. I do not project that expectation onto you as their counsel. I appreciate each of you for engaging professionally, and I will offer the same in return throughout this matter.

Mr. Gibson — a particular thanks for ensuring that case materials reached my mother's address during the recent weeks of address-tracking confusion. The reliability of your service has been the most consistent channel of information I have had on substantive case developments, and the diligence is appreciated.

Despite these transitional hurdles, I am fully committed to meeting the June 26, 2026 opposition deadline established by the Court in ECF No. 66, as well as attending the consolidated July 28, 2026 hearing before Magistrate Judge Kim. To support that commitment, I am also engaging with the Eastern District of California Pro Se Help Desk and related Court pro se resources to ensure full procedural compliance throughout this transition.

Respectfully submitted,

Matthew Thomas Joyce
Plaintiff, Pro Se
m.joyce07@proton.me

Sent with Proton Mail secure email.

# EXHIBIT C

EXHIBIT C – PAGE 7

# Case No. 2:25-cv-01868-DJC-CSK _M.Joyce v. ARB et al

From    Nadine Ludeke <admin@themacklaw.com>

To      m.joyce07@proton.me

CC      The Mack Law <legal@themacklaw.com>

Date    Thursday, June 25th, 2026 at 4:06 PM

 M.Joyce

Mr. Joyce,

Please find attached a letter for your review and records.

The link above contains the documents in your case file. Please note that the link will expire on July 3, 2026.

Thank you.

**Nadine Ludeke** | *Paralegal*

*The Mack Law Firm, PLLC*

4242 Six Forks Road Ste. 1550 | Raleigh, NC | 27609

t: 984.480.7147 | c: 919.341.5124

admin@themacklaw.com | www.themacklaw.com

This email (including any attachments) may contain confidential and/or privileged information. If you are not the intended recipient, please notify the sender immediately and delete this email. Any unauthorized use, copying, disclosure, or distribution of the information contained in this email is strictly prohibited. Unless expressly stated, nothing in this email should be construed as legal advice or as creating an attorney-client relationship.

**280.32 KB**    2 files attached

M.Joyce_Retainer Accounting and File Transmittal Letter.pdf 165.87 KB     Proof_277486967.pdf 114.45 KB

# 1 New Message from The Mack Law Firm, PLLC

From   Nadine Ludeke (via Clio for Clients) <donotreply@clio.com>

To   m.joyce07@proton.me

Date   Friday, June 26th, 2026 at 11:07 AM

This is an automated message.
Please do not reply to this email.





**Nadine Ludeke** from The Mack Law Firm, PLLC has sent you a new message via Clio for Clients.

Click the button below to view and respond to it.

Mr. Joyce, Below is the link to your case file.

**Read message**

**Need help?** You can contact The Mack Law Firm, PLLC at legal@themacklaw.com.

**For help with Clio for Clients:** Give Clio a call at 1-888-858-2546. You can also visit our support resources.

irefox

Powered by ✅ **Clio**

300 - 4611 Canada Way, Burnaby, BC, V5G 4X3
© 2026 Themis Solutions Inc.

**19.39 KB**     3 embedded images

powered-by.png 4.82 KB     firm-logo.png 8.82 KB     message.png 5.76 KB

# EXHIBIT D

# 2:25-cv-01868-DJC-CSK (Joyce v. ARB Gaming LLC, et al.)

From    m.joyce07@proton.me <m.joyce07@proton.me>

To      Alexandra Shaddox-Waldrop <awaldrop@caed.uscourts.gov>

CC      KLAlexander@duanemorris.com <klalexander@duanemorris.com>,
        DWall@duanemorris.com <dwall@duanemorris.com>, wasaurack@duanemorris.com,
        nmstewart@duanemorris.com, ryan.lewis@troutman.com, kalama.lui-kwan@troutman.com,
        arjun.rao@morganlewis.com, marcos.sasso@morganlewis.com, john.gibson@us.dlapiper.com,
        tanya.greene@us.dlapiper.com, colin.mcgrath@us.dlapiper.com

Date    Monday, June 22nd, 2026 at 12:54 AM


Dear Ms. Shaddox-Waldrop,

Thank you again for ensuring I had visibility on ECF No. 66. I write briefly, in my pro se capacity, to (1) give
courtesy notice of filings I will be submitting for docketing, and (2) raise one procedural docket-status question.

1. **Transmittal.** I will be submitting the following for docketing with the Clerk's Office: (a) Notice of Appearance
In Propria Persona and Notice of Change of Address (L.R. 182(f)); (b) Request for Reconsideration by the District
Court of Magistrate Judge's Ruling (L.R. 303); (c) Ex Parte Application to stay the June 26, 2026 deadline
pending the Court's ruling on (b); (d) Request for Disability Accommodations; and (e) Motion for Leave to Utilize
CM/ECF (L.R. 133(b)(2)). Counsel of record for the appearing Defendants will be served by email concurrently,
and a Master Certificate of Service will accompany the package. Defendant Amazon.com, Inc., which has not
appeared, will be served by U.S. mail at its California registered agent, Corporation Service Company, 2710
Gateway Oaks Drive, Suite 150N, Sacramento, CA 95833.

2. **Procedural docket-status question — Amazon.com, Inc.** My review of the docket (ECF Nos. 1–67) reflects
no proof of service as to Amazon.com, Inc. I am separately confirming the service record with the process-service
vendor and will promptly file a proof of service or status update. So that I proceed consistent with the Court's
customary practice, I respectfully ask whether the Court's procedures contemplate any particular mechanism by
which a pro se plaintiff should clarify the docketed service status of a non-appearing defendant. I understand the
Court cannot provide legal advice and seek only procedural guidance.

Thank you for your time and patience.

Respectfully,

Matthew Thomas Joyce, Plaintiff Pro Se
600 Market Grove Drive, Suite 100, Wake Forest, NC 27587
(919) 259-4661 · m.joyce07@proton.me


Sent with Proton Mail secure email.

# EXHIBIT E

 Gmail   **Matthew Joyce <matthew@joyceprotocol.com>**

# final package

13 messages

---

**Matthew Joyce** <matthew@joyceprotocol.com>  Mon, Jun 22, 2026 at 5:13 PM
To: "jesusjrcourier@gmail.com" <jesusjrcourier@gmail.com>

hey buddy singing invoice now, numbers are not going in order one names but all here confirm with me before you have them filed please.

thanks again buddy

matt

---

**6 attachments**

📄 **3_hange_of_Address.pdf**
142K

📄 **2_Notice_of_Appearance.pdf**
139K

📄 **4_Motion_CM-ECF_E-Filing.pdf**
163K

📄 **5_ADA_Accommodation_Request-1.pdf**
365K

📄 **6_Master_Certificate_of_Service.pdf**
146K

📄 **1_Cover_Letter.pdf**
145K

---

**jesus rios** <jesusjrcourier@gmail.com>  Mon, Jun 22, 2026 at 5:19 PM
To: Matthew Joyce <matthew@joyceprotocol.com>

Hi Matthew,

Payment received and I count 22 pages

Best regards,

Jesus Rios

We Serve Your Legal Documents
--------- Order Here ---------
Order Now https://www.downtownsacprocessserver.com

Your One-Stop Shop for:
- Service of Process
- Private Investigation
- Fingerprinting Services
- Legal Document Preparation

For Private Investigations, visit:
---------- Jesus Rios Private Investigations ----------
(https://sacramentocountyprivateinvestigator.com

CEO: Jesus Rios, Bilingual Private Investigator
Phone:916-450-3496
CA PI #: 189715
Member of CALI: California Licensed Private Investigators


---

**CONFIDENTIALITY NOTICE – PRIVILEGED AND CONFIDENTIAL**

This communication constitutes an electronic communication within the meaning of the Electronic Communication Privacy Act, 18 U.S.C. 2510. This communication and any accompanying documents are confidential and privileged, intended solely for the use of the addressee. If you receive this transmission in error, please be advised that any disclosure, copying, distribution, or action taken in reliance on this communication is strictly prohibited. Inadvertent disclosure shall not compromise or waive the attorney-client privilege concerning this communication or otherwise. If you have received this communication in error, please contact me at the above email address or telephone number.

---


[Quoted text hidden]

---

**Matthew Joyce** <matthew@joyceprotocol.com>        Mon, Jun 22, 2026 at 5:20 PM
To: jesus rios <jesusjrcourier@gmail.com>

hey just tried calling didnt get thru, so we are good for drop off at clerks today?
[Quoted text hidden]

---

**jesus rios** <jesusjrcourier@gmail.com>        Mon, Jun 22, 2026 at 6:36 PM
To: Matthew Joyce <matthew@joyceprotocol.com>

Hi Matthew,

Yes, we are good for drop off at the clerk's today.

please see the attached copy for your reference

Best regards,

Jesus Rios

We Serve Your Legal Documents
--------- Order Here ---------
Order Now https://www.downtownsacprocessserver.com

Your One-Stop Shop for:
- Service of Process
- Private Investigation
- Fingerprinting Services
- Legal Document Preparation

For Private Investigations, visit:
---------- Jesus Rios Private Investigations ----------
(https://sacramentocountyprivateinvestigator.com

CEO: Jesus Rios, Bilingual Private Investigator
Phone:916-450-3496
CA PI #: 189715
Member of CALI: California Licensed Private Investigators

---

**CONFIDENTIALITY NOTICE – PRIVILEGED AND CONFIDENTIAL**

This communication constitutes an electronic communication within the meaning of the Electronic Communication Privacy Act, 18 U.S.C. 2510. This communication and any accompanying documents are confidential and privileged, intended solely for the use of the addressee. If you receive this transmission in error, please be advised that any disclosure, copying, distribution, or action taken in reliance on this communication is strictly prohibited. Inadvertent disclosure shall not compromise or waive the attorney-client privilege concerning this communication or otherwise. If you have received this communication in error, please contact me at the above email address or telephone number.

---

[Quoted text hidden]

📎 **2026-01-30.pdf**
1739K

**Matthew Joyce** <matthew@joyceprotocol.com>      Tue, Jun 23, 2026 at 12:04 PM
To: jesus rios <jesusjrcourier@gmail.com>

got some more for u buddy. you good to do another drop off today?
[Quoted text hidden]

---

**jesus rios** <jesusjrcourier@gmail.com>      Tue, Jun 23, 2026 at 12:05 PM
To: Matthew Joyce <matthew@joyceprotocol.com>

Hi Matthew,

Good morning. Yes, please send it over. The same fee would apply for this drop-off as well.

Best regards,

Jesus Rios

We Serve Your Legal Documents
--------- Order Here ---------
Order Now https://www.downtownsacprocessserver.com

Your One-Stop Shop for:
- Service of Process
- Private Investigation
- Fingerprinting Services
- Legal Document Preparation

For Private Investigations, visit:
---------- Jesus Rios Private Investigations ----------
(https://sacramentocountyprivateinvestigator.com

CEO: Jesus Rios, Bilingual Private Investigator
Phone:916-450-3496
CA PI #: 189715
Member of CALI: California Licensed Private Investigators

---

**CONFIDENTIALITY NOTICE – PRIVILEGED AND CONFIDENTIAL**

This communication constitutes an electronic communication within the meaning of the Electronic Communication Privacy Act, 18 U.S.C. 2510. This communication and any accompanying documents are confidential and privileged, intended solely for the use of the addressee. If you receive this transmission in error, please be advised that any disclosure, copying, distribution, or action taken in

reliance on this communication is strictly prohibited. Inadvertent disclosure shall not compromise or waive the attorney-client privilege concerning this communication or otherwise. If you have received this communication in error, please contact me at the above email address or telephone number.

---

[Quoted text hidden]

---

**Matthew Joyce** <matthew@joyceprotocol.com>  Tue, Jun 23, 2026 at 12:40 PM
To: jesus rios <jesusjrcourier@gmail.com>

we getting a system going, dude cutting it close with these dedlines they trying to squeeze me with i need it there before 2. can that be done? im sitll working on some but will pay invoice when im done if you can do it before 2? also if you can what time woudl u need it by?
[Quoted text hidden]

---

**jesus rios** <jesusjrcourier@gmail.com>  Tue, Jun 23, 2026 at 12:43 PM
To: Matthew Joyce <matthew@joyceprotocol.com>

Hi Matthew,

I can definitely have that filed by 2:00 PM today. To ensure we meet that deadline, please send the documents over asap.

Best regards,

Jesus Rios

We Serve Your Legal Documents
--------- Order Here ---------
Order Now https://www.downtownsacprocessserver.com

Your One-Stop Shop for:
- Service of Process
- Private Investigation
- Fingerprinting Services
- Legal Document Preparation

For Private Investigations, visit:
---------- Jesus Rios Private Investigations ----------
(https://sacramentocountyprivateinvestigator.com

CEO: Jesus Rios, Bilingual Private Investigator

Phone: 916-450-3496
CA PI #: 189715
Member of CALI: California Licensed Private Investigators

---

**CONFIDENTIALITY NOTICE – PRIVILEGED AND CONFIDENTIAL**

This communication constitutes an electronic communication within the meaning of the Electronic Communication Privacy Act, 18 U.S.C. 2510. This communication and any accompanying documents are confidential and privileged, intended solely for the use of the addressee. If you receive this transmission in error, please be advised that any disclosure, copying, distribution, or action taken in reliance on this communication is strictly prohibited. Inadvertent disclosure shall not compromise or waive the attorney-client privilege concerning this communication or otherwise. If you have received this communication in error, please contact me at the above email address or telephone number.

---

[Quoted text hidden]

---

**jesus rios** <jesusjrcourier@gmail.com>                Tue, Jun 23, 2026 at 1:58 PM
To: Matthew Joyce <matthew@joyceprotocol.com>

Hi Matthew,

Checking in on those documents. We need them as soon as possible to make the 2:00 PM deadline. If we can't make that, we will need to aim for the end of the day.

Best regards,

Jesus Rios

We Serve Your Legal Documents
--------- Order Here ---------
Order Now https://www.downtownsacprocessserver.com

Your One-Stop Shop for:
- Service of Process
- Private Investigation
- Fingerprinting Services
- Legal Document Preparation

For Private Investigations, visit:
---------- Jesus Rios Private Investigations ----------
(https://sacramentocountyprivateinvestigator.com

CEO: Jesus Rios, Bilingual Private Investigator
Phone:916-450-3496
CA PI #: 189715
Member of CALI: California Licensed Private Investigators

---

**CONFIDENTIALITY NOTICE – PRIVILEGED AND CONFIDENTIAL**

This communication constitutes an electronic communication within the meaning of the Electronic Communication Privacy Act, 18 U.S.C. 2510. This communication and any accompanying documents are confidential and privileged, intended solely for the use of the addressee. If you receive this transmission in error, please be advised that any disclosure, copying, distribution, or action taken in reliance on this communication is strictly prohibited. Inadvertent disclosure shall not compromise or waive the attorney-client privilege concerning this communication or otherwise. If you have received this communication in error, please contact me at the above email address or telephone number.

---

[Quoted text hidden]

---

**Matthew Joyce** <matthew@joyceprotocol.com>       Tue, Jun 23, 2026 at 2:19 PM
To: jesus rios <jesusjrcourier@gmail.com>

hye buddy almost done with last one now prob need about 20 minutes appreciate u dude. its crazy work on this for like 20 hours straight to makr sure its good. ok finishing up now tho
[Quoted text hidden]

---

**Matthew Joyce** <matthew@joyceprotocol.com>       Tue, Jun 23, 2026 at 4:32 PM
To: jesus rios <jesusjrcourier@gmail.com>

have em over to you within 10 minutes you still ok to do a drop by end of day today right?
'bout to pay invoice too
[Quoted text hidden]

---

**jesus rios** <jesusjrcourier@gmail.com>       Tue, Jun 23, 2026 at 4:33 PM
To: Matthew Joyce <matthew@joyceprotocol.com>

Hi Matthew,

To avoid going back and forth with the timelines, if I don't receive the documents within the next 10 minutes, we will have to handle the drop-off tomorrow instead.

Best regards,

Jesus Rios

We Serve Your Legal Documents
--------- Order Here ---------
Order Now https://www.downtownsacprocessserver.com

Your One-Stop Shop for:
- Service of Process
- Private Investigation
- Fingerprinting Services
- Legal Document Preparation

For Private Investigations, visit:
---------- Jesus Rios Private Investigations ----------
(https://sacramentocountyprivateinvestigator.com

CEO: Jesus Rios, Bilingual Private Investigator
Phone:916-450-3496
CA PI #: 189715
Member of CALI: California Licensed Private Investigators

---

**CONFIDENTIALITY NOTICE – PRIVILEGED AND CONFIDENTIAL**

This communication constitutes an electronic communication within the meaning of the Electronic Communication Privacy Act, 18 U.S.C. 2510. This communication and any accompanying documents are confidential and privileged, intended solely for the use of the addressee. If you receive this transmission in error, please be advised that any disclosure, copying, distribution, or action taken in reliance on this communication is strictly prohibited. Inadvertent disclosure shall not compromise or waive the attorney-client privilege concerning this communication or otherwise. If you have received this communication in error, please contact me at the above email address or telephone number.

---

[Quoted text hidden]

**Matthew Joyce** <matthew@joyceprotocol.com>                    Tue, Jun 23, 2026 at 5:23 PM
To: jesus rios <jesusjrcourier@gmail.com>

docusigning themm now
[Quoted text hidden]

 **Gmail**                              **Matthew Joyce <matthew@joyceprotocol.com>**

## Please file on behalf of Matthew Joyce

4 messages

---

**Brielle Pittman** <brielle.pittman2@gmail.com>                 Fri, Jun 26, 2026 at 5:46 PM
To: jesusjrcourier@gmail.com
Cc: Matthew Joyce <matthew@joyceprotocol.com>

Please file the following to California Eastern Federal District Court in Sacramento on behalf of
Matthew Joyce.

Brielle Pittman | Wake Forest, NC 27587
(919)749-5754
brielle.pittman2@gmail.com

---

**4 attachments**

📎 **EX_PARTE_-_EXTEND_DEADLINE.pdf**
225K

📎 **EX_PARTE_-_EXENTION_DECLARATION_OF_MATT.pdf**
155K

📎 **[PROPOSED]_ORDER_-_EX_PARTE.pdf**
146K

📎 **Amazon_2_Proof_of_Service_3-23-26.pdf**
115K

---

**jesus rios** <jesusjrcourier@gmail.com>                        Fri, Jun 26, 2026 at 5:48 PM
To: Brielle Pittman <brielle.pittman2@gmail.com>
Cc: Matthew Joyce <matthew@joyceprotocol.com>

4 files got it thank you

We Serve Your Legal Documents
--------- Order Here ---------
Order Now https://www.downtownsacprocessserver.com

Your One-Stop Shop for:
- Service of Process
- Private Investigation
- Fingerprinting Services
- Legal Document Preparation

For Private Investigations, visit:
---------- Jesus Rios Private Investigations ----------
(https://sacramentocountyprivateinvestigator.com

CEO: Jesus Rios, Bilingual Private Investigator
Phone:916-450-3496
CA PI #: 189715
Member of CALI: California Licensed Private Investigators

---

**CONFIDENTIALITY NOTICE – PRIVILEGED AND CONFIDENTIAL**

This communication constitutes an electronic communication within the meaning of the Electronic Communication Privacy Act, 18 U.S.C. 2510. This communication and any accompanying documents are confidential and privileged, intended solely for the use of the addressee. If you receive this transmission in error, please be advised that any disclosure, copying, distribution, or action taken in reliance on this communication is strictly prohibited. Inadvertent disclosure shall not compromise or waive the attorney-client privilege concerning this communication or otherwise. If you have received this communication in error, please contact me at the above email address or telephone number.

---

On Fri, Jun 26, 2026 at 2:46 PM Brielle Pittman <brielle.pittman2@gmail.com> wrote:
Please file the following to California Eastern Federal District Court in Sacramento on behalf of Matthew Joyce.

Brielle Pittman | Wake Forest, NC 27587
(919)749-5754
brielle.pittman2@gmail.com

_____

**Brielle Pittman** <brielle.pittman2@gmail.com>                    Fri, Jun 26, 2026 at 6:05 PM
To: jesus rios <jesusjrcourier@gmail.com>
Cc: Matthew Joyce <matthew@joyceprotocol.com>

Great, thank you!
Please send confirmation/proof of delivery once filed.

Brielle Pittman | Wake Forest, NC 27587
(919)749-5754
brielle.pittman2@gmail.com

> On Jun 26, 2026, at 5:48 PM, jesus rios <jesusjrcourier@gmail.com> wrote:
>
> 4 files got it thank you
>
>
>
>
>
> We Serve Your Legal Documents
> --------- Order Here ---------
> Order Now https://www.downtownsacprocessserver.com
>
> Your One-Stop Shop for:
> - Service of Process
> - Private Investigation
> - Fingerprinting Services
> - Legal Document Preparation
>
> For Private Investigations, visit:
> ---------- Jesus Rios Private Investigations ----------
> (https://sacramentocountyprivateinvestigator.com
>
> CEO: Jesus Rios, Bilingual Private Investigator
> Phone:916-450-3496
> CA PI #: 189715
> Member of CALI: California Licensed Private Investigators
>
>
> ---
>
> **CONFIDENTIALITY NOTICE – PRIVILEGED AND CONFIDENTIAL**

This communication constitutes an electronic communication within the meaning of the Electronic Communication Privacy Act, 18 U.S.C. 2510. This communication and any accompanying documents are confidential and privileged, intended solely for the use of the addressee. If you receive this transmission in error, please be advised that any disclosure, copying, distribution, or action taken in reliance on this communication is strictly prohibited. Inadvertent disclosure shall not compromise or waive the attorney-client privilege concerning this communication or otherwise. If you have received this communication in error, please contact me at the above email address or telephone number.

---

On Fri, Jun 26, 2026 at 2:46 PM Brielle Pittman <brielle.pittman2@gmail.com> wrote:
Please file the following to California Eastern Federal District Court in Sacramento on behalf of Matthew Joyce.

Brielle Pittman | Wake Forest, NC 27587
(919)749-5754
brielle.pittman2@gmail.com

**jesus rios** <jesusjrcourier@gmail.com>
To: Brielle Pittman <brielle.pittman2@gmail.com>
Cc: Matthew Joyce <matthew@joyceprotocol.com>

Fri, Jun 26, 2026 at 6:06 PM

Consider it done thank you

We Serve Your Legal Documents
--------- Order Here ---------
Order Now https://www.downtownsacprocessserver.com

Your One-Stop Shop for:
- Service of Process
- Private Investigation
- Fingerprinting Services
- Legal Document Preparation

For Private Investigations, visit:
---------- Jesus Rios Private Investigations ----------
(https://sacramentocountyprivateinvestigator.com

CEO: Jesus Rios, Bilingual Private Investigator
Phone:916-450-3496
CA PI #: 189715

---

**CONFIDENTIALITY NOTICE – PRIVILEGED AND CONFIDENTIAL**

This communication constitutes an electronic communication within the meaning of the Electronic Communication Privacy Act, 18 U.S.C. 2510. This communication and any accompanying documents are confidential and privileged, intended solely for the use of the addressee. If you receive this transmission in error, please be advised that any disclosure, copying, distribution, or action taken in reliance on this communication is strictly prohibited. Inadvertent disclosure shall not compromise or waive the attorney-client privilege concerning this communication or otherwise. If you have received this communication in error, please contact me at the above email address or telephone number.

---

On Fri, Jun 26, 2026 at 3:06 PM Brielle Pittman <brielle.pittman2@gmail.com> wrote:
Great, thank you!
Please send confirmation/proof of delivery once filed.

Brielle Pittman | Wake Forest, NC 27587
(919)749-5754
brielle.pittman2@gmail.com


On Jun 26, 2026, at 5:48 PM, jesus rios <jesusjrcourier@gmail.com> wrote:

4 files got it thank you


We Serve Your Legal Documents
--------- Order Here ---------
Order Now https://www.downtownsacprocessserver.com

Your One-Stop Shop for:
- Service of Process
- Private Investigation
- Fingerprinting Services
- Legal Document Preparation

For Private Investigations, visit:
---------- Jesus Rios Private Investigations ----------
(https://sacramentocountyprivateinvestigator.com

CEO: Jesus Rios, Bilingual Private Investigator
Phone:916-450-3496
CA PI #: 189715
Member of CALI: California Licensed Private Investigators

---

## **CONFIDENTIALITY NOTICE – PRIVILEGED AND CONFIDENTIAL**

This communication constitutes an electronic communication within the meaning of the Electronic Communication Privacy Act, 18 U.S.C. 2510. This communication and any accompanying documents are confidential and privileged, intended solely for the use of the addressee. If you receive this transmission in error, please be advised that any disclosure, copying, distribution, or action taken in reliance on this communication is strictly prohibited. Inadvertent disclosure shall not compromise or waive the attorney-client privilege concerning this communication or otherwise. If you have received this communication in error, please contact me at the above email address or telephone number.

---

On Fri, Jun 26, 2026 at 2:46 PM Brielle Pittman <brielle.pittman2@gmail.com> wrote:
Please file the following to California Eastern Federal District Court in Sacramento on behalf of Matthew Joyce.

Brielle Pittman | Wake Forest, NC 27587
(919)749-5754
brielle.pittman2@gmail.com

# EXHIBIT F

EXHIBIT F – PAGE 28



Matthew Thomas Joyce
600 Market Grove Drive #100
Wake Forest, NC 27587-7345
(919) 259-4661
m.joyce07@proton.me
Plaintiff, Pro Se

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA
### SACRAMENTO DIVISION

MATTHEW JOYCE, an individual,

Plaintiff,

v.

ARB GAMING LLC dba MODO.US;
AFFIRM, INC.;
GOLDMAN SACHS BANK USA;
APPLE INC.;
AMAZON.COM, INC.,

Defendants.

Case No.  2:25-cv-01868-DJC-CSK (PS)

**PLAINTIFF'S EX PARTE APPLICATION TO EXTEND THE JUNE 26, 2026 OPPOSITION DEADLINE, TO ADJUST THE CONSOLIDATED BRIEFING AND HEARING SCHEDULE, AND TO HOLD THAT DEADLINE IN ABEYANCE PENDING RULING** *(Fed. R. Civ. P. 6(b)(1)(A); E.D. Cal. L.R. 144; Declaration of Matthew Joyce and [Proposed] Order filed herewith)*

**To the Honorable Chi Soo Kim, United States Magistrate Judge** *(to whom this action is referred under E.D. Cal. L.R. 302(c)(21))*

## I. RELIEF REQUESTED

Plaintiff, appearing pro se, respectfully applies ex parte under Federal Rule of Civil Procedure 6(b)(1)(A) and Eastern District of California Local Rule 144(c) for an order adjusting the consolidated schedule the Court set in ECF No. 66 by fourteen (14) days across the board:

1. **Extending Plaintiff's June 26, 2026 deadline** to file oppositions to the four consolidated dispositive motions (ECF Nos. 56, 57, 60, 64) by fourteen (14) days, to July 10, 2026;

2. **Holding the June 26, 2026 deadline in abeyance** pending the Court's ruling on this





ES DISTRICT COURT

RICT OF CALIFORNIA

ENTO DIVISION

Case No. 2:25-cv-01868-DJC-CSK (PS)