Matthew Thomas Joyce
600 Market Grove Drive #100
Wake Forest, NC 27587-7345
(919) 259-4661
m.joyce07@proton.me
Plaintiff, Pro Se

**LODGED**

JUN 2 9 2026

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# SACRAMENTO DIVISION

| | |
|---|---|
| MATTHEW JOYCE, an individual,<br><br>Plaintiff,<br><br>v.<br><br>ARB GAMING LLC dba MODO.US;<br>AFFIRM, INC.;<br>GOLDMAN SACHS BANK USA;<br>APPLE INC.;<br>AMAZON.COM, INC.,<br><br>Defendants. | Case No.  2:25-cv-01868-DJC-CSK (PS)<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR A SHORT EXTENSION OF THE JUNE 26, 2026 OPPOSITION DEADLINE (FED. R. CIV. P. 6(b))** |

Having considered Plaintiff's Motion for a Short Extension of the June 26, 2026 Opposition Deadline under Federal Rule of Civil Procedure 6(b), the Declaration of Matthew Joyce and the exhibits thereto, and good cause appearing, IT IS HEREBY ORDERED:

1. The June 26, 2026 deadline for Plaintiff to file his oppositions to the four pending motions (ECF Nos. 56, 57, 60, 64) is extended to July 10, 2026.

2. Defendants' replies, if any, shall be filed on or before July 21, 2026.

3. The consolidated hearing set for July 28, 2026 remains as scheduled.

IT IS SO ORDERED.

[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR A SHORT EXTENSION - 1

DATED: _____

_____
Hon. Chi Soo Kim
United States Magistrate Judge