Docusign Envelope ID: 8B39CDE2-0011-80A9-825F-65209FD54E5A

Jamie Stahura
11076 Ligon Mill Rd #100
Wake Forest, NC 27587
(631) 252-9182
Nailbnder99@yahoo.com
Inter-pleader, Pro Se

**FILED**

JUN 30 2026

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
                 DEPUTY CLERK

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

## SACRAMENTO DIVISION

| | |
|---|---|
| MATTHEW JOYCE, an individual,<br><br>Plaintiff,<br><br>v.<br><br>ARB GAMING LLC dba MODO.US;<br>AFFIRM, INC.;<br>GOLDMAN SACHS BANK USA;<br>APPLE INC.;<br>AMAZON.COM, INC.,<br><br>Defendants.<br><br>---<br><br>JAMIE STAHURA,<br><br>Inter-pleader,<br>v.<br>ARB GAMING LLC dba MODO.US;<br>AFFIRM, INC.; GOLDMAN SACHS<br>BANK USA; APPLE INC.;<br>AMAZON.COM, INC.,<br><br>Defendants. | Case No.  2:25-cv-01868-DJC-CSK (PS)<br><br>**INTER-PLEADER'S NOTICE OF TERMINATION OF COUNSEL AND PRO SE STATUS** |

TO THE COURT AND ALL PARTIES:

1.    Inter-pleader Jamie Stahura hereby notifies the Court that on June 16, 2026, the

INTER-PLEADER'S NOTICE OF TERMINATION OF COUNSEL AND - 1

Docusign Envelope ID: 8B39CDE2-0011-80A9-825F-65209FD54E5A

undersigned terminated representation of Amina M. Mack, Esq. of The Mack Law Firm, PLLC, who appeared as counsel for the Inter-pleader at ECF No. 35 on March 6, 2026. Inter-pleader is now proceeding pro se. Inter-pleader will consider new representation as opportunity allows; in the interim, Inter-pleader proceeds pro se, consistent with her original pro se status as reflected in ECF No. 21 (Inter-pleader's Notice of Loss of Counsel and Pro Se Status, filed December 18, 2025). All future correspondence and service of documents should be directed to:

> Jamie Stahura
> 11076 Ligon Mill Rd #100
> Wake Forest, NC 27587
> (631) 252-9182
> Nailbnder99@yahoo.com

2.  Magistrate referral. Pursuant to E.D. Cal. Local Rule 302(c)(21), this matter is now referred to the Honorable Chi Soo Kim, United States Magistrate Judge, for all non-dispositive matters. See ECF No. 20.

DATED: June 30, 2026

Signed by:

*Jamie Stahura*
B9859315F0744D7
Jamie Stahura
Inter-pleader, Pro Se
11076 Ligon Mill Rd #100
Wake Forest, NC 27587
(631) 252-9182
Nailbnder99@yahoo.com

INTER-PLEADER'S NOTICE OF TERMINATION OF COUNSEL AND - 2