Matthew Thomas Joyce
600 Market Grove Drive #100
Wake Forest, NC 27587-7345
(919) 259-4661
m.joyce07@proton.me
Plaintiff, Pro Se

**FILED**

JUN 3 0 2026

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

## SACRAMENTO DIVISION

| | |
|---|---|
| MATTHEW JOYCE, an individual,<br><br>Plaintiff,<br><br>v.<br><br>ARB GAMING LLC dba MODO.US;<br>AFFIRM, INC.;<br>GOLDMAN SACHS BANK USA;<br>APPLE INC.;<br>AMAZON.COM, INC.,<br><br>Defendants. | Case No.  2:25-cv-01868-DJC-CSK (PS)<br><br>**PLAINTIFF'S REQUEST FOR ENTRY OF DEFAULT BY THE CLERK AGAINST DEFENDANT AMAZON.COM, INC.**<br>**[FED. R. CIV. P. 55(a)]**<br><br>Judge: Hon. Daniel J. Calabretta<br>Mag.: Hon. Chi Soo Kim |

TO THE CLERK OF THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF CALIFORNIA:

Plaintiff Matthew Joyce respectfully requests, pursuant to Federal Rule of Civil Procedure 55(a), that the Clerk enter the default of Defendant Amazon.com, Inc. for its failure to plead or otherwise defend in this action.

As set forth in the accompanying Declaration of Matthew Joyce, Defendant Amazon.com, Inc. was personally served with the Summons and the operative Corrected Amended Complaint on March 23, 2026, through its authorized agent. The time within which Defendant was required

PLAINTIFF'S REQUEST FOR ENTRY OF DEFAULT - 1

to answer or otherwise respond expired on April 13, 2026. Defendant has not answered, moved, or otherwise appeared, and no attorney has appeared on its behalf.

This request is based upon the attached Declaration of Matthew Joyce, the attached Proof of Service (Exhibit A), and the official records and files in this action.

Plaintiff therefore requests that the Clerk enter Defendant Amazon.com, Inc.'s default.

DATED: June 30, 2026

Wake Forest, North Carolina

Respectfully submitted,

Signed by:

*Matthew Joyce*

07B601B840D34AB...

Matthew Thomas Joyce
Plaintiff, Pro Se
600 Market Grove Dr #100
Wake Forest, NC 27587
Phone: (919) 259-4661
Email: m.joyce07@proton.me

PLAINTIFF'S REQUEST FOR ENTRY OF DEFAULT - 2

Matthew Thomas Joyce
600 Market Grove Drive #100
Wake Forest, NC 27587-7345
(919) 259-4661
m.joyce07@proton.me
Plaintiff, Pro Se

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

## SACRAMENTO DIVISION

| | |
|---|---|
| MATTHEW JOYCE, an individual,<br><br>Plaintiff,<br><br>v.<br><br>ARB GAMING LLC dba MODO.US;<br>AFFIRM, INC.;<br>GOLDMAN SACHS BANK USA;<br>APPLE INC.;<br>AMAZON.COM, INC.,<br><br>Defendants. | Case No.  2:25-cv-01868-DJC-CSK (PS)<br><br><br>**DECLARATION OF MATTHEW JOYCE IN SUPPORT OF REQUEST FOR ENTRY OF DEFAULT** |

I, Matthew Joyce, declare:

1. I am the Plaintiff in this action and appear in pro per. I have personal knowledge of the facts stated herein and, if called as a witness, could and would testify competently to them.

2. Defendant Amazon.com, Inc. ("Amazon") is named as a Defendant in the operative Corrected First Amended Complaint (ECF No. 33), filed on March 2, 2026.

3. On March 23, 2026, at 12:52 p.m., Amazon was personally served with the Summons and the Corrected Amended Complaint. Service was made on Heather Hughes, a person

DECLARATION OF MATTHEW JOYCE - 1

authorized to accept service of process on Amazon's behalf, at 2626 Glenwood Avenue, Suite 550, Raleigh, North Carolina 27608 (the address of Amazon's registered agent, Corporation Service Company). The Proof of Service is attached hereto as Exhibit A.

4. Under Federal Rule of Civil Procedure 12(a)(1)(A)(i), Amazon's response to the Corrected Amended Complaint was due 21 days after service, that is, on or before April 13, 2026.

5. 78 days have elapsed since that deadline. As of the date of this Declaration, Amazon has not answered, filed a motion under Rule 12, or otherwise appeared or defended in this action, and no attorney has appeared on Amazon's behalf. I have reviewed the Court's docket and confirmed that no responsive pleading or notice of appearance has been filed by or for Amazon.

6. Defendant Amazon.com, Inc. is a corporation. It is not a natural person, and therefore is not an infant or incompetent person and is not in the military service of the United States within the meaning of the Servicemembers Civil Relief Act, 50 U.S.C. § 3931.

7. Pursuant to Rule 55(a), Plaintiff requests that the Clerk enter Amazon's default.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on June 30, 2026, at Wake Forest, North Carolina.

Signed by:

*Matthew Joyce*

07B601B840D34AB...

Matthew Thomas Joyce
Plaintiff, Pro Se
600 Market Grove Dr #100
Wake Forest, NC 27587
Phone: (919) 259-4661
Email: m.joyce07@proton.me

DECLARATION OF MATTHEW JOYCE - 2

Matthew Thomas Joyce
600 Market Grove Drive #100
Wake Forest, NC 27587-7345
(919) 259-4661
m.joyce07@proton.me
Plaintiff, Pro Se

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### SACRAMENTO DIVISION

| | |
|---|---|
| MATTHEW JOYCE, an individual,<br><br>Plaintiff,<br><br>v.<br><br>ARB GAMING LLC dba MODO.US;<br>AFFIRM, INC.;<br>GOLDMAN SACHS BANK USA;<br>APPLE INC.;<br>AMAZON.COM, INC.,<br><br>Defendants. | Case No.  2:25-cv-01868-DJC-CSK (PS)<br><br>**INDEX OF EXHIBITS** |

**Exhibit Letter   Date          Description of Document**

--------------------------------------------------------------------------------

Exhibit A          3/23/2026     Proof of service for Defendant Amazon.com, Inc.

--------------------------------------------------------------------------------

DATED: June 30, 2026

Respectfully Submitted,

Signed by:

*Matthew Joyce*

07B601B840D34AB...

Matthew Thomas Joyce
Plaintiff, Pro Se
600 Market Grove Drive #100
Wake Forest, NC 27587-7345
Phone: (919) 259-4661
Email: m.joyce07@proton.me

INDEX OF EXHIBITS - 1

# EXHIBIT A

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State, Bar number, and address):*<br>**The Mack Law Firm, PLLC**<br>**4242 Six Forks Rd Ste 1550**<br>**Raleigh, NC 27609**<br>　　　TELEPHONE NO.: **445-444-0192**　　　FAX NO. *(Optional)*:<br>E-MAIL ADDRESS *(Optional)*:<br>　　　ATTORNEY FOR *(Name)*: **Matthew Thomas Joyce** | *FOR COURT USE ONLY* |
|---|---|
| **United States District Court, Eastern District of California**<br>　　STREET ADDRESS: **501 I St. Suite 4-200**<br>　　MAILING ADDRESS: **501 I St. Suite 4-200**<br>　　CITY AND ZIP CODE: **Sacramento 95814**<br>　　BRANCH NAME: **Robert T. Matsui Federal Courthouse** | |

| PLAINTIFF/PETITIONER: **Matthew Thomas Joyce** | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: **ARB GAMING LLC DBA MODO. US; ET AL.** | **2:25-cv-01868-DJC-CSK** |

| **PROOF OF SERVICE OF SUMMONS** | Ref. No. or File No.:<br>**RB-30837** |
|---|---|

**BY FAX**

1.　At the time of service I was at least 18 years of age and not a party to this action.

2.　I served copies of *(specify documents):*
　　**SUMMONS; CORRECTED AMENDED COMPLAINT**

3.　a.　Party served *(specify name of party as shown on documents served):*
　　　　**Amazon.com, Inc**

　　b.　**[X]**　Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b whom substituted service was made) *(specify name and relationship to the party named in item 3a ):*
　　　　**Heather Hughes**

4.　Address where the party was served:
　　**2626 Glenwood Ave Ste 550, Raleigh, NC 27608**

5.　I served the party *(check proper box)*

　　a.　**[X]**　**by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on *(date):* **03/23/2026** at *(time):* **12:52 PM**

　　b.　**[ ]**　**by substituted service.** On *(date):*　　　　at *(time):*　　　　I left the documents listed in item 2 with or in the presence of *(name and title or relationship to person indicated in item 3):*

　　　　(1)　**[ ]**　**(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him or her of the general nature of the papers.

　　　　(2)　**[ ]**　**(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.

　　　　(3)　**[ ]**　**(physical address unknown)** a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him or her of the general nature of the papers.

　　　　(4)　**[ ]**　I thereafter caused to be mailed (by first class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc § 415.20). Documents were mailed on *(date):*　　　from *(city):*　　　**or [ ]** a declaration of mailing is attached.

　　　　(5)　**[ ]**　I attach a **declaration of diligence** stating actions taken first to attempt personal service.

| Form Adopted for Mandatory Use<br>Judicial Council of California POS-<br>010 [Rev. January 1, 2007] | **PROOF OF SERVICE OF SUMMONS** | Code of Civil Procedure. § 417.10 |
|---|---|---|

REF: **RB-30837**

Tracking #: **0214740921**



| PLAINTIFF/PETITIONER: Matthew Thomas Joyce | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT:  ARB GAMING LLC DBA MODO. US; ET AL. | 2:25-cv-01868-DJC-CSK |

c. ☐ **by mail and acknowledgement of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,

    (1) on *(date):*                  (2) from *(city):*

    (3) ☐ with two copies of the *Notice and Acknowledgement of Receipt* and a postage-paid return envelope addressed to me. *(Attach completed Notice and Acknowledgement of Receipt.)* (Code Civ. Proc., § 415.30)

    (4) ☐ to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40)

d. ☐ **by other means** *(specify means of service and authorizing code section):*

☐ Additional page describing service is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:

a. ☐ as an individual defendant.

b. ☐ as the person sued under the fictitious name of *(specify):*

c. ☐ as occupant.

d. ☒ On behalf of *(specify)* **Amazon.com, Inc**
    under the following Code of Civil Procedure section:

| | |
|---|---|
| ☒ 416.10 (corporation) | ☐ 415.95 (business organization, form unknown) |
| ☐ 416.20 (defunct corporation) | ☐ 416.60 (minor) |
| ☐ 416.30 (joint stock company/association) | ☐ 416.70 (ward or conservatee) |
| ☐ 416.40 (association or partnership) | ☐ 416.90 (authorized person) |
| ☐ 416.50 (public entity) | ☐ 415.46 (occupant) |
| | ☐ other: |

7. **Person who served papers**

a. Name:           **Eric Dockery**
b. Address:         **104 Anise Tree Way, Clayton, NC 27527**
c. Telephone number:  **910-391-4848**
d. The fee for service was:  **$ 170.00**
e. I am:

    (1) ☒ not a registered California process server.

    (2) ☐ exempt from registration under Business and Professions Code section 22350(b).

    (3) ☐ registered California process server:
        (i) ☐ owner ☐ employee ☐ independent contractor.    For:

        (ii) ☐ Registration No.:                 Registration #:

        (iii) ☐ County:                      County:

BY FAX

**Page 2 of 3**

POS-010 [Rev. January 1, 2007]

REF: **RB-30837**

**PROOF OF SERVICE OF SUMMONS**

Tracking #: **0214740921**

8. [X] **I declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

or

9. [ ] **I am a California sheriff or marshal and I certify** that the foregoing is true and correct.

Date: 03/23/2026

**Eric Dockery**
(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)

_____
(SIGNATURE)

REF: **RB-30837**

**PROOF OF SERVICE OF SUMMONS**

Tracking #: **0214740921**

