Matthew Thomas Joyce
600 Market Grove Drive #100
Wake Forest, NC 27587-7345
(919) 259-4661
m.joyce07@proton.me
Plaintiff, Pro Se

**LODGED**

JUN 30 2026

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

## SACRAMENTO DIVISION

MATTHEW JOYCE, an individual,

Plaintiff,

v.

ARB GAMING LLC dba MODO.US;
AFFIRM, INC.;
GOLDMAN SACHS BANK USA;
APPLE INC.;
AMAZON.COM, INC.,

Defendants.

Case No.  2:25-cv-01868-DJC-CSK (PS)

**[PROPOSED] CLERK'S ENTRY OF DEFAULT AGAINST DEFENDANT AMAZON.COM, INC.**
**[FED. R. CIV. P. 55(a)]**

It appearing from the record and the Declaration of Plaintiff that Defendant Amazon.com, Inc. was duly served with the Summons and the Corrected Amended Complaint on March 23, 2026, that the time for Defendant to respond has expired, and that Defendant has failed to plead or otherwise defend as provided by the Federal Rules of Civil Procedure;

NOW, THEREFORE, the default of Defendant Amazon.com, Inc. is hereby ENTERED pursuant to Federal Rule of Civil Procedure 55(a) of the Federal Rules of Civil Procedure.

Dated: _____, 2026

Clerk of the Court

By: _____
Deputy Clerk

[PROPOSED] CLERK'S ENTRY OF DEFAULT - 1