**DLA PIPER LLP (US)**
JOHN SAMUEL GIBSON (SBN 140647)
*john.gibson@us.dlapiper.com*
TANYA L. GREENE (SBN 267975)
*tanya.greene@us.dlapiper.com*
COLIN F. MCGRATH (SBN 351947)
*colin.mcgrath@us.dlapiper.com*
2000 Avenue of the Stars, Suite 400 North Tower
Los Angeles, California 90067-4735
Tel.: 310.595.3000
Fax: 310.595.3300

Attorneys for Defendant
APPLE INC.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHEW THOMAS JOYCE,<br><br>Plaintiff,<br><br>v.<br><br>ARB GAMING LLC DBA MODO. US;<br>AFFIRM, INC;<br>GOLDMAN SACHS BANK USA;<br>APPLE INC;<br>AMAZON.COM, INC;<br>DOES 1 – 50;<br><br>Defendants. | CASE NO.  2:25-cv-01868-DJC-CSK<br><br>**APPLE INC.'S PARTIAL OPPOSITION TO PLAINTIFF'S MOTION FOR A SHORT EXTENSION OF THE JUNE 26, 2026 OPPOSITION DEADLINE**<br><br>Date:    July 28, 2026<br>Time:    10:00 a.m<br>Dept:    Courtroom 25<br>Judge: Hon. Chi Soo Kim<br><br>Corrected Amended Complaint Filed:  03/02/26 |

APPLE INC.'S PARTIAL OPPOSITION TO PLAINTIFF'S MOTION TO EXTEND TIME TO
FILE OPPOSITION TO MOTION TO DISMISS

Defendant Apple Inc. ("Apple") hereby submits this partial opposition to Plaintiff Matthew Joyce's motion under Federal Rule of Civil Procedure 6(b), Dkt. No. 76 (the "Extension Motion"), whereby Plaintiff seeks to extend his deadline to file an opposition to Apple's motion to dismiss the Corrected Amended Complaint, Dkt. No. 57, from June 26, 2026 to July 10, 2026.

Apple does not oppose Plaintiff's request to extend his opposition deadline to July 10, 2026. However, Apple opposes the motion to the extent the proposed order shortens Apple's time to file a reply. The proposed order sets a July 21, 2026 reply deadline, which provides fewer than the 14 days permitted under the Court's scheduling order. *See* Dkt. No. 66. Apple noted this same position in response to Plaintiff's initial request that defendants agree to an extension of his June 26, 2026 opposition deadline. Counsel for Apple stated that Apple did not oppose an *ex parte* motion extending the opposition deadline up to four weeks and providing two weeks from the opposition deadline for Apple to file its reply. *See* McGrath Decl. ¶ 4.

Apple respectfully requests that any extension preserve a full 14-day period for its reply, measured from the date Plaintiff's opposition is served. Apple has requested that Plaintiff serve the papers he filed by email to its counsel of record. McGrath Decl. ¶ 6. Following Apple's request, Plaintiff provided Apple with his Extension Motion via email in this instance, but he expressly noted that he "will effect service through the channels provided by the Federal Rules." *Id.* This leaves it unclear whether Plaintiff intends to serve his opposition and other papers on Apple by email or another method. If Plaintiff does not agree to electronic service of his opposition on the date of filing, Apple requests an additional 3 days to account for service by mail pursuant to Federal Rule of Civil Procedure 6(d). Apple does not object to a continuance of the July 28, 2026 hearing on its motion to dismiss to accommodate the extended briefing schedule.

DLA Piper LLP (US)
Los Angeles

-1-
APPLE INC.'S PARTIAL OPPOSITION TO PLAINTIFF'S MOTION TO EXTEND TIME TO FILE OPPOSITION TO MOTION TO DISMISS

Dated:  July 1, 2026                    Respectfully submitted,

DLA PIPER LLP (US)


By: /s/ John Samuel Gibson
JOHN SAMUEL GIBSON
TANYA L. GREENE
COLIN F. MCGRATH

Attorneys for Defendant
APPLE INC.

-2-
APPLE INC.'S PARTIAL OPPOSITION TO PLAINTIFF'S MOTION TO EXTEND TIME TO
FILE OPPOSITION TO MOTION TO DISMISS