**DLA PIPER LLP (US)**
JOHN SAMUEL GIBSON (SBN 140647)
*john.gibson@us.dlapiper.com*
TANYA L. GREENE (SBN 267975)
*tanya.greene@us.dlapiper.com*
COLIN F. MCGRATH (SBN 351947)
*colin.mcgrath@us.dlapiper.com*
2000 Avenue of the Stars, Suite 400 North Tower
Los Angeles, California 90067-4735
Tel.:  310.595.3000
Fax:  310.595.3300

Attorneys for Defendant
APPLE INC.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHEW THOMAS JOYCE,<br><br>                    Plaintiff,<br><br>          v.<br><br>ARB GAMING LLC DBA MODO. US;<br>AFFIRM, INC;<br>GOLDMAN SACHS BANK USA;<br>APPLE INC;<br>AMAZON.COM, INC;<br>DOES 1 – 50;<br><br>                    Defendants. | CASE NO.  2:25-cv-01868-DJC-CSK<br><br>**DECLARATION OF COLIN F. MCGRATH IN SUPPORT OF APPLE INC.'S PARTIAL OPPOSITION TO PLAINTIFF'S MOTION FOR A SHORT EXTENSION OF THE JUNE 26, 2026 OPPOSITION DEADLINE**<br><br>Date:   July 28, 2026<br>Time:  10:00 a.m.<br>Dept:   Courtroom 25<br>Judge:  Hon. Chi Soo Kim<br><br>Corrected Amended Complaint Filed:  03/02/26 |

DECLARATION OF COLIN F. MCGRATH IN SUPPORT OF APPLE INC.'S PARTIAL
OPPOSITION TO PLAINTIFF'S MOTION TO EXTEND TIME

I, Colin McGrath, declare as follows:

1.      I am an associate at DLA Piper LLP (US), counsel of record for defendant Apple Inc. ("Apple") in the above captioned action. I have personal knowledge of the matters set forth in this declaration and, if called as a witness, I could and would testify competently thereto.

2.      I submit this declaration in support of Apple Inc.'s Partial Opposition to Plaintiff's Motion for a Short Extension of the June 26, 2026 Opposition Deadline, filed concurrently herewith.

3.      On June 21, 2026, Plaintiff Matthew Joyce emailed counsel for defendants, including Apple, requesting agreement to an *ex parte* application "to stay or extend the June 26, 2026 consolidated opposition deadline set in ECF No. 66."

4.      On June 23, 2026, undersigned counsel responded to Mr. Joyce's request, stating: "On behalf of Apple, we also will not oppose an *ex parte* motion requesting an extension to the deadline to oppose Apple's motion to dismiss (Dkt. No. 57) under the terms ARB and Affirm have outlined. For scheduling the hearing date, please note that we are not available to attend a hearing the first full week of August (the week of 8/3)." Counsel for ARB Gaming LLC had stated on June 22, 2026: "On behalf of Defendant ARB, we will agree to and will not oppose an ex parte application for an extension of up to four weeks for you to file your opposition to ARB's Motion to Compel Arbitration and Stay or Dismiss the Case (ECF No. 56), provided that ARB's deadline to file its reply and the motion hearing date are also extended." Following ARB's response, counsel for Affirm, Inc. stated: "On behalf of Affirm, we will likewise agree not to oppose an *ex parte* application for an extension of up to four weeks for you to file your opposition to Affirm's pending motion to dismiss (Dkt. 60), provided that Affirm's deadline to file its reply is also extended consistent with the Court's prior order (Dkt. 66) (i.e. Affirm's reply deadline would be two weeks after your opposition is filed) and the motion hearing date is also extended."

5.      On June 24, 2026, counsel for Apple contacted Plaintiff to request electronic service of his *ex parte* application papers based on its understanding that Plaintiff had filed an *ex parte* application. Counsel did not receive electronic service of this filing.

6.      On June 29, 2026, counsel for Apple requested electronic service of any papers

-1-

DECLARATION OF COLIN F. MCGRATH IN SUPPORT OF APPLE INC.'S PARTIAL OPPOSITION TO PLAINTIFF'S MOTION TO EXTEND TIME

Plaintiff filed on Friday, June 26, 2026, which was the deadline for filing an opposition to Apple's motion to dismiss. Later that day, Plaintiff served via email electronic copies of his motion to extend his opposition deadline. Regarding electronic service, Plaintiff stated: "Going forward, because I am proceeding pro se and limited to paper filing, I will effect service through the channels provided by the Federal Rules."

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct and that this declaration was executed this day of July 1, 2026 in Los Angeles, California.

Dated:  July 1, 2026

*/s/ Colin F. McGrath*
COLIN F. MCGRATH

DECLARATION OF COLIN F. MCGRATH IN SUPPORT OF APPLE INC.'S PARTIAL OPPOSITION TO PLAINTIFF'S MOTION TO EXTEND TIME