**DLA PIPER LLP (US)**
JOHN SAMUEL GIBSON (SBN 140647)
john.gibson@us.dlapiper.com
TANYA L. GREENE (SBN 267975)
tanya.greene@us.dlapiper.com
COLIN F. MCGRATH (SBN 351947)
colin.mcgrath@us.dlapiper.com
2000 Avenue of the Stars, Suite 400 North Tower
Los Angeles, California 90067-4735
Tel.: 310.595.3000
Fax: 310.595.3300

Attorneys for Defendant
APPLE INC.

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### SACRAMENTO DIVISION

| | |
|---|---|
| MATTHEW THOMAS JOYCE,<br><br>Plaintiff,<br><br>v.<br><br>ARB GAMING LLC DBA MODO. US; AFFIRM, INC; GOLDMAN SACHS BANK USA; APPLE INC.; AMAZON.COM, INC; DOES 1-50,<br><br>Defendants. | CASE NO.  2:25-CV-01868-DJC-CSK<br><br>**CERTIFICATE OF SERVICE RE: APPLE INC.'S PARTIAL OPPOSITION TO PLAINTIFF'S MOTION FOR SHORT EXTENSION OF OPPOSITION DEADLINE** |

**CERTIFICATE OF SERVICE**

I am a citizen of the United States, am over the age of 18 years old, and not a party to the within action.  I am employed by the law firm of DLA Piper LLP (US), and my business address is 555 Mission Street, Suite 2400, San Francisco, California 94105.  On July 1, 2026, I served true copies of the following document(s):

**APPLE INC.'S PARTIAL OPPOSITION TO PLAINTIFF'S MOTION FOR A SHORT EXTENSION OF THE JUNE 26, 2026 OPPOSITION DEADLINE**

**DECLARATION OF COLIN F. MCGRATH IN SUPPORT OF APPLE INC.'S PARTIAL OPPOSITION TO PLAINTIFF'S MOTION FOR A SHORT EXTENSION OF THE JUNE 26, 2026 OPPOSITION DEADLINE**

in the following manner:

| | |
|---|---|
| X | **BY ELECTRONIC SERVICE THROUGH THE CM/ECF SYSTEM** which automatically generates a Notice of Electronic Filing at the time said document is filed to the email address(es) listed in the Electronic Mail Notice List and denoted below, which constitutes service pursuant to FRCP 5(b)(3). |
| | **BY EMAIL (E-Service)** I caused said document(s) to be transmitted electronically to the interested parties at the email address(es) as stated on the attached service list. |
| | **PERSONAL SERVICE BY CAUSE**: I caused said documents to be hand-delivered to the addressee below, pursuant to Code of Civil Procedure § 1011. |
| X | **BY OVERNIGHT DELIVERY**: by placing a true copy thereof enclosed in a sealed envelope, at a station designated for collection and processing of envelopes and packages for overnight delivery by Federal Express as part of the ordinary business practices of DLA Piper LLP (US), addressed as set forth above. |
| | **BY U.S. MAILTO PLAINTIFF**: by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in United States mail in the State of California addressed as set forth above. I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in affidavit. |

On the following interested part(ies) in this action:

CERTIFICATE OF SERVICE
CASE NO. 2:20-CV-01628-JAM-AC

**VIA ECF**:
Matthew Thomas Joyce (Plaintiff In Pro Se)
600 Market Grove Drive #100
Wake Forest, NC 27587-7345
Tel: (919) 259-4661
Email: m.joyce07@proton.me

**VIA OVERNIGHT MAIL**:
Jamie Stahura
11076 Ligon Mill Road, #100
Wake Forest, NC 27587
Tel: (631) 252-9182
Email: Nailbnder99@yahoo.com


        I declare under penalty of perjury under the laws of the United States of America that the

above is true and correct. Executed on July 1, 2026 at San Francisco, California.


        Denise Elder
[Print Name of Person Executing Proof]                Denise Elder