

# United States District Court
# Eastern District of California

| MATTHEW JOYCE, | Case Number: | 2:25-cv-01868-CSK |

Plaintiff(s)

V.

| ARB GAMING LLC dba MODO, et al. |

APPLICATION FOR PRO HAC VICE
AND PROPOSED ORDER

Defendant(s)

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, Walter A. Saurack hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:

Defendant ARB GAMING LLC dba MODO

On __May 21, 1996__ (date), I was admitted to practice and presently in good standing in the Third Department Appellate Division of the State of New York (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have / ☑ I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

Date: __07/02/2026__      Signature of Applicant: /s/ __Walter A. Saurack__

**Pro Hac Vice Attorney**

Applicant's Name: Walter A. Saurack

Law Firm Name: Duane Morris LLP

Address: 22 Vanderbilt

335 Madison Avenue, 23rd Floor

City: New York    State: NY    Zip: 10017

Phone Number w/Area Code: (212) 404-8703

City and State of Residence: Rye, New York

Primary E-mail Address: WASaurack@duanemorris.com

Secondary E-mail Address:

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

Local Counsel's Name: Daniel D. Wall

Law Firm Name: Duane Morris LLP

Address: Spear Tower

One Market Plaza, Suite 2200

City: San Francisco    State: CA    Zip: 94105-1127

Phone Number w/Area Code: (415) 957-3032    Bar # 311391

## <u>ORDER</u>

The Pro Hac Vice Application is APPROVED.  The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: _____    _____

JUDGE, U.S. DISTRICT COURT



*Appellate Division of the Supreme Court*
*of the State of New York*
*Third Judicial Department*

I, Robert D. Mayberger, Clerk of the Appellate Division of the Supreme Court of the State of New York, Third Judicial Department, do hereby certify that

## Walter Arthur Saurack

was duly licensed and admitted to practice as an Attorney and Counselor at Law in all the courts of this State on **May 21, 1996**, has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counselors at Law on file in this office, is duly registered with the Office of Court Administration, and according to the records of this Court is currently in good standing as an Attorney and Counselor-at-Law.



In Witness Whereof, I have hereunto set my hand in the City of Albany on June 23, 2026.

*Clerk of the Court*

CertID-00296193



*State of New York*
*Supreme Court, Appellate Division*
*Third Judicial Department*
*Admissions Office*
*P.O. Box 7350, Capitol Station*
*Albany, NY 12224-0350*

*Robert D. Mayberger*
*Clerk of the Court*

*AD3AdmissionsOffice@nycourts.gov*
*http://www.nycourts.gov/ad3/admissions*
*(518) 471-4778*

*Anthony A. Moore*
*Director of Attorney*
*Admissions*

To Whom It May Concern:

An attorney admitted to practice by this Court may request a certificate of good standing, which is the only official document this Court issues certifying to an attorney's admission and good standing.

An attorney's registration status, date of admission and disciplinary history may be viewed through the attorney search feature on the website of the Unified Court System.

New York State does not register attorneys as active or inactive.

An attorney may request a disciplinary history letter from the Attorney Grievance Committee of the Third Judicial Department.

Bar examination history is available from the New York State Board of Law Examiners.

Instructions, forms and links are available on this Court's website.

Robert D. Mayberger
Clerk of the Court

Revised January 2022