

**U.S. Postal Service™**
## CERTIFIED MAIL® RECEIPT
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

Wake Forest, NC 27587

Certified Mail Fee  $5.30

$                                        $4.40

Extra Services & Fees *(check box, add fee as appropriate)*
☐ Return Receipt (hardcopy)        $ $0.00
☐ Return Receipt (electronic)       $ $0.00
☐ Certified Mail Restricted Delivery $ $0.00
☐ Adult Signature Required          $ $0.00
☐ Adult Signature Restricted Delivery $

Postage        $3.84

$

Total Postage and Fees
$13.54

Sent To  Mr Matthew Juice 6.26.26

Street and Apt. No., or PO Box No.  1008 Market Grove Drive Ste 100

City, State, ZIP+4®  Wake Forest NC 27587

PS Form 3800, January 2023 PSN 7530-02-000-9047    See Reverse for Instructions

JUN 2 6 2026    Postmark Here

RALEIGH NORTH RIDGE
06/26/2026
27615

9589 0710 5270 2084 4114 98