**ALERT: IMPACTS FROM THE WORLD SOCCER TOURNAMENT HELD IN MAJOR CITIES THROU…**

# USPS Tracking®

FAQs >

Remove ✕

**Tracking Number:**

## 9589071052702084414398

Copy        Add to Informed Delivery

## Latest Update

Your item was delivered to an individual at the address at 5:00 pm on June 29, 2026 in WAKE FOREST, NC 27587.

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

### ● Delivered

**Delivered, Left with Individual**
WAKE FOREST, NC 27587
June 29, 2026 5:00 PM

**Arrived at USPS Facility**
RALEIGH NC DISTRIBUTION CENTER
June 28, 2026 8:21 AM

**Arrived at USPS Facility**
GREENSBORO NC DISTRIBUTION CENTER
June 27, 2026 4:40 PM

**Departed Post Office**
RALEIGH, NC 27615
June 26, 2026 6:07 PM

**USPS in possession of item**
RALEIGH, NC 27615

Feedback

• **Hide Tracking History**

## What Do USPS Tracking Statuses Mean?

---

**Text & Email Updates**                                                ⌄

---

**USPS Tracking Plus®**                                                 ⌄

---

**Product Information**                                                 ⌄

See Less ⌃

Track Another Package

Enter tracking or barcode numbers

# Need More Help?

Contact USPS Tracking support for further assistance.

FAQs