

4242 Six Forks Rd | Ste. 1550
Raleigh | NC 27609
Tel: 984-480-7147

AMINA M. MACK, Esq
Tel: 984-480-7147
legal@themacklaw.com

**June 26, 2026**

**VIA CERTIFIED MAIL**

Matthew Joyce
600 Market Grove Drive, Suite 100
Wake Forest, NC 27587
m.joyce07@proton.me

Re: Joyce v. ARB Gaming LLC et al. - Case No. 2:25-cv-01868-DJC-CSK

Mr. Joyce,

Pursuant to the Court's May 31, 2026 Minute Order, enclosed please find a copy of the Court's Minute Order entered in the above-referenced matter.

Please be advised that, as directed by the Court, our office will file a Certificate of Service confirming service of the enclosed Minute Order upon you at your last known address. Upon completion of service and filing of the Certificate of Service, Attorneys Amina Mack and Jacqueline Sale's representation of you in this matter will terminate pursuant to the Court's Order.

Please review the enclosed Order carefully, as it contains important information regarding the status of your case and future proceedings.

Sincerely,

/s/ Amina M. Mack
**Amina M. Mack, Esq.**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Minute Order was served on the

Plaintiff via Certified Mail, Return Receipt Requested, addressed as follows:

MATTHEW THOMAS JOYCE
170 Manordale Drive
Chapel Hill, NC 27517
The Plaintiff

This the 8th  day of June, 2026.

By: /s/Amina M. Mack, Esq.
Amina M. Mack (NCSB No. 61390)
THE MACK LAW FIRM, PLLC
4242 Six Forks Road, Ste. 1550
Raleigh, NC 27609
Tel: 984-480-7147
legal@themacklaw.com

/s/Jacqueline M Sale Esq.
Jacqueline M Sale (Bar No. 343485)
JACQUELINE M SALE ESQ.
3817 S. Nova Road, Suite 104-167
Port Orange, Florida 32127
Tel: 833-225-5299
jmsalelaw@gmail.com