Case 2:25-cv-01868-DJC-CSK     Document 84-3     Filed 07/03/26     Page 1 of 2

 **Outlook**

---

## Activity in Case 2:25-cv-01868-DJC-CSK Joyce v. ARB Gaming LLC et al Minute Order.

---

**From** caed_cmecf_helpdesk@caed.uscourts.gov <caed_cmecf_helpdesk@caed.uscourts.gov>

**Date** Sun 5/31/2026 8:29 PM

**To** CourtMail@caed.uscourts.dcn <CourtMail@caed.uscourts.dcn>

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

### U.S. District Court

### Eastern District of California - Live System

## Notice of Electronic Filing

The following transaction was entered on 5/31/2026 at 5:27 PM PDT and filed on 5/31/2026

**Case Name:**           Joyce v. ARB Gaming LLC et al

**Case Number:**        2:25-cv-01868-DJC-CSK

**Filer:**

**Document Number:** 58(No document attached)

**Docket Text:**
**MINUTE ORDER issued by Courtroom Deputy for District Judge Daniel J. Calabretta on 5/31/2026: Having reviewed Counsel's Motion to Withdraw as Attorney (ECF No. [47]) and Plaintiff's Notice re Counsel Termination (ECF No. [54]), the Court GRANTS Counsel's [47] Motion and VACATES all existing hearing dates and deadlines, including the hearing on Plaintiff's [47] Motion to Withdraw as Attorney, set for 7/9/2026, and the hearing on Defendants' [53], [56] Motions to Compel Arbitration and Defendant's [57] Motion to Dismiss, all set for 8/13/2026, and REFERS this case to the assigned Magistrate Judge for all further proceedings pursuant to E.D. Cal. L.R. 302(c)(21). All defendants shall re-notice their pending motions (ECF Nos. [53], [56], and [57]) for hearing before the assigned Magistrate Judge. Further, the Court DENIES AS MOOT Defendants' [49], [50], and [51] Ex Parte Applications for Extensions of Time. Outgoing counsel shall serve a copy of this order on Plaintiff Matthew Thomas Joyce at his last known address forthwith and shall immediately thereafter file with the court a certificate of service attesting to such service. At such time as service is completed, attorneys Amina Mack's and Jacqueline Sale's responsibility to represent Plaintiff Matthew Thomas Joyce will be terminated. IT IS SO ORDERED. [TEXT ONLY ENTRY] (Deputy Clerk GJM)**

**2:25-cv-01868-DJC-CSK Notice has been electronically mailed to:**

Amina Michelle Mack , PHV     legal@themacklaw.com

Arjun P. Rao     arjun.rao@morganlewis.com, kathleen.rosello@morganlewis.com,
MlCalendarDepartment@morganlewis.com

Daniel Donahoe Wall     dwall@duanemorris.com, daniel-wall-9162@ecf.pacerpro.com,
jysoliman@duanemorris.com

Jacqueline Sale     jms@jaxlawoffices.com

John Samuel Gibson     john.gibson@dlapiper.com, ann.lozinski@dlapiper.com,
lynda.west@us.dlapiper.com, michele.leyva@us.dlapiper.com

Karen Lehmann Alexander     klalexander@duanemorris.com, avillanueva@duanemorris.com, karen-
alexander-8592@ecf.pacerpro.com

Marcos D. Sasso     marcos.sasso@morganlewis.com, enrique.curan@morganlewis.com,
kathleen.rosello@morganlewis.com

Ryan A. Lewis     ryan.lewis@troutman.com, autodocket@troutman.com,
evelyn.standart@troutman.com

**2:25-cv-01868-DJC-CSK Electronically filed documents must be served conventionally by the filer to:**

Jamie Stahura
11076 Ligon Mill Rd #100
Wake Forest, NC 27587