IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA SACRAMENTO DIVISION
Case No. 2:25-cv-01868-DJC-CSK

| | | |
|---|---|---|
| MATTHEW THOMAS JOYCE, by and through undersigned counsel, | ) ) ) | |
| *Plaintiff,* | ) ) | |
| v. | ) ) ) | |
| ARB GAMING LLC DBA MODO. US; AFFIRM, INC; GOLDMAN SACHS BANK USA; APPLE INC; AMAZON.COM, INC; DOES 1 – 50; | ) ) ) ) ) ) | **PROPOSED ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL OF RECORD FOR PLAINTIFF-INTERPLEADER JAMIE STAHURA** |
| *Defendants.* | ) ) ) | |

**PROPOSED ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL OF**

**RECORD**

The Court has considered the Motion to Withdraw as Counsel of Record for Plaintiff-in-Interpleader Jamie Stahura filed by Amina M. Mack, the supporting declarations, the record in this action, and any opposition or argument presented. Good cause appearing, IT IS HEREBY ORDERED:

1. Counsel's Motion to Withdraw as Counsel of Record for Plaintiff-in-Interpleader Jamie Stahura is GRANTED.

2. Amina M. Mack and Jacqueline M. Sale are relieved as counsel of record for Jamie Stahura only. This Order does not affect the claims, defenses, rights, or representation of Matthew Thomas Joyce or any other party.

3. The Clerk of Court is directed to terminate Amina M. Mack and Jacqueline M. Sale as counsel for Jamie Stahura and to reflect that Ms. Stahura is proceeding pro se.

4. All future documents, notices, and orders directed to Jamie Stahura shall be served on her at the following address and, where appropriate, email address: Jamie.Stahura@PNFP.COM

5. Ms. Stahura shall keep the Court and all parties informed of any change in her mailing address, email address, or telephone number. See E.D. Cal. L.R. 182(f), 183(b).

6. Ms. Stahura is advised that, while proceeding pro se, she remains bound by the Federal Rules of Civil Procedure, the Local Rules of the Eastern District of California, all applicable law, and all orders and deadlines entered in this action. See E.D. Cal. L.R. 183(a).

7. No stay is granted. All presently scheduled hearings and deadlines remain in effect unless modified by a separate order of the Court.

8. This Order is effective upon entry.

Dated: ____ of July 2026