Matthew Joyce
600 Market Grove Drive #100
Wake Forest, NC 27587-7345
(919) 259-4661
m.joyce07@proton.me
Plaintiff, Pro Se

**FILED**

JUL 2 0 2026

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
                DEPUTY CLERK

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### SACRAMENTO DIVISION

MATTHEW JOYCE, an individual,

            Plaintiff,

   v.

ARB GAMING LLC dba MODO.US;
AFFIRM, INC.;
GOLDMAN SACHS BANK USA;
APPLE INC.;
AMAZON.COM, INC.,

            Defendants.

Case No. 2:25-cv-01868-DJC-CSK (PS)

**PLAINTIFF'S APPLICATION FOR AN ORDER SHORTENING TIME TO HEAR PLAINTIFF'S NOTICED MOTION TO EXTEND TIME (E.D. CAL. L.R. 144(e), 230(g)); DECLARATION OF MATTHEW JOYCE; [PROPOSED] ORDER**

## I. RELIEF REQUESTED

Plaintiff Matthew Joyce, appearing pro se, applies under E.D. Cal. Local Rules 144(e) and 230(g) for an order shortening time to hear his concurrently filed Noticed Motion to Extend Time to Respond to ECF Nos. 56, 57, 60, and 64 (the "Extension Motion"). Plaintiff requests that the Court:

1. shorten the notice period prescribed by Local Rule 230(b); and

2. decide the Extension Motion on the papers, without oral argument, at the Court's earliest convenience.

PLAINTIFF'S APPLICATION FOR ORDER SHORTENING TIME - 1

## II. WHY SHORTENED TIME IS NECESSARY

Plaintiff's deadline to respond to four pending dispositive motions is July 20, 2026 (ECF 81). Local Rule 230(b) requires that a noticed motion be set for hearing not less than thirty-five (35) days after filing and service. Ordinary noticed-motion briefing therefore cannot be completed before the very deadline the Extension Motion seeks to extend. Absent shortened time, the relief requested would be unavailable as a practical matter no matter how meritorious.

This is precisely the circumstance Local Rule 144(e) addresses. The Extension Motion is filed before the deadline expires, so it is governed by the "good cause" standard of Federal Rule of Civil Procedure 6(b)(1)(A) rather than the "excusable neglect" standard of Rule 6(b)(1)(B), and the relief sought is modest: seven days.

Plaintiff proceeds by noticed motion rather than ex parte application because he has already obtained one initial ex parte extension (ECF 76, granted ECF 81), and Local Rule 144(c) provides that further ex parte applications for extension of time "are not ordinarily granted." Plaintiff does not seek to avoid that limitation; he seeks only to have his properly noticed motion heard in time to matter.

## III. NO PARTY IS PREJUDICED, AND NO PARTY HAS STATED OPPOSITION

No Defendant has stated that it opposes the underlying extension. Goldman Sachs proposed the briefing schedule. ARB Gaming consents. Affirm does not oppose an application to extend the deadlines as proposed. Apple likewise has no objection to the requested extension. Shortening time to hear an unopposed motion for a seven-day extension prejudices no one and imposes no meaningful burden on any party. Each Defendant's full reply period is preserved.

The Court has previously resolved a Plaintiff extension request on the papers within two days (ECF 76, filed June 29, 2026; ECF 81, entered July 1, 2026). The same course is efficient here.

PLAINTIFF'S APPLICATION FOR ORDER SHORTENING TIME - 2

## IV. A STIPULATION FOR SHORTENED TIME COULD NOT REASONABLY BE OBTAINED

Plaintiff first sought a stipulation as to the underlying extension. Following Goldman Sachs' proposal, Plaintiff circulated a proposed Stipulation and [Proposed] Order to all appearing Defendants. The appearing Defendants agree to the briefing schedule. They do not, however, agree on the hearing date — ARB Gaming requests that the August 25, 2026 hearing be continued approximately one week for counsel's unavailability, while Affirm's stated position is that the hearing remain August 25 — and not every Defendant is in a position to sign a single stipulation. Defendant Amazon.com, Inc. has not appeared and cannot sign.

For the same reasons, a stipulation as to shortened time could not reasonably be obtained. Plaintiff advised all counsel by email that he would proceed by noticed motion and invited any Defendant wishing to sign the circulated stipulation to do so. The accompanying declaration sets forth these circumstances as Local Rule 144(e) requires.

## V. CONCLUSION

Plaintiff respectfully requests that the Court shorten time and decide the concurrently filed Extension Motion on the papers at its earliest convenience.


DATED: July 20, 2026

Signed by:

*Matthew Joyce*

07B601B840D34AB

Matthew Joyce
Plaintiff, Pro Se
600 Market Grove Dr #100
Wake Forest, NC 27587
Phone: (919) 259-4661
Email: m.joyce07@proton.me

Matthew Joyce
600 Market Grove Drive #100
Wake Forest, NC 27587-7345
(919) 259-4661
m.joyce07@proton.me
Plaintiff, Pro Se

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| MATTHEW JOYCE, an individual, | Case No.  2:25-cv-01868-DJC-CSK (PS) |
|---|---|
| Plaintiff, | |
| v. | **DECLARATION OF MATTHEW JOYCE IN SUPPORT OF APPLICATION TO SHORTEN TIME (28 U.S.C. § 1746)** |
| ARB GAMING LLC dba MODO.US; AFFIRM, INC.; GOLDMAN SACHS BANK USA; APPLE INC.; AMAZON.COM, INC., | |
| Defendants. | |

I, Matthew Joyce, declare under penalty of perjury under the laws of the United States:

1. I am the Plaintiff and I proceed pro se. I make this declaration in support of my application for an order shortening time under Local Rules 144(e) and 230(g). The facts are within my personal knowledge; if called, I could and would testify to them.

2. My deadline to respond to ECF Nos. 56, 57, 60, and 64 is July 20, 2026, as set by ECF 81. I am filing my Noticed Motion to Extend Time concurrently with this application, before that deadline expires.

3. I am informed that Local Rule 230(b) requires a noticed motion to be set for hearing not

DEC. OF MATTHEW JOYCE IN SUPPORT OF APPLICATION TO SHORTEN TIME - 1

less than thirty-five days after filing and service. Thirty-five days from today is well past my July 20, 2026 deadline. Without shortened time, my motion could not be heard until long after the deadline it asks the Court to extend.

4. I obtained one initial ex parte extension (ECF 76, granted at ECF 81). Because Local Rule 144(c) provides that further ex parte applications for extension of time are not ordinarily granted, I am proceeding by noticed motion rather than by a second ex parte application.

5. Following Goldman Sachs' proposal, I circulated a proposed Stipulation and [Proposed] Order to all appearing Defendants providing for oppositions due July 27, 2026 and replies due August 10, 2026. The appearing Defendants agree to that briefing schedule. They do not agree on the hearing date, and not every Defendant is in a position to sign a single stipulation. Defendant Amazon.com, Inc. has not appeared in this action and cannot sign.

6. Because a single fully-executed stipulation as to the extension could not reasonably be obtained, a stipulation as to shortened time could not reasonably be obtained either. I notified all counsel by email that I would proceed by noticed motion and invited any Defendant who wished to sign the circulated stipulation to return it.

7. No Defendant has told me that it opposes the extension. I asked each Defendant to confirm or correct its stated position in writing before filing. I do not seek shortened time for any tactical purpose. I seek it only so that a motion filed before my deadline can be decided before that deadline passes.

Executed on July 20, 2026, at Wake Forest, North Carolina.

Signed by:

*Matthew Joyce*

079601B840D34AB...

Matthew Joyce
Plaintiff, Pro Se
600 Market Grove Dr #100
Wake Forest, NC 27587
Phone: (919) 259-4661
Email: m.joyce07@proton.me

DEC. OF MATTHEW JOYCE IN SUPPORT OF APPLICATION TO SHORTEN TIME - 2

Matthew Joyce
600 Market Grove Drive #100
Wake Forest, NC 27587-7345
(919) 259-4661
m.joyce07@proton.me
Plaintiff, Pro Se

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

## SACRAMENTO DIVISION

| MATTHEW JOYCE, an individual, | Case No. 2:25-cv-01868-DJC-CSK (PS) |
|---|---|
| Plaintiff, | |
| v. | **[PROPOSED] ORDER GRANTING PLAINTIFF'S APPLICATION FOR AN ORDER SHORTENING TIME TO HEAR PLAINTIFF'S NOTICED MOTION TO EXTEND TIME (E.D. CAL. L.R. 144(e), 230(g))** |
| ARB GAMING LLC dba MODO.US; AFFIRM, INC.; GOLDMAN SACHS BANK USA; APPLE INC.; AMAZON.COM, INC., | |
| Defendants. | |

Good cause appearing, Plaintiff's Application for an Order Shortening Time is GRANTED. The notice period prescribed by Local Rule 230(b) is shortened as to Plaintiff's Noticed Motion to Extend Time to Respond to ECF Nos. 56, 57, 60, and 64 (the "Extension Motion").

Any response to the Extension Motion shall be filed and served on or before _____, 2026.

The Extension Motion shall be heard on _____, 2026, at _____ __.m., in Courtroom _____;

[PROPOSED] ORDER GRANTING PLAINTIFF'S APPLICATION FOR AN ORDER SHORTENING TIME - 1

_____ OR, in the alternative, the Extension Motion is submitted on the papers without oral argument pursuant to Local Rule 230(g).

IT IS SO ORDERED.

Dated: _____                    _____
                                           HON. CHI SOO KIM
                                           UNITED STATES MAGISTRATE JUDGE