Matthew Joyce
600 Market Grove Drive #100
Wake Forest, NC 27587-7345
(919) 259-4661
m.joyce07@proton.me
Plaintiff, Pro Se

**FILED**

JUL 2 0 2026

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

## SACRAMENTO DIVISION

MATTHEW JOYCE, an individual,

Plaintiff,

v.

ARB GAMING LLC dba MODO.US;
AFFIRM, INC.;
GOLDMAN SACHS BANK USA;
APPLE INC.;
AMAZON.COM, INC.,

Defendants.

Case No.  2:25-cv-01868-DJC-CSK (PS)

**PROOF OF SERVICE**

I, Matthew Joyce, plaintiff pro se, certify that on July 20, 2026, I served the following documents:

1. PLAINTIFF'S NOTICED MOTION TO EXTEND TIME TO RESPOND TO ECF NOS. 56, 57, 60, AND 64 (FED. R. CIV. P. 6(b)(1)(A); E.D. CAL. L.R. 144); REQUEST TO DECIDE ON THE PAPERS ON SHORTENED TIME, with the Declaration of Matthew Joyce, exhibits thereto, and [Proposed] Order;

2. PLAINTIFF'S APPLICATION FOR AN ORDER SHORTENING TIME TO HEAR PLAINTIFF'S NOTICED MOTION TO EXTEND TIME (E.D. CAL. L.R. 144(e), 230(g)), with

PROOF OF SERVICE - 1

Marcos D. Sasso — marcos.sasso@morganlewis.com

Kathleen Rosello — kathleen.rosello@morganlewis.com

Madison Marshall — madison.marshall@morganlewis.com

**B. Service by United States mail**

Defendant Amazon.com, Inc. has not appeared in this action and has not consented to electronic service. I therefore served the documents listed above on Amazon.com, Inc. by first-class United States mail, postage prepaid, addressed as follows:

> Amazon.com, Inc.
> c/o Corporation Service Company,
> 2626 Glenwood Avenue, Suite 550
> Raleigh, North Carolina 27608

This service is made under Federal Rule of Civil Procedure 5. It is not, and is not intended as, service of process under Federal Rule of Civil Procedure 4, and Plaintiff expressly reserves all rights as to service of process upon Amazon.com, Inc. and any related entity.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on July 20, 2026, at Wake Forest, North Carolina.

Signed by:

*Matthew Joyce*
07B601B840D34AB

Matthew Joyce
Plaintiff, Pro Se
600 Market Grove Dr #100
Wake Forest, NC 27587
Phone: (919) 259-4661
Email: m.joyce07@proton.me

PROOF OF SERVICE - 3