Matthew Joyce
600 Market Grove Drive #100
Wake Forest, NC 27587-7345
(919) 259-4661
m.joyce07@proton.me
Plaintiff, Pro Se





FILED

JUL 2 0 2026

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
            DEPUTY CLERK

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### SACRAMENTO DIVISION

| | |
|---|---|
| MATTHEW JOYCE, an individual,<br><br>Plaintiff,<br><br>v.<br><br>ARB GAMING LLC dba MODO.US;<br>AFFIRM, INC.;<br>GOLDMAN SACHS BANK USA;<br>APPLE INC.;<br>AMAZON.COM, INC.,<br><br>Defendants. | Case No.  2:25-cv-01868-DJC-CSK (PS)<br><br>**PLAINTIFF'S NOTICE OF CORRECTION RE: ELECTRONIC-SERVICE EMAIL ADDRESS OF RECORD** |

Plaintiff Matthew Joyce, appearing pro se, respectfully submits this Notice to correct an error in the Court's electronic-service configuration for his account and to preserve the record.

1. By Minute Order entered June 26, 2026 (ECF 74), the Court denied Plaintiff's Motion for Leave to Utilize the CM/ECF Electronic-Filing System (ECF 72) as to use of the CM/ECF system, directing that Plaintiff "will continue to file paper documents with the Court through conventional means," but granted the motion as to electronic service of documents, directing the Clerk to configure Plaintiff's account so that Plaintiff "will receive immediate email notifications when documents are filed in the case using the email m.joyce07@proton.me." The Order further records that "Plaintiff consents to receive service of documents electronically and waives the right

PLAINTIFF'S NOTICE OF CORRECTION - 1

to receive service by first class mail pursuant to FRCP 5(b)(2)(D)." Electronic notification is therefore Plaintiff's only court-service channel.

2. Plaintiff's motion (ECF 72) states his email address as m.joyce07@proton.me, as does the Court's Order (ECF 74). The docket's party record for Plaintiff, however, lists his email as "m.joyce07@pronton.me" — containing an extra letter "n." A true and correct copy of the docket party record as it appears in CM/ECF is attached as Exhibit A.

3. Because of this one-character discrepancy, the "immediate email notifications" the Court ordered have been directed to a non-existent address since June 26, 2026. Plaintiff has received no electronic notice of any docket activity and has stayed current only by manually monitoring the docket through PACER. The error has, in practical effect, silently defeated the electronic-service accommodation granted at ECF 74 and ECF 82.

4. Plaintiff does not contend that he lacked notice of any deadline. Plaintiff has monitored the docket directly and has actual knowledge of the pending deadlines. Plaintiff submits this Notice solely to (a) correct the record, (b) restore the functioning of the Court-ordered electronic service, and (c) preserve the point to the extent any date is or has been computed from the Court's electronic service on Plaintiff.

5. Request. Plaintiff respectfully requests that the Clerk correct Plaintiff's email of record to m.joyce07@proton.me and confirm that electronic notifications are enabled to that address. Plaintiff has separately reported this configuration error to the Clerk's Office CM/ECF Help Desk.

DATED: July 20, 2026

Signed by:

*Matthew Joyce*

—07B601B840D34AB...
_____
Matthew Joyce
Plaintiff, Pro Se
600 Market Grove Dr #100
Wake Forest, NC 27587
Phone: (919) 259-4661
Email: m.joyce07@proton.me

PLAINTIFF'S NOTICE OF CORRECTION - 2

Matthew Joyce
600 Market Grove Drive #100
Wake Forest, NC 27587-7345
(919) 259-4661
m.joyce07@proton.me
Plaintiff, Pro Se

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

## SACRAMENTO DIVISION

| MATTHEW JOYCE, an individual, | Case No.  2:25-cv-01868-DJC-CSK (PS) |
|---|---|
| Plaintiff, | |
| v. | |
| ARB GAMING LLC dba MODO.US; AFFIRM, INC.; GOLDMAN SACHS BANK USA; APPLE INC.; AMAZON.COM, INC., | **INDEX OF EXHIBITS** |
| Defendants. | |

| Exhibit Letter | Date | Description of Document |
|---|---|---|
| Exhibit A | July 2026 | Screenshot of docket report found on PACER. |

DATED: July 20, 2026

Signed by:

*Matthew Joyce*

07B601B840D34AB

Matthew Joyce
Plaintiff, Pro Se
600 Market Grove Dr #100
Wake Forest, NC 27587
Phone: (919) 259-4661
Email: m.joyce07@proton.me

INDEX OF EXHIBITS - 1

# EXHIBIT A

EXHIBIT A – PAGE 1

CM✱ECF   Query   Reports ▾   Utilities ▾   Help   Log Out

**U.S. District Court**
**Eastern District of California - Live System (Sacramento)**
**CIVIL DOCKET FOR CASE #: 2:25-cv-01868-DJC-CSK**

(PS) Joyce v. ARB Gaming LLC, et al.
Assigned to: District Judge Daniel J. Calabretta
Referred to: Magistrate Judge Chi Soo Kim
Cause: 15:1601 Truth in Lending

Date Filed: 06/30/2025
Jury Demand: Plaintiff
Nature of Suit: 371 Truth in Lending
Jurisdiction: Federal Question

**Plaintiff**

**Matthew Thomas Joyce, E-SERVICE**

represented by **Matthew Thomas Joyce, E-SERVICE**
600 Market Grove Drive #100
Wake Forest, NC 27587-7345
(919) 259-4661
Email: m.joyce07@pronton.me
PRO SE

**Amina Michelle Mack , PHV**
The Mack Law Firm, PLLC
4242 Six Forks Road
Ste. 1550
Raleigh, NC 27609
984-480-7147
Email: legal@themacklaw.com
*TERMINATED: 06/10/2026*
*PRO HAC VICE*

**Jacqueline Sale**
Jacqueline M Sale Esq
18723 Via Princessa
#102
Santa Clarita, CA 91387
386-888-0529