Matthew Thomas Joyce
600 Market Grove Drive #100
Wake Forest, NC 27587-7345
(919) 259-4661
m.joyce07@proton.me
Plaintiff, Pro Se

FILED

JUL 17 2026

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
            DEPUTY CLERK

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# SACRAMENTO DIVISION

MATTHEW JOYCE, an individual,

Plaintiff,

v.

ARB GAMING LLC dba MODO.US;
AFFIRM, INC.;
GOLDMAN SACHS BANK USA;
APPLE INC.;
AMAZON.COM, INC.,

Defendants.

Case No.  2:25-cv-01868-DJC-CSK (PS)

**PLAINTIFF'S NOTICE OF REQUEST TO SEAL DOCUMENTS (E.D. CAL. L.R. 141(b))**

## PLAINTIFF'S NOTICE OF REQUEST TO SEAL DOCUMENTS

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that, pursuant to **E.D. Cal. Local Rule 141**, Plaintiff Matthew Joyce, appearing pro se, has requested that the Court seal one document lodged with the Court, and states as follows:

1. **General description of the document sought to be sealed.** The document is a single sealed exhibit, designated **In Camera Exhibit 1**, consisting of a declaration of Plaintiff, with

PL.'S NOT. OF REQ. TO SEAL DOCS - 1

attachments, concerning the **undisclosed conflict of interest and course of conduct of Plaintiff's former counsel** in this and a related arbitration proceeding. The exhibit **identifies and concerns a non-party** whose privacy the requested sealing is intended to protect. Consistent with L.R. 141, this Notice describes the document only generally and does not reveal its contents.

2. **Basis for sealing.** Plaintiff seeks sealing under the Court's **inherent supervisory authority over attorneys** who have appeared before it, the Court's authority to receive materials **in camera**, and the **"good cause"** standard applicable to material submitted for a supervisory, non-merits purpose rather than to decide any pending motion. The material concerns a **non-party's privacy** and is offered **solely for the Court's in camera review.**

3. **Manner of submission to the Court.** The **Request to Seal Documents**, the **[Proposed] Order**, and **In Camera Exhibit 1** are being submitted to the Court by e-mail to the Court's designated address, **CSKorders@caed.uscourts.gov**, with the subject line **"2:25-cv-01868-DJC-CSK — Request to Seal Documents,"** and are **not filed at this time**, in accordance with L.R. 141(b). This Notice is filed with the Clerk and served on all parties.

4. **Service.** Plaintiff has served this **Notice of Request to Seal Documents**, the **Request to Seal Documents**, and the **[Proposed] Order** on all parties on or before the date these materials are submitted to the Court. Plaintiff has **not** served the **contents of In Camera Exhibit 1** on any party, because the exhibit concerns a **non-party's privacy** (serving the contents would defeat the purpose of the request) and is offered **solely for in camera review** and not to decide any pending motion. Any party may oppose the request to seal within **three (3) days** of service of this Notice by submission to the Court's proposed-orders address (L.R. 141(c)).

5. **Relief requested.** Plaintiff requests that the Court receive In Camera Exhibit 1 in camera and maintain it under seal until further order of the Court, subject to later unsealing in whole or in part on the Court's order or on Plaintiff's application.

DATED: July 17, 2026

Signed by:

*Matthew Joyce*

07B601B840D34AB

Matthew Thomas Joyce
Plaintiff, Pro Se
600 Market Grove Dr #100
Wake Forest, NC 27587
Phone: (919) 259-4661
Email: m.joyce07@proton.me

PROOF OF SERVICE

I, Matthew Joyce, declare:

I am the Plaintiff in pro per in this action. My address is 600 Market Grove Drive, Suite 100, Wake Forest, North Carolina 27587. On July 17, 2026, I served the foregoing document titled PLAINTIFF'S NOTICE OF REQUEST TO SEAL DOCUMENTS, together with the Request to Seal Documents and the [Proposed] Order (but NOT the contents of In Camera Exhibit 1), on the parties to this action as follows:

By electronic mail pursuant to the parties' written consent under Fed. R. Civ. P. 5(b)(2)(E):

ARB Gaming LLC — Duane Morris LLP: Karen L. Alexander (KLAlexander@duanemorris.com); Daniel D. Wall (DWall@duanemorris.com)

Apple Inc. — DLA Piper LLP (US): John Gibson (John.Gibson@us.dlapiper.com)

Affirm, Inc. — Troutman Pepper Locke LLP: Ryan Lewis (Ryan.Lewis@troutman.com)

Goldman Sachs Bank USA — Morgan, Lewis & Bockius LLP:

Arjun Rao (arjun.rao@morganlewis.com), Marcos Sasso (marcos.sasso@morganlewis.com), Madison Marshall (madison.marshall@morganlewis.com) and KC Rosello (kathleen.rosello@morganlewis.com)

By United States Mail, first-class postage prepaid (no e-service consent on file):

Amazon.com, Inc. (not yet appeared; no counsel of record) at:
Amazon.com, Inc.
2626 Glenwood Ave, Suite 550

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on July 17, 2026, at Wake Forest, North Carolina.

PL.'S NOT. OF REQ. TO SEAL DOCS - 4

Signed by:

Matthew Joyce

07B601B840D34AB .

Matthew Thomas Joyce
Plaintiff, Pro Se
600 Market Grove Dr #100
Wake Forest, NC 27587
Phone: (919) 259-4661
Email: m.joyce07@proton.me