Matthew Joyce
600 Market Grove Drive #100
Wake Forest, NC 27587-7345
(919) 259-4661
m.joyce07@proton.me
Plaintiff, Pro Se

**FILED**

**JUL 2 8 2026**

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### SACRAMENTO DIVISION

| | |
|---|---|
| MATTHEW JOYCE, an individual,<br>Plaintiff,<br>v.<br>ARB GAMING LLC dba MODO.US;<br>AFFIRM, INC.; GOLDMAN SACHS BANK<br>USA; APPLE INC.; AMAZON.COM, INC.;<br>and DOES 1–50,<br><br>Defendants. | Case No. 2:25-cv-01868-DJC-CSK (PS)<br><br>**PLAINTIFF'S REQUEST THAT HIS OPPOSITIONS BE ACCEPTED ONE DAY OUT OF TIME** |

Hearing: August 25, 2026, 10:00 a.m., Courtroom 25 (Zoom) — Hon. Chi Soo Kim

Plaintiff Matthew Joyce, appearing pro se, submits his oppositions to the four pending motions one day after the date set by this Court's order (ECF 92), and asks that they be accepted. Fed. R. Civ. P. 6(b)(1)(B).

Plaintiff worked on these four briefs every day for nearly a week. He has no attorney. What he has is the set of tools available to him and the willingness to go back over the same pages until they are right, and that is how these papers were built — to a standard he believed this Court should be able to expect from any party appearing before it. He worked toward today's date until it ran out. What stopped him was not effort. It was what the final review turned up in his own drafts: a case cited for a holding that does not

appear anywhere in the opinion; a published-reporter citation that could not be confirmed and did not fit the decision's date; and two quotations from a recorded telephone call attributed to the other party when the recording does not establish who said them. Plaintiff could have filed those on time. He was not willing to. A party who signs a brief answers for every sentence in it, and Plaintiff had just learned that three of his were wrong. Filing them would have done more damage to this case — and given the defendants more to work with — than arriving a day later with them corrected. He fixed them instead. That is what the extra day was spent on.

No party is prejudiced by it. Replies are not due until August 7, 2026, and the hearing is August 25, 2026. Every defendant receives the oppositions on the same day, with its full reply period intact. Plaintiff does not ask to move the hearing or any other date on this Court's calendar, and he is not asking for time he has not already used — the papers are submitted with this request.

Plaintiff has met every deadline this Court has set, and asks that these oppositions be accepted as filed.

### DECLARATION OF MATTHEW JOYCE

I, Matthew Joyce, declare:

1. I am the Plaintiff in this action and I appear on my own behalf. I have personal knowledge of the facts stated in this declaration and could testify to them.

2. I worked on these four oppositions every day for nearly a week, including through the night before the July 27, 2026 date, in order to file them on time. I am not represented by counsel. I prepared them using the resources available to me and by reviewing the same material repeatedly.

3. In the final stage of that work I checked the authorities and record citations in all four briefs against primary sources — the courts' own orders and dockets, and the documents and recordings in my own possession.

2:25-cv-01868-DJC-CSK (PS) — PLAINTIFF'S REQUEST THAT HIS OPPOSITIONS BE ACCEPTED ONE DAY OUT OF TIME

4. That review found the errors described above in my own drafts. I corrected each of them rather than file it.

5. I am serving these papers on all consenting defendants by electronic service under Federal Rule of Civil Procedure 5(b)(2)(E) on the same day they are submitted, and on Defendant Amazon.com, Inc. by United States Mail. Nothing in this request or in the oppositions submitted with it waives or narrows any claim or right as to any Defendant, including Amazon.com, Inc.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on July 27, 2026, at Wake Forest, North Carolina.

Matthew Joyce

Plaintiff, Pro Se

Dated: July 27, 2026

Respectfully submitted,

Matthew Joyce

Plaintiff, Pro Se