Matthew Joyce
600 Market Grove Drive #100
Wake Forest, NC 27587-7345
(919) 259-4661
m.joyce07@proton.me
Plaintiff, Pro Se

**FILED**

JUL 28 2026

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

## SACRAMENTO DIVISION

| | |
|---|---|
| MATTHEW JOYCE, an individual,<br><br>Plaintiff,<br><br>v.<br><br>ARB GAMING LLC dba MODO.US;<br>AFFIRM, INC.;<br>GOLDMAN SACHS BANK USA;<br>APPLE INC.;<br>AMAZON.COM, INC.,<br><br>Defendants. | Case No. 2:25-cv-01868-DJC-CSK (PS)<br><br>**PLAINTIFF'S OPPOSITION TO DEFENDANT GOLDMAN SACHS BANK USA'S MOTION TO COMPEL ARBITRATION AND STAY (ECF 64); DEMAND FOR JURY TRIAL ON FORMATION UNDER 9 U.S.C. § 4**<br><br>Hearing: August 25, 2026, 10:00 a.m., Courtroom 25 (Zoom) — Hon. Chi Soo Kim |

## I. INTRODUCTION

Goldman asks this Court to send to arbitration a dispute about conduct that occurred before the agreement it invokes existed. Goldman's own declarant swears the account opened April 5, 2025. Goldman's own exhibit shows the first statement period beginning that day. The conduct at issue runs from September 2024. An agreement executed on April 5, 2025 cannot encompass claims arising from conduct largely completed before it existed — and scope is the second element of Goldman's own test.

Goldman's first element fails too, on what its declarant does not say. Shelly Knudtson

swears to Goldman's "ordinary business practices" — that a customer "had to" agree and that Goldman "would not have issued the Account" otherwise. She never says Goldman's records show that this customer clicked, accepted, or assented to anything. There is no click record, no timestamped assent log, no screenshot, no device, no signed acknowledgment. An inference from custom is not evidence that this consumer agreed, and whether an agreement was formed at all is a gateway question for this Court.

The declaration's one sentence about how the parties came to contract is also incomplete on Goldman's own documents. Knudtson swears that "on April 5, 2025, Plaintiff applied for an Apple Card." Goldman's own program emails show that April 5 was not an application but the completion of a months-long, Goldman-administered credit-monitoring program that invited Plaintiff to "reapply" — a sequence that began no later than early December 2024. Plaintiff does not dispute the April 5 account-opening date; he adopts it. The point is that a declarant who compresses that history into a single sentence cannot then supply, by inference from "practice," the one fact Goldman must actually prove.

Goldman's own choice of law does not save the motion. Goldman wrote Utah law into its form, but Utah law yields where it conflicts with a fundamental policy of California — the forum, the source of the claims, and the home of the affiliate the clause names. And the clause Goldman seeks to enforce waives public injunctive relief in every forum: relief the Complaint expressly seeks, relief California law protects, and a waiver the Ninth Circuit has held the Federal Arbitration Act does not save.

Each ground below defeats this motion standing alone. Plaintiff does not ask the Court to accept all of them. If Goldman failed to prove assent, the motion is denied on § IV.A without reaching scope. If the clause cannot reach conduct that predates it, the motion is denied on § IV.C without reaching formation. If the clause forecloses public injunctive relief, the motion is denied

as to that claim under § IV.E whatever the Court concludes about the rest. Goldman must win every element; Plaintiff need prevail on only one.

Formation is disputed, and Plaintiff demands a jury. Because Goldman has put the making of the agreement in issue and has offered custom in place of proof, Plaintiff — the party alleged to be in default — demands a trial by jury on the making of the arbitration agreement under 9 U.S.C. § 4. (§ IV.G, infra.)

One question runs through this case, and Goldman's motion sharpens it: whose terms, and can anyone produce them? Goldman moves to compel under a Customer Agreement it never shows this customer saw or accepted, to reach conduct that predates it, under a clause California law will not enforce. The motion should be denied.

## II. STATEMENT OF FACTS

The account opened April 5, 2025 and lived four days. Goldman's records, per its declarant, reflect that Plaintiff "applied for an Apple Card" and Goldman "issued an Apple Card account ending in 0501" on April 5, 2025. Knudtson Decl. ¶ 2. Goldman's own Exhibit 2 (the first Apple Card statement) shows a statement period of April 5–April 30, 2025, and a first transaction dated "04/05/2025 — MODO GOLD COINS ... $99.99." The account was closed April 9, 2025.

Goldman's own program records show what preceded that day. On March 5, 2025, Goldman's "Path to Apple Card" program wrote to Plaintiff that he was "making progress on your steps to improve your financial health and access to credit," that he would "be ready to reapply for Apple Card," that he was "3 months complete, 1 month left to go," and that "[y]our current Path to Apple Card program completion date is: April 5, 2025." (Joyce Decl. ¶ 2, Ex. D-1.) The same email stated that "Goldman Sachs will use your TransUnion credit reports to determine whether you completed your path." On April 5, 2025, Goldman wrote again: "You've reached your financial health goals and completed your Path to Apple Card program," and invited

Plaintiff to "[r]e-apply." (Joyce Decl. ¶ 3, Ex. D-2.)

The conduct at issue predates the account. The conduct underlying the Complaint runs from September 2024 through April 2025, including 154 recorded gameplay sessions between January 6 and March 31, 2025 (Joyce Decl. ¶ 15). The overwhelming majority of it predates April 5, 2025. (See § IV.C.)

The opt-out window ran April 5 to July 4, 2025. Knudtson swears the only means of rejection was "mailing GS Bank a written rejection notice within 90 days of Account opening," and that records "reflect that Plaintiff did not reject." Knudtson Decl. ¶ 4. Ninety days from April 5, 2025 is July 4, 2025. Inside that window, on Goldman's own recorded line, Plaintiff stated he did not want to arbitrate.

May 5, 2025 (recorded call, 00:02:58): "To be honest with you, like I said, I have a lawyer. She filed the claim and now she's trying to steamroll me into arbitrating when I don't want to arbitrate." (See § IV.D.)

Plaintiff appeared without counsel and had disclosed a disability. Days after the account opened, Plaintiff disclosed to Goldman in writing that he was disabled — by bipolar I disorder, of which his gambling was a manifestation — and in crisis (Apr. 8, 2025). That fact bears not on the merits of any claim but on whether a mail-only rejection mechanism functioned for this consumer. (See § IV.D.) Nothing in this opposition asks the Court to weigh how Goldman handled Plaintiff's account; those matters are reserved to the pleadings and to any later stage.

### III. LEGAL STANDARD

Goldman states the correct test, and Plaintiff accepts it. A court compels arbitration only where (1) a valid agreement to arbitrate exists and (2) the agreement encompasses the claims at issue. Chiron Corp. v. Ortho Diagnostic Sys., Inc., 207 F.3d 1126, 1130 (9th Cir. 2000). The Court answers both. Plaintiff meets Goldman on its own test and in its own order — element one

(§§ IV.A–B), then scope (§ IV.C).

The burden sits where the law puts it. Green Tree Fin. Corp.-Ala. v. Randolph, 531 U.S. 79, 91–92 (2000), places on the party resisting arbitration the burden of proving a provision's invalidity — a rule about the validity of an agreement that exists. It does not relieve the movant of first showing that an agreement was formed with this party. The existence of an agreement to arbitrate is a gateway question for the Court, not the arbitrator, and it is not delegable. Granite Rock Co. v. Int'l Bhd. of Teamsters, 561 U.S. 287, 296–301 (2010); Ahlstrom v. DHI Mortg. Co., 21 F.4th 631, 634–35 (9th Cir. 2021). Goldman, as movant, must show both a valid agreement and that it reaches these claims.

## IV. ARGUMENT

### A. Goldman has not shown that Plaintiff assented — its declarant swears to practice, not to this account.

(Answering Motion § IV.A.1) Goldman's proof of formation is a description of its own habit. Knudtson Decl. ¶ 3:

"As part of GS Bank's ordinary business practices at the time Plaintiff opened the Account, Plaintiff had to agree to the Customer Agreement in order to open the Account. Pursuant to GS Bank's practice, GS Bank would not have issued the Account if Plaintiff had not accepted the Customer Agreement as part of the Apple Card application process."

That paragraph proves what Goldman's practice is; it does not prove what this customer did. It contains no click record, no timestamped assent log, no screenshot of any presented agreement, no device or IP address, and no signed acknowledgment. It reasons backward from custom — the account issued, so acceptance must have occurred. Custom is not consent, and a counterfactual ("would not have issued") is not a record of what happened. Goldman knows how to speak to its records when they help it: paragraph 2 states that "GS Bank's records reflect" the

OPPOSITION TO GOLDMAN'S MOTION TO COMPEL ARBITRATION; DEMAND FOR JURY TRIAL UNDER 9 U.S.C. § 4 - 5

application and issuance. The declaration nowhere says GS Bank's records reflect that this customer accepted the arbitration provision. Within one declaration, Goldman recites its records for the facts it can prove and retreats to practice for the fact it must prove.

The declarant is not an application-records custodian. Knudtson identifies herself as a "Collections and Recovery Associate" (Knudtson Decl. ¶ 1). She describes what Goldman's practice would have required, not what Goldman's application records show for this account. No record of Plaintiff's actual enrollment — the artifact that would show assent — is put before the Court.

The declaration's account of the application is incomplete on Goldman's own documents. Knudtson gives the contracting history one sentence: "on April 5, 2025, Plaintiff applied for an Apple Card." Knudtson Decl. ¶ 2. Goldman's own program emails describe something else. On March 5, 2025 Goldman told Plaintiff he would soon "be ready to **reapply**," that he was "3 months complete, 1 month left to go," and that his "program completion date is: April 5, 2025"; on April 5 Goldman told him he had "completed your Path to Apple Card program" and invited him to "[r]e-apply." (Joyce Decl. ¶¶ 2–3, Exs. D-1, D-2.) A customer can only "re-apply" for something already applied for. By Goldman's own documents, April 5 was the end of a months-long, Goldman-administered sequence — an earlier application, its denial, and a monitoring program Goldman itself ran using Plaintiff's TransUnion reports — that began no later than early December 2024.

That gap matters to element one, and only to element one. Plaintiff does not contend an earlier application defeats formation, and he does not dispute that the account opened April 5, 2025. The consequence is narrower and it is fatal: Goldman's entire proof of assent is an inference from what its "ordinary business practices" would have required "as part of the Apple Card application process." Knudtson Decl. ¶ 3. Goldman's own records show more than one

application event, and the declaration never identifies which one it means, when the Customer Agreement was presented at either, or which version was presented. A practice inference cannot do the work of a record when the declarant's own account of the underlying events is demonstrably compressed.

The remaining paragraphs confirm the gap rather than close it. Paragraph 5 states only that "after GS Bank sent the Customer Agreement, Plaintiff made charges on the Account." That avers transmission and use. It does not aver when the agreement was presented, that Plaintiff opened or read it, or which version he received. Transmission plus later use is not proof of assent to an arbitration provision.

Goldman's own chosen validity route requires proof the declaration does not supply. Goldman relies on Utah law. Mot. § IV.A.1. Utah Code § 25-5-4(2)(e)(i) makes an electronic agreement enforceable where the party is "provided with a written copy of the terms." The declaration never says when, how, or in which version the Customer Agreement was provided to Plaintiff at the time of application. Paragraph 3 offers only practice; paragraph 5's single presentment fact is undated. Goldman has not established the very predicate its chosen law requires.

The memorandum claims more than the declaration says. The memorandum asserts Goldman "provided Plaintiff with the Customer Agreement at the time Plaintiff applied for the Account (Knudtson Decl. ¶ 3)." Mot. § IV.A.1. Paragraph 3 says no such thing; it speaks only of practice. The memorandum likewise states the provision "was presented to Plaintiff in writing during the application process." No paragraph of the declaration avers that. Argument is not evidence, and the gap between the two is Goldman's to close.

The declaration misdescribes the contract it sponsors. Paragraph 4 says Plaintiff could have rejected the provision only "by mailing GS Bank a written rejection notice." The Customer

OPPOSITION TO GOLDMAN'S MOTION TO COMPEL ARBITRATION; DEMAND FOR JURY TRIAL UNDER 9 U.S.C. § 4 - 7

Agreement itself provides that a customer "may reject this arbitration provision by contacting us using Messages, calling us, or writing to us" (Ex. 1). A declarant who misstates her own contract's rejection mechanism is not a reliable foundation for the sworn assertion that "GS Bank's records reflect" this customer did not reject. (See § IV.D.)

Formation is Goldman's burden and the Court's question. Because Goldman has proven its practice but not this party's agreement, it has not carried element one of its own Chiron test. Plaintiff does not contend the Customer Agreement is void, illegal, or invalid; he contends Goldman has not shown he entered it. That distinction matters: the challenge is to formation, which is for the Court, not to the enforceability of a concededly formed contract. **This ground alone requires denial.**

Plaintiff notes, in good faith and with respect for the bar, that the supporting declaration is captioned to a judge and courtroom other than the one now assigned, and that the memorandum refers in places to the "FRCA." He raises these only as clerical irregularities, asks the Court to resolve nothing on them, and rests on the merits of the argument alone.

**B. Utah law does not displace California's fundamental policy.**

(Answering Motion § IV.A.1) Goldman wrote Utah law into its own form and now asks this Court to apply it. A contractual choice of law is not automatic. It yields where (a) the chosen law conflicts with a fundamental policy of a state that (b) has a materially greater interest in the issue and whose law would otherwise govern. Nedlloyd Lines B.V. v. Superior Court, 3 Cal. 4th 459, 464–66 (1992); Application Grp., Inc. v. Hunter Grp., Inc., 61 Cal. App. 4th 881, 897–902 (1998). Plaintiff does not dispute that Utah bears a substantial relationship to the parties — GS Bank USA is chartered there — so the clause is not invalid on its face. The analysis turns on the second step, and there California prevails.

California has the materially greater interest. This action is venued in this District. The

claims against Goldman arise under California's Unfair Competition Law, Cal. Bus. & Prof. Code § 17200. Apple Inc. — a California corporation and, on Goldman's own clause, a named affiliate-beneficiary of the arbitration provision — sits at the center of the transactions. California's interest in applying its own consumer-protection law to conduct centered in California is materially greater than Utah's interest in the enforceability of a form clause chosen by the drafter.

Utah law here conflicts with a fundamental California policy. California makes unenforceable any provision that waives the right to seek public injunctive relief in any forum. McGill v. Citibank, N.A., 2 Cal. 5th 945, 961–63 (2017). To the extent the chosen Utah law would enforce the waiver California forbids (§ IV.E), the choice-of-law clause yields and California law governs that question. A drafter that selects a state's law to validate its clause cannot also use that selection to escape the forum state's fundamental policy.

Goldman's invocation of Utah law is selective. The arbitration provision Goldman seeks to enforce names Apple Inc. — a California corporation — as an affiliate entitled to its benefit. Goldman drafted that term. The clause therefore extends Goldman's chosen protections to a California company, in a California forum, against claims arising under California's Unfair Competition Law. Goldman asks this Court to apply Utah law only where California law would defeat the clause. A drafter may select the law that validates its own form. It may not extend that form's benefits to a California affiliate, litigate in California, and simultaneously disclaim the single policy California reserves to itself.

The point is narrow and does not unravel the agreement. Plaintiff does not ask the Court to void the contract or to displace Utah law wholesale. He asks the Court to apply California's anti-waiver policy to the single question California law reserves to itself — the enforceability of a public-injunctive-relief waiver — which is the question that decides § IV.E.

**C. The provision cannot reach conduct that predates the account.**

(Answering Motion § IV.A.2 — the scope element) This section runs entirely on Goldman's own papers. Scope is element two of Goldman's Chiron test, and Goldman's own exhibits defeat it.

    a) Account opened April 5, 2025. Knudtson Decl. ¶ 2.

    b) First statement period April 5–April 30, 2025; first transaction "04/05/2025 — MODO GOLD COINS ... $99.99." Goldman Ex. 2.

    c) Conduct at issue: September 2024 through April 2025, including 154 recorded gameplay sessions from January 6 to March 31, 2025. Joyce Decl. ¶ 15.

An agreement cannot encompass claims arising from conduct completed before the agreement existed. The arbitration clause could not have been formed before April 5, 2025. By its own terms the clause reaches disputes "arising from or relating to" the Agreement, the Account, and the parties' relationship. Conduct that occurred before the Account and the relationship existed does not "arise from or relate to" them. Nothing in the clause purports to reach backward to conduct predating its formation, and the Court will not read a retroactive sweep into a clause that does not state one. Drafters who intend an arbitration provision to reach disputes that predate the agreement say so expressly. Goldman's clause contains no such language; its reach is prospective, and the pleaded conduct is not.

The dates on Goldman's own exhibit place the overwhelming majority of the conduct outside the clause. The months of activity from September 2024 through early April 2025 — including all 154 recorded gameplay sessions ending March 31, 2025 — were complete before the account existed. A clause that came into being on April 5, 2025 does not reach them.

Plaintiff is precise about the narrow band that is within the window. A small remainder of conduct falls on or after April 5 — the first Modo charge posted that day; the account closed April 9. Plaintiff does not say "none." He says the overwhelming majority of the pleaded conduct

predates the agreement, and that Goldman's request to compel "all of Plaintiff's claims in this action" cannot be squared with the dates on Goldman's own statement.

Independently, Goldman never carried its scope burden as to the claims actually pled. Goldman's scope section argues that the provision covers "Plaintiff's statutory FCRA claim ... relat[ing] to how GS Bank reported the Account to the credit reporting agencies." Mot. § IV.A.2. The Complaint pleads no FCRA claim — against Goldman or anyone. The claims actually asserted against Goldman are Unfair Competition (§ 17200), Unjust Enrichment, Payment Processor Liability, and Aiding and Abetting. ECF 33 ¶¶ 286–303, 304–324, 385–400, 401–414.

What those claims seek from Goldman is not the recovery of gambling losses. Each is directed at Goldman's own conduct as a bank — how it adjudicated Plaintiff's billing disputes, what it reported, and its continued collection activity on the account after it closed, including its December 3, 2025 demand for a "past due balance of 39.37" born of the disputes it denied. (Joyce Decl. ¶ 9, Ex. A at pp. 181–82.) Plaintiff does not ask this Court, or any arbitrator, to make him whole for money wagered. That distinction matters to scope: the acts complained of are Goldman's, they are separable from any wager, and Goldman's motion never addresses them.

Goldman quoted a broad clause but tied it only to a claim that does not exist. Goldman recites that the provision reaches claims "arising from or relating to ... the Account ... servicing ... [and] credit bureau reporting," then applies it solely to the phantom FCRA claim. It never analyzes whether the four claims Plaintiff actually pleads fall within the clause. A movant that briefs the wrong complaint has not carried its Chiron prong-two burden as to the operative one, and it may not make that showing for the first time on reply. The temporal defect in paragraphs 31–34 disposes of scope regardless; this is a second, independent failure of Goldman's own element two. **Either failure alone requires denial.**

**D. The mail-only rejection mechanism was illusory as applied to this consumer.**

(Answering Motion § IV.A.1) Goldman rests on one sentence about rejection. Knudtson swears the only means of rejection was "mailing GS Bank a written rejection notice within 90 days of Account opening," and that records "reflect that Plaintiff did not reject." Knudtson Decl. ¶ 4. The window ran April 5 to July 4, 2025.

Inside that window, Goldman heard the objection its mechanism was meant to capture.

May 5, 2025 (recorded call, 00:02:58): "I have a lawyer. She filed the claim and now she's trying to steamroll me into arbitrating when I don't want to arbitrate." Goldman recorded the call and retained it.

The Customer Agreement did not, in fact, require a letter. The agreement itself permits rejection "using Messages, calling us, or writing to us" (Ex. 1) — not by mail alone, as the declaration states (§ IV.A ¶ 24). A recorded telephone call is a channel the contract itself recognizes. Goldman thus had a customer state, inside the window, through a contract-recognized channel, that he did not want to arbitrate.

What the declarant's sentence establishes, and what it does not. That Plaintiff "did not reject" establishes only that no letter arrived. It does not establish that Goldman lacked notice of his objection, and it does not establish that a rejection mechanism Goldman describes as mail-only functioned for a disabled pro se consumer who stated his objection to the bank, in the window, on the bank's own line.

Plaintiff does not overstate the record, and he meets Goldman's answer in advance. Plaintiff does not claim the May 5 statement was a formal rejection of Goldman's clause, and he pleads no waiver. Goldman may respond that Plaintiff was describing his own counsel pushing him toward a different arbitration. Even on that reading, the point holds: Goldman's rejection right functions only for a consumer who already knows the provision exists, knows the 90-day deadline, and knows the permitted method. On this record Plaintiff knew none of the three, and

Goldman — which had him on a recorded line inside its own window — said nothing about its provision, its deadline, or how to exercise it. This section is offered as supporting weight; the motion fails on §§ IV.A and IV.C regardless.

### E. The clause waives public injunctive relief in every forum, and that waiver is unenforceable.

(Answering Motion § IV.A) The Complaint seeks public injunctive relief. ECF 33 ¶ 303 and Prayer ¶ (h) seek to halt the challenged practices for the benefit of the public, not merely to remedy Plaintiff's own past injury. That relief is authorized by the Unfair Competition Law.

California makes a waiver of that relief in any forum unenforceable. A provision that purports to waive the right to seek public injunctive relief in any forum is contrary to California public policy and unenforceable. McGill v. Citibank, N.A., 2 Cal. 5th 945, 961–63 (2017). The arbitration provision operates as such a waiver: by its terms it commits every claim to a bilateral arbitration between Plaintiff and Goldman alone (Ex. 1). The rule protects the public, not merely the plaintiff: public injunctive relief under the UCL runs to the general public's benefit, and a bilateral arbitration confined to this Plaintiff's own claims cannot award it. A clause foreclosing that relief in every forum is unenforceable to that extent.

The McGill rule is not preempted, and the Ninth Circuit has affirmed denial of a motion to compel on this posture. The Federal Arbitration Act does not preempt McGill; a motion to compel must be denied to the extent the clause forecloses statutorily authorized public injunctive relief. Blair v. Rent-A-Center, Inc., 928 F.3d 819, 827–31 (9th Cir. 2019). Blair is directly on point — the Ninth Circuit there affirmed the denial of a motion to compel where the clause waived public injunctive relief — and it controls here. Cf. Hodges v. Comcast Cable Commc'ns, LLC, 21 F.4th 535, 542–49 (9th Cir. 2021) (defining the scope of public injunctive relief).

This ground is independent of formation and scope. Even if Goldman had shown assent and a clause that reached these claims — it has not — the provision could not be enforced to

OPPOSITION TO GOLDMAN'S MOTION TO COMPEL ARBITRATION; DEMAND FOR JURY TRIAL UNDER 9 U.S.C. § 4 - 13

compel arbitration of Plaintiff's public injunctive claim. On this record the entire motion fails; on this ground alone, the request to compel the public-injunctive claim fails outright.

**F. No stay of the action is warranted as to non-arbitrable claims or the other defendants.**

(Answering Motion § IV.B) Goldman is one of five defendants. Even if any claim against Goldman were compelled — and none should be — four other defendants remain: ARB Gaming, Affirm, Apple, and Amazon. The claims against them are not subject to Goldman's Customer Agreement, and those defendants are not parties to it. Amazon has not yet appeared; the claims against it remain pending and are preserved.

A stay reaches only what is actually compelled. Any stay runs to the claims sent to arbitration, not to the balance of the action; the Court retains authority to proceed on the non-arbitrable claims and against the non-moving defendants, and the prospect of some piecemeal litigation does not warrant staying claims that belong in this Court. Moses H. Cone Mem'l Hosp. v. Mercury Constr. Corp., 460 U.S. 1, 20 & n.23 (1983).

The question is not reached on this record. Because Goldman has not shown that any claim is arbitrable, the Court need not reach a stay at all. If it does, any stay should be confined to whatever, if anything, is compelled, and the action should otherwise proceed.

**G. If the Court does not deny the motion outright, Plaintiff demands a jury trial on the making of the agreement under 9 U.S.C. § 4.**

The statute Goldman moves under supplies the procedure. Section 4 provides that "[i]f the making of the arbitration agreement ... be in issue, the court shall proceed summarily to the trial thereof," and that "the party alleged to be in default may ... demand a jury trial of such issue." 9 U.S.C. § 4. Goldman moved under § 4. Plaintiff is the party alleged to be in default.

The making of the agreement is squarely in issue. Goldman has offered no click record, no assent log, no screenshot, no device or IP data, and no signed acknowledgment — only a declarant's description of what Goldman's "ordinary business practices" would have required,

from a declarant who is not an application-records custodian and whose one-sentence account of the application is incomplete on Goldman's own program emails. (§ IV.A.) Plaintiff denies that he was ever shown or accepted the arbitration provision Goldman seeks to enforce.

Plaintiff therefore demands a jury trial on that issue. Should the Court conclude that Goldman's showing is sufficient to avoid outright denial but insufficient to establish formation as a matter of law, the remaining dispute is a factual one over the making of the agreement, and § 4 commits it to a jury on the demand of the party against whom arbitration is sought. Plaintiff makes that demand here and preserves it.

## V. CONCLUSION

Goldman moves to compel under an agreement it has not shown this Plaintiff entered, to reach conduct that predates the agreement's existence, under a clause that waives public injunctive relief California law protects. On Goldman's own test and its own exhibits, the motion fails at both elements, and independently under McGill and Blair. Any one of those grounds requires denial; Goldman must carry all of them and has carried none. The motion to compel arbitration and to stay should be denied. In the alternative, and only if the Court does not deny the motion outright, Plaintiff demands a trial by jury on the making of the agreement under 9 U.S.C. § 4.

Plaintiff closes as he must. Defendants' principal defenses — that Plaintiff assented to terms he was never shown, and that the acts of counsel bind him — are not answers to this Complaint. They are its subject. Plaintiff appears without counsel by necessity; he does not appear without a record. Plaintiff intends to litigate this matter to conclusion and to pursue every avenue of review available to him.

DATED: July 28, 2026

Signed by:

*Matthew Joyce*

07B601B840D34AB

Matthew Joyce
Plaintiff, Pro Se
600 Market Grove Dr #100
Wake Forest, NC 27587
Phone: (919) 259-4661
Email: m.joyce07@proton.me

Matthew Joyce
600 Market Grove Drive #100
Wake Forest, NC 27587-7345
(919) 259-4661
m.joyce07@proton.me
Plaintiff, Pro Se

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| MATTHEW JOYCE, an individual,<br><br>Plaintiff,<br><br>v.<br><br>ARB GAMING LLC dba MODO.US;<br>AFFIRM, INC.;<br>GOLDMAN SACHS BANK USA;<br>APPLE INC.;<br>AMAZON.COM, INC.,<br><br>Defendants. | Case No.  2:25-cv-01868-DJC-CSK (PS)<br><br>**DECLARATION OF MATTHEW JOYCE IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANT GOLDMAN SACHS BANK USA'S MOTION TO COMPEL ARBITRATION AND STAY (ECF 64)**<br><br>Hearing: August 25, 2026, 10:00 a.m.,<br>Courtroom 25 (Zoom) — Hon. Chi Soo Kim |

I, Matthew Joyce, declare:

1.    I am the Plaintiff in this action and I appear on my own behalf. I have personal knowledge of the facts stated in this declaration, and if called as a witness I could and would testify competently to them. The exhibits referenced below are true and correct copies of the documents they are described to be.

2.    Attached as Exhibit D-1 is a true and correct copy of an email I received from Goldman Sachs's "Path to Apple Card" program on March 5, 2025. The copy attached is one I forwarded to myself in June 2026 from the account at which I originally received it; the message,

DECLARATION OF MATTHEW JOYCE — OPPOSITION TO GOLDMAN'S MOTION TO COMPEL
ARBITRATION - 1

its date, and its contents are otherwise unaltered.

3.    Attached as Exhibit D-2 is a true and correct copy of an email I received from Goldman Sachs on April 5, 2025. As with Exhibit D-1, the attached copy is a June 2026 self-forward of the message I received in 2025; the message, its date, and its contents are otherwise unaltered.

4.    In 2025 I placed a number of telephone calls to Apple Card customer service, which is operated by Goldman Sachs Bank USA. I was a party to each of those calls. Each was recorded, and on each call the Goldman Sachs representative stated at the outset that the line was recorded and monitored. I made and retained my own recordings of these calls, and I reviewed those recordings in preparing this declaration. Where I quote a call below, I am quoting the recording. The timestamps I give are the elapsed time from the beginning of each recording. I do not lodge the recordings with this declaration; they remain in my possession, and I will produce or lodge them in whatever form the Court directs.

5.    (The April 12, 2025 call.) On April 12, 2025 I spoke with Goldman Sachs for approximately sixty-seven minutes. On that call:

(a) The representative told me my account had been closed "[a]s of April 9th, 2025," and that it could "no longer be used for purchases because there was a failure to comply with the terms of the customer agreement." (07:00.)

(b) The representative told me the card "doesn't allow for the card to be used for cryptocurrency, lottery tickets, casino gaming," and then said, of the charges that had gone through, "I don't know why those were able to go through." (34:09, 34:33.) Later she said, "Give me one moment here and just try to figure out how those transactions were even able to go through … with the credit card," and then, "That's probably why it was closed out is due to the gambling." (37:38, 37:53.)

(c) The representative reviewed my account and stated, "I'm seeing in total, I'm filtering your account for one year and I'm double checking that is 21, 21 transactions from them." (53:47.)

(d) The representative told me that the account could not be reopened but that "you are … welcome to reapply in the future," and that I "would just have to pay the balance off." (41:42, 41:48.)

(e) On this same call, Goldman Sachs's disputes specialist opened my disputes. She read me the available dispute reasons and recorded my disputes under option two: "the merchandise or service was received but is defective or not as described." (1:00:08.) I did not select, and was not offered as the ground I chose, any category described as a billing error.

(f) Also on this call, I told the representative about my condition and my circumstances. I said that "when you have bipolar and you're … completely sleep deprived … gambling creates like a heightened state of euphoria that leads to just … reckless, reckless spending"; that I had told the merchant "that I had cashed all my savings and my investments to play"; and that I had told the merchant "that I had to sell pieces of my business to keep playing." (34:51, 35:07.) The representative acknowledged that the charges had "made you feel like you're in a severe condition." (34:33.) She did not dispute anything I told her.

6. (The April 10, 2025 call.) On April 10, 2025 I spoke with a Goldman Sachs fraud representative. She read me the card's prohibited-transaction rules and then said of my charges: "those transactions might be declined by our system for those reasons but in your case those were not declined I'm not very sure why." (24:29.) I asked what Goldman's fraud team considered the merchant to be. She answered that it was "a normal merchant." (25:37.)

DECLARATION OF MATTHEW JOYCE — OPPOSITION TO GOLDMAN'S MOTION TO COMPEL ARBITRATION - 3

7.    (The September 26, 2025 call.) On September 26, 2025 I spoke with Goldman Sachs about three disputes that had been reasserted and denied. The representative confirmed, "all three of these suits came back as denied," and later, "It just shows me here that the disputes were denied." (04:26, 06:00.) I told her that all of my disputes — "the three that were not ruled in my favor, as well as the 20 that were" — "were all open for the same reason." (05:12.)

8.    (The explanations Goldman gave for closing the account.) Goldman Sachs gave me several different explanations, on recorded lines, for why my account was closed:

(a) that it was closed "to protect us and you from the merchants." When I asked whether Goldman believed the merchant had been defrauded, the representative answered, "No, we were and you were to protect us and you from the merchants." (Call of April 14, 2025, at 06:26.) On the same call she said, "I suppose because of the fraud risk, it was closed," and "it was closed because of fraud risk" (04:07, 05:38), and told me, "I can create a case for your account being closed in error" (02:42).

(b) that it was closed for a violation of the account terms.

(c) that it was closed "because abuse." The representative said, "I see that the account was closed because abuse is like they stated that these disputes were open for abuse." (Call of April 13, 2025, at approximately 23:30.)

(d) that it had been closed in error, with me "welcome to reapply in the future." (Call of April 12, 2025, at 41:42.)

9.    (The support-channel record.) Attached as Exhibit A is a true and correct copy of the export of my Apple Card support message history with Goldman Sachs, 188 pages, which I exported from my own device. Among other things, it contains: the "MODO GOLD COINS" transaction entries (p. 4); Goldman Sachs's April 8, 2025 restriction notice (p. 6); my April 14, 2025 message stating "Apple Card had to call for a wellness check on me other day so I'm not in

DECLARATION OF MATTHEW JOYCE — OPPOSITION TO GOLDMAN'S MOTION TO COMPEL ARBITRATION - 4

the best state to articulate things clearly" (p. 28); a Goldman Sachs specialist's July 28, 2025 statement, "I'm not sure why your disputes were ruled as such" (p. 79); Goldman Sachs's statement that "[w]e don't currently have a department or service who helps disabled people at Apple Card" (p. 132); Goldman Sachs's September 26, 2025 written denial stating that it "found that no billing error occurred … because there is no evidence to substantiate the claim," and my reply in the same exchange, "By the way I never stated any of them were billing errors" (p. 148); and the past-due balance of $39.37 (pp. 181–82).

10.     (The merchant's representment packets.) In connection with my disputes and each of the three refilings, Goldman Sachs sent me the merchant's representment packet, both by mail and by email. I received six complete copies, each bearing its own Goldman Sachs case number, and each enclosing the same AAA / Orange County, Florida terms. Attached as Exhibit C is a true and correct copy of one of those packets as I received it, redacted under Federal Rule of Civil Procedure 5.2.

11.     (The packet's own validation page.) Exhibit C includes a page captioned "Data Intelligence and Validation Evidence," bearing the heading "Merchant Name: ARB Gaming" and a Goldman Sachs case number, which gives the "Customer Date Of First Transaction" as April 8, 2025, at 01:40:05. The same page states "Customer Id Verified: Yes," "Customer Ssn Verified: Yes," and "Customer Proof Of Address: Yes," and states that "[t]he customer agreed to the terms and conditions prior to being charged" and that the "Customer purchased through click to accept process." The same date and timestamp — April 8, 2025, 01:40:05 — appear identically in each of the six copies I received. Each page of each packet also carries a printed statement that the documents "illustrate an example of the customer journey" and that "[n]o warranty against error is implied or represented."

12.     (The merchant's payment reports.) Attached as Exhibit F-1 and Exhibit F-2 are true

and correct copies of two payment reports for my account with the merchant, each headed "MODO PAYMENT REPORT" and each bearing my name and the email address associated with my account. I obtained both reports from the merchant, by email, in response to my own written requests.

13.   On April 4, 2025 at 2:52 a.m. I wrote to the merchant's support address asking for an updated history, stating: "Don't need the stuff from 2024 had that and was sent out. Just updated." At 5:40 a.m. that morning the merchant's support team replied, attaching what it described as "the 2025 Purchase & Redemption History," and wrote: "This data will be from January 2025 to April 4th, 2025 at the time that I pulled the data." The same message stated: "If you make 600+ in Redemptions in a given tax year, you will qualify for a 1099 when the 2025 tax season begins and we will send the 1099 out via email to the email linked to your Modo account & to the mailing address linked to your Modo account." A true and correct copy of that exchange is attached as Exhibit F-3. I had received the 2024 report from the merchant earlier, in the same manner.

14.   Exhibit F-1 covers August 25, 2024 through December 31, 2024. Exhibit F-2 was pulled by the merchant on April 4, 2025 and covers January 2025 forward; the last transaction it lists is dated March 24, 2025. Every transaction listed in both reports is marked "APPROVED." Neither report reflects a single declined transaction. I do not represent that these reports are a complete record of all activity on my account; they are the reports the merchant gave me.

15.   (Recorded gameplay.) I recorded my own gameplay on the merchant's platform. Those recordings reflect 154 separate sessions between January 6, 2025 and March 31, 2025. The recordings remain in my possession, and I will produce or lodge them in whatever form the Court directs.

I declare under penalty of perjury under the laws of the United States of America that the

foregoing is true and correct.

Executed on July 28, 2026, at Wake Forest, North Carolina.

Signed by:

Matthew Joyce

07B601B840D34AB

Matthew Joyce
Plaintiff, Pro Se
600 Market Grove Dr #100
Wake Forest, NC 27587
Phone: (919) 259-4661
Email: m.joyce07@proton.me

Matthew Joyce
600 Market Grove Drive #100
Wake Forest, NC 27587-7345
(919) 259-4661
m.joyce07@proton.me
Plaintiff, Pro Se

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**SACRAMENTO DIVISION**

| | |
|---|---|
| MATTHEW JOYCE, an individual, | Case No.  2:25-cv-01868-DJC-CSK (PS) |
| Plaintiff, | |
| v. | **INDEX OF EXHIBITS** |
| ARB GAMING LLC dba MODO.US; AFFIRM, INC.; GOLDMAN SACHS BANK USA; APPLE INC.; AMAZON.COM, INC., | |
| Defendants. | |

PLAINTIFF'S INDEX OF EXHIBITS

| Exhibit Letter | Date | Description of Document |
|---|---|---|
| Exhibit A | 4/8/2025 – 12/3/2025 | Export of Plaintiff's full Apple Card support message history with Goldman Sachs, exported from his own device |
| Exhibit C | Undated | One of the merchant response packets Plaintiff received from Defendant Goldman Sachs in the chargeback process |
| Exhibit D-1 | 3/5/2025 | Email from Goldman Sachs's "Path to Apple Card" program |
| Exhibit D-2 | 4/5/2025 | Email from Goldman Sachs |

INDEX OF EXHIBITS - 1

| Exhibit F-1 | Undated | Merchant payment report headed "MODO PAYMENT REPORT" for 2024, obtained by Plaintiff directly from the merchant |
| Exhibit F-2 | Undated | The same report for 2025 |
| Exhibit F-3 | 4/4/2025 | Email exchange of April 4, 2025 in which the merchant's support team sent Plaintiff his purchase and redemption history and explained when a 1099 would issue |

DATED: July 28, 2026

Signed by:

*Matthew Joyce*

07B601B840D34AB...

Matthew Joyce
Plaintiff, Pro Se
600 Market Grove Dr #100
Wake Forest, NC 27587
Phone: (919) 259-4661
Email: m.joyce07@proton.me

INDEX OF EXHIBITS - 2

# EXHIBIT A

I need help with my restricted Apple Card account.

urn:biz:b15ed773-9eed-11e7-baa2-7b88b04daa8e

Hello 🙋, I'm Apple's automated assistant. Apple will keep this conversation and may use it to provide you support, for quality assurance, to train advisors and improve contact center technologies. Tap the link below to see how your data is managed...

4/8/2025 11:12:13 AM

urn:biz:b15ed773-9eed-11e7-baa2-7b88b04daa8e

Legal - Message Apple & Privacy- Apple
https://www.apple.com/legal/privacy/data/en/message-apple/
www.apple.com

4/8/2025 11:12:13 AM

urn:biz:b15ed773-9eed-11e7-baa2-7b88b04daa8e

You're now connected to the Apple Card team at Goldman Sachs.

4/8/2025 11 12 13 AM

urn:biz:b15ed773-9eed-11e7-baa2-7b88b04daa8e

A Specialist will send you a message here after reviewing your account.

4/8/2025 11 12 29 AM

Ok cool

4/8/2025 11 13:08 AM

urn:biz:b15ed773-9eed-11e7-baa2-7b88b04daa8e

Hi, Matthew, my name is Henry, I will be happy to help you with your Apple Card account.

4/8/2025 11 13 18 AM

urn:biz:b15ed773-9eed-11e7-baa2-7b88b04daa8e

When you're free, please give us a call at (877) 255-5923 so we can complete your request.

4/ 2025 11 14 56

Can we talk in chat box?

Hello , I'm Apple's automated assistant. Apple will keep this conversation and may use it to provide you support, for quality assurance, to train advisors and improve contact center technologies. Tap the link below to see how your data is managed...

https://www.apple.com/legal/privacy/data/en/message-apple/

urn:biz:b15ed773-9eed-11e7-baa2-7b88b04daa8e

I can answer questions about Apple products, help you get support,
assist with a purchase, and more.

Some things you can ask me:
- Buy an iPhone
- Book a Genius Bar appointment
- Get my iPhone screen fixed
- Chat with an Apple agent

4/8/2025 11:14:59 AM

urn:biz:b15ed773-9eed-11e7-baa2-7b88b04daa8e

What can I do for you today?

4/8/2025 11.15 19 AM

Chat with Apple agent

4/8/2025 11 15 21 AM

urn:biz:b15ed773-9eed-11e7-baa2-7b88b04daa8e

I can put you in touch with someone, but I'll need a little more
information.

Please choose an option from the list below, or tell us the topic you need
help with.

4/8/2025 11 15 22 AM

urn:biz:b15ed773-9eed-11e7



4       5

❖

Apple Card

I can help you with your Apple Card.

urn:biz:b15ed773-9eed-11e7-baa2-7b88b04daa8e

**Verify with Goldman Sachs**

4/8/2025 11 15:34 AM



4/8/2025 11:15:36 AM

urn:biz:b15ed773-9eed-11e7-baa2-7b88b04daa8e

**You're now connected to the Apple Card team at Goldman Sachs.**

4/8/2025 11:15:36 AM

urn:biz:b15ed773-9eed-11e7-baa2-7b88b04daa8e

**A Specialist will send you a message here after reviewing your account.**

4/8/2025 11:15:51 AM

> Ok I'll hold

4/8/2025 11 15 53 AM

urn biz:b15ed773-9eed-11e7-baa2-7b88b04daa8e

**Hello, my name is Laura, your Apple Card Specialist at Goldman Sachs USA and I'll be more than happy to assist you with this concern today!**

4/8/2025 11 16 07 AM

> Hey Laura saw my Apple Card got frozen

4/8/2025 11 16 15 AM

> Wanted to inquire why?

4/8/2025 11 16 38 AM

urn biz b15ed773-9eed-11e7-baa2-7b88b04daa8e

**Thank you for bringing this to my attention, I will take a look to your account Matthew .**

4  2      1    AM

> Ok also you work for Apple or Goldman Sachs?

4      1   4

Goldman Sachs but I am an Apple Card specialist.

> Ok no problem

> If you can give me some clarity that would be great, thanks Laura!

Sure.

urn:biz:b15ed773-9eed-11e7-baa2-7b88b04daa8e

**It seems like your account it's under review at the moment due to a transactions from MODO GOLD.**

4/8/2025 11:22:28 AM

Not surprisingly , are they a restricted merchant?

4/8/2025 11:23:31 AM

urn:biz:b15ed773-9eed-11e7-baa2-7b88b04daa8e

**Not really but they were a lot of transactions from the same days and more than $50 every time.**

4/8/2025 11:24:41 AM

I understand.  Thank you for doing that.  I have mental disabilities and have really been in crisis and struggling.

4/8/2025 11 27 07 AM

urn:biz:b15ed773-9eed-11e7-baa2-7b88b04daa8e

**I am sos sorry that you are on this situation, On Apple Card we trust you, that's why you will never be liable for a transaction that you did not authorize.**

4/8/2025 11:27:50 AM

I hope I can still use the card, was looking forward to having a Apple Card.  Was doing so great before modo.  I've had to sell parts of my business and hurt the people around me I love most.

4/8/2025 11 28 17 AM

No I made it ma'am, they put money in my account every day.  I lose it then I spend more

4/8/2025 11 29 25 AM

urn biz b15ed773 9eed  1e7 baa2 7b88b04daa8e

**When the review is over you will see the new status on the wallet app to see when you can use the card back.**

4   2025

Ok.  Can I maybe talk to a specialist from Apple as well?

**Sure!**

Ok great thank you.

urn:biz:b15ed773-9eed-11e7-baa2-7b88b04daa8e

Let me connect you to someone who can help. If you need to step away, don't worry. We'll send you a message when we're ready for you.

4/8/2025 11:31:20 AM

> Sounds good.  Sorry for rambling on, it's just been a hard few months for me.

4/8/2025 11:31:43 AM

urn:biz:b15ed773-9eed-11e7-baa2-7b88b04daa8e

Hi! Thanks for contacting Apple Support ,I hope you're having a great day! 😄

4/8/2025 1:40:37 PM

urn:biz:b15ed773-9eed-11e7-baa2-7b88b04daa8e

We've closed this conversation for now. If you still need help, just send us a message, and we can pick up where we left off.

4/8/2025 1 40 37 PM

urn:biz b15ed773-9eed-11e7-baa2-7b88b04daa8e

If there's nothing else we can help you with right now, we'd love to hear how we did.

4/8/2025 1 40 38 PM

urn:biz:b15ed773-9eed-11e7-baa2-7b88b04daa8e

https://feedback.applesurveys.com/jfe/form/SV_dhUxZ00iyKBQnCC?Q_ULED=0ff45596-3bb6-4c48-b17d-b6a932108ca3&pl=EN,FR-CA,ES

4/8/2025 10 16 35 PM

> I need help with my restricted Apple Card account.

4/8/2025 10 16 42 PM

urn biz b15ed773-9eed-11e7-baa2-7b88b04daa8e

You're now connected to the Apple Card team at Goldman Sachs.

4   2025   1  42

15ed,         1      7b88b04daa8e

A Specialist will send you a message here after reviewing your account.

4

Hello Matthew, my name is Layeska an Apple Card Specialist at Goldman Sachs Bank USA, and I'll be glad to assist you today. I can see you need assistance with your restricted Apple Card, correct?

> Hey we spoke earlier.  Sorry if I sounded like a lunatic.  I finally realized I had to get help with my gambling, did that today.  Won't be spending anymore money on modo.

urn:biz:b15ed773-9eed-11e7-baa2-7b88b04daa8e

For the safety of your account, the account has been restricted and is currently under review. When the review is finished, you should be able to see the new status in your wallet. These reviews can take 5-7 business days, but are usually completed on a faster timeline.

4/8/2025 10:19:29 PM

Just wanted to apologize, I was being compulsive and it helped me realize I had to stop. Thank you for that. As mentioned, hope I can use Apple Card in the future. Also if I am unbanned if you could put restriction on any social casino I would appreciate that greatly.

4/8/2025 10:19:52 PM

urn:biz:b15ed773-9eed-11e7-baa2-7b88b04daa8e

Thank you so much for clarifying that to us.

4/8/2025 10:20:00 PM

Only question I have is. I booked a hotel with the card. Traveling this weekend. Should I out that on a different card then?

4/8/2025 10 20 19 PM

Or has the booking.com charge already been paid for on your end?

4/8/2025 10 20:40 PM

urn biz:b15ed773-9eed-11e7-baa2-7b88b04daa8e

Can you please provide me with the transaction amount?

4/8/2025 10 20 54 PM

Sure one second while I go into my wallet app.

4/8/2025 10:21 40 PM

$672.65

4/8/2025 10 21 54 PM

urn biz b15ed 73-9eed-11e baa2-7b88b04daa8e

Thank you for bringing this to my attention, I will take a look to your account.

4

Thanks.

Thank you for your patience, Matthew. with the transaction amount of $672.65 I was not able to find any transaction with that amount from the last 3 months.

Just to confirm, when you attempted it?



4/8/2025 10 25:32 PM

Two days ago, think they just put the card on hold bc it says free cancellation.

4/8/2025 10:26 12 PM

Was hoping to get cash back rewards with it, being my account is temporarily banned I'll go ahead and put a different card on file.

4/8/2025 10:26 33 PM

Just wanted to make sure it wasn't already charged and not showing.

4/8/2025 10:30:43 PM

urn biz:b15ed773-9eed-11e7-baa2 7b88b04daa8e

It seems that your transaction was not even process since i'm not able to see it on your transactions history, if it was declined I should be able to see it but there's not transaction posted with that amount, so it seems that they didn't take the payment.

4/8/2025 1    1 08 PM

Ok great, one last question if you don't mind.

Sure! go ahead.

Modo has treated me very poorly. Today I won a lot on it. There is 8 thousand dollars pending. They tried to make me sign a new terms page I didn't…

They will not let me log in without signing it, and I want to see if they processed my payout. Tried emailing them and no answer.

Should I initiate chargeback if they do not get back to me?

urn:biz:b15ed773-9eed-11e7-baa2-7b88b04daa8e

Exactly, you can initiate a chargeback only in case they do not contact you back.

4/8/2025 10:36:43 PM

Sounds good, thanks for your help. Sorry again for the problems I caused my first day with the card.

4/8/2025 10:37:06 PM

urn:biz:b15ed773-9eed-11e7-baa2-7b88b04daa8e

Anytime! No problem.

4/8/2025 10:37 13 PM

urn:biz:b15ed773-9eed-11e7-baa2-7b88b04daa8e

It was a pleasure to work with you Matthew, I hope you have a wonderful rest of your day. You may get an email survey to provide feedback on your experience with me. I would appreciate any feedback you have.

4/8/2025 10:37 27 PM

For sure thanks.

4/10/2025 12 46 55 PM

Was sad my card was deactivated. Can I have an explanation as to why?

4/10/2025 12:46:57 PM

urn:biz:b15ed773-9eed-11e7-baa2-7b88b04daa8e

Hello , I'm Apple's automated assistant. Apple will keep this conversation and may use it to provide you support, for quality assurance, to train advisors and improve contact center technologies. Tap the link below to see how your data is managed...

4/10/2025 12 46:57 PM

urn biz b15ed773-9eed 1 -baa2-7b88b04daa8e

https://www.apple.com/legal/privacy/data/en/message-apple/

4 4

n biz b1 baa2 7b88b04daa

I can help you with your Apple Card.

Verify with Goldman Sachs



urn:biz:b15ed773-9eed-11e7-baa2-7b88b04daa8e

**You're now connected to the Apple Card team at Goldman Sachs.**

4/10/2025 12:47:06 PM

urn:biz:b15ed773-9eed-11e7-baa2-7b88b04daa8e

**A Specialist will send you a message here after reviewing your account.**

4/10/2025 12:47:17 PM

Ok

4/10/2025 12:49:12 PM

urn:biz:b15ed773-9eed-11e7-baa2-7b88b04daa8e

**We're happy to help 24/7. As I assist you, please note we are also available by phone: 877-255-5923 or mail: Goldman Sachs Bank USA, P.O. Box 45400, Salt Lake City, UT 84115-0400.**

**This is an attempt to collect a debt and any information obtained will be used for that purpose.**

4/10/2025 12 49:58 PM

Ok?

4/10/2025 12:50:29 PM

What debt is that? I paid $500 early to the card.  Very confused?

4/10/2025 12 52 23 PM

Anyone there?

4/10/2025 12:52 53 PM

urn biz:b15ed773-9eed-11e7-baa2-7b88b04daa8e

**Hi Matthew! I'll be connecting you with a specialist that will provide you more details about the status of your account. Please remain in this chat.**

4    2025 12 53 00 PM

Ok thanks

4        2 54

ur    5ed        ı   t    7b88b04daa8e

**You are welcome! Have a good one!**

Last thing?

Yes, I'll be connecting you right now.

Can I be connected to a specialist who is capable of portraying information to a person with mental disabilities, who is only very recently coming out of total crisis?

I'm sorry to hear that, I'm connecting you at this moment.

4/10/2025 12:56:56 PM

Thank you.

4/10/2025 12:58:23 PM

urn:biz:b15ed773-9eed-11e7-baa2-7b88b04daa8e

Hello Matthew ! My name is Lauren your Apple Card specialist at Goldman Sachs Bank USA. I see you need help with your Apple Card account.

4/10/2025 12:58:43 PM

Yes got sad when I saw I was kicked off

4/10/2025 12:59:31 PM

urn:biz:b15ed773-9eed-11e7-baa2-7b88b04daa8e

Sorry to hear this, I see that there was an email sent to the email on the account as to why the account was closed.

4/10/2025 12:59:36 PM

urn:biz:b15ed773-9eed-11e7-baa2-7b88b04daa8e

My apologies for this!

4/10/2025 12:59:58 PM

Oh ok I can check that.  What email i feel like I have 50 right now

4/10/2025 1:00:33 PM

urn:biz:b15ed773-9eed-11e7-baa2-7b88b04daa8e

The email that you used when you applied for the card. I am sorry I can only confirm information.

4/10/2025 1:00:45

Oh ok I'll look at that now

4 1          54

Thank you!

4

If there is anything else, you can message us back at any time.

Ok read email.

urn:biz:b15ed773-9eed-11e7-baa2-7b88b04daa8e

Hello 🍎, I'm Apple's automated assistant. Apple will keep this

conversation and may use it to provide you support to quality assurance, to train advisors and improve contact center technologies. Tap the link below to see how your data is managed...

4/10/2025 1:14:14 PM

urn:biz:b15ed773-9eed-11e7-baa2-7b88b04daa8e

https://www.apple.com/legal/privacy/data/en/message-apple/

4/10/2025 1:14:15 PM

urn:biz:b15ed773-9eed-11e7-baa2-7b88b04daa8e

I can help you with your Apple Card.

4/10/2025 1:14 15 PM

urn:biz:b15ed773-9eed-11e7

4/10/2025 1:14 15 PM

urn:biz:b15ed773-9eed-11e7-baa2 7b88b04daa8e

Verify with Goldman Sachs

4/10/2025 1 14 18 PM



4/10/2025 1 14:21 PM

urn:biz:b15ed773-9eed-11e7-baa2-7b88b04daa8e

You're now connected to the Apple Card team at Goldman Sachs.

4/10/2025 1 14 21 PM

urn biz:b15ed773-9eed-11e7-baa2 7b88b04daa8e

A Specialist will send you a message here after reviewing your account.

4 10/2025 1 15 14 PM

urn biz b15ed773-9eed-11e7-baa2-7b88b04daa8e

We're happy to help 24/7. As I assist you, please note we are also available by phone: 877-255-5923 or mail: Goldman Sachs Bank USA, P.O. Box 45400, Salt Lake City, UT 84115-0400.

This is an attempt to collect a debt and any information obtained will be used for that purpose.

> Hey guys found email, read it. It doesn't explain why. Just wanting to know what I did wrong. Because I even tried to explain what had happened.

Hi Matthew. It will be a pleasure to connect you with a specialist that can provide you more information about the status of closing for your account. Please remain in this chat.

Also money on savings account restricted? Will I have access to that once I pay this bill?

4/10/2025 1:17:35 PM

I'm very confused and hope to receive some clarity.

4/10/2025 1:18:33 PM

urn:biz:b15ed773-9eed-11e7-baa2-7b88b04daa8e

**All of your questions will be answered with the next specialist. As they posses more information about your situation than myself.**

4/10/2025 1:18:42 PM

Ok

4/10/2025 1 18:44 PM

urn:biz:b15ed773-9eed-11e7-baa2-7b88b04daa8e

**Hope you have a great rest of your day!**

4/10/2025 1 18 50 PM

I'll try

4/10/2025 1 19 24 PM

urn:biz:b15ed773-9eed-11e7-baa2-7b88b04daa8e

**Hope you can!**

4/10/2025 1 20 27 PM

urn:biz b15ed773-9eed-11e7-baa2 7b88b04daa8e

**Hi, this is Ross, your Apple Card specialist at Goldman Sachs Bank USA, I will be more than glad to assist you today with your Apple Card Account. Allow me a moment to check on your account.**

4/10/2025 1 20 36 PM

Ok

4 1            2  48

9eed-11e7-baa2-7b88b04daa8e

**At this moment the only information we have available is that there was a failure to comply with the terms of the Customer Agreement.**

4 1   2

That's concerning. When will any other information be available?

**However you can reapply once the account is paid in full. The account balance is $1,969.79.**

Why would I do that when I can't get a simple answer to a question?

Are there any resources available to me for help?

4/10/2025 1:24:08 PM

urn:biz:b15ed773-9eed-11e7-baa2-7b88b04daa8e

For internal purposes the only information available is the one you received on the email.

4/10/2025 1:24:31 PM

How do I start the process of retaining that information ?

4/10/2025 1:24:48 PM

urn:biz:b15ed773-9eed-11e7-baa2-7b88b04daa8e

I totally understand how frustrating this situation must be, but unfortunately we can not reopen the account neither can be unrestricted.

4/10/2025 1:25:15 PM

Do I file complaint internally or with the ftc or consumer protection?

4/10/2025 1:25 33 PM

urn biz:b15ed773-9eed-11e7 baa2-7b88b04daa8e

I can help you.

4/10/2025 1 25 42 PM

Ok

4/10/2025 1 25 47 PM

urn biz b15ed773-9eed-11e7-baa2-7b88b04daa8e

What would be the complaint for?

4/10/2025 1 26 18 PM

Modo casino preying, extorting, harassing and bribing a individual with severe mental health conditions

4 10/2025 1 27 45 PM

biz  15ed773       11e⁻ baa2-7b88b04daa8e

What would you like the complaint to say?

4

4d

I will escalate the situation by creating the complaint.

Don't understand

Oh ok

I pray I was the worst case out of what I'm sure is thousands of victims

urn:biz:b15ed773-9eed-11e7-baa2-7b88b04daa8e

**I would like to tell me why you feel extorted and harassed, please.**

4/10/2025 1:30:11 PM

Sure

4/10/2025 1:30:34 PM

One second please…

4/10/2025 1:31:06 PM

Transaction wise.  Apple can confirm

4/10/2025 1 31:24 PM

I made over 150k in apple pay charges alone towards modo.

4/10/2025 1:31:41 PM

Often instantly one after the other throughout whole days

4/10/2025 1:31:55 PM

Why I'm confused as to why the quick transactions where a issue on Apple Card

4/10/2025 1:32:04 PM

As for modo…

4/10/2025 1:32 11 PM

urn biz:b15ed773-9eed-11e7-baa2-7b88b04daa8e

I see.

4/10/2025 1 32 28 PM

When I would max out a card in less then 6 hours they promoted me to a black diamond VIP status

4/10/2025 1 32 42 PM

No explanation no choice.  I was not allowed to be let off as well

4 1  2025 ᵗ    04 PM

It was a VIP program to oppress users who where issues like myself

My hyper manic state caused me to gamble often for 96 hours straight I've now learned since I'm getting help that hyper manic state can lead to increased euphoria and wreck less spending (it did )

While this was happening and I was losing my mind, all they did was laugh at me and never answered questions.  And just

Put money in my account daily, I'd lose it, put in thousands more

urn:biz:b15ed773-9eed-11e7-baa2-7b88b04daa8e

**Thanks for sharing that.**

4/10/2025 1:35:00 PM

> Made them aware I was selling off parts of the business I worked so hard to build

4/10/2025 1:35:29 PM

> Bribed me with vacations , many other things all to keep me oppressed take advantage of my compulsion and extort maximum profit

4/10/2025 1:35:48 PM

urn:biz:b15ed773-9eed-11e7-baa2-7b88b04daa8e

**Oh my God.**

4/10/2025 1:35:49 PM

> Can you guys help? Or am I going to be tossed aside like at modo. Discarded

4/10/2025 1:36:25 PM

urn biz:b15ed773-9eed-11e7-baa2-7b88b04daa8e

**I am definitely escalating this to see what can be done.**

4/10/2025 1 36:28 PM

> I love Apple , you guys r the best, I don't want any issues with you.  Just don't want anymore money going towards those people

4/10/2025 1:37 13 PM

> Am I crazy? Is this ok?

4/10/2025 1 37 36 PM

> I've been talking to crisis hotlines, attorneys can't correlate what I'm saying or even want.

4 10 2025 1 38 1  PM

urn biz b15ed773 9eed-11 ‾-baa2-7b88b04daa8e

**They will not get more money, Matthew.**

4

4daa

**I am escalating this to see what can be done.**

4

> I appreciate that.  I'm so happy they tried to bribe me with $8000.00 yesterday to make me sign a new terms page and I luckily called gamblers hotline for help

> Thank you for being the person who listened to me and told me it's not ok

urn:biz:b15ed773-9eed-11e7-baa2-7b88b04daa8e

For now we can not reopen the account but the situation will be escalated.

4/10/2025 1:40:17 PM

I don't want it reopened I can't even afford to pay my medical insurance

4/10/2025 1:40:37 PM

Thank you I'm sorry for the rant I just am at the end of my ropes.

4/10/2025 1:41:48 PM

urn:biz:b15ed773-9eed-11e7-baa2-7b88b04daa8e

Were those transactions authorized?

4/10/2025 1 42:01 PM

All of them

4/10/2025 1:43 33 PM

urn:biz:b15ed773-9eed-11e7-baa2-7b88b04daa8e

Understand.

4/10/2025 1 43 56 PM

urn:biz:b15ed773-9eed-11e7-baa2-7b88b04daa8e

In this case I just escalate the situation, for now you are all set.

4/10/2025 1 44 19 PM

Escalate to who?

4/10/2025 1 44 45 PM

ur biz b15ed773-9eed- 1e7-baa2-7b88b04daa8e

To management so we can see what can be done.

4/10/2025 44 57 PM

Ok

4 2025 45

I don't want this to happen to anyone else. That's my biggest issue

4

I can't even imagine how this can feel, I am sorry you went through that.

Thank you very much.

Matthew for me was a pleasure, thank you so much for contacting our chat support line for Apple Card, have a great rest of your day.

Else wise thank you

Hi

4/10/2025 10:50:38 PM

urn:biz:b15ed773-9eed-11e7-baa2-7b88b04daa8e

**Hello 🔥, I'm Apple's automated assistant. Apple will keep this conversation and may use it to provide you support, for quality assurance, to train advisors and improve contact center technologies. Tap the link below to see how your data is managed...**

4/10/2025 10:50:38 PM

urn:biz:b15ed773-9eed-11e7-baa2-7b88b04daa8e

**https://www.apple.com/legal/privacy/data/en/message-apple/**

4/10/2025 10:50:39 PM

urn:biz:b15ed773-9eed-11e7-baa2-7b88b04daa8e

**How can I help you today?**

4/10/2025 10 50:48 PM

Apple Card

4/10/2025 10 50 50 PM

urn biz:b15ed773-9eed-11e7-baa2-7b88b04daa8e

**I can help with Apple Card, but need some additional information. Which of the following best describes what you need help with?**

4/10/2025 10 50 50 PM

urn biz:b15ed773-9eed 11e7

4/10/2025 10 50 50 PM

urn biz b15ed773 9eed-11e ... 04daa8e

**Support Options**

4 ... 2025   5( ...  ...

An Apple Card Specialist at Goldman Sachs can help with that.

Connect with Goldman Sachs

You're now connected to the Apple Card team at Goldman Sachs.

4/10/2025 10:51:06 PM

urn:biz:b15ed773-9eed-11e7-baa2-7b88b04daa8e

A Specialist will send you a message here after reviewing your account.

4/10/2025 10:51:20 PM

Ok it won't take long

4/10/2025 10:52:28 PM

urn:biz:b15ed773-9eed-11e7-baa2-7b88b04daa8e

Hello Matthew, my name is Elissa, your Savings Supervisor with Goldman Sachs.

Please contact us at 1-877-255-5923 to speak with a representative that can better assist you at any time.

4/10/2025 10:52:38 PM

I haven't heard back.  Thought you guys would help me.  I'm going to be submitting complaint to the consumer financial protection bureau.

4/10/2025 10:52:54 PM

That's ok.  I was told a manager would be notified

4/10/2025 10:53:08 PM

Never heard back on the ticket that was escalated.

4/10/2025 10:53:33 PM

urn:biz:b15ed773-9eed-11e7-baa2-7b88b04daa8e

We appreciate you contacting us. Regrettably, I would be unable to assist you, and I can only advise you to contact us at 1-877-255-5923.

4/10/2025 10:54:18 PM

No thank you.  You'll receive a complaint soon.  Answer there.  Apple can't support me or Goldman Sachs cannot provide support?

4    2025 10 55

z                              -baa2-7b88b04daa8e

That's a great question. Goldman Sachs can assist you, however only over the phone.

Apple Pay

Hello    , I'm Apple's automated assistant. Apple will keep this conversation and may use it to provide you support, for quality assurance, to train advisors and improve contact center technologies. Tap the link below to see how your data is managed...

4/10/2025 11:29:09 PM

urn:biz:b15ed773-9eed-11e7-baa2-7b88b04daa8e

**I found a page that might help.**

4/10/2025 11:29:09 PM

urn:biz:b15ed773-9eed-11e7-baa2-7b88b04daa8e

**https://support.apple.com/apple-pay**

4/10/2025 11:32:16 PM

Apple Pay support

4/10/2025 11 32 18 PM

urn:biz:b15ed773-9eed 11e7-baa2-7b88b04daa8e

**I found a page that might help.**

4/10/2025 11 32 18 PM

urn:biz:b15ed773-9eed-11e7-baa2-7b88b04daa8e

**https://support.apple.com/apple-pay**

4/10/2025 11 32 25 PM

Mobile wallet help

4/10/2025 11:32:27 PM

urn biz:b15ed773-9eed-11e7-baa2-7b88b04daa8e

**I can help. What best describes your issue?**

4/10/2025 11 32 27 PM

urn biz b15ed773 9eed 11

4   0 2025 1

urn biz b15ed773 9eed 11  ⁄ baa2 7b88b04daa8e

**Support Options**



Let me connect you to someone who can help. If you need to step away, don't worry. We'll send you a message when we're ready for you.

Apple may record, use, and keep a transcript of this conversation to provide the support you have requested, for quality control and training purposes, and to improve contact center technologies.

urn:biz:b15ed773-9eed-11e7-baa2-7b88b04daa8e

Hello Matthew! I hope you're having an amazing day! I see here that you have an inquiry regarding Apple Pay, did I get that right?

4/10/2025 11:33:50 PM

Thank you.  You as well.  Yes correct.

4/10/2025 11:35:16 PM

I would like to inquire on how to get history of all purchases made on Apple Pay with any form of payment from August of 2024 until today 4/10/2025

4/10/2025 11:35:33 PM

How do I go about retaining that information?

4/10/2025 11 35:55 PM

urn:biz:b15ed773-9eed 11e7-baa2-7b88b04daa8e

Got it. Thank you for the information!

4/10/2025 11 35:57 PM

urn:biz:b15ed773-9eed-11e7-baa2-7b88b04daa8e

We appreciate you for reaching out to us regarding your Apple Pay. We have a dedicated team who handles concerns like this which is available only over the phone for security reasons. No worries, I'll be more than happy to connect you to the right department!

4/10/2025 11 36 16 PM

urn:biz:b15ed773-9eed-11e7-baa2-7b88b04daa8e

May I please have your phone number and time zone so I can try to setup a callback for you?

4/10/2025 11 36:24 PM

Also would like to file a complaint against a merchant who most of those charges where paid to.

4 10/2025 11 36 51 PM

3219873397 eastern time zone.  I would request the earliest possible call back.

4     )25  1    5 PM

Noted on that. Thank you for the details. One moment, please.

I'm depending on Apple to be the one company to help me.  As well as to help any other customer being oppressed m, manipulated and bribed by this criminal organization.  Would like to also note they are being accused of profiting off of the California Wild fire victims.

The earliest available callback slot is 8:00 AM. Would that work for you?

No that's not a good time for me.

4/10/2025 11:39:33 PM

Work early hours any time after 12 would work for me.

4/10/2025 11:40:13 PM

I'd like to file a complaint if that can't be done now, I'll go ahead and file with the CFPB after ending this chat.

4/10/2025 11:41:05 PM

urn:biz:b15ed773-9eed-11e7-baa2-7b88b04daa8e

We truly appreciate your concern about this issue. No worries, I'll also make sure to document everything you've mentioned. I'll also go ahead and setup the callback for you for 12:30 PM.

4/10/2025 11:41:20 PM

That's fine.

4/10/2025 11 41:28 PM

I cannot file a complaint right now?

4/10/2025 11:42 36 PM

urn biz:b15ed773-9eed-11e7-baa2-7b88b04daa8e

I have successfully scheduled a callback for you. You may try to file the complaint with the CFPB.

4/10/2025 11 42 51 PM

Ok thank you.

4/10/2025 11 43 36 PM

urn biz b15ed773-9eed-11e7-baa2-7b88b04daa8e

You're most welcome, Matthew! I'll step away for the meantime. Thanks for contacting Apple Support. Have a good one and bye for now!

4 11 2025   09 14 PM

Can't figure out how to connect for my call

4

Scheduled call

No worries, phone in to them directly. 1-800-275-2273

Support

Apple Card support

urn:biz:b15ed773-9eed-11e7-baa2-7b88b04daa8e

**Let me reschedule the callback**

4/13/2025 6:23:58 PM

urn:biz:b15ed773-9eed-11e7-baa2-7b88b04daa8e

I have scheduled a callback, you will receive the call in couple of minutes.

4/13/2025 6:24:00 PM

urn:biz:b15ed773-9eed-11e7-baa2-7b88b04daa8e

Apart from this, is there anything else I can help you out today?

4/13/2025 6:29:03 PM

urn:biz:b15ed773-9eed-11e7-baa2-7b88b04daa8e

I hope that was all for today, so let me close the chat for you. It was my pleasure chatting with you today. Thank you for contacting Apple Support. Please feel free to contact us back if you have any questions. Have a nice day.

4/13/2025 6 29 22 PM

I'm sorry was on phone with a rep I'm good thank you.

4/13/2025 6:31:03 PM

urn:biz:b15ed773-9eed-11e7-baa2-7b88b04daa8e

You're most welcome, thank you as well for contacting us to assist you, it's been amazing to work with you! 😊

4/13/2025 6 31:05 PM

urn:biz:b15ed773-9eed-11e7-baa2-7b88b04daa8e

I would like to know if there is anything else related with this case I can assist you with? I'll be more than happy to help you out!

4/13/2025 6 33 1  PM

urn biz:b15ed773 9eed 11e7 baa2-7b88b04daa8e

If there is nothing else you need, I am going to go ahead and end the chat. Thank you for contacting Apple Support, and please reach out again if you have any other issues. Have a good day. Bye!

4  4              4  

Is this Apple Card chat?

4  4

Hello   , I'm Apple's automated assistant. Apple will keep this conversation and may use it to provide you support, for quality assurance, to train advisors and improve contact center technologies. Tap the link below to see how your data is managed...

https://www.apple.com/legal/privacy/data/en/message-apple/

4/14/2025 10:37:53 AM

urn:biz:b15ed773-9eed-11e7-baa2-7b88b04daa8e

**A Specialist will send you a message here after reviewing your account.**

4/14/2025 10:38:06 AM

Great

4/14/2025 10:39:52 AM

urn:biz:b15ed773-9eed-11e7-baa2-7b88b04daa8e

**Hi Matthew  thank you for chatting in , My name is David. I understand that you need assistance with  Apple Card, Could you provide me more details about it ?**

4/14/2025 10:40:22 AM

Was supposed to get a email yesterday to send evidence against my dispute claim

4/14/2025 10:42:00 AM

urn:biz:b15ed773-9eed-11e7-baa2-7b88b04daa8e

**Sure I will more than happy to help you with that. Please allow me a moment while a check into your account.**

4/14/2025 10:42 09 AM

Sure

4/14/2025 10 43 50 AM

Can I assign someone to speak on my behalf?

4/14/2025 10 44 05 AM

Just with apple, and Goldman Sachs?  I'd rather do that

4 14/2025 10 45 05 AM

Yeah I'm ok, I should go to work, sorry for wasting your time

4/14 2025    45 4(   /

If you like to summitted new  evidence you can send through this chat.

what we can do , if you want that third party speak we can do it through a call , if you want someone else sett up  with the ability to speak for you that should be power attorney.

Ok do you have a form for that? My girlfriend to speak to you guys? My attorney is incompetent, just retaining her to have my sensitive information to protect me.

urn:biz:b15ed773-9eed-11e7-baa2-7b88b04daa8e

Hello �️, I'm Apple's automated assistant. Apple will keep this conversation and may use it to provide you support for quality assurance, to train advisors and improve contact center technologies. Tap the link below to see how your data is managed...

4/14/2025 11:04:52 AM

urn:biz:b15ed773-9eed-11e7-baa2-7b88b04daa8e

**https://www.apple.com/legal/privacy/data/en/message-apple/**

4/14/2025 11:04:52 AM

urn:biz:b15ed773-9eed-11e7-baa2-7b88b04daa8e

I can put you in touch with someone, but I'll need a little more information.

Please choose an option from the list below, or tell us the topic you need help with.

4/14/2025 11:04:53 AM

urn:biz:b15ed773-9eed-11e7



4/14/2025 11 04 53 AM

urn biz b15ed77 ⸻ 11e⁻ baa2 7b88b04daa8e



4/14 2025

Power of attorney form

4/14

I'm sorry, I didn't quite get that. Please select from the list.



4/14/2025 11:05 10 AM

urn:biz:b15ed773-9eed-11e7-baa2-7b88b04daa8e



4/14/2025 3:34:07 PM

Support

4/14/2025 3 34 09 PM

urn:biz:b15ed773-9eed-11e7-baa2-7b88b04daa8e

I can connect you with someone who can help, but I need to know your product before we continue.

4/14/2025 3 34 10 PM

urn biz.b15ed773-9eed-11e7-baa2-7b88b04daa8e





Apple Pay

I'm sorry, I didn't quite get that. Please select from the list.



4/14/2025 3:34:28 PM

urn:biz:b15ed773-9eed-11e7-baa2-7b88b04daa8e

❖

4/14/2025 3:34:50 PM

Wallet

4/14/2025 3:34:53 PM

urn:biz:b15ed773-9eed-11e7-baa2-7b88b04daa8e

I'm connecting you to someone who can help. If you need to step away, don't worry. We'll send you a message when we're ready for you.

4/14/2025 3:35 14 PM

Ok thanks.

4/14/2025 3 36 16 PM

urn:biz:b15ed773 9eed-11 7-baa2 7b88b04daa8e

You are welcome!

4  4/2                    P

ur   biz b15ed773-9eed-11e⁻-baa2-7b88b04daa8e

Hi there, Nice to virtually meet you. How are you doing today?

4  4  12

I'm good, you?

This is a person or a robot?

Glad to hear that you are doing fine!

I am human being just like you.

urn:biz:b15ed773-9eed-11e7-baa2-7b88b04daa8e

**I am doing great, thank you so much for asking.**

4/14/2025 3:38:00 PM

I hear that.

4/14/2025 3:38:58 PM

Ok so I've been randomly reaching out to you guys and Apple Card. Been having legal people calling me and it's stressful. I asked a secretary a question and was surprised when she said, "yes that happens all the time."

4/14/2025 3:39:00 PM

urn:biz:b15ed773-9eed-11e7-baa2-7b88b04daa8e

As I can understand from the above message that you need help with power of attorney paper for Apple Pay/wallet account?

4/14/2025 3:39 17 PM

I mean maybe my question was this...

4/14/2025 3:40 10 PM

Based on what this woman said. Can apple help me from a legal perspective?

4/14/2025 3:40 44 PM

urn:biz:b15ed773-9eed-11e7-baa2-7b88b04daa8e

Thank you so much for elaborating your concern with me.

4/14/2025 3 41 20 PM

Sure.

4 14/2025 3 42 06 PM

urn biz b15ed77  9eed 11e7 baa2-7b88b04daa8e

I am sure that It must be a hassle for you. Thank you for bringing this to our attention. I will be more than happy to assist you.

4/14/2025    42 4  PM

Would that be something my attorney would have to contact someone in apples legal team about?

4

I would love to assist you with this however my expertise is more in Technical aspects such as Software troubleshooting, Downloading content, Apple Account and Music related . In this instance, we have Apple Card team. They are experts who specifically handles issues and they are available over the chat support and our legal team is available over the phone support.

Ok, maybe card then. But card doesn't have reps that can answer for Apple on it.

urn:biz:b15ed773-9eed-11e7-baa2-7b88b04daa8e

**Ohh I see! In this case I would recommend you to kindly connect with our senior team so that they can help you to get in right direction. Is that fine with you?**

4/14/2025 3:46:00 PM

Sure.  Could I talk to someone about giving my girlfriend or my cousins girlfriend Davina permission to speak for me first or is that not allowed?  I don't trust my attorney who I am trying to terminate to have this conversation for me

4/14/2025 3:46:11 PM

We could schedule a call ?

4/14/2025 3:46:49 PM

urn:biz:b15ed773-9eed-11e7-baa2-7b88b04daa8e

**I can totally understand that once you connect with them they will let you know about so that you can proceed accordingly.**

4/14/2025 3:46:57 PM

Apple Card had to call for a wellness check on me other day so I'm not in the best state to articulate things clearly.  But I know what I want to say

4/14/2025 3:47:06 PM

Ok cool thanks a lot sorry for annoying everyone

4/14/2025 3:48:07 PM

urn:biz:b15ed773-9eed-11e7-baa2-7b88b04daa8e

**No worries at all! We are also to happy.**

4/14/2025 3:48:09 PM

urn biz b15ed773-9eed-11e7-baa2-7b88b04daa8e

**If you like I can schedule the callback for you or you can connect us from the below phone number -**

**United States**
**1-800-275-2273**

4 14/2025   49 36

urn biz

**Always***

4

**Please let me know how would you like to proceed.**

Hey I'm sorry my cousin called me

Yes that would be great so a callback from the specialist?

urn:biz:b15ed773-9eed-11e7-baa2-7b88b04daa8e

**No worries! I can totally understand it's happens to all of us.**

4/14/2025 3:56:35 PM

urn:biz:b15ed773-9eed-11e7-baa2-7b88b04daa8e

**Please share your best contact number and time zone so that I can arrange the callback for you.**

4/14/2025 3:59:13 PM

3219873397

4/14/2025 3:59:37 PM

I have some people I still have to talk to so can we make it for tomorrow at 7 pm?

4/14/2025 3:59:52 PM

urn:biz:b15ed773-9eed-11e7-baa2-7b88b04daa8e

**Thanks. Sure.**

4/14/2025 3:59 54 PM

Also if there is a form where I can have someone speak on my behalf?

4/14/2025 4:00:26 PM

urn:biz:b15ed773-9eed-11e7-baa2-7b88b04daa8e

**I am afraid there is a no form.**

4/14/2025 4 00 36 PM

urn biz b15ed773-9eed-11e7-baa2-7b88b04daa8e

**Kindly share your city name or time zone.**

4/14/2025 4 00 44 PM

Chapel hill nc

4 4/2025 4    56 PM

So only I can be on the call?

4  4 2025  4

-baa2

Yes you can also confirm with our team if someone else can talk on your behalf.

4

Is 07:30 Pm is a good time.

?

urn:biz:b15ed773-9eed-11e7-baa2-7b88b04daa8e

**Wonderful! I have scheduled for you**

4/14/2025 4:04:44 PM

urn:biz:b15ed773-9eed-11e7-baa2-7b88b04daa8e

**You're most welcome 😊.**

4/14/2025 4:05:03 PM

urn:biz:b15ed773-9eed-11e7-baa2-7b88b04daa8e

**I am keeping this thread open for the next 48 hours, feel free to reply back to this message so I'll be able to further assist you.**

4/14/2025 4:05:03 PM

urn:biz:b15ed773-9eed-11e7-baa2-7b88b04daa8e

**Thanks for contacting Apple Support! If anything else comes up remember we're here 24/7, enjoy the rest of your day/night. Bye 😄!**

4/14/2025 4:07 13 PM

Ok thank you will do.

4/14/2025 4:07:15 PM

urn:biz:b15ed773-9eed-11e7-baa2-7b88b04daa8e

**Continue this chat if issue persists and additional assistance is needed.**

4/15/2025 3:39:42 PM

Hey just was wondering what department my scheduled call with today?

4/15/2025 3 41 48 PM

urn biz b15ed773-9eed-11e7-baa2-7b88b04daa8e

**Hi, Matthew! I'm glad that we're reconnected!**

4/15/2025    42    PM

Sure

4

**It should be from Apple Card Team Specialists, today at 7:30 PM.**

7

**No worries! Do you have any other questions from us?**

Ok, what will be the context of this conversation?

Because talked to Apple Card team, was under the impression my call would be a Apple specialist.

4/15/2025 3:46:04 PM

urn:biz:b15ed773-9eed-11e7-baa2-7b88b04daa8e

**Yes, they can help you with your concerns regarding your Apple Card. They will be able to give insights regarding your concerns**

4/15/2025 3:47:08 PM

My concerns are not with Apple Card.  I was thinking I would be talking with a specialist from the Apple wallet deptartment.

4/15/2025 3:47:15 PM

Department*

4/15/2025 3:48:12 PM

If im being honest…

4/15/2025 3 49 57 PM

urn:biz:b15ed773-9eed-11e7-baa2-7b88b04daa8e

**Oh, they can help you with that as well. If you are rerouted to a different department, you can ask the advisor over the phones to have you transferred to Apple Wallet Team**

4/15/2025 3:51 16 PM

I've been consumed by this company for months, I have rested a lot the last few days, have more clarity.  I want to speak to someone from Apple to see if someone more competent then my current representation to help me.  I am looking to Apple for support to get me through this.

4/15/2025 3:53 15 PM

urn:biz:b15ed773-9eed-11e7-baa2-7b88b04daa8e

**I understand, Matthew. And I can guarantee that with our Phone Support Advisor, they will help you the best they can.**

4 15 2025   54   PM

Ok.  Thanks talk later then.

4/   2025 , 54 5

biz                    1              b04c

**Sure thing! I'll step away for the meantime. I'll leave this chat active for you, let us know if you run any other concerns and I'll be more than willing to help you out further.**

Ok thanks.

Only thing I would have a question on before the call is confirming my girlfriend will be allowed to speak on my behalf.  Also if there is any specific evidence you or Goldman Sachs would request to see for the chargeback with Apple Card so I can move on and leave rest of evidence with my current attorney.  Or future attorney.  Thank you for all of your kindness and help so far.

urn:biz:b15ed773-9eed-11e7-baa2-7b88b04daa8e

Hi, welcome to our technical support through iMessage. I hope you are well.

4/15/2025 7:07:35 PM

urn:biz:b15ed773-9eed-11e7-baa2-7b88b04daa8e

thank you for letting me know your concern, I was consulting. However we cannot confirm this info from this chat support, my advice is wait until you receive the call back to the specific department in charge.

4/15/2025 7:08:06 PM

urn:biz:b15ed773-9eed-11e7-baa2-7b88b04daa8e

But I am pretty sure you won't have more trouble

4/15/2025 7:11:37 PM

Ok, my call is at 730 correct ?

4/15/2025 7 12:16 PM

urn:biz:b15ed773 9eed 11e7-baa2-7b88b04daa8e

That's correct

4/15/2025 7 12 25 PM

urn:biz:b15ed773-9eed-11e7-baa2-7b88b04daa8e

Thank you, it was a pleasure assisting you today, may I know if do you have any other question about this interaction?

4/15/2025 7:12 36 PM

No that's all thanks for the help.

4/15/2025 7 14 24 PM

urn biz b15ed773-9eed-11e7-baa2-7b88b04daa8e

I'm positive this escalation will help us a lot, please keep in mind we are here 24/7 in chat so feel free to contact us again whenever you need it. Thanks you for contacting Apple Support and for your patience and cooperation, have a nice rest of the day. Remember you talked to Yasmin

4 5

I will thanks Yasmin.

Continue this chat if issue persists and additional assistance is needed.

Support

4 4

Sorry for lashing out yesterday. Spoke to my attorney and my shrink and it is irrational to blame you guys. Now that im not gambling I'm going to hyper focus on healthier things like I did before this all started

urn:biz:b15ed773-9eed-11e7-baa2-7b88b04daa8e

No worries, I do understand your situation, and we are always there for your help.

4/16/2025 10:05:34 PM

Very sorry for lashing out and I did not mean what I said when I was on the phone at the end. You won't be hearing from me regarding anything with Apple Pay. I'll just continue with my dispute with the chargeback and wait til I'm asked for evidence.

4/16/2025 10:07:06 PM

If you could please apologize to the last rep I spoke with. I feel terrible of the conversation she was forced to have with me. Thanks for all the help with the Apple Card and will wait for the request for evidence. Sorry again.
Matthew

4/16/2025 10:07:39 PM

urn:biz:b15ed773-9eed-11e7-baa2-7b88b04daa8e

I will surely share your message with last person, no worries at all.

4/16/2025 10:09:03 PM

Great thanks for being so understanding, it's been a tough few months and I'm dedicated to getting back to the person I was who was strong. Have a good rest of your night.

4/16/2025 10:09 16 PM

urn:biz:b15ed773-9eed-11e7-baa2-7b88b04daa8e

You are most welcome. I hope you have a great rest of your day.

4/16/2025 10 10 20 PM

urn biz b15ed773-9eed 11e7-baa2 7b88b04daa8e

Thank you for contacting Apple Support. Have a great day ahead.

4 21 2025 12 32 4 PM

Apple Card dispute support.

4 21 2025 12 32 49 PM

5ed 9eed 11 -baa2 b88b04daa8e

Hello , I'm Apple's automated assistant. Apple will keep this conversation and may use it to provide you support, for quality assurance, to train advisors and improve contact center technologies. Tap the link below to see how your data is managed...

https://www.apple.com/legal/privacy/data/en/message-apple/

I can help you with your Apple Card.

4/21/2025 12:32:55 PM



4/21/2025 12:32:57 PM

urn:biz:b15ed773-9eed-11e7-baa2-7b88b04daa8e
**You're now connected to the Apple Card team at Goldman Sachs.**

4/21/2025 12:32:57 PM

urn:biz:b15ed773-9eed-11e7-baa2-7b88b04daa8e
**A Specialist will send you a message here after reviewing your account.**

4/21/2025 12:33:18 PM

urn:biz:b15ed773-9eed-11e7-baa2-7b88b04daa8e
**We're experiencing longer wait times. An Apple Card specialist will be with you in about 20 minutes.**

**If you are unable to wait, type Exit and tap send.**

4/21/2025 12:34:11 PM

Can I leave a message?

4/21/2025 12:34:29 PM

Exit

4/21/2025 12:34:30 PM

urn:biz:b15ed773-9eed-11e7-baa2-7b88b04daa8e
**Thank you for contacting Apple. Have a good day.**

5/1/2025 12:53:43 PM

Apple Card support please.

5/1/2025 12:53:45 PM

urn:biz:b15ed773-9eed-11e7-baa2-7b88b04daa8e
Hello , I'm Apple's automated assistant. Apple will keep this conversation and may use it to provide you support, for quality assurance, to train advisors and improve contact center technologies. Tap the link below to see how your data is managed...

https://www.apple.com/legal/privacy/data/en/message-apple/

4

Verify with Goldman Sachs

I can help you with your Apple Card.

5/1/2025 12:53:54 PM



5/1/2025 12:53:57 PM

urn:biz:b15ed773-9eed-11e7-baa2-7b88b04daa8e

**You're now connected to the Apple Card team at Goldman Sachs.**

5/1/2025 12:53:57 PM

urn:biz:b15ed773-9eed-11e7-baa2-7b88b04daa8e

**A Specialist will send you a message here after reviewing your account.**

5/1/2025 12:54:11 PM

Thank you.

5/1/2025 12:54:18 PM

urn:biz:b15ed773-9eed-11e7-baa2-7b88b04daa8e

**We're experiencing longer wait times. An Apple Card specialist will be with you in about 25 minutes**

5/1/2025 12:54:28 PM

That's fine, thanks.

5/1/2025 1 01:48 PM



5/1/2025 1 33:42 PM

urn biz b15ed773 9eed 11e7-baa2-7b88b04daa8e

**Hello, I am your Apple Card specialist with Goldman Sachs and will be assisting you today.**

5 1/2025  41 51 PM

Hi

4

t 5           1   ba

Hello   , I'm Apple's automated assistant. Apple will keep this conversation and may use it to provide you support, for quality assurance, to train advisors and improve contact center technologies. Tap the link below to see how your data is managed...

https://www.apple.com/legal/privacy/data/en/message-apple/

urn:biz:b15ed773-9eed-11e7-baa2-7b88b04daa8e

**How can I help you today?**

5/1/2025 1:42:03 PM

Apple Card support

5/1/2025 1:42:06 PM

urn:biz:b15ed773-9eed-11e7-baa2-7b88b04daa8e

**I can help you with your Apple Card.**

5/1/2025 1:42:06 PM

urn:biz:b15ed773-9eed-11e7

5/1/2025 1 42:06 PM

urn:biz:b15ed773-9eed-11e7-baa2-7b88b04daa8e

**Verify with Goldman Sachs**

5/1/2025 1:42 11 PM



5/1/2025 1:42 13 PM

urn:biz:b15ed773-9eed-11e7-baa2-7b88b04daa8e

**You're now connected to the Apple Card team at Goldman Sachs.**

5/1/2025 1:42 13 PM

urn:biz:b15ed773 9eed 11e7-baa2-7b88b04daa8e

**A Specialist will send you a message here after reviewing your account.**

5/1/2025 1 42 30 PM

Thought I had done that already

5/1/2025 1 44 24 PM

urn biz b15ed773-9eed-11e7-baa2-7b88b04daa8e

Hello, thank you so much for contacting us today, my name is Bryan.

To be able to proceed with this, allow me a moment to connect you with a specialized partner who can better assist you.

5       45 

Ok

We're experiencing longer wait times. An Apple Card specialist will be with you in about 30 minutes

Just waited 25 minutes but sure.

urn:biz:b15ed773-9eed-11e7-baa2-7b88b04daa8e

Hello Matthew, my name is Patricia an Apple card supervisor.  Happy to assist.  How may I help today

5/1/2025 1:50:54 PM

Hey Patricia.

5/1/2025 1:51:02 PM

urn:biz:b15ed773-9eed-11e7-baa2-7b88b04daa8e

Hello.

5/1/2025 1:51:02 PM

Got a email about my Apple Card statement

5/1/2025 1:51:26 PM

urn:biz:b15ed773-9eed-11e7-baa2-7b88b04daa8e

How can I help with that?

5/1/2025 1:51:42 PM

All charges are currently in dispute.  So was just kind of confused why there was a statement with payment and other options.

5/1/2025 1 52:22 PM

Also received word that the company in dispute has forwarded their questions they had for me on the matter. I'd like to request to have those issues be made aware to me.

5/1/2025 1 52:30 PM

urn:biz:b15ed773-9eed-11e7-baa2-7b88b04daa8e

Looking over your account I show their is a provisonal credit and no payment due.

5/1/2025 1 53:05 PM

Oh ok.  I had taken that email as a sign that Apple/goldman Sachs had declined my dispute.

5/1/2025 1 53

u n biz          9eed-11e⁻ baa2-7b88b04daa8e

Once we receive the evidence or response from the merchant we will be able to send that to you.  We are currently waiting on the merchant.

As for my request to being made aware of how the company responded to my dispute?

No sir.  I show the disputes are still open.

We are still waiting for the merchants response

Or ok I received several emails stating that the merchant has already responded and Apple Card is reviewing?

5/1/2025 1:55:36 PM



5/1/2025 1:57:22 PM

urn:biz:b15ed773-9eed-11e7-baa2-7b88b04daa8e

I have sent out the responses we have received. They will come through the USPS as all evidence has to be sent through the regular mail.

5/1/2025 1:57:53 PM

The response they gave is currently being mailed to me then?

5/1/2025 2:00 14 PM

urn:biz:b15ed773-9eed-11e7-baa2-7b88b04daa8e

That is correct. You should receive them within the next 10 days.

5/1/2025 2 01 11 PM

That's fine. Thank you. Just so I'm aware of what's going on...

5/1/2025 2 01 56 PM

Apple Card has mailed me only the responses of the merchant. Not their judgment on the dispute because they need to see my response before that happens?

5 1/2025 2

We do have to review the information before a decision is made.

Ok, can I request a tracking number on the package en transit?

Where it has not offically been mailed we do not have a tracking number I apologize.

Ok but you can confirm it was mailed on the day that I received the email
I just sent the screenshot of?

5/1/2025 2:05:10 PM

urn:biz:b15ed773-9eed-11e7-baa2-7b88b04daa8e

**The request has been submitted today.  IT will be 10 days from todays date.**

5/1/2025 2:05:42 PM

Ok so that can't be mailed until I request.  Thanks.

5/1/2025 2:06:14 PM

Last thing can I request that this be expedited at my own expense?

5/1/2025 2:06:52 PM

urn:biz:b15ed773-9eed-11e7-baa2-7b88b04daa8e

**Goldman sachs does not have the option to expedite the evidence.  I apologize.**

5/1/2025 2:07 38 PM

I understand.

5/1/2025 2:08:02 PM

urn:biz:b15ed773-9eed-11e7-baa2-7b88b04daa8e

**Thank you for your understanding Matthew.  Is their anything else I can help you with today?**

5/1/2025 2:08 14 PM

No I appreciate the help.  Have a good day.

5/1/2025 2 10 20 PM

urn:biz b15ed773-9eed-11e7-baa2-7b88b04daa8e

Thank you for reaching out today. It has been a pleasure assisting you! You may receive a survey about our interaction today and I would greatly appreciate your feedback. Have a wonderful day.

5/22 2025   0 07 45 PM

Apple Card that please

Hello ꭵ , I'm Apple's automated assistant. Apple will keep this conversation and may use it to provide you support, for quality assurance, to train advisors and improve contact center technologies. Tap the link below to see how your data is managed...

https://www.apple.com/legal/privacy/data/en/message-apple/

urn:biz:b15ed773-9eed-11e7-baa2-7b88b04daa8e

I can help with Apple Card, but need some additional information. Which of the following best describes what you need help with?

5/22/2025 10:07:48 PM

urn:biz:b15ed773-9eed-11e7-

5/22/2025 10:07:48 PM

urn:biz:b15ed773-9eed-11e7-baa2-7b88b04daa8e

**Support Options**

5/22/2025 10:07:56 PM



5/22/2025 10:07 58 PM

urn:biz:b15ed773-9eed-11e7-baa2-7b88b04daa8e

**An Apple Card Specialist at Goldman Sachs can help with that.**

5/22/2025 10:07 58 PM

urn biz:b15ed773-9eed-11e7

5/22/2025 10:07 58 PM

urn:biz:b15ed773-9eed-11e7-baa2-7b88b04daa8e

**Connect with Goldman Sachs**

5/22/2025 10 08:01 PM



5/22/2025 10:08:03 PM

urn biz:b15ed773-9eed-11e7-baa2-7b88b04daa8e

**You're now connected to the Apple Card team at Goldman Sachs.**

5/22/2025 10 08 03 PM

urn biz b15ed773 9eed 11e7 baa2 7b88b04daa8e

**A Specialist will send you a message here after reviewing your account.**

5/22/2025 1  08 1  PM

Ok

I'll hold

I'll just write my question this way I won't have to say it when someone comes on...

I received the response on my dispute in the mail/  Thought it was a textbook lol.

urn:biz:b15ed773-9eed-11e7-baa2-7b88b04daa8e

Hi! Thank you for contacting us. I hope you are doing well. My name is Phillip, I am your Apple Card disputes specialist at Goldman Sachs. I understand that you need assistance with a transaction. Thank you so much for bringing this to my attention. It will be more than a pleasure to assist you with this matter.

5/22/2025 10:10:30 PM

As far as I can see the merchants response was just purchase receipts from the transaction.  Unless I am missing something?

5/22/2025 10:11:50 PM

Sure Phillip,  had several disputes for the same merchant on my Apple Card.  Waited for their response in the mail and all it was is a long list of purchase receipts.  I was well aware of them due to the fact every reciept is sent to my email.  I guess let me know the next steps please.

5/22/2025 10 12:26 PM

urn:biz:b15ed773-9eed-11e7-baa2-7b88b04daa8e

Let me check.

5/22/2025 10 13:22 PM

Sure

5/22/2025 10 15 35 PM

urn:biz:b15ed773-9eed-11e7-baa2-7b88b04daa8e

Just to make sure, you were expecting the evidence the merchant sent to be sent to you and only the receipts that you have already were received, correct?

5/22/2025 10:17 35 PM

I mean I'm not going to read 400 pages.  But as far as I can tell.  I request it to be explained to me in a shorter email or in this chat.

I was told once the merchant replied I would need to give my response. Then a ruling would be made by whoever Goldman Sachs, apple, not sure on that.

5/22/2025 10 18 38 PM

So yeah now that I waited and received in the mail I'm just requesting to get their response explained to me via email.  Or let me know next steps in a dispute.  You guys deal with it daily, I'm kind of lost on it.

In this case, I was checking the information and it was sent evidence by the merchant about their policy is managed and at the time of the purchase before is completed, you have to agree to their terms and conditions. Also, they sent a description about their terms and conditions.

It seems that they sent the same information for each dispute so you don't have to check one by one because you will notice is the same.

Which terms and conditions, I refused to sign the new terms and conditions they sent me before the termination of my account.

If I can just have some clarity on which terms and conditions page they are referring to. Then I can appropriately give my response before a ruling is made.

Case 2:25-cv-01868-DJC-CSK   Document 97   Filed 07/28/26   Page 68 of 181

5/22/2025 10:28:21 PM

urn:biz:b15ed773-9eed-11e7-baa2-7b88b04daa8e

**In the evidence they sent, it is attached their terms and conditions of the merchant.**

5/22/2025 10:28:41 PM

Ok one second let me take a look.

5/22/2025 10:30:54 PM

Unfortunately no terms pages attached. Can you please send me a email of what they sent you referencing their terms page.

5/22/2025 10:31:30 PM

urn:biz:b15ed773-9eed-11e7-baa2-7b88b04daa8e

**Let me try.**

5/22/2025 10 32:44 PM

Sure

5/22/2025 10:32:44 PM

urn.biz:b15ed773-9eed-11e7-baa2-7b88b04daa8e

**I have made the request. Could you please confirm if it was received?**

5/22/2025 10:33:23 PM

No alert but let me check. It was sent to email linked to my Apple ID I'm assuming?

5/22/2025 10 33 58 PM

urn biz b15ed773 9eed-11e7-baa2-7b88b04daa8e

**Could you please confirm the email you have with us?**

/2025    34 1ᵀ PM

Sure vulturevictim@proton.me

**Yes, that is the email we have on file.**

Ok one second

**Was the email received?**

It was not it was not in spam folder either

urn:biz:b15ed773-9eed-11e7-baa2-7b88b04daa8e

**Just in case, the document I'm trying to send, is one of the ones sent on**

**that day.**

5/22/2025 10:44:11 PM

urn:biz:b15ed773-9eed-11e7-baa2-7b88b04daa8e

**On that day the documentation was sent.**

5/22/2025 10:44:23 PM

Ok I'll check that date then

5/22/2025 10:45:42 PM

I only received a email with receipts can you tell me where the specific page would be located on there?

5/22/2025 10:46:10 PM

urn:biz:b15ed773-9eed-11e7-baa2-7b88b04daa8e

**Could you please send me a screenshot of the email you are seeing?**

5/22/2025 10:47:10 PM



5/22/2025 10:47:11 PM

Only Apple email of the 21st

49   PM

biz    7b88b04

That is not the email. You should search one that says:

CSD OUT

The following information will be included on the electronic submission to Mastercard, etc.

Were you able to find it?

It's not there I'm sorry have looked many times,  can I please be sent
another

urn:biz:b15ed773-9eed-11e7-baa2-7b88b04daa8e

**Okay, I have sent it.**

5/22/2025 10:56:47 PM

No email sent

5/22/2025 10:59:42 PM

urn:biz:b15ed773-9eed-11e7-baa2-7b88b04daa8e

**Hello, thank you for your continued patience, I really appreciate you and want to assure you your contact reason is important to me. My name is Victoria an Apple Card Specialist with Goldman Sachs Bank USA. Please allow me a moment to review your previous chat.**

5/22/2025 11:00:22 PM

Ok Victoria that's fine.  I'm getting pretty tired maybe you can take a look and then we can continue this tomorrow?

5/22/2025 11:00:38 PM

Haven't been much in the mood to talk on phone so text or email will be good.

5/22/2025 11:00:55 PM

urn:biz:b15ed773-9eed-11e7-baa2-7b88b04daa8e

**Please allow me a moment to transfer you over to the correct department that will be able to help assist with this issue for you.**

5/22/2025 11:00:57 PM

I'll also check again for which terms they will be referring to.

5/22/2025 11 01:05 PM

Oh ok great.

5/22/2025 11 01 47 PM

urn biz b15ed773-9eed-11e7 baa2-7b88b04daa8e

**Hi Matthew, my name is Joseline your Apple Card specialist at Goldman Sachs, I hope you are having a great day. I understand you need assistance.**

5 22 2025        53

Hey Josephine yes.  Just want to know my next step regarding this dispute.  I got an answer from last person saying I signed a terms page so that was it.  Wanted to see if that's how you guys view it, I'm sure every merchant has a terms page.  Also just which terms page they are referencing.  I would need to know that before I give an accurate response to them.

To correct my terrible grammar

urn:biz:b15ed773-9eed-11e7-baa2-7b88b04daa8e

**Dispute Status: Merchant Responded**
An Apple Card Specialist with Goldman Sachs Bank USA is reviewing the merchant's response. This review will evaluate the supporting documentation provided by the merchant and any information you may have provided to determine next steps. You'll receive an update once the review is completed no later than Jun 8, 2025.

5/22/2025 11:06:26 PM

The past chat agent told me that merchants response was that I had signed a terms page and that was that. It came out in that text as me saying that your agent had said that.

5/22/2025 11:07:46 PM

I have not provided any information besides my initial call. I can't give anymore evidence if I am not given the information to make a response.

5/22/2025 11:08:21 PM

I never even received your email. Can send screen shots of my inbox. I will be needing that as soon as possible please.

5/22/2025 11:08:22 PM

urn:biz:b15ed773-9eed-11e7-baa2-7b88b04daa8e

**Would you like to get the evidence that the merchant sent?**

5/22/2025 11:08:38 PM

Yes. Please.

5/22/2025 11:09:35 PM

I thought that's what was coming in the mail. All I got was a bunch of reciepts that I already had in my email. Basically they gave no reply to anything I had said, correct?

5/22/2025 11 09 50 PM

Just the reciepts of purchases and one of two terms sheets.

22 2025 1 1 26 PM

urn biz b15ed773 9eed 1    baa2-7b88b04daa8e

**Let me create a case.**

Thought we already had one?

You know what it's ok, I can either get a email. Since I don't have one you can just send me a reciept that it was sent. And I can go by what I got in the mail.

In this case, we have to create a case. I already created.

No thats ok. I'll just go by what I was given in the mail if I can't get another email.

5/22/2025 11:14:02 PM

I don't want to drag this out any longer.

5/22/2025 11:14:56 PM

I decline to start a new case on the missing email. I will give a response on terms sheet I signed. As well as the one they tried to have me sign before my account was terminated. Sound good?

5/22/2025 11:15:14 PM

urn:biz:b15ed773-9eed-11e7-baa2-7b88b04daa8e

The case was created, please keep an eye on your email to be aware about the dispute status.

5/22/2025 11:15:37 PM

A case for what exactly?

5/22/2025 11:16:12 PM

A email I might not be seeing because I'm kind of tired. This is kind of ridiculous.

5/22/2025 11:16:43 PM

Won't that drag this on longer? As you guys know I'm in financial stress and hardship so would prefer to not have that happen.

5/22/2025 11:16:49 PM

Please inform.

5/22/2025 11:16:53 PM

urn biz b15ed773 9eed-11e7-baa2-7b88b04daa8e

When the customer is requesting the evidence the merchant sent, we have to create a case.

5/22/2025 11:17:20

No I was just requesting a email that was never sent to be sent.

5    202

So don't want a case created for that.

I don't request info from merchant just a email I didn't find. So I'll keep looking and if not I'll just give reply on what was in the mail and knowing a terms sheet was referenced.

That work?

Understood.

Oh man just saw this was double sided. I apologize

> Have the merchant response.

5/22/2025 11:23:46 PM

urn:biz:b15ed773-9eed-11e7-baa2-7b88b04daa8e

**Perfect.**

5/22/2025 11:24:16 PM

> Ok I'll give a response based on both terms pages. When is my deadline to provide June 8th. Or that is when I get it back by?

5/22/2025 11:26:06 PM

urn:biz:b15ed773-9eed-11e7-baa2-7b88b04daa8e

**You'll receive an update once the review is completed no later than Jun 8, 2025.**

5/22/2025 11:33:13 PM

> Oh ok, do I need to give a reply or you guys just needed that from them. I'm sorry all this may have been for nothing, if that's the case I am sorry for that.

5/22/2025 11:35:53 PM

urn:biz:b15ed773-9eed-11e7-baa2-7b88b04daa8e

**Thank you for messaging. Please feel free to contact us again in the future if you need help with anything else.**

5/22/2025 11:36:09 PM

> Yes

5/22/2025 11:36:33 PM

> Do I need to do anything else or just wait for you guys? I'm confused if I'm supposed to respond to them or not.

5/22 2025 1  43

biz  15ed77       1 e⁻-baa2 7b88b04daa8e

**Just wait.**

22

> Ok great I'm sorry for all of those questions then. Appreciate your help, have a good night.

4

Thank you for messaging. Please feel free to contact us again in the future if you need help with anything else.

> Apple wallet

urn:biz:b15ed773-9eed-11e7-baa2-7b88b04daa8e

Hello 🐝, I'm Apple's automated assistant. Apple will keep this conversation and may use it to provide you support, for quality assurance, to train advisors and improve contact center technologies. Tap the link below to see how your data is managed...

5/24/2025 8:50:30 AM

urn:biz:b15ed773-9eed-11e7-baa2-7b88b04daa8e

https://www.apple.com/legal/privacy/data/en/message-apple/

5/24/2025 8:50:31 AM

urn:biz:b15ed773-9eed-11e7-baa2-7b88b04daa8e

It looks like you need help with an app. I can get you to the right place, but I'll need some more information first. Which of these options best describes what you need help with?

5/24/2025 8:50:31 AM

urn:biz:b15ed773-9eed-11e7-



5/24/2025 8 50 31 AM

urn biz b15ed77  9eed 11e⁻ baa2 7b88b04daa8e



5/24/2025 8 50 40 AM

Apple wallet

24 2025    4

It looks like you need help with an app. I can get you to the right place, but I'll need some more information first. Which of these options best describes what you need help with?



5/24/2025 8:50:43 AM

urn:biz:b15ed773-9eed-11e7-baa2-7b88b04daa8e

App Support Topics

5/24/2025 8:50:56 AM



5/24/2025 8:51:02 AM

urn:biz:b15ed773-9eed-11e7-baa2-7b88b04daa8e

Let me connect you to someone who can help. If you need to step away, don't worry. We'll send you a message when we're ready for you.

5/24/2025 8:51:02 AM

urn:biz:b15ed773-9eed-11e7-baa2-7b88b04daa8e

Apple may record, use, and keep a transcript of this conversation to provide the support you have requested, for quality control and training purposes, and to improve contact center technologies.

5/24/2025 8:51:04 AM

Wallet

24 __ __ 5 41 AN

urn:biz:b15ed773 9eed-11e7-baa2-7b88b04daa8e

Hello, thanks for contacting Apple Support, I hope you are having a great day. I have been seeing that you need assistance with your apple wallet, am I right?



Yeah it says my cards can't be used. Is there a reason for that?

Would you like to provide me a screenshot of the error message that you have



5/24/2025 8:53:44 AM

Shows this for every card.

5/24/2025 8:55:05 AM

Don't have a lot of time. Don't really care all that much. Just wanted to see the reason.

5/24/2025 8:57 39 AM

If you guys wouldn't mind sharing any of the statements you have that would be great also.

5/24/2025 8:57 41 AM

urn:biz:b15ed773-9eed-11e7-baa2-7b88b04daa8e

Thanks for confirming your issue, we are here to help, just for the record our phone advisors are the ones in charge of Apple Wallet cases as they are only able to see that information, but thanks for contacting chat support anyways, please provide me your phone number and time zone

5/24/2025 8 58 02 AM

3219873397

5/24/2025 8 58 1. AM

It's ok I'll call. Will need to know if I have to bring cards with me today.

5/24/2025 8 58 45

Sure you can call following this article

https://support.apple.com/106932

And I don't want to set any improper expectation so that department will let you know what you need

Huh?

urn:biz:b15ed773-9eed-11e7-baa2-7b88b04daa8e

Sorry, yes bring with you the card in case that the department of apple wallet for ask for it

5/24/2025 9:01:26 AM

urn:biz:b15ed773-9eed-11e7-baa2-7b88b04daa8e

Please let me know if you have any other questions or concerns.

5/24/2025 11:10:24 AM

urn:biz:b15ed773-9eed-11e7-baa2-7b88b04daa8e

We've closed this conversation for now. If you still need help, just send us a message, and we can pick up where we left off.

5/24/2025 11:10:24 AM

urn:biz:b15ed773-9eed-11e7-baa2-7b88b04daa8e

If there's nothing else we can help you with right now, we'd love to hear how we did.

5/24/2025 11 10:25 AM

urn:biz:b15ed773-9eed-11e7-baa2-7b88b04daa8e

https://feedback.applesurveys.com/jfe/form/SV_dhUxZ00iyKBQnCC? Q_ULED=9b0f75e7-cd23-460a-837f-82dd5aca1aee&pl=EN,FR-CA,ES

5/31/2025 9:38 33 PM

Hey

5/31/2025 9:38:35 PM

urn biz:b15ed773-9eed-11e7 baa2-7b88b04daa8e

Hello, I'm Apple's automated assistant. Apple will keep this conversation and may use it to provide you support, for quality assurance, to train advisors and improve contact center technologies. Tap the link below to see how your data is managed...

5/31 2025 38 36 PM

urn biz b15ed    9eed 11e⁻ baa2 7b88b04daa8e

https://www.apple.com/legal/privacy/data/en/message-apple/

5 PN

How can I help you today?

Got email from you guys. I almost got scammed by someone pretending to be crypto.com today so just wanted to verify the email was to you guys.

urn:biz:b15ed773-9eed-11e7-baa2-7b88b04daa8e

If you think you received a phishing email, please forward it to reportphishing@apple.com. To report suspicious messages received through iMessage, tap Report Junk under the message.

You can also take a screenshot of the message and email the screenshot to reportphishing@apple.com.

To learn more about how to identify, avoid, and report phishing, read this article.

5/31/2025 9:39:36 PM

urn:biz:b15ed773-9eed-11e7-baa2-7b88b04daa8e

https://support.apple.com/en-us/102568

5/31/2025 9:39:36 PM

urn:biz:b15ed773-9eed-11e7-baa2-7b88b04daa8e

To learn more about how to identify, avoid, and block spam contacts read this article.

5/31/2025 9:39:36 PM

urn:biz:b15ed773-9eed-11e7-baa2-7b88b04daa8e

https://support.apple.com/en-us/111104

5/31/2025 9:41:05 PM

no_reply@post.applecard.apple

5/31/2025 9:41 07 PM

urn biz:b15ed773-9eed-11e7-baa2-7b88b04daa8e

It looks like you need help with an app. I can get you to the right place, but I'll need some more information first. Which of these options best describes what you need help with?

5/31/2025 9 41 08 PM

urn biz b15ed773 9eed-11



❖

urn:biz:b15ed773-9eed-11e7-baa2-7b88b04daa8e

If you think you received a phishing email, please forward it to reportphishing@apple.com. To report suspicious messages received through iMessage, tap Report Junk under the message.

You can also take a screenshot of the message and email the screenshot to reportphishing@apple.com.

To learn more about how to identify, avoid, and report phishing, read this article.

5/31/2025 9:41:17 PM

urn:biz:b15ed773-9eed-11e7-baa2-7b88b04daa8e

https://support.apple.com/en-us/102568

5/31/2025 9:41 17 PM

urn:biz:b15ed773-9eed-11e7-baa2-7b88b04daa8e

To learn more about how to identify, avoid, and block spam contacts read this article.

5/31/2025 9:41 17 PM

urn:biz:b15ed773-9eed-11e7-baa2-7b88b04daa8e

https://support.apple.com/en-us/111104

5/31/2025 9 42 16 PM

Apple Card help

5/31/2025 9:42 18 PM

urn:biz:b15ed773-9eed-11e7-baa2-7b88b04daa8e

I can help with Apple Card, but need some additional information. Which of the following best describes what you need help with?

5/31/2025 9 42 18 PM

u r biz b15ed7   9eed 11

2025 9 42

urr biz b15ed773 9eed    baa2 7b88b04daa8e

Support Options

2  4

An Apple Card Specialist at Goldman Sachs can help with that.

Connect with Goldman Sachs

urn:biz:b15ed773-9eed-11e7-baa2-7b88b04daa8e

**You're now connected to the Apple Card team at Goldman Sachs.**

5/31/2025 9:42:33 PM

urn:biz:b15ed773-9eed-11e7-baa2-7b88b04daa8e

**A Specialist will send you a message here after reviewing your account.**

5/31/2025 9:42:39 PM

urn:biz:b15ed773-9eed-11e7-baa2-7b88b04daa8e

**We're experiencing longer wait times. An Apple Card specialist will be with you in about 30 minutes.**

5/31/2025 9:42:58 PM

Sure, thanks.

5/31/2025 10:26:24 PM

urn:biz:b15ed773-9eed-11e7-baa2-7b88b04daa8e

**Hi Matthew! My name is John I'm going to continue from here. Let me check what is going on!**

5/31/2025 10:29:55 PM

urn:biz:b15ed773-9eed-11e7-baa2-7b88b04daa8e

**I see that you got an email that you think is a scam, we can report that information, can you please let me know the email from did you receive that information?**

6/7/2025 11:26:36 PM

Apple Card support

6/7/2025 11:26    PM

urn:biz:b15ed773-9eed-11e7-baa2-7b88b04daa8e

**Hello , I'm Apple's automated assistant. Apple will keep this conversation and may use it to provide you support, for quality assurance, to train advisors and improve contact center technologies. Tap the link below to see how your data is managed...**

https://www.apple.com/legal/privacy/data/en/message-apple/

I can help you with your Apple Card.

urn:biz:b15ed773-9eed-11e7-baa2-7b88b04daa8e

**Verify with Goldman Sachs**



6/7/2025 11:26:45 PM

6/7/2025 11:26:47 PM

urn:biz:b15ed773-9eed-11e7-baa2-7b88b04daa8e

**You're now connected to the Apple Card team at Goldman Sachs.**

6/7/2025 11:26:47 PM

urn:biz:b15ed773-9eed-11e7-baa2-7b88b04daa8e

**A Specialist will send you a message here after reviewing your account.**

6/7/2025 11:27:00 PM

Sure.

6/7/2025 11 27 23 PM

urn:biz b15ed773-9eed-11e7-baa2-7b88b04daa8e

**Hi! Thank you so much for your continued patience. How may I help you with your Apple Card?**

6/7/2025 11:29:09 PM

Just had a dispute resolved.  I wanted to thank you guys.  Sorry I haven't sent this sooner, I've been working through struggles.

6/7/2025 11 30 12 PM

My condition seemed to worsen as well so new meds have been rough getting used to.  Anyways beyond the dispute I'm very grateful for . How you guys treated me and just the support that was given to me at all times.

6/7/2025 11 30 24 PM

urn biz b15ed773- 11e7-baa2-7b88b04daa8e

**Thank you so much for the communication. Please don't hesitate to to chat back in at any time any moment you have any other questions.**



One last thing.

**Yes?**

I would love to provide the evidence against the merchant.  The forensic findings all that.  If you guys would be interested in seeing that, I Believe it would be ummm informative.  No big deal either way though.

Let me get you with specific specialist that can help in this matter

Sure, would come at no cost just a gesture of kindness you guys showed me.

6/7/2025 11:36:29 PM

urn:biz:b15ed773-9eed-11e7-baa2-7b88b04daa8e

**Hello Matthew, I see you are chatting in today about providing evidence. You can go ahead and send this into the chat if you'd like. Or you can wait until an evidence needed letter is sent to your email.**

6/7/2025 11:38:53 PM

Oh my case has been resolved with you guys. I can't speak about any legal stuff specifically but the reports came at a great cost, there very informative and straight to the point numbers and graphs. I think it could help you guys in the future. This information has only been viewed by my attorney, myself and the people who did the analysis.

6/7/2025 11:39:59 PM

I have no angle here. I just really appreciate the way I was treated by everyone with Apple.

6/7/2025 11:40:53 PM

urn:biz:b15ed773-9eed-11e7-baa2-7b88b04daa8e

**Okay got it thank you for that information. I am so glad you feel this way. We are always here to assist you and always want to make sure every customer is taken care of with no problems.**

6/7/2025 11 40 57 PM

urn:biz:b15ed773-9eed-11e7-baa2-7b88b04daa8e

**Is there anything other transactions you need help with this evening?**

6/7/2025 11 42.17 PM

That's about it. If you guys want to see the report let me know. If not no big deal either.

6/7/2025 11 42 41 PM

Appreciate everything.

6   2025 1  4: 40

r biz b15ed77      1      7b88b04daa8e

If you would like to send this into this chat it can be added to your document library. It is up to you if you would like to provide this at this time. If it is needed we should reach out for this.

Sure thing. Thanks. Is my card being closed all I've gotten is emails that I wasn't charged.

I do not believe I am able to take money out of the savings account.

urn:biz:b15ed773-9eed-11e7-baa2-7b88b04daa8e

Okay I do see that your account was closed. If you have any questions
regarding your savings account this is something you would have to call
in about.

6/7/2025 11:47:20 PM



6/7/2025 11 47 20 PM



6/7/2025 11 4    PM

> Ok.

‾      4‾   PM

> It's getting late I'll call back tomorrow then.

Okay got it these pictures will be added to your document library. Thank
you for messaging. Please feel free to contact us again in the future if
you need help with anything else.

> Sounds good, have a good one.

urn:biz:b15ed773-9eed-11e7-baa2-7b88b04daa8e

Hello 🌸, I'm Apple's automated assistant. Apple will keep this
conversation and may use it to provide you support, for quality
assurance, to train advisors and improve contact center technologies.
Tap the link below to see how your data is managed...

6/7/2025 11:48:30 PM

urn:biz:b15ed773-9eed-11e7-baa2-7b88b04daa8e

https://www.apple.com/legal/privacy/data/en/message-apple/

6/7/2025 11:48:31 PM

urn:biz:b15ed773-9eed-11e7-baa2-7b88b04daa8e

Ok, take care. I'll be here if you need anything else.

6/9/2025 4:55:19 PM

**Apple Card support**

6/9/2025 4:55:22 PM

urn:biz:b15ed773-9eed-11e7-baa2-7b88b04daa8e

I can help you with your Apple Card.

6/9/2025 4 55:22 PM

urn biz b15ed773-9eed-11e7

6/9/2025 4:55:22 PM

urn biz:b15ed773-9eed 11e7-baa2 7b88b04daa8e

Verify with Goldman Sachs

6/9/2025 4 55:25 PM

6/9/2025 4 5 27 PM

urn:biz b15ed773-9eed 11e7 baa2-7b88b04daa8e

You're now connected to the Apple Card team at Goldman Sachs.

4 55 PM

ur biz t 5ed 7b 8b04daa8e

A Specialist will send you a message here after reviewing your account.

**Sure**

Hello Matthew, how can I further assist you today?

I reviewed the statement which did not offer any type of difference
between the charges as far as I can tell.

My attorney is in a different time zone, my mom told me not to submit any further evidence until I consult with her.

6/9/2025 4:57:53 PM

The only thing I need to confirm...

6/9/2025 4:59:08 PM

My credit and finances are in a state of chaos.  If I do not meet the July 10th deadline.  I have been made aware I can re dispute.  But if I submit no further evidence.  What is the result of that dispute on my card after the 10th.  At 12:01 am on the 11th.

6/9/2025 4:59:31 PM

Do I then owe Apple Card/goldman Sachs $492.00?

6/9/2025 5:00:12 PM

urn:biz:b15ed773-9eed-11e7-baa2-7b88b04daa8e

Hi Matthew, I hope you are doing very well today. My name is Sophie and a bright day to you! We're thrilled you've chosen to join us. Let's create something amazing together, whatever your needs may be. We're here to assist you with a smile.

6/9/2025 5:01 20 PM

urn:biz:b15ed773-9eed-11e7-baa2-7b88b04daa8e

Before taking any action in your account, could you please confirm the amount, the date and the merchant name of the transaction you are referring to?

6/9/2025 5:01 47 PM

Sure there are 3.

6/9/2025 5:02 33 PM

4/5/2025 $299.99
Merchant: modo gold coins
#16939226

2025 5 03  2 PM

4/6/2025 $99.99
Modo gold coins
#16939185

I was reviewing your account and I was able to locate the transaction from Modo Gold Coins in the amount of $299.99, $99.99 and $99.99. Your dispute has been declined due to the fact that Goldman Sachs Bank USA has re-investigated your transaction dispute and found that no billing error occurred.

Based on available information, we determined that the purchase was provided as described.

Very well.  So my balance will be reflect the 492.00 owed on those 3 transactions?

if further evidence is not submitted? Or those three are closed and you no longer wish to be shown any more evidence?

6/9/2025 5:05:32 PM

urn:biz:b15ed773-9eed-11e7-baa2-7b88b04daa8e

**Yes, that is correct.**

6/9/2025 5:05:49 PM

urn:biz:b15ed773-9eed-11e7-baa2-7b88b04daa8e

I know for sure this is not the outcome you were looking for and that you are definitely not happy with this result. I sincerely apologize for the way this dispute was handled. Rest assured I will do everything within my knowledge to ensure you are helped correctly.

Remember that you will never be left alone during this process.
So, don't worry Matthew, I can certainly reopen the dispute if you agree.

6/9/2025 5:06:19 PM

I'm very happy with the dispute ma'am. You guys helped me save $2000.00 dollars.

6/9/2025 5 07:04 PM

I do not wish to reopen the dispute on those 3 charges at the moment.

6/9/2025 5:08:20 PM

urn biz:b15ed773-9eed-11e7-baa2-7b88b04daa8e

That's wonderful to hear, Matthew! Your satisfaction means the world to us, and I'm truly glad we could help. If anything ever comes up or you have any concerns in the future, please know we're always here to support you. Thank you for trusting us, wishing you all the best!

6/9/2025 5:08 53 PM

I will need to consult with my attorney. Last thing I will ask is that due to my bills, not being able to work anymore due to some unfortunate health issues. I am in the process of having g to sell my business. Is there any option for assistance or a hold on having my credit being hurt further by missed payments?

6/9/2025 5 09 49 PM

Possibly until the sale goes through, maybe there is a form I can fill out if the decision is to not dispute and owe you guys the $492.00 balance?

Blue cross blue shield had provided me with that mercy, let me know if you guys have that ability as well.

urn:biz:b15ed773-9eed-11e7-baa2-7b88b04daa8e

I truly appreciate you sharing this with us, and I'm so sorry for the challenges you're facing. Your well-being matters, and we want to make sure you have the support you need during this difficult time.

We do have a Customer Assistance Program (CAP) designed to provide temporary financial relief for individuals going through hardships. This program may offer options like payment holds or adjustments to help prevent further impact to your credit while you navigate these changes. If you'd like to explore these options, I'd be happy to guide you through the next steps and any necessary forms.

Please know that you're not alone in this, and we'll do everything we can to find a solution that helps ease your burden. Let me know how you'd like to proceed, and I'll make sure you get the support you need. Take care, and we're here for you.

6/9/2025 5:14:46 PM

Thank you. I will inform on that matter after I consult with my attorney. That would be out of my scope at this point. Again that's for the support throughout. Cya

6/9/2025 5:15:24 PM

urn:biz:b15ed773-9eed-11e7-baa2-7b88b04daa8e

You're very welcome! I completely understand, and I appreciate you keeping us informed. If you ever need further assistance or have any questions down the line, please don't hesitate to reach out. Wishing you the best as you navigate everything, and take care!

6/9/2025 5:15:30 PM

urn:biz:b15ed773-9eed-11e7-baa2-7b88b04daa8e

It is a true pleasure for me to assist a valued customer like yourself.

How satisfied are you with your experience with me today?

6/9/2025 5:16:07 PM

Half and half. But thank you.

2025 5  6 .1 PM

urn:biz:b15ed7   9eed-11e  -baa2 7b88b04daa8e

Just a friendly reminder if you have a moment, you might receive an email survey to share your feedback. We'd love to hear about your experience with me, as your thoughts are truly valued and appreciated!

It has been an absolute pleasure assisting you today, Matthew. Thank you again, and please don't hesitate to reach out if you ever need anything else.

Apple Card

Hello   , I'm Apple's automated assistant. Apple will keep this conversation and may use it to provide you support, for quality assurance, to train advisors and improve contact center technologies. Tap the link below to see how your data is managed...

urn:biz:b15ed773-9eed-11e7-baa2-7b88b04daa8e

https://www.apple.com/legal/privacy/data/en/message-apple/

6/11/2025 4:56:48 PM

urn:biz:b15ed773-9eed-11e7-baa2-7b88b04daa8e

**You're now connected to the Apple Card team at Goldman Sachs.**

6/11/2025 4:56:48 PM

urn:biz:b15ed773-9eed-11e7-baa2-7b88b04daa8e

**A Specialist will send you a message here after reviewing your account.**

6/11/2025 4:57:26 PM

Sure

6/11/2025 4:58 25 PM

urn:biz:b15ed773-9eed-11e7-baa2-7b88b04daa8e

**We're experiencing longer wait times. An Apple Card specialist will be with you in about 20 minutes.**

6/11/2025 4:58:48 PM

Sure

6/11/2025 4:59:27 PM

Just wanted to know if the balance of my savings account around $11.00 I believe.  If that was sent to my bank on file?

6/11/2025 5:04:09 PM

urn:biz b15ed773-9eed-11e7-baa2-7b88b04daa8e

**Hi Matthew. My name is Louis and I'll be happy to assist you today.**

6/11/2025 5:09 32 PM

urn biz:b15ed773-9eed-11e7-baa2-7b88b04daa8e

**Thank you for messaging. Please feel free to contact us again in the future if you need help with anything else.**

11 2025 5 09    PN

I'm sorry

4

Hello  , I'm Apple's automated assistant. Apple will keep this conversation and may use it to provide you support, for quality assurance, to train advisors and improve contact center technologies. Tap the link below to see how your data is managed...

https://www.apple.com/legal/privacy/data/en/message-apple/

urn:biz:b15ed773-9eed-11e7-baa2-7b88b04daa8e

I can get you to someone who can help, but I need a little more information first.

Please choose an option from the list below, or tell us the topic you need help with.

6/11/2025 5:09:44 PM

urn:biz:b15ed773-9eed-11e7-



6/11/2025 5:09:44 PM

urn:biz:b15ed773-9eed-11e7-baa2-7b88b04daa8e



6/11/2025 5 09 49 PM

Thought you saw message

6/11/2025 5 09 51 PM

urn:biz:b15ed773-9eed-11e7-baa2-7b88b04daa8e

I'm sorry, I didn't quite get that. Please select from the list.

6 11/2025 5 09 52 PM

15       9eed 11e



◆



6/17/2025 8:45:49 PM

urn:biz:b15ed773-9eed-11e7-baa2-7b88b04daa8e

**Our automated assistant doesn't currently accept attachments.**

6/17/2025 8:45 53 PM

Why am I showing a balance on my card?

6/17/2025 8:45:55 PM

urn:biz:b15ed773-9eed-11e7-baa2-7b88b04daa8e

**I can help with that. Select an option from the list below that best describes which balance you need help with.**

6/17/2025 8 45 56 PM

urn biz b15ed773-9eed-11e7





Apple Card

I can help you with your Apple Card.

urn:biz:b15ed773-9eed-11e7-baa2-7b88b04daa8e

**Verify with Goldman Sachs**

6/17/2025 8:46:05 PM



6/17/2025 8:46:07 PM

urn:biz:b15ed773-9eed-11e7-baa2-7b88b04daa8e
**You're now connected to the Apple Card team at Goldman Sachs.**

6/17/2025 8:46:07 PM

urn:biz:b15ed773-9eed-11e7-baa2-7b88b04daa8e
**A Specialist will send you a message here after reviewing your account.**

6/17/2025 8:46:28 PM

**Ok**

6/17/2025 8:47:13 PM

urn:biz:b15ed773-9eed-11e7-baa2-7b88b04daa8e
**Hello, thanks for chatting in, this is Leon. I'll be more than happy to assist you today.**

**I see you have questions in regards to your balance, correct?**

6/17/2025 8:47:34 PM

**Yes Is that all I owe?**

6/17/2025 8:48:03 PM

**I know for whatever reason 2 of the 25 disputes I did not win left me with a balance.**

6/17/2025 8:48:16 PM

**Also wanted to know where the money from my savings account went?**

6/17/2025 8:49:35 PM

urn:biz:b15ed773-9eed-11e7-baa2-7b88b04daa8e
**Let me connect you over with the specialized department for further assistance.**

54

**Ok , eta?**

Hi Matthew! My name is Sebastian, your Apple Card Specialist at Goldman Sachs and I will be glad to help you today. I see you need help with your disputes. Please allow me a moment to check it for you.

No dispute is over just confused in my balance

urn:biz:b15ed773-9eed-11e7-baa2-7b88b04daa8e

Just to confirm would you like me to reopen the investigation for the charges that were reversed?

6/17/2025 8:59:43 PM

Thought I owed 500 from the two disputes I did not win, then thought I was getting 50 dollars

6/17/2025 8:59:54 PM

No I do not want that

6/17/2025 9:00:02 PM

Why are you guys so eager to do that?

6/17/2025 9:00:16 PM

If you made a mistake, which I'm sure you did just let me know that.

6/17/2025 9:00:29 PM

I'm happy with the outcome and will leave it at that...

6/17/2025 9:01:24 PM

Please just let me know the exact balance I owe, then I can see if I can afford to pay it back at the moment. As you guys know my finances are pretty crappy right now. I'm busy but please leave me a message with the balances.

6/17/2025 9:01:27 PM

Have a good one.

6/17/2025 9:01:35 PM

urn biz b15ed773 9eed-11e7-baa2-7b88b04daa8e

**Your Total Balance is $39.37**

17 2025   01 49 PM

Why did the statements say it was 500?

6 17 2025    58 PM

n biz        ⁻-t        04daa8e

**It was -500**

As the disputes were still opened your Balance was - $500.

Ok that's fine, it won't reflect on there?

I missed my deadline to give evidence for the two that were not ruled in my favor.

Sure. In the next statement you should see the correct amount.

6/17/2025 9:05:53 PM

Ok so those two are closed correct?  So now I owe 539?  Thought it would be 511 because that's what I owed before I turned down turning in more evidence.

6/17/2025 9:06:06 PM

It's fine though.  Anyways...

6/17/2025 9:06:41 PM

I'm going through financial hardship, I can't work and am selling my business.  Anyway is there anyway I can fill out paperwork for Apple to give me a grace period.

6/17/2025 9:07:27 PM

I would re open the dispute but due to other circumstances I cannot dispute anything else with them.

6/17/2025 9:07:58 PM

So please, one more time.  I do not wish to reopen the dispute on those two charges I have to pay.

6/17/2025 9:08:08 PM

urn:biz:b15ed773-9eed-11e7-baa2-7b88b04daa8e

I can transfer you to a department in charge of that, so they can check if there is any available program.

6/17/2025 9:08 31 PM

Don't have a lot of time you can have them call me tomorrow if that works?

6/17/2025 9 09 55 PM

urn biz b15ed773-9eed-11e7-baa2-7b88b04daa8e

I'm afraid that's not possible but I can provide you the Phone number and you can all once you have time.

7

That's fine, thank you.

Sure! It is 1 877-255-5923.

It was great to assist you! I want to kindly recommend you check your email for any communication sent related to your account, statements, offers, or others. Thank you so much for your time! I hope you have a great day and a beautiful week!

Who wants me to pay this bill? Apple or Goldman Sachs?

7/27/2025 9:13:45 PM

urn:biz:b15ed773-9eed-11e7-baa2-7b88b04daa8e

Hello 🐾, I'm Apple's automated assistant. Apple will keep this conversation and may use it to provide you support, for quality assurance, to train advisors and improve contact center technologies. Tap the link below to see how your data is managed...

7/27/2025 9:13:45 PM

urn:biz:b15ed773-9eed-11e7-baa2-7b88b04daa8e

https://www.apple.com/legal/privacy/data/en/message-apple/

7/27/2025 9:13:46 PM

urn:biz:b15ed773-9eed-11e7-baa2-7b88b04daa8e

I can help you with your Apple Card.

7/27/2025 9:13:46 PM

urn:biz:b15ed773-9eed 11e7

7/27/2025 9:13:46 PM

urn:biz:b15ed773-9eed-11e7-baa2-7b88b04daa8e

Verify with Goldman Sachs

7/27/2025 9 13:52 PM

7/27/2025 9:13:54 PM

urn:biz:b15ed773-9eed-11e7-baa2-7b88b04daa8e

You're now connected to the Apple Card team at Goldman Sachs.

7/27/2025 9 13 54 PM

urn:biz b15ed773-9eed-11e7 baa2-7b88b04daa8e

A Specialist will send you a message here after reviewing your account.

7/27/2025    1      PM

urn biz b15ed773 9eed 11 7 b    7b88b04daa8e

This conversation may be recorded, analyzed, and monitored for compliance and to improve our services.

4

4c

Our wait times are longer than usual. An Apple Card Specialist will be with you as soon as possible.

An Apple Card Specialist will be with you soon.

urn:biz:b15ed773-9eed-11e7-baa2-7b88b04daa8e

**You're connected with Fabiola**

7/27/2025 9:14:14 PM

Hi Fabiola

7/27/2025 9:14:29 PM

urn:biz:b15ed773-9eed-11e7-baa2-7b88b04daa8e

**Good evening, this is your Apple Card Specialist at Goldman Sachs Bank USA. What can I do for you tonight?**

7/27/2025 9:14:45 PM

I'm getting an alert for a bill? Is that Goldman Sachs expecting me to pay that or Apple?  Or is it April fools day?

7/27/2025 9:16:27 PM

?

7/27/2025 9:17:29 PM

urn biz:b15ed773-9eed-11e7-baa2-7b88b04daa8e

**By any chance, are you referring to the dispute reversals for $299.99 and $99.99 from MODO GOLD COINS 13802 N SCOTTSDALE RD SUI SCOTTSDALE 85254 AZ USA?**

7/27/2025 9:17:47 PM

Of course that's the only thing I used that card for.

7/27/2025 9 18:35 PM

But yes.  The two out of 26 charges that were not overturned.

7/27/2025 9 19 16 PM

urn biz b15ed773-9eed-11e7 baa2 7b88b04daa8e

**Thanks for confirming this information.**

/2025 9 20 50 PM

urn biz b15ed773-9eed 11e/ baa2-7b88b04daa8e

**Please allow me a moment to quickly access your account and locate these charges.**

2 22

Ok.

**We've completed the review of your transaction disputes. Based on our findings, we determined that the purchase were provided as described, which is why the disputes could not be resolved in your favor at this time.**

**Would you like to re-assert the disputes?**

Just those two?

Did I dispute those two in a different way? I'm very confused.

7/27/2025 9:27:34 PM

I would not wish to re assert.

7/27/2025 9:27:47 PM

I cannot due to circumstances I cannot discuss.

7/27/2025 9:28:36 PM

Nor will I ever pay anything of those charges back. I just want to let you know my stance on it. I'd rather go homeless then have them profit anymore and hurt more people.

7/27/2025 9:29:09 PM

urn:biz:b15ed773-9eed-11e7-baa2-7b88b04daa8e

I was referring to the three charges from Modo Gold Coins: two for $99.99 on April 6, 2025, and another for $299.99 on April 5, 2025.

I also see several disputes here that were resolved in your favor

7/27/2025 9:29:16 PM

All I will request is an explanation of why those two charges out of all of them were different.

7/27/2025 9:29:56 PM

Yes ma'am. That's all I'm asking. Why are the three different? Where they filed in a different manner. Did they get pulled out of a bingo ball machine like the lottery?

7/27/2025 9:31:19 PM

urn biz:b15ed773-9eed-11e7-baa2-7b88b04daa8e

I hear how upsetting this situation is for you, and I understand your strong feelings about these charges. Please know that we can re-assert them and help you take care of this.

7/27/2025 9 31 30 PM

I just want to know that one thing, then feel free to send it to collections, my credit went from a 800 to a 520 don't matter that much at this point.

4⁻

I can't re-assert them if I don't know the reason why

8b04d

I understand you're looking for more details, and I can see why that's important. While I, as a dispute specialist, my access is very limited because I am a simple agent, however, I can assure you that an investigation is conducted for every transaction.

This means that even though I can't share specifics from the investigation report, our team thoroughly reviews each case.

Ok. Last question then. Where those three filed different in anyway whatsoever? I had asked that a while back but I'm still unwell and things get lost in translation a lot. Is that a question that can be answered atleast?

7/27/2025 9:36:33 PM

I never involved you guys in any of this crap because you were kind to me at really low times. I don't forget things like that. If you're gonna stone wall me that's fine. I guess I'm just letting you know that I won't ever pay those back. I'm not sure what the protocol is for that.

7/27/2025 9:37:21 PM

I gotta go. This stuff is upsetting to relive and I've been trying to get past it.

7/27/2025 9:41:49 PM

urn:biz:b15ed773-9eed-11e7-baa2-7b88b04daa8e

However, I can create a case to send you the merchant evidence.

Yes, in my experience as a dispute specialist, all disputes are investigated. We contact the merchant, they respond to us, and we evaluate the evidence you provided.

7/27/2025 9:42 56 PM

Did I miss something? However usually follows a statement in my experience. So I can't ask if those three were filed any differently?

7/27/2025 9:44 13 PM

urn:biz:b15ed773-9eed-11e7-baa2-7b88b04daa8e

I completely understand your frustration. We certainly don't want you to feel stonewalled, and we're here to help resolve this situation.

7/27/2025 9 44 32 PM

urn biz:b15ed773-9eed-11e7-baa2 7b88b04daa8e

Let me check if the investigator left any notes on your records in regards to your case.

7/27 2025 9 44 45 PM

Ok thanks.

25    46

My pleasure!

urn:biz:b15ed773-9eed-11e7-baa2-7b88b04daa8e

It looks like the investigator didn't share specific details, but it appears all disputes were investigated using the same process. What we can do is reopen these cases for you, and we'll provide temporary credits so you won't have to pay these charges while we work on them.

I promise I'll be doing everything I can while re-asserting your disputes to ensure all key factors in these disputes are being clearly understood for our investigators, to ensure the best outcome for you, to finally resolve this issue for you.

Would you like to proceed?

7/27/2025 9:51:39 PM

Would that put any of the initial disputes I won up for debate? Because that would really hurt me if I agreed (which I want to). Then you guys turned around and said well after re investigating we see we should have ruled all of them this way.

7/27/2025 9:53:31 PM

urn:biz:b15ed773-9eed-11e7-baa2-7b88b04daa8e

I would like to clarify that it won't change the result of any disputes that were resolved on your favor.

If you allow me, I'd like to reopen the investigation for only the charges that were not resolved in your favor.

7/27/2025 9:53:55 PM

Ok, we can do that.

7/27/2025 9:54:09 PM

urn:biz:b15ed773-9eed-11e7-baa2-7b88b04daa8e

Sure, I will be more than happy to help you with that.

7/27/2025 9:54:10 PM

Sorry if I'm being difficult. I want this all to be over and to move on.

7/27/2025   54 .1 PM

Thanks.

54 48

baa2-7b88b04daa8e

No worries at all, there is no need to apologize. I completely understand how you feel in this situation.

I'm committed to resolving this situation for you. Can I ask you a few details to help me research the best solution for you?

4

My pleasure!

urn:biz:b15ed773-9eed-11e7-baa2-7b88b04daa8e

**Thank you!**

7/27/2025 9:55:23 PM

urn:biz:b15ed773-9eed-11e7-baa2-7b88b04daa8e

**To make sure I'm on the right track, which of these options resonates most with your current situation?**

**a) The recurring charge or subscription was cancelled**
**b) The merchandise or service was received but it is defective or not as described**
**c) The purchase has not been received**
**d) A different payment method was used for this purchase**
**e) An expected merchant credit has not posted to the account**
**f) The purchase or credit amount posted incorrectly**
**g) The transaction was not authorized**

7/27/2025 9:55:56 PM

B

7/27/2025 9 56:23 PM

urn:biz:b15ed773-9eed-11e7-baa2-7b88b04daa8e

**What is the amount being disputed?**

7/27/2025 9:57 00 PM

$399.98

7/27/2025 9:59 14 PM

urn:biz:b15ed773-9eed 11e7-baa2 7b88b04daa8e

**Thanks for the information, please give me a moment.**

7/27/2025 9 59 24 PM

urn biz b15ed773 9eed-11e⁻-baa2 7b88b04daa8e

**You're connected with Aymara**

04

urn biz b15

**Hello. I'm ready to provide you with assistance regarding a dispute on your account. Please allow me a moment to review all the information so I can proceed with your disputes.**

Ok

Thank god I go grocery shopping.

I can run to Meadowmont if u want.  I do t mind

Oh crap I'm sorry meant to text that to my gf

7/27/2025 10:06:48 PM

I ate all the ice cream sandwiches apparently lol.  I'll b here tho ma'am lmk what you need.

7/27/2025 10:07:26 PM

urn:biz:b15ed773-9eed-11e7-baa2-7b88b04daa8e

Don't worry. Can you please let me know which option fits the issue with these charges:
a) The merchandise was defective
b) The merchandise was not as described or advertised
c) The services received were not satisfactory

7/27/2025 10:08:43 PM

B

7/27/2025 10:12:48 PM

urn:biz:b15ed773-9eed-11e7-baa2-7b88b04daa8e

The disputes have been submitted. We'll send updates regarding your disputes and may reach out for additional information.

Is there any other transaction would you like to dispute?

7/27/2025 10:13:19 PM

No that would be all of them I ever made.  Ok sounds good thank you.

7/27/2025 10:14:28 PM

urn:biz:b15ed773 9eed-11e7-baa2-7b88b04daa8e

You are welcome. Thank you for reaching us, and feel free to contact us again if you have any questions. Have a great rest of your day!

7/28/2025 12 01 43 AM

Apple Card

7/28/2025 12   1 46 AM

urn biz b15ed773-9eed 11e⁻ baa2 7b88b04daa8e

Hello   , I'm Apple's automated assistant. Apple will keep this conversation and may use it to provide you support, for quality assurance, to train advisors and improve contact center technologies. Tap the link below to see how your data is managed...

https://www.apple.com/legal/privacy/data/en/message-apple/

I can help with Apple Card, but need some additional information. Which of the following best describes what you need help with?

urn:biz:b15ed773-9eed-11e7-baa2-7b88b04daa8e

**Support Options**

7/28/2025 12:01:55 AM



7/28/2025 12:01:57 AM

urn:biz:b15ed773-9eed-11e7-baa2-7b88b04daa8e

**An Apple Card Specialist at Goldman Sachs can help with that.**

7/28/2025 12:01:58 AM

urn:biz:b15ed773-9eed-11e7

7/28/2025 12:01:58 AM

urn:biz:b15ed773-9eed-11e7-baa2-7b88b04daa8e

**Connect with Goldman Sachs**

7/28/2025 12:02:01 AM



7/28/2025 12:02:03 AM

urn biz:b15ed773-9eed-11e7-baa2-7b88b04daa8e

**You're now connected to the Apple Card team at Goldman Sachs.**

7/28/2025 12:02:03 AM

urn:biz b15ed773-9eed 11e7-baa2-7b88b04daa8e

**A Specialist will send you a message here after reviewing your account.**

7/28/2025 12 02:06 AM

urn biz b15ed773-9eed-11e7 baa2 7b88b04daa8e

**This conversation may be recorded, analyzed, and monitored for compliance and to improve our services.**

7 28 2025 12 02 09 AM

urn biz b15ed773 9eed 11e7 baa2 7b88b04daa8e

**Our wait times are longer than usual. An Apple Card Specialist will be with you as soon as possible.**

**You're connected with Sebastian**

> Why wasn't I explicitly made aware I would have to now submit additional evidence pertaining to my dispute.

> I addressed this in a email but if you guys want any info on that organization NDA forms will have to be signed. I can have them drawn up by my attorney if you would like.

> It's kind of messed up too cause last time you told me when I asked to have my attorney call. Now what? I'm being coerced into handing over evidence that you guys can clearly share if you're asking me to not show my social security and bank numbers etc.

7/28/2025 12:05:09 AM

urn:biz:b15ed773-9eed-11e7-baa2-7b88b04daa8e

**Hello thank you for chatting in, I'll help you with the dispute information , please allow me a moment to review the information.**

7/28/2025 12:05:58 AM

> Whatever, I swear all companies are the same next time save the "help" cause it never is.

7/28/2025 12:11:07 AM

urn:biz:b15ed773-9eed-11e7-baa2-7b88b04daa8e

**Thank you so much for the waiting! And we apologize for the inconvenience this may be causing, in this case I will need to transfer you to my supervisors.**

7/28/2025 12 12 13 AM

urn biz:b15ed773-9eed-11e7-baa2-7b88b04daa8e

**You're connected with Jean**

7/28/2025 12 12:19 AM

> They can set up a call with me tomorrow. I'll have to consult with my attorney now. I swear this is why I was so hesitant to say no.

7/28/2025 12 13:19 AM

urn.biz b15ed773-9eed-11e7-baa2-7b88b04daa8e

**Hello, Matthew, my name is Jean, and I'm happy to help with your Apple Card account. How can I assist you?**

7/28/2025 12 14 12 AM

> That's ok Jean. Im not dealing with this anymore tonight. I'll reach out tomorrow after I contact my attorney. Thanks for the help.

7/28/2025 12 15 21 AM

ı biz b15ed773-9eed 1 t 7b88b04daa8e

**Sure, not a problem! You can contact us at any time. I understand how you feel.**

It was my pleasure to assist you today.

Thank you for messaging. Please feel free to contact us again in the future if you need help with anything else. Have a great rest of your day and remember to check your email for future notifications!

> Ok have a good one.

urn:biz:b15ed773-9eed-11e7-baa2-7b88b04daa8e

Thanks! Will do. You too, do the same.

7/28/2025 3:59:03 AM

Apple Card

7/28/2025 3:59:05 AM

urn:biz:b15ed773-9eed-11e7-baa2-7b88b04daa8e

Hello 👋, I'm Apple's automated assistant. Apple will keep this conversation and may use it to provide you support, for quality assurance, to train advisors and improve contact center technologies. Tap the link below to see how your data is managed...

7/28/2025 3:59:05 AM

urn:biz:b15ed773-9eed-11e7-baa2-7b88b04daa8e

https://www.apple.com/legal/privacy/data/en/message-apple/

7/28/2025 3:59:06 AM

urn:biz:b15ed773-9eed-11e7-baa2-7b88b04daa8e

I can help with Apple Card, but need some additional information. Which of the following best describes what you need help with?

7/28/2025 3:59:06 AM

urn:biz:b15ed773-9eed-11e7

7/28/2025 3:59:06 AM

urn:biz:b15ed773-9eed-11e7-baa2-7b88b04daa8e

Support Options

7/28/2025 3:59:11 AM

7 28 2025   59 13 AM

urn biz b15ed773-9eed-11e⁻-baa2-7b88b04daa8e

An Apple Card Specialist at Goldman Sachs can help with that.

7 28/2025 ⸱ 59 1  AM

Connect with Goldman Sachs

You're now connected to the Apple Card team at Goldman Sachs.

urn:biz:b15ed773-9eed-11e7-baa2-7b88b04daa8e

**A Specialist will send you a message here after reviewing your account.**

7/28/2025 3:59:21 AM

urn:biz:b15ed773-9eed-11e7-baa2-7b88b04daa8e

**This conversation may be recorded, analyzed, and monitored for compliance and to improve our services.**

7/28/2025 3:59:24 AM

urn:biz:b15ed773-9eed-11e7-baa2-7b88b04daa8e

**Our wait times are longer than usual. An Apple Card Specialist will be with you as soon as possible.**

7/28/2025 3:59:26 AM

urn:biz:b15ed773-9eed-11e7-baa2-7b88b04daa8e

**You're connected with David**

7/28/2025 4:00:07 AM

urn:biz:b15ed773-9eed-11e7-baa2-7b88b04daa8e

**Hi. Matthew. It will be a pleasure to assist you with your locked Apple Card account. Please allow me to review your account.**

7/28/2025 4:00:30 AM

Is it policy that with a dispute a customer is not allowed to know why 2 charges where not overturned and all of the rest where accepted.

7/28/2025 4 01 13 AM

If so please direct me to the terms and conditions page on dispute or where that is stated.

7/28/2025 4 07 32 AM

urn biz b15ed773-9eed-11e7-baa2-7b88b04daa8e

**Thanks for letting us know. I would really like to help you but in this case, I will have to transfer you to a specialist in the dispute department to help resolve this situation with you.**

7/28/2025 4    AM

urn biz b15ed7          baa2-7b88b04daa8e

**Thanks for letting us know. I would really like to help you but in this case, I will have to transfer you to a specialist in the dispute department to help resolve this situation with you.**

4

Schedule a call please.

**Thanks for waiting. An Apple Card Specialist will be with you as soon as possible.**

**You're connected with Dajuan**

7/28/2025 4:10:21 AM

urn:biz:b15ed773-9eed-11e7-baa2-7b88b04daa8e

**Hello Matthew! When would be the best time for us to give you a call?**

7/28/2025 4:10:26 AM

Hi Dajaun.  Just looking for where in the terms does it say that 2 out of twenty something charges can be ruled in my favor and two where not.

7/28/2025 4:11:12 AM

I can get this answer now if possible, before I make a call.

7/28/2025 4:11 19 AM

urn:biz:b15ed773-9eed-11e7 baa2-7b88b04daa8e

**Understood, I'm not sure why you're disputes were ruled  as such but I can assist you with getting them disputed again if you'd like.**

7/28/2025 4:11 56 AM

Unfortunately that has already been initiated, I wasn't made aware I would now have to submit additional evidence.

7/28/2025 4 13:08 AM

urn biz:b15ed773-9eed-11e7-baa2-7b88b04daa8e

**Understood, yes that additional evidence is imperative as this can be used towards your dispute to support your claim. I'm sorry you weren't informed previously about this however. What assistance can I provide to you>**

7/28/2025 4 13 10 AM

urn biz b15ed773-9eed-11e  -baa2 7b88b04daa8e

**?***

7/28/2025 4 1   42 AM

That's fine, the more important question is the first I asked.

7   202  4 1    AM

The reason I'm even having to have to make that decision last night.

2  2025 4   4 2

Where can I find in the terms, or can it be explained to me why 2 of twenty something charges for the same thing be ruled differently?

4

It's not in the terms and conditions nor do I have an explanation as to why this happened as none of us dispute agents have any say so in determining how the disputes will be ruled. We only submit the disputes for review after we've finished gathering all necessary information. So, I won't be able to answer your question as to why the disputes were ruled the way they were. All I can offer is to submit the transactions for dispute again if you'd like.

urn:biz:b15ed773-9eed-11e7-baa2-7b88b04daa8e

**The investigation team sir. They're responsible for giving you your decision letter and contacting the merchant on your behalf.**

7/28/2025 4:19:29 AM

Can I set up a call with one of the investigation team members who ruled on those two charges?

7/28/2025 4:21:17 AM

urn:biz:b15ed773-9eed-11e7-baa2-7b88b04daa8e

**No, there aren't made available to be connected nor do they issue callbacks. However, I can make a request for a manager to contact you regarding your disputes if you'd like.**

7/28/2025 4:22:01 AM

I would appreciate that. After dinner today would work. Anytime after 5 pm please.

7/28/2025 4:22 25 AM

urn:biz:b15ed773-9eed-11e7-baa2-7b88b04daa8e

**Will do, please give me a moment to make that request for you sir.**

7/28/2025 4:24 20 AM

urn:biz:b15ed773-9eed-11e7-baa2-7b88b04daa8e

**I've submitted that request for you sir. Do you require any additional assistance at this time?**

7/28/2025 4 24 33 AM

That's all. Thanks for your time.

28/2025 4 25 04 AM

urn biz b15ed773-9eed-11e7 baa2 7b88b04daa8e

**You're very welcome Matthew! Thank you for choosing the Apple Card. If you need assistance in the future we are available 24 hours. Just as a reminder, my name is DaJuan and you may receive a survey regarding my service via email. I would greatly appreciate any feedback you have. I hope you have a great rest of your night!**

Sam's to you thanks

**Thanks!**

Talk to fraud dept.

urn:biz:b15ed773-9eed-11e7-baa2-7b88b04daa8e

Hello 🍎, I'm Apple's automated assistant. Apple will keep this conversation and may use it to provide you support, for quality assurance, to train advisors and improve contact center technologies. Tap the link below to see how your data is managed...

8/3/2025 10:36:54 AM

urn:biz:b15ed773-9eed-11e7-baa2-7b88b04daa8e

**https://www.apple.com/legal/privacy/data/en/message-apple/**

8/3/2025 10:36:54 AM

urn:biz:b15ed773-9eed-11e7-baa2-7b88b04daa8e

I can help with that. What are you having trouble with?

Choose or reply with an option from the list below and I'll do my best to help.

8/3/2025 10:36:55 AM

urn:biz:b15ed773-9eed-11e7-



8/3/2025 10:36:55 AM

urn:biz:b15ed7   9eed-11   -baa2 7b88b04daa8e



3/2025 1

> **Talk to agent, crypto was hacked.**

I can put you in touch with someone, but I'll need a little more information.

Please choose an option from the list below, or tell us the topic you need help with.



8/3/2025 10:37:13 AM

urn:biz:b15ed773-9eed-11e7-baa2-7b88b04daa8e

**Support Topics**

8/3/2025 10:37 29 AM



8/3/2025 10 37:29 AM



8/3/2025 10 37    AM

urn biz b15ed773 9eed-11e7 baa2-7b88b04daa8e

I can connect you with someone who can help, but I need to know your product before we continue.

8 3



urn:biz:b15ed773-9eed-11e7-baa2-7b88b04daa8e

**Select a Product**

8/3/2025 10:37:43 AM



8/3/2025 10:37:43 AM



8/3/2025 10 37 48 AM

urn:biz b15ed773-9eed-11e7-baa2-7b88b04daa8e

Let me connect you to someone who can help. If you need to step away, don't worry. We'll send you a message when we're ready for you.

8/3/2025 10:37 56 AM

Ok

8/3/2025 10:40 24 AM

urn:biz b15ed773-9eed-11e7-baa2-7b88b04daa8e

Hello and Welcome to Apple Support. I hope you are having a good day! I am glad to talk to you!

2025 1  45 14 AM

I'm sorry

3     1  45

Bank account hacked

44

Crypto wallet hacked.



Really bummed out.

Oh no! I am sorry to read that. I understand that you need assistance with your account . This information is very important to us, i'm going to search the best solution to your situation, I'm glad to help you today.

urn:biz:b15ed773-9eed-11e7-baa2-7b88b04daa8e

**Before we start, I would like to ask you some questions to document the case, this will be helpful for us because we will be able to isolate the situation and then give it the best resolution, so I highly appreciate your time and patience.**

8/3/2025 10:49:51 AM

urn:biz:b15ed773-9eed-11e7-baa2-7b88b04daa8e

**May I know more details about it? May I know if you get any errors in your Apple account?**

8/3/2025 10:51:14 AM

> Yeah I'm sorry let me clarify. It all happened through my crypto accounts. I signed up for an airdrop which I never tried before. Was signing up for twitter and this app and that app. I never did much with social media. It just all went to hell this morning.

8/3/2025 10:52:11 AM

> I kinda went through a lot with tech and online companies this year. Looking to move forward with more open source options. Trying to learn a lot about computer stuff and digital safety. I guess what I'm asking…

8/3/2025 10:53:22 AM

> I'm going to be moving on from big tech, can you guys give me any tips to safely unconnect to any third parties and closing accounts. Including my iPhone and I cloud all of that stuff.

8/3/2025 10:54:19 AM

urn:biz:b15ed773-9eed-11e7-baa2-7b88b04daa8e

**Thank you for letting me know about this situation, I understand how important this is for you, I'll be more than glad to help you with this.**

8/3/2025 10 54 32 AM

urn biz b15ed773-9eed 11e7-baa2-7b88b04daa8e

**May i know which apple device are you using, please?**

8/3/2025 10 54 4  AM

> I also just had to sell my business too which I will be receiving close to 500k so maybe this is a good lesson.

54

> I phone 16 pro

> Also one other thing I'll be submitting my evidence on a dispute to Apple Card before hand. So I'll talk to them after. I just want all of this chapter of my life over.

> Sorry you can go ahead with the support, thanks.

urn:biz:b15ed773-9eed-11e7-baa2-7b88b04daa8e

Thank you for letting me know. In this case, if you are in a process with an Apple Card, I can refer you to them since this is Apple's iOS support.

8/3/2025 10:58:50 AM

urn:biz:b15ed773-9eed-11e7-baa2-7b88b04daa8e

Would you like to proceed?

8/3/2025 10:59:12 AM

No I'll do that second I'm very far into that. Had reopened something

8/3/2025 10:59:22 AM

But iOS support for this issue would be great.

8/3/2025 10:59:31 AM

This is my first and only priority today.

8/3/2025 11:00:04 AM

urn:biz:b15ed773-9eed-11e7-baa2-7b88b04daa8e

Sure, May I know what exactly you want to proceed with through this support?

8/3/2025 11:22:05 AM

Just umm connected apps, third party sharing, especially financial and social security.

8/3/2025 11:22:58 AM

I'm getting delete me. So also a personal data request to see if there are any 3rd party malicious people they don't have that I can have my data not out there.

8/3/2025 11:23:28 AM

Umm also any third parties connected to Apple data that I can opt out of. That kind of thing. Does that make sense?

8/3/2025 11:24:12 AM

Or if you can direct me or let me know the best department to talk to just in that scope of things.

26    AM

88b04daa8e

Hey there! Thank you for contacting Apple support, I wanted to clarify the concern that you have here, you mentioned that it is from a third party. Can you tell me more about it?

4

Sure I signed up for social apps and airdrops through my crypto exchange and wallet. Today all my money was drained. Concerned about 50 loan attempts I tried to do when I was struggling very bad with a gambling addiction and mental illness.

I've given my social security number out probably 100 times in the past year, always through this phone.

8/3/2025 11:28:47 AM

I used incogni for a month and it's alarming my personal and financial, sensitive data is exposed.

8/3/2025 11:29:25 AM

I want to go ahead and start to do something about digital safety for any future assets.  Such as the sale of my business.

8/3/2025 11:30:17 AM

urn:biz:b15ed773-9eed-11e7-baa2-7b88b04daa8e

Oh no! I'm sorry to hear that happened,I will definitely look into this and try to help you accordingly. In order to better assist you, I'll need to gather some additional information. Is it fine if I ask you a few questions?

8/3/2025 11:30:25 AM

I want to stop sharing as much as possible with any third party or data sharing companies possible.  Before my identity gets stolen or whatever worse.

8/3/2025 11:30:31 AM

Yeah that's fine.

8/3/2025 11 34 28 AM

urn biz:b15ed773-9eed-11e7-baa2-7b88b04daa8e

In this case, when you mentioned that you signed up for a social application does that include registering information including bank details and social security?

8/3/2025 11:35:22 AM

Ummm no it was just for like telegram and twitter to get these air drops

8/3/2025 11 35:59 AM

I mean in the past with finances.  Tried taking out so many loans and credit cards from shady places in the past year from gambling and financial struggles

8    2025 11 37 17 AM

Also does two cryptos wallets being hacked mean the whole Phone is hacked.  Crap I should delete those two wallets immediately too right?

4

Does the air drops that you mentioned is the feature from iPhone to transfer (ex.photos)

Crypto wallets can be accessed using the log in credentials which means that they might have your log ins

Which means that they only have access to your account for you crypto wallet and not the device itself

urn:biz:b15ed773-9eed-11e7-baa2-7b88b04daa8e

8/3/2025 11:44:53 AM

Yes I did use Apple logins

8/3/2025 11:46:35 AM

urn:biz:b15ed773-9eed-11e7-baa2-7b88b04daa8e

In this case, What I can advise is contact your bank since you mentioned that your bank accounts was compromised

8/3/2025 11:46:45 AM

urn:biz:b15ed773-9eed-11e7-baa2-7b88b04daa8e

And also do a change password to your apple account

8/3/2025 11 46:56 AM

My gf just said that.

8/3/2025 11:47 12 AM

Everything ever login Apple.  Wow I'm screwed

8/3/2025 11:47:24 AM

Can I schedule a call? This is a lot to type.

8/3/2025 11:48 56 AM

urn:biz:b15ed773-9eed-11e7-baa2-7b88b04daa8e

I know that this is really important and I wanted to solve this as quickly as possible

8/3/2025 11 49 09 AM

Ok

8   2025  1 49 ∠

urn biz b15ed773-9eed-11e7-baa2-7b88b04daa8e

If you wanted to have a phone call, I can do that for you.

4

Can you please confirm your phone number and time zone?

That'd b great

Sure thing! Im hoping that this can be resolved as quickly as possible

urn:biz:b15ed773-9eed-11e7-baa2-7b88b04daa8e

Hello . I'm Apple's automated assistant. Apple will keep this
conversation and may use it to provide you support, for quality
assurance, to train advisors and improve contact center technologies.
Tap the link below to see how your data is managed...

8/3/2025 12:42:15 PM

urn:biz:b15ed773-9eed-11e7-baa2-7b88b04daa8e

https://www.apple.com/legal/privacy/data/en/message-apple/

8/3/2025 12:42:15 PM

urn:biz:b15ed773-9eed-11e7-baa2-7b88b04daa8e

I can help you get a status update. What kind of status are you trying to
check?

Reply with your answer or choose the option from the list that best
describes what you need.

8/3/2025 12:42 17 PM

urn:biz:b15ed773-9eed-11e7



8/3/2025 12 42 17 PM

urn biz b15ed773-9eed 11e7 baa2 7b88b04daa8e

8 3/2025    58 1  PM

urn      5ed 3 9eed    "-baa2 7b88b04daa8e

We've closed this conversation for now. If you still need help, just send
us a message, and we can pick up where we left off.

If there's nothing else we can help you with right now, we'd love to hear
how we did.

https://feedback.applesurveys.com/jfe/form/SV_dhUxZ00iyKBQnCC?
Q_ULED=c51fb29f-e698-49a9-90d2-c5b032222e68&pl=EN,FR-CA,ES

urn:biz:b15ed773-9eed-11e7-baa2-7b88b04daa8e

Hello 🐸, I'm Apple's automated assistant. Apple will keep this conversation and may use it to provide you support, for quality assurance, to train advisors and improve contact center technologies. Tap the link below to see how your data is managed...

8/7/2025 4:28:36 PM

urn:biz:b15ed773-9eed-11e7-baa2-7b88b04daa8e

https://www.apple.com/legal/privacy/data/en/message-apple/

8/7/2025 4:28:37 PM

urn:biz:b15ed773-9eed-11e7-baa2-7b88b04daa8e

I can help with Apple Card, but need some additional information. Which of the following best describes what you need help with?

8/7/2025 4:28:37 PM

urn:biz b15ed773-9eed-11e7-

8/7/2025 4 28 37 PM

urn:biz:b15ed773-9eed-11e7-baa2-7b88b04daa8e

Support Options

8/7/2025 4 28 49 PM

8/7/2025 4 28 52 PM

urn biz:b15ed773-9eed-11e7-baa2-7b88b04daa8e

An Apple Card Specialist at Goldman Sachs can help with that.

8/7/2025 4 28 52 PM

urn b  b15ed773-9eed 11e⁻

7 2025 4 28 5₂

ur  biz  5ed7 3-9eed- 1e -baa2 7b88b04daa8e

Connect with Goldman Sachs

4

You're now connected to the Apple Card team at Goldman Sachs.

A Specialist will send you a message here after reviewing your account.

urn:biz:b15ed773-9eed-11e7-baa2-7b88b04daa8e

This conversation may be recorded, analyzed, and monitored for compliance and to improve our services.

8/7/2025 4:29:04 PM

urn:biz:b15ed773-9eed-11e7-baa2-7b88b04daa8e

**You're connected with Israel**

8/7/2025 4:29:14 PM

Israel hi.

8/7/2025 4:29:33 PM

urn:biz:b15ed773-9eed-11e7-baa2-7b88b04daa8e

**Hi, Matthew . I'll be happy to assist you today. I understand you need assistance with your Apple Card.**

8/7/2025 4:29:45 PM

Quick question can you clarify what the email to me was requesting. I kind of got lost in the talk about third parties and an auto body shop reference.

8/7/2025 4:29 58 PM

You're saying you guys want to send my dispute to another party to investigate?

8/7/2025 4:30 49 PM

Why wasn't I told this information. As well as told I needed to provide more information. Meanwhile you guys knowing full well that I was in a legal matter with this company.

8/7/2025 4:31 07 PM

urn biz b15ed773-9eed-11e7-baa2-7b88b04daa8e

**Not to another party, but another department which is the dispute department.**

2025 4      PM

Who reviewed this the first time?

4

I also cannot submit evidence which I don't know what additional evidence you may need?

I was implicitly told that no dispute was filed differently. Can you make sense of this for me. Before I decide how to proceed with this matter.

Ok, for better assistance, in that specific cas I will have to connect you over to the right department.

That's fine just forward this initial conversation to them so I don't have to repeat all that.

8/7/2025 4:33:44 PM

urn:biz:b15ed773-9eed-11e7-baa2-7b88b04daa8e

**ok, perfect. Allow me just a second.**

8/7/2025 4:34:15 PM

Whatever.

8/7/2025 4:34:43 PM

urn:biz:b15ed773-9eed-11e7-baa2-7b88b04daa8e

**You're connected with Manuel**

8/7/2025 4:35:29 PM

urn:biz:b15ed773-9eed-11e7-baa2-7b88b04daa8e

**Hi Matthew. I'm your Apple Card Specialist with Goldman Sachs Bank USA. I'll be more than happy to assist you with any request or collaboration needed.**

8/7/2025 4:36:25 PM

Hi Manuel while you catch up these are the questions I need to be made aware of simply put…

1. Why wasn't I made aware of all these stipulations that would be implied before I refilled? All I got was being pressed to do it, only answer to questions where like "we can help you."

8/7/2025 4 36:28 PM

urn:biz:b15ed773-9eed-11e7-baa2-7b88b04daa8e

**Allow me one moment while I review the previous chat.**

8/7/2025 4 36 33 PM

Ok

8/7/202 4  1 PM

urn biz b15ed77       e -baa2 7b88b04daa8e

**Thank you.**

2. Why will I not be given a reason why only two of the many where not ruled in My favor. I can't submit new evidence if I don't know which part Apple Card is unclear on.

3. My biggest question. I requested initially that modo.us be removed as a certified merchant with Apple Card. To prevent the pain they caused me and many others with lawsuits in federal court. Are they still an approved merchant for Apple Card?

> 4. Why wasn't I given any response yes or no to my formal request to have them removed as a certified merchant with Goldman Sachs. And if your organization still does business with them why would my Apple account be banned from making purchases with them?

8/7/2025 4:41:01 PM

urn:biz:b15ed773-9eed-11e7-baa2-7b88b04daa8e

**I'll be more than happy to hep you with these questions.**

8/7/2025 4:41:04 PM

> On question four it has to be one or the other bud. You guys can help me out or not but this is my last attempt to try and get some answers in good faith.

8/7/2025 4:41:21 PM

> Great I'm ready when you are and hope to finally have these questions answered.

8/7/2025 4:41:36 PM

urn:biz:b15ed773-9eed-11e7-baa2-7b88b04daa8e

**Allow me one moment.**

8/7/2025 4 46 44 PM

urn:biz:b15ed773-9eed-11e7-baa2-7b88b04daa8e

**I"m currently reviewing your account.**

8/7/2025 4 46:47 PM

urn:biz:b15ed773-9eed-11e7-baa2-7b88b04daa8e

**Thank you for the time.**

8/7/2025 4 49 42 PM

> Take your time. It seems like I need you guys to come to a decision on which side of the fence to stand on. I don't have the time to wait around. Also this deadline will not be missed.

8/7/2025 4 52 12 PM

urn biz b15ed773-9eed-1 e7-baa2 7b88b04daa8e

**Thank you for waiting. In order to best assist you with these questions, I have to transfer you over to another department that manages this information. Allow me one moment while I transfer you over.**

4 42

> A lot of departments I need to see for these questions.

4

**You're connected with Yessica**

**Hi, Matthew. I'm Yessica, an Apple Card Supervisor at Goldman Sachs Bank USA and I'll be happy to assist you today.**

Hi yessica sounds good. Asked it twice. Once in first chat, once in second. Idk how much higher a department I can get.

8/7/2025 4:57:16 PM

urn:biz:b15ed773-9eed-11e7-baa2-7b88b04daa8e

**Thank you for letting me know.**

8/7/2025 4:57:27 PM

urn:biz:b15ed773-9eed-11e7-baa2-7b88b04daa8e

**I'm sorry for all inconvenience.**

8/7/2025 4:57:39 PM

It's ok. I get it. I read the news.

8/7/2025 4:58:45 PM

I also know that you guys don't really have an answer. That's why I was never informed of the answer to my request to them being taken off as a merchant with your card.

8/7/2025 4:59:37 PM

urn:biz:b15ed773 9eed 11e7-baa2 7b88b04daa8e

**I see!**

8/7/2025 4 59:52 PM

Ahhhh a big misunderstanding I'm sure?

8/7/2025 5:00:08 PM

urn biz b15ed773-9eed-11e7-baa2-7b88b04daa8e

**I wish we could have that option, however, at this time we are unable to cancel subscriptions.**

8/7/2025 5 00 23 PM

Why's that?

2025 5

biz b15ed773 9eed 11e7 baa2 7b88b04daa8e

**When cancelling a subscription that needs to be handled on the merchant's end.**

Huh?

Please explain what the term subscription means in this context?

**Could you please clarify your question?**

Cause to me it seems you're telling me....Apple Card by Goldman Sachs allows many credit card purchases by many individuals I'm sure. Someone complains, there are multiple lawsuits against this company. And they have to cancel there relationship or subscription?
You're telling me Apple Card would not step in before that, if aware?

8/7/2025 5:04:34 PM

Can I walk downstairs, can my girlfriend make an account with modo casino take out an Apple Card and buy gold coins?

8/7/2025 5:05:09 PM

Cause I requested that they be removed as an approved merchant with Apple Card.

8/7/2025 5:05:23 PM

urn:biz:b15ed773-9eed-11e7-baa2-7b88b04daa8e

Just to make sure, have you contacted the merchant regarding this matter?

8/7/2025 5:05:28 PM

That was months ago, can I be provided with an answer to that question?

8/7/2025 5:06:11 PM

Is that a real question ma'am?  Can you not see my history through the previous disputes?

8/7/2025 5:06:50 PM

You're telling me to contact them and request that they unsubscribe from Apple Card as an approved payment provider of modo.  Can you clarify actually?

8/7/2025 5:07 44 PM

Cause I asked four very simple questions, not one has even come close to being answered.  Instead I'm being given a question and an answer previously that are irrelevant and quite frankly make no sense in this context.

8/7/2025 5 11 12 F

15ed77        baa2 7b88b04daa8e

Yes, I know that this seems to be concerning. However, we do not have the option to cancel subscription. Regarding the disputes. Those disputes are reopened.

Great.  One down.  That's totally negligent, but that's your guys own issue.  I just pray that no one is using your card for worse things. Because you guys are willingly funding these animals.

Also after the other concerns are answered let me know what happens if I decide not to pursue this any further.  What happens if I fail to submit additional evidence and what happens if I cancel my reopening request and pay you guys back the blood money.

urn:biz:b15ed773-9eed-11e7-baa2-7b88b04daa8e

I want your opinion to be heard by the highest positions of my team, your feedback needs to be listen. In this case I will submit a complaint for you since your feedback matters.

I understand how concerning this can be for you, I would feel exactly the same, the last thing we want is to leave our customers unsatisfied. I know for sure that this is not the outcome you were looking for and you are definitely not happy with it. I sincerely apologize for the way this dispute was handled.
I sincerely apologize for the way this dispute was handled.

8/7/2025 5:18:06 PM

> What are you talking about? Why are you saying "handled" in past tense wouldn't it be "being handled" ? I did not request to end the dispute. I wanted clarity on if I made that decision what happens?

8/7/2025 5:18:45 PM

> Unsatisfied is such an understatement too by the way.

8/7/2025 5:19:46 PM

urn biz:b15ed773-9eed-11e7-baa2-7b88b04daa8e

Let me connect you to a Specialist.

8/7/2025 5:20:05 PM

urn:biz:b15ed773-9eed-11e7-baa2-7b88b04daa8e

Hey there! I hope you are doing great, it would be my pleasure assisting you today.

8/7/2025 5 20:07 PM

urn biz:b15ed773-9eed-11e7-baa2-7b88b04daa8e

How may I assist you today?

8/7/2025 5 20 08 PM

> Your the 3rd specialist yessica.  Am I about to talk to the ceo.

7/2025 5 20 30 PM

urn biz b15ed773-9eed-11e7 baa2-7b88b04daa8e

I am really very sorry

8 7 2025

> Would it.  Cause you're the fourth person to try and assist.  Why waste my time repeating myself.

Could you please elaborate your concern a bit here so that I could help you with your issue?

> Sorry my phone died.  Didn't think this would be such an obstacle.

urn:biz:b15ed773-9eed-11e7-baa2-7b88b04daa8e

**No worries!**

8/7/2025 5:32:39 PM

> Why did you say how this dispute was "handled" in the past tense?

8/7/2025 5:33:55 PM

urn:biz:b15ed773-9eed-11e7-baa2-7b88b04daa8e

**Could you please elaborate the challenge you are experiencing with your order, because I am unable to check the previous converstaion?**

8/7/2025 5:35:10 PM

> Wow.

8/7/2025 5:35:26 PM

> Can I send u the screen shots.  I'm not typing this all again?

8/7/2025 5:35:39 PM

urn:biz:b15ed773-9eed-11e7-baa2-7b88b04daa8e

**Sure.**

8/7/2025 5:38:08 PM

urn:biz:b15ed773-9eed-11e7-baa2-7b88b04daa8e

**Let me know if you face any issue while sending the screenshots.**

8/7/2025 5 38 23 PM



ScreenRecording_08-07-2025 17-32-55_1.MP4

8/7/2025 5 38 55 PM

urn biz b15ed773-9eed-11   baa2 7b88b04daa8e

**Thank you so much.**

> Just did screen recording, feel free to read through it.  If I need to go to the 5th specialist just send me a email when you guys decide on an answer.

Please allow me a minute to go through your concern.

> I need to know what happens if I submit no more evidence.  And what happens if I cancel this dispute.

No worries!

I will help you with the same.

urn:biz:b15ed773-9eed-11e7-baa2-7b88b04daa8e

8/7/2025 5:41:13 PM

2. I'd like to request to the higher ups that arb gaming llc dba modo casino. That they will no longer be an approved merchant of Goldman Sachs and Apple Card.

8/7/2025 5:41:22 PM

That's fine. I'll hold

8/7/2025 5:41:42 PM

urn:biz:b15ed773-9eed-11e7-baa2-7b88b04daa8e

Thank you so much.

8/7/2025 5:43:14 PM

The true question becomes though. If modo is all good. A company you guys approve of and continue to work with. It shouldn't be a problem for me to get my card re instated. I would think atleast.

8/7/2025 5:43:57 PM

urn:biz:b15ed773-9eed-11e7-baa2-7b88b04daa8e

Sure. I will definitely look into the matter.

8/7/2025 5:44 11 PM

urn:biz:b15ed773-9eed-11e7-baa2-7b88b04daa8e

To get things started, may I know your web order number please, it starts with a W followed by 9 or 10 digit numbers?

8/7/2025 5:44 52 PM

Nope. When you guys restricted then banned my account I had no access to any of the transactions.

8/7/2025 5 44 55 PM

Hey listen...

8/7/2025 5 45 32 PM

I really hate going through this stuff. I'll be going through it a lot more in the future. Can you please just send me a email on those questions I asked

4

Sure. I am listening.

I gotta get off of this chat. There's nothing I despise more than talking in these chats. Not dissing your profession at all I'm sure this is a hard job dealing with upset customers. It's just where I'm at

urn:biz:b15ed773-9eed-11e7-baa2-7b88b04daa8e

Let me provide the contact information of our dedicated phone service team. They will answer all of your questions.

8/7/2025 5:46:36 PM

urn:biz:b15ed773-9eed-11e7-baa2-7b88b04daa8e

You can speak to our Phone Service Team on 1-800-676-2775.

Hours of operation:

Mon-Fri : 5:00 a.m. to 9:00 p.m
Sat : 5:00 a.m. to 9:00 p.m.
Sun : 4:00 a.m. to 10:00 p.m.

8/7/2025 5:46:44 PM

No thank you.

8/7/2025 5:47:35 PM

urn:biz:b15ed773-9eed-11e7-baa2-7b88b04daa8e

Alright.

8/7/2025 5:47 48 PM

Please just send me a email. Just to the question about not submitting anymore evidence. What then happens to the case. Also what is written in a formal report in either of those two scenarios. I only ask because it may be relevant to me at some point.

8/7/2025 5:48:20 PM

urn:biz:b15ed773-9eed-11e7-baa2-7b88b04daa8e

I'm really sorry as I am not authorized to send you any email regarding your issue.

8/7/2025 5 48 31 PM

Which one?

8   2025 5 48   PM

The dispute?

/2025   49 04 PM

I'm unaware of what any of it even means. I'm asking questions I'm not getting any clarity

Yes. I won't be able to send me any email.

Can I request that someone in legal reaches out to my attorney? She can just decide what to do about continuing the dispute?

As I am from service, and your concern can be resolved by our phone service team. They will surely and guide you with your concern!

8/7/2025 5:50:42 PM

> She'd understand all this better.  No one wants a problem here I've said that.  I'm just confused.

8/7/2025 5:51:34 PM

urn:biz:b15ed773-9eed-11e7-baa2-7b88b04daa8e

I know how it feels to experience this kind of scenario, I am a customer too on a daily basis. I understand your emotions towards this situation, and they are all valid.

8/7/2025 5:52:13 PM

> Since day one I said I didn't want any problems with u guys.  Just help when you can.  You guys have been kind to me.  If I keep not getting an answer to what seems to me is simple questions.  It's frustrating as u said.

8/7/2025 5:52:46 PM

> Can a specialist reach out to my attorney so I don't have to keep trying to wrap my head around it?

8/7/2025 5:53:00 PM

urn:biz:b15ed773-9eed-11e7-baa2-7b88b04daa8e

I can completely understand you here.

8/7/2025 5:53:34 PM

urn:biz:b15ed773-9eed-11e7-baa2-7b88b04daa8e

We are not authorized to contact you directly as we are from the chat team.

8/7 2025 5 53 59 PM

urn biz b15ed773-9eed-11e7-baa2 7b88b04daa8e

So I would request you to please contact me on above provided number please do not worry. They will surely help you with your concern.

54

I really apologies for the inconvenience caused.

> Great thanks.  It's ok.  Experinced a lot worse from other companies this year.  I'm sorry for ranting like a lunatic

No worries! I am really sorry to know about this. We never want that our customers should have these kind of issues.

**May I know if there is anything else I can check or help you with?**

8/7/2025 5:56:09 PM

> Nope here's her contact.

8/7/2025 5:56:16 PM



8/7/2025 5 56:36 PM

urn:biz:b15ed773-9eed-11e7-baa2-7b88b04daa8e

Alright.

8/7/2025 5:57:04 PM

> Cool I guess I'll reach out to her and see if she got a call to schedule a call or email whatever.

8/7/2025 5 57 10 PM

> Ok I'm going have a good one.

8/7/2025 5 57 20 PM

n biz b15ed773 9eed 11e⁻ baa2 7b88b04daa8e

Alright.

/2025 5

5ed7⁻ 9eed 1 ⁻ 88b04daa8e

Thank you for contacting Apple! It was indeed my pleasure to help a valuable customer like you today. Thank you for getting in touch today. I appreciate your time. Take care and keep smiling.

> Apple Card support

Hello ⟨ ⟩, I'm Apple's automated assistant. Apple will keep this conversation and may use it to provide you support, for quality assurance, to train advisors and improve contact center technologies. Tap the link below to see how your data is managed...

8/10/2025 9:00:23 AM

urn:biz:b15ed773-9eed-11e7-baa2-7b88b04daa8e

### I can help you with your Apple Card.

8/10/2025 9:00:23 AM

urn:biz:b15ed773-9eed-11e7-

8/10/2025 9:00:23 AM

urn:biz:b15ed773-9eed-11e7-baa2-7b88b04daa8e

### Verify with Goldman Sachs

8/10/2025 9:00:27 AM

8/10/2025 9:00:29 AM

urn:biz:b15ed773-9eed-11e7-baa2-7b88b04daa8e

### You're now connected to the Apple Card team at Goldman Sachs.

8/10/2025 9:00:29 AM

urn:biz:b15ed773-9eed-11e7-baa2-7b88b04daa8e

### A Specialist will send you a message here after reviewing your account.

8/10/2025 9:00 32 AM

urn:biz:b15ed773-9eed-11e7-baa2-7b88b04daa8e

### This conversation may be recorded, analyzed, and monitored for compliance and to improve our services.

8/10/2025 9 00 35 AM

urn biz b15ed773 9eed-11e7-baa2-7b88b04daa8e

### You're connected with Flor

8/10/2025   01 1  AM

> Hi flor, can I please have the account to the legal department.  The man previously said a month or two back that the question I had could only be disclosed to my attorney.

44

> So just if you guys have the contact to legal department then I'll get out of your hair.

Hello Matthew!  totally understand your situation, that is why I'm here to help you. Please allow me a couple of minutes to review your account.

> You guys can't help me answer simple questions which is why my attorney will be asking.

I will connect you with an agent that is going to help you with this information.

8/10/2025 9:09:01 AM

With what information?

8/10/2025 9:09:37 AM

A simple question asking how to be directed to a phone number to the legal department. Should I have just asked the ai bot? Why are you guys being so sketchy

8/10/2025 9:11:29 AM

urn:biz:b15ed773-9eed-11e7-baa2-7b88b04daa8e

You're connected with Adarmis

8/10/2025 9:12:28 AM

urn:biz:b15ed773-9eed-11e7-baa2-7b88b04daa8e

Hello! Thank you for messaging today, I am a Supervisor with Apple Card at Goldman Sachs. We sincerely apologize for the wait. I'll be more than happy to assist you with your Apple Card Account.

8/10/2025 9:12:43 AM

Can I be connected to a robot who can just give me a phone number? It took 5 transfers to not get any answers last time.

8/10/2025 9:13:04 AM

Hey Adonis, don't wanna be on this chat for an hour like last time. This has just been getting ridiculous

8/10/2025 9:13 41 AM

urn biz b15ed773-9eed 11e7-baa2-7b88b04daa8e

Oh I see.

Our phone number is 877-255-5923 in connection with your Apple Card, I do apologize for any inconvenience this issue might caused you.

10/2025 9 14 04 AM

This wasn't bad. Can you do me one favor please sir.

2     14  5

Scroll up in the chat from previous conversation.

4

Sure, let's take care of this matter.

You'll see a few valid questions. I'd like to see if a supervisor can answer them. Because the other departments could not.



**Understood, let's see what happened.**

8/10/2025 9:17:05 AM

Sure

8/10/2025 9:21:01 AM

urn:biz:b15ed773-9eed-11e7-baa2-7b88b04daa8e

I do see you were asking some questions related to an agreement according with dispute cases. Correct?

8/10/2025 9:21:39 AM

Yes. If submitted the same way why where 20/22 ruled in my favor and two said I needed more evidence.

8/10/2025 9:22:22 AM

I requested the merchant be taken off Apple Card's approved merchant list, a reply to that would have been nice.

8/10/2025 9:23:51 AM

You guys are telling me things that are complete opposites concurrently if that's the word. You do one thing then right after something that completely contradicts that.

8/10/2025 9:25 28 AM

urn:biz:b15ed773-9eed-11e7-baa2-7b88b04daa8e

I understand, in that case, I am going to follow this matter because it is a little bit unfair that you have sent to us all the details needed about the disputes cases and you receive only one resolved when all of them were submitted with the same information.

8/10/2025 9 25 52 AM

Incorrect.

8/10/2025 9 26 28 AM

I received a textbook of about 20 that where resolved and only two that weren't. Really? I can't believe the type of conversations I've been having with Apple no less.

2025 9 26 40 AM

No concern whatsoever.

I should really have a ADA rep contact you guys because this is not treating me with any dignity as well as excluding me from information that is most likely not privileged.

I have escalated this matter, because there is not need to get your life so complicated for something that should be resolved since first day.

urn:biz:b15ed773-9eed-11e7-baa2-7b88b04daa8e

**You are on good hands now.**

8/10/2025 9:30:57 AM

I appreciate your time and help. Wish you a good rest of your weekend. Thanks Adonis

8/10/2025 9:31:01 AM

urn:biz:b15ed773-9eed-11e7-baa2-7b88b04daa8e

I'd like to thank you again for explaining me the situation because I am a customer too and I know that sometimes the Apple Card is a little bit hard to handle when we are talking about this type of issues, I do appreciate every single word you said because my main purpose is to help you out and get this matter resolved.

8/10/2025 9:31 15 AM

Great thanks

8/10/2025 9:32:01 AM

urn:biz:b15ed773-9eed-11e7-baa2-7b88b04daa8e

You are most welcome!

8/10/2025 9:34 13 AM

urn:biz:b15ed773-9eed-11e7-baa2-7b88b04daa8e

It was a pleasure to assist you today, you may receive a quick survey about our service today. I'd appreciate if you could fill it out when you have time.

My name is adarmis and also this is to work on my services to provide you the best experience possible everyday. I hope that you can have a great rest of your day and please keep in mind that I am always here waiting for you to help!

12/2025          PM

Apple Card

8/12 z

‾ baa2       )4daa

Hello ،ˆ , I'm Apple's automated assistant. Apple will keep this conversation and may use it to provide you support, for quality assurance, to train advisors and improve contact center technologies. Tap the link below to see how your data is managed...

https://www.apple.com/legal/privacy/data/en/message-apple/

I can help with Apple Card, but need some additional information. Which of the following best describes what you need help with?

8/12/2025 3:19:36 PM

urn:biz:b15ed773-9eed-11e7-

8/12/2025 3:19:36 PM

urn:biz:b15ed773-9eed-11e7-baa2-7b88b04daa8e

**Support Options**

8/12/2025 3:19:47 PM



8/12/2025 3:19:49 PM

urn:biz:b15ed773-9eed-11e7-baa2-7b88b04daa8e

**An Apple Card Specialist at Goldman Sachs can help with that.**

8/12/2025 3:19:49 PM

urn biz b15ed773-9eed-11e7

8/12/2025 3 19:49 PM

urn:biz:b15ed773-9eed-11e7-baa2-7b88b04daa8e

**Connect with Goldman Sachs**

8/12/2025 3:19 52 PM



8/12/2025 3 19 54 PM

urn:biz.b15ed773-9eed-11e7-baa2-7b88b04daa8e

**You're now connected to the Apple Card team at Goldman Sachs.**

8/12/2025 3 19 55 PM

urn biz b15ed773 9eed 11e7-baa2 7b88b04daa8e

**A Specialist will send you a message here after reviewing your account.**

8/12/2025    1  58

b  ...    baa2 7b88b04daa8e

This conversation may be recorded, analyzed, and monitored for compliance and to improve our services.

You're connected with Alejandro

What's up bud can you give me a call, it can be a simple two minute thing rather then endless texts like the last two times we spoke.

It's clear nothing will be done either as promised. So a call would be great.

8/12/2025 3:23:34 PM

urn:biz:b15ed773-9eed-11e7-baa2-7b88b04daa8e

**Welcome to our chat service, it will be a pleasure to assist you.**

**In this case we would like to confirm to you that we are not allowed to call back.**
**Only in a verification process in real time.**

**We are also available by phone: 1-877-255-5923**

8/12/2025 3:24:24 PM

I'm on hold

8/12/2025 3:27 12 PM

Yeah computer won't let me though

8/12/2025 3 32 36 PM

urn:biz:b15ed773-9eed-11e7-baa2-7b88b04daa8e

**Remember that we are happy to help 24/7.**

**As I assisted you, please note we are also available by phone: 877-255-5923.**

**Have a great rest of your day. We're here if you need help with anything else in the future.**

8/18/2025 4:20:46 PM

Apple Card please

8/18/2025 4 20 48 PM

urn:biz b15ed773-9eed-11e7-baa2-7b88b04daa8e

**Hello ⸴ , I'm Apple's automated assistant. Apple will keep this conversation and may use it to provide you support, for quality assurance, to train advisors and improve contact center technologies. Tap the link below to see how your data is managed...**

8 18/2025 4 20 48 PM

urn biz 15ed 9eed 11e⁻ baa2 7b88b04daa8e

**https://www.apple.com/legal/privacy/data/en/message-apple/**

**I can help with Apple Card, but need some additional information. Which of the following best describes what you need help with?**

Support Options

urn:biz:b15ed773-9eed-11e7-baa2-7b88b04daa8e

**An Apple Card Specialist at Goldman Sachs can help with that.**

8/18/2025 4:20:58 PM

urn:biz:b15ed773-9eed-11e7-

8/18/2025 4:20:58 PM

urn:biz:b15ed773-9eed-11e7-baa2-7b88b04daa8e

**Connect with Goldman Sachs**

8/18/2025 4:21:00 PM

8/18/2025 4:21:02 PM

urn:biz:b15ed773-9eed-11e7-baa2-7b88b04daa8e

**You're now connected to the Apple Card team at Goldman Sachs.**

8/18/2025 4 21:02 PM

urn:biz:b15ed773-9eed-11e7-baa2-7b88b04daa8e

**A Specialist will send you a message here after reviewing your account.**

8/18/2025 4:21 05 PM

urn:biz:b15ed773 9eed-11e7-baa2-7b88b04daa8e

**This conversation may be recorded, analyzed, and monitored for compliance and to improve our services.**

8/18/2025 4 21 09 PM

urn biz:b15ed773-9eed-11e7-baa2-7b88b04daa8e

**You're connected with Yomary**

8/18/2025 4 21 36 PM

Update based on previous phone call, please.

8/2025 4 24 51 PM

u  biz                    aa2

Hello, Matthew!
I'll be more than happy to assist you today.

Emphasized "Update based on previous phone call, please."

Please

Update regarding previous call.  As well as update for request I submitted for no longer allowing Modo to as a approved merchant.

urn:biz:b15ed773-9eed-11e7-baa2-7b88b04daa8e

**Thank you for bringing this to my attention, I will take a look to your account.**

8/18/2025 4:30:47 PM

urn:biz:b15ed773-9eed-11e7-baa2-7b88b04daa8e

**I can see here we will need to take some further steps in order to assist you. Give us a call at (877) 255-5923 at your earliest convenience. We are here to help you with your concerns 24/7.**

8/18/2025 4:31:51 PM

Ok I'll have to schedule when my attorney can be on the line with me.

8/18/2025 4:31:53 PM

urn:biz:b15ed773-9eed-11e7-baa2-7b88b04daa8e

**Hello**  **, I'm Apple's automated assistant. Apple will keep this conversation and may use it to provide you support, for quality assurance, to train advisors and improve contact center technologies. Tap the link below to see how your data is managed...**

8/18/2025 4 31 53 PM

urn:biz:b15ed773-9eed-11e7-baa2-7b88b04daa8e

**https://www.apple.com/legal/privacy/data/en/message-apple/**

8/18/2025 4:31 54 PM

urn:biz b15ed773-9eed-11e7-baa2-7b88b04daa8e

**I can put you in touch with someone, but I'll need a little more information.**

**Please choose an option from the list below, or tell us the topic you need help with.**

8/18/2025 4      55 PM

biz    5ed77

urn:biz:b15ed773-9eed-11e7-baa2-7b88b04daa8e

Hello , I'm Apple's automated assistant. Apple will keep this conversation and may use it to provide you support, for quality assurance, to train advisors and improve contact center technologies. Tap the link below to see how your data is managed...

8/29/2025 12:52:39 PM

urn:biz:b15ed773-9eed-11e7-baa2-7b88b04daa8e

https://www.apple.com/legal/privacy/data/en/message-apple/

8/29/2025 12:52:40 PM

urn:biz:b15ed773-9eed-11e7-baa2-7b88b04daa8e

I can help with Apple Card, but need some additional information. Which of the following best describes what you need help with?

8/29/2025 12:52:40 PM

urn:biz b15ed773-9eed-11e7

8/29/2025 12.52 40 PM

urn:biz:b15ed773-9eed-11e7-baa2-7b88b04daa8e

❖

8/29/2025 12:52 44 PM

Human

8/29/2025 12 52 46 PM

urn biz b15ed773-9eed-11e7-baa2-7b88b04daa8e

I can help you with your Apple Card.

8/29/2025 12 52 47 PM

urr biz b15ed773-9eed

29/2025   52 4  PM

ur  biz b15ed773-9eed  1e7-baa2 7b88b04daa8e

Verify with Goldman Sachs



You're now connected to the Apple Card team at Goldman Sachs.

A Specialist will send you a message here after reviewing your account.

This conversation may be recorded, analyzed, and monitored for compliance and to improve our services.

8/29/2025 12:53:05 PM

I hope so.

8/29/2025 12:53:07 PM

urn:biz:b15ed773-9eed-11e7-baa2-7b88b04daa8e

**You're connected with Luis**

8/29/2025 12:53:29 PM

urn:biz:b15ed773-9eed-11e7-baa2-7b88b04daa8e

**Hi Matthew, I'll be more than happy to assist you today with your matter!**

8/29/2025 12:54:00 PM

urn:biz:b15ed773-9eed-11e7-baa2-7b88b04daa8e

**How can I help you?**

8/29/2025 1 01 03 PM

urn:biz:b15ed773-9eed-11e7-baa2-7b88b04daa8e

**Are you still there?**

8/29/2025 1 27 10 PM

I'd like to submit a complaint about the supervisor Marcus

8/29/2025 1 27 13 PM

urn:biz:b15ed773-9eed-11e7-baa2-7b88b04daa8e

Hello    , I'm Apple's automated assistant. Apple will keep this conversation and may use it to provide you support, for quality assurance, to train advisors and improve contact center technologies. Tap the link below to see how your data is managed...

'29/2025 1 27 1  PM

urn biz b15ed773-9eed 11e7 baa2-7b88b04daa8e

https://www.apple.com/legal/privacy/data/en/message-apple/

2025   27 14

I can get you to someone who can help, but I need a little more information first.

Please choose an option from the list below, or tell us the topic you need help with.



8/29/2025 1:27 15 PM

urn:biz:b15ed773-9eed-11e7-baa2-7b88b04daa8e



8/29/2025 1:27 22 PM

Apple Card

8/29/2025 1 27 24 PM

urn:biz:b15ed773-9eed-11e7-baa2-7b88b04daa8e

**I can help you with your Apple Card.**

8/29/2025 1 27 24 PM

urn:biz:b15ed773-9eed-11e7

8/29/2025 1:27 24 PM

urn:biz:b15ed773-9eed-11e7-baa2-7b88b04daa8e

**Verify with Goldman Sachs**

8/29/2025 1 27 29 PM

8/29/2025    27

urn biz b15ed773 11e⁻-baa2-7b88b04daa8e

**You're now connected to the Apple Card team at Goldman Sachs.**

**A Specialist will send you a message here after reviewing your account.**

This conversation may be recorded, analyzed, and monitored for compliance and to improve our services.

You're connected with Staecy

I'm so sick of dealing with Apple Goldman Sachs. Constantly having me on the phone e for hours never answering the question I ask no matter what they do

8/29/2025 1:29:02 PM

urn:biz:b15ed773-9eed-11e7-baa2-7b88b04daa8e

Hi, Matthew. Please know that for the safety of your account, the account has been restricted and is currently under review. When the review is finished, you should be able to see the new status in your wallet. These reviews can take 5-7 business days, but are typically completed on a faster timeline and you will be notified as soon as possible of your current status.

8/29/2025 1:29:05 PM

Send me a request form please

8/29/2025 1:30:00 PM

I don't care about that anymore I'm more than likely going to withdraw the complaint to be done with you guys.

8/29/2025 1:31:22 PM

I want to submit a request to make Modo not an approved vendor through Apple Goldman Sachs's. I'm not dealing with a government entity. I have asked many times and it was never answered or even noted.

8/29/2025 1:31:43 PM

I am going to put it in writing in the mail and send it. Please give me any type of request form.

8/29/2025 1:33:27 PM

Don't any of you companies get it yet? I don't care about getting any money back from these people. If you can call them that. I just want to make sure that I do anything in my power to stop them from harming others. People who don't have support and loved ones.

8/29/2025 1 34 34 PM

You guys are telling me to submit two forms of evidence on a contract they sent me that they are enforcing a different one?
How is any of this crap right?

8 29/2025 34 27

b 1 -baa2 8b04daa8e

I understand. Currently, we are unable to provide you with a form for this request.

2

Why?

We do not have that option, unfortunately. I could send you an email and you can reply back to us with any information you are looking to send.

I won't be sending any evidence so go ahead and rule it as you said you would.  Then explain why 3 out of many needed additional evidence when all filed for same reason at the same time.

8/29/2025 1:38:58 PM

And we can wrap this up right here and I never gotta wait on hold and be transferred 8 times again.  That sound good to you guys?

8/29/2025 1:40:01 PM

urn:biz:b15ed773-9eed-11e7-baa2-7b88b04daa8e

I understand you have concerns and questions. Please know your account is under investigation at this time, there is nothing I can do while your account is closed.

8/29/2025 1:41:38 PM

Why is my account under investigation I have no idea dude to the fact I never asked for that.  It's my impression that you were looking into 3 specific disputes.  You guys are very eager to open new tickets.  Please do not do that anymore.  Want to be done with the Apple Goldman Sachs era of my existence.

8/29/2025 1:46:59 PM

urn:biz:b15ed773-9eed-11e7-baa2-7b88b04daa8e

I do not have this information. Please wait until the investigation is done and your account is resolved. As of now, your account is blocked. I wish there was more I could do.

8/29/2025 1:47:30 PM

urn:biz:b15ed773-9eed-11e7-baa2-7b88b04daa8e

When the review is finished, you should be able to see the new status in your wallet. These reviews can take 5-7 business days,  but are typically completed on a faster timeline and you will be notified as soon as possible of your current status.

8/29/2025 2:12:14 PM

It's been 6 months

2 2025 2 2 7 PM

urn:biz:b15ed 73-    11e7-baa2-7b88b04daa8e

Hello    , I'm Apple's automated assistant. Apple will keep this conversation and may use it to provide you support, for quality assurance, to train advisors and improve contact center technologies. Tap the link below to see how your data is managed...

https://www.apple.com/legal/privacy/data/en/message-apple/

I can get you to someone who can help, but I need a little more information first.

Please choose an option from the list below, or tell us the topic you need help with.



8/29/2025 2:12:18 PM

urn:biz:b15ed773-9eed-11e7-baa2-7b88b04daa8e



8/29/2025 10:27:55 PM

Is Apple and Apple Pay aware at all with what's going on with me and Apple Goldman Sachs by the way?

8/29/2025 10:27:57 PM

urn:biz:b15ed773-9eed-11e7-baa2-7b88b04daa8e

**I can help you with your Apple Card.**

8/29/2025 10:27:57 PM

urn:biz:b15ed773-9eed-11e7

8/29/2025 10:27 57 PM

urn:biz b15ed773-9eed-11e7-baa2-7b88b04daa8e



8/29/2025 10 28 02 PM

No Apple Pay

8/29/2025 1  28     PM

ı biz   ı5ed   3-9eed-11eˉ-baa2 7b88b04daa8e

**Sorry, you'll need to verify your account to continue.**

Verify with Goldman Sachs



urn:biz:b15ed773-9eed-11e7-baa2-7b88b04daa8e

**You're now connected to the Apple Card team at Goldman Sachs.**

8/29/2025 10:28:10 PM

urn:biz:b15ed773-9eed-11e7-baa2-7b88b04daa8e

**A Specialist will send you a message here after reviewing your account.**

8/29/2025 10:28:13 PM

urn:biz:b15ed773-9eed-11e7-baa2-7b88b04daa8e

**This conversation may be recorded, analyzed, and monitored for compliance and to improve our services.**

8/29/2025 10:28:14 PM

Apple Pay please

8/29/2025 10:28:16 PM

urn:biz:b15ed773-9eed-11e7-baa2-7b88b04daa8e

**Please wait a moment.**

8/29/2025 10:28 18 PM

urn biz:b15ed773-9eed-11e7-baa2-7b88b04daa8e

**You're connected with Dwight**

8/29/2025 10:28 20 PM

No Apple Card Apple Pay

8/29/2025 10:28:33 PM

Just Apple please. Or how to contact Apple Pay

8/29/2025 10 28:58 PM

I know Apple has nothing to do whatsoever with Goldman Sachs Apple Card

8 29/2025 10 29 48 PM

So I just want to talk to someone in the Apple Pay dept if Apple Card refuses to tell me anything (I know it's under investigation). Don't care now I'm formally requesting to talk to Apple Pay or just Apple help.

Hello Matthew, I see that you're needing assistance with your account is this correct?

If you mean my Apple Pay account then yes.

matthew, thank you for your patience may I ask are you referring to Apple Cash?

Nope the department where you click the side button twice and you pay things.  Is that wallet or pay?

8/29/2025 10:34:09 PM

The double button click department.

8/29/2025 10:34:59 PM

urn:biz:b15ed773-9eed-11e7-baa2-7b88b04daa8e

Matthew thank you again for this information I will need to transfer you over to Apple wallet for to assist you better.

8/29/2025 10:35:11 PM

Fantastic!!!!!!!

8/29/2025 10:37:34 PM

urn:biz:b15ed773-9eed-11e7-baa2-7b88b04daa8e

Let me connect you to someone who can help. If you need to step away, don't worry. We'll send you a message when we're ready for you.

8/29/2025 10:37 34 PM

urn:biz:b15ed773-9eed-11e7 baa2 7b88b04daa8e

Apple may record, use, and keep a transcript of this conversation to provide the support you have requested, for quality control and training purposes, and to improve contact center technologies.

8/29/2025 10:37:42 PM

Oh last thing if you guys decide to overturn and give me the money back on the last three.  I don't want it so please don't mail the check.  I don't want to be associated with anyone who does business with modo.  Keep the blood money, donate it if you can.  I formally request not to take that money back if you rule in my favor?
Yeah?  Is that clear and documented?

8/29/2025 10 38 32 PM

urn biz b15ed773-9eed-11e7-baa2-7b88b04daa8e

Hello! Thank you so much for contacting Apple  Support.

8/29/2025    38 3  PM

biz                    7b88b04daa8e

In this case for security reason we are unable to check the previous interaction, so if you are so kind can you provide me an screenshot of the resolution or information provide by the previous advisor to continue the assistance.

Sure

Ok

Apple
Oh last thing if you guys decide to overturn and give me the money back on the last three. I don't want it so please don't mail the check. I don't want to be associated with anyone who does business with modo. Keep the blood money, donate it if you can. I formally request not to take that money back if you rule in my favor? Yeah? Is that clear and documented?
Sure

8/29/2025 10:39:41 PM

10:39
Apple
Nope the department where you click the side button twice and you pay things. Is that wallet or pay?
The double button click department.
Matthew thank you again for this information I will need to transfer you over to Apple wallet for to assist you better
Fantastic!!!!!!
Let me connect you to someone who can help. If you need to step away, don't worry. We'll send you a message when we're ready for you.
Apple may record, use, and keep a transcript of this conversation to provide the support you have requested, for quality control and training purposes, and to improve contact center technologies.
Oh last thing if you guys decide to overturn and give me the money back on the last three. I don't want it so please don't mail the check. I don't want to be associated with anyone who does business with modo. Keep the blood money,

8/29/2025 10 39 41 PM

10:38
Apple
Please wait a moment.
You're connected with Dwight
No Apple Card Apple Pay
Just Apple please. Or how to contact Apple Pay
I know Apple has nothing to do whatsoever with Goldman Sachs Apple Card
So I just want to talk to someone in the Apple Pay dept if Apple Card refuses to tell me anything (I know it's under investigation). Don't care now I'm formally requesting to talk to Apple Pay or just Apple help.
Hello Matthew, I see that you're needing assistance with your account is this correct?
If you mean my Apple Pay account then yes.
matthew, thank you for your patience may I ask are you referring to Apple Cash?
Nope the department where you click the side button twice and you

Please note that Apple Card doesn't write down anything.

Just a really quick question so I can stop obsessing over the nasty conversation I had with some dude Marcus today.

urn:biz:b15ed773-9eed-11e7-baa2-7b88b04daa8e

Sure

8/29/2025 10:41:27 PM

> I know you guys (Apple) have nothing to do with Apple Goldman Sachs card. Clear no explanation needed. My only question is are you at all aware of what has happened the last idk 3 months of requesting a simple question?

8/29/2025 10:41:30 PM

urn:biz:b15ed773-9eed-11e7-baa2-7b88b04daa8e

Could you please provide me a photo of what you saw in the Walle Tapp when you tried to make a purchase?

8/29/2025 10:41:55 PM

> Nope nothing to do with that. Apple Pay always works great.

8/29/2025 10:43:02 PM

> 1. Are you guys aware with my disputes with Apple Card? As well as all of the many conversations of them not showing me any dignity as well as excluding me from basic information many reps have told me is unfair and should not be happening. Then promising me someone would get on it and never hear a word back for weeks?

8/29/2025 10:43:30 PM

> 2. What is the statute of limitations on disputing a charge that was facilitated by Apple Pay?

8/29/2025 10:43:41 PM

urn:biz:b15ed773-9eed-11e7-baa2-7b88b04daa8e

Thanks for confirming, could you please provide me a photo of the charges you are referring to?

8/29/2025 10 43 54 PM

> No. Just a general question.

2025    44 14 PM

> Would appreciate an answer to number one which has been the most stressful for me.

5    4

Correct I need to confirm the payment method used for the purchase, for your case there is only 3 options, Apple Card (the white card from Goldman Sachs), Apple Cash and debit/credit card from another bank that is how apple wallet app and the apple pay function works, also I need that information to answer your questions and continue with the assistance

Thanks for understanding

It's ok never mind I'm gonna forget about this and address it at a later date.

8/29/2025 10:46:37 PM

Thanks for understanding!!!!

8/29/2025 10:47:17 PM

urn:biz:b15ed773-9eed-11e7-baa2-7b88b04daa8e

Sure. This is your case id 102680593203 and the Apple phone number 1-800-275-2273, I wish you the best of lucks and I hope you have a great rest of your day, thanks for contacting Apple Support.

8/29/2025 10:47:20 PM

I will no longer require any support from Apple

8/29/2025 10:47:25 PM

Thanks though

8/30/2025 12:48:09 AM

urn:biz:b15ed773-9eed-11e7-baa2-7b88b04daa8e

We've closed this conversation for now. If you still need help, just send us a message, and we can pick up where we left off.

8/30/2025 12:48:09 AM

urn:biz:b15ed773-9eed-11e7-baa2-7b88b04daa8e

If there's nothing else we can help you with right now, we'd love to hear how we did.

8/30/2025 12:48:10 AM

urn:biz:b15ed773-9eed-11e7-baa2-7b88b04daa8e

https://feedback.applesurveys.com/jfe/form/SV_dhUxZ00iyKBQnCC?Q_ULED=d3d8bdaa-6af2-447c-b44f-74a6fcf9a14a&pl=EN,FR-CA,ES

30/2025 11 02 26 AM

Apple Card please

8 30/2025    02    AM

urn biz t                    7b88b04daa8e

Let me connect you to someone who can help. If you need to step away, don't worry. We'll send you a message when we're ready for you.

Hello there! I see you are contacting us regarding Apple Card issues. May I know more details about the issue?

Wanted to inform you I'll be issuing a demand letter, it's clear this is getting no where.

Where should this letter be served?

urn:biz:b15ed773-9eed-11e7-baa2-7b88b04daa8e

I'm sorry, just to confirm, are you having issues with a transaction in your Apple Cash?

8/30/2025 11:05:26 AM

urn:biz:b15ed773-9eed-11e7-baa2-7b88b04daa8e

**Is just to understand the situation**

8/30/2025 11:06:25 AM

Talk to Apple Card people. This has been on going for 6 months and I'm protected under the ADA.

8/30/2025 11:06:51 AM

I have been treated with no dignity and been withheld information that others have access too.

8/30/2025 11:07:12 AM

Who do I issue the demand letter to?

8/30/2025 11:07 52 AM

About to type it into chat gbt and let's get this party started.

8/30/2025 11:08 18 AM

urn:biz:b15ed773-9eed-11e7-baa2-7b88b04daa8e

**Ok I see, thanks for letting me know all the situation**

8/30/2025 11:08:22 AM

urn:biz:b15ed773-9eed 11e7-baa2-7b88b04daa8e

**Allow me a moment to check my end**

8/30/2025 11 11 20 AM

urn biz b15ed77  9eed    e  baa2 7b88b04daa8e

**I'm back**

2025      24

urn biz b15ed77         ⁻-baa2-7b88b04daa8e

**Sorry the delay and thanks for waiting**

‹

5ed

After investigating a moment your situation in particular I was able to confirm that your case needs to be escalated to a senior advisor, they only work over the phone, they have a greater range of tools and capabilities that I do who can assist you further with this

I'm used to it with you guys been delayed 3 months this time

If you agree please provide me your phone number and I'll help you set this call back.

Case 2:25-cv-01868-DJC-CSK    Document 97    Filed 07/28/26    Page 147 of 181

urn:biz:b15ed773-9eed-11e7-baa2-7b88b04daa8e

8/30/2025 11:11:43 AM

Nope

8/30/2025 11:13:11 AM

Don't care about the investigation didn't even ask for these investigations you guys just kept telling me it was happening. And my lame duck lawyer hasn't done anything about this. Not even sure how she got a law degree.

8/30/2025 11:13:22 AM

Chat gbt is better then her honestly

8/30/2025 11:14:09 AM

Soooo yeah I'm done being oppressed and gaslight by Apple Goldman Sachs so before I start to lose my shit. Where do I serve the demand

8/30/2025 11 14 12 AM

urn:biz:b15ed773-9eed-11e7-baa2-7b88b04daa8e

I wish I could give you information regarding to whom you can issue this demand letter but this situation gets totally out of my hands and based on our procedure, the best is to escalate this to a senior advisor

8/30/2025 11 15:15 AM

Lmaoooo have spoken to about 10 of them. Dooooo nooootttttt put Marcus on the phone. That prick will be personally named in my demand letter. I can send you that lovely interaction if you want as well as the last 15

8/30/2025 11 15 54 AM

Sure go ahead , later.

8 30/2025  1 16    AM

Text no calls done with phone calls with you guys. Got it?

8    2025   1

ur  biz   5ed                    7b88b04daa8e

Oh I see, sure I totally understand and I'll be honest, most probably you will be in touch with another advisor, we have many senior advisors on the phone

And sure I can set you the call for later in the day, just let me know at what time you will be available and I'll check it

May I know your phone number and time zone, please? This is for me to check the available slots for call backs for today

I will not be available for a phone call at all.  You know what never mind I'll figure it out myself.  According to the limited resources I can utilize at this moment I am aware to tell you my intent that I'll be issuing a demand letter.  Then you will have the opportunity to finally resolve this.

8/30/2025 11:22:14 AM

That is the point we are at have I made that clear?

8/30/2025 11:22:43 AM

urn:biz:b15ed773-9eed-11e7-baa2-7b88b04daa8e

**Totally clear**

8/30/2025 11:23:59 AM

urn:biz:b15ed773-9eed-11e7-baa2-7b88b04daa8e

**And thanks for all the information, all will be in this chat transcript, here's the case of this interaction in case you need it**

8/30/2025 11 24:01 AM

urn:biz:b15ed773-9eed-11e7-baa2-7b88b04daa8e

**102680593203**

8/30/2025 11 24 09 AM

urn:biz:b15ed773-9eed-11e7-baa2-7b88b04daa8e

**Is there something else you need assistance at the moment?**

8/30/2025 11:28:54 AM

Great wish you guys were able to save the last 40 before this one. Would have saved me a great deal of time and suffering.

8/30/2025 11:29 11 AM

No not at all you guys have done more than enough.  Happy Labor Day

8/30/2025 11 29 28 AM

urn b z b15ed773-9eed 11e⁻ baa2 7b88b04daa8e

**My pleasure to assist**

30 2025 1        AM

urn biz   1                7b88b04daa8e

**Thanks for contacting us today, have a good one!**

Apple Card

Issue solved

Hi again! I see that you are contacting to inform that you were able to submit the demand letter, correct?

8/30/2025 3:13:09 PM

No need

Is this Apple Card?

8/30/2025 3:13:20 PM

urn:biz:b15ed773-9eed-11e7-baa2-7b88b04daa8e

**Yes, I'm an Apple advisor of the Apple Card team**

8/30/2025 3:13:29 PM

Great.

8/30/2025 3:13:44 PM

This will be my formal statement

8/30/2025 3:13:55 PM

urn:biz:b15ed773-9eed-11e7-baa2-7b88b04daa8e

**Is your issue with the transaction solved?**

8/30/2025 3:14:34 PM

Yes. Consider it solved. I saw the evidence Modo submitted and I will need to do what I was told due to the legally binding contract they said that I signed.

8/30/2025 3:15:07 PM

urn biz:b15ed773-9eed-11e7-baa2-7b88b04daa8e

**Got it, thanks for all the information**

8/30/2025 3 15:09 PM

There was a big mixup here I am arbitrating in JAMS when I should be arbitrating with AAA.

8/30/2025    15 40 PM

urn biz b15ed773-9eed-11e7 baa2 7b88b04daa8e

**Just to confirm, so we can say all set, right?**

8/30/2025 , 15 4  PM

No thank you for letting me know that I'm in the wrong place for arbitration. Now I can withdraw from jams and begging arbitration with AAA.

No not yet I would need to be sent a document I sign to confirm that

**Noted, thank you**

So for now I just wanted you to submit my evidence back to Modo regarding the dispute.

urn:biz:b15ed773-9eed-11e7-baa2-7b88b04daa8e

**Just to confirm one thing**

8/30/2025 3:17:08 PM

My evidence that I am formally giving you as of now.

8/30/2025 3:17:16 PM

Go ahead

8/30/2025 3 17:34 PM

urn:biz:b15ed773 9eed-11e7-baa2-7b88b04daa8e

**When you contacted Goldman, did they help you submitting a dispute?**

8/30/2025 3:18 10 PM

They did not sir/ma'am please let me finish before you ask anymore questions.

8/30/2025 3 18 24 PM

urn:biz:b15ed773-9eed-11e7-baa2-7b88b04daa8e

**Sure, my bad**

8/30/2025 3 18:47 PM

The evidence you are requesting here is my submission.

8/30/2025 3:20 21 PM

Now that Apple Card have shown me and informed I need to initiate arbitration with AAA and not jams I will begin that process immediately. I ask to hold put this dispute on hold until I submit my forms to initiate arbitration with AAA.

8/30/2025 3 21   7 PM

urn biz   5ed7    9eed-1 e⁻-baa2 7b88b04daa8e

**Noted, thank you for all the information**

**Truly appreciate it**

So the dispute can be delayed for now.  Is that correct?

In order to continue, I'll need to verify your identity. To do so, I'll send a prompt to your iOS device asking you to confirm your indentity. Please let me know if you don't receive it, so we can verify it with a different method.

urn:biz:b15ed773-9eed-11e7-baa2-7b88b04daa8e

**Thanks for verifying!**

8/30/2025 3:22:39 PM

> Can I also have my evidence I submitted via this chat verified.

8/30/2025 3:22:49 PM

> Through a email

8/30/2025 3:23:00 PM

> Goldman Sachs never writes anything down I request

8/30/2025 3:23 14 PM

urn:biz:b15ed773-9eed-11e7-baa2-7b88b04daa8e

I appreciate your cooperation today, the necessary information was properly collected.

You need to continue with an Apple Card Specialist/Savings Account Specialist at Goldman Sachs about the issue.

For future reference, you can contact Goldman Sachs using an option below:

• Settings: Tap Wallet & Apple Pay > Apple Card > Message
• Phone number: 877-255-5923

We are transferring the chat now, thank you for contacting Apple.

8/30/2025 3 23 17 PM

urn:biz:b15ed773-9eed-11e7-baa2-7b88b04daa8e

An Apple Card Specialist at Goldman Sachs can help with that.

8/30/2025 3 23 17 PM

urn biz b15ed773-9eed-11e

8/30/2025  2.  ̄ PM

urn biz b15ed773-9eed      ̄ baa2 7b88b04daa8e

◈

2025 . 24 1  PM

> So I'm not talking to Apple Card Goldman Sachs ?

24

7b88b04daa8e

Sorry, you'll need to tap Connect to continue.

Connect with Goldman Sachs

You said you are an advisor with the Apple Card team?

8/30/2025 3:34:49 PM

urn:biz:b15ed773-9eed-11e7-baa2-7b88b04daa8e

**Due to a system issue, we're unable to process your request. An Apple Card Specialist at Goldman Sachs can help you over the phone at 877-255-5923, or you can send another message later.**

8/30/2025 3:25:30 PM



8/30/2025 3:25:33 PM

urn:biz:b15ed773-9eed-11e7-baa2-7b88b04daa8e

**You're now connected to the Apple Card team at Goldman Sachs.**

8/30/2025 3:25:33 PM

urn:biz:b15ed773-9eed-11e7-baa2-7b88b04daa8e

**A Specialist will send you a message here after reviewing your account.**

8/30/2025 3:25:36 PM

urn:biz:b15ed773-9eed-11e7-baa2-7b88b04daa8e

**This conversation may be recorded, analyzed, and monitored for compliance and to improve our services.**

8/30/2025 3:25 40 PM

urn biz:b15ed773-9eed-11e7-baa2-7b88b04daa8e

**You're connected with Jose**

8/30/2025 3 26 09 PM

urn:biz:b15ed773 9eed-11e7 baa2-7b88b04daa8e

**Thank you for contacting. How can I help you today?**

8/30/2025 3 26 13 PM

> Hey Jose I was just lied to my a rep claiming to be a Apple Card specialist who tried to get me to say statements to end my dispute

8/30/2025 3 26 59 PM

> This is very deceptive and once again another ADA violation. I know my rights sir and demand to be treated with dignity. Also direct me to someone at Apple Card who will be compassionate to my situation

> This has became a serious issue at this point.

Thank you for sharing that with me! After reviewing your account, I do not see any attempt from us to contact you today, so if you were contact it may have been a scam attempt.



urn:biz:b15ed773-9eed-11e7-baa2-7b88b04daa8e

**Understood!**

8/30/2025 3:43:12 PM

Sorry

8/30/2025 3:43:14 PM

urn:biz:b15ed773-9eed-11e7-baa2-7b88b04daa8e

**Hello , I'm Apple's automated assistant. Apple will keep this conversation and may use it to provide you support, for quality assurance, to train advisors and improve contact center technologies. Tap the link below to see how your data is managed...**

8/30/2025 3:43:14 PM

urn:biz:b15ed773-9eed-11e7-baa2-7b88b04daa8e

**https://www.apple.com/legal/privacy/data/en/message-apple/**

8/30/2025 3:43 15 PM

urn:biz:b15ed773-9eed-11e7-baa2-7b88b04daa8e

**I can get you to someone who can help, but I need a little more information first.**

**Please choose an option from the list below, or tell us the topic you need help with.**

8/30/2025 3 43 16 PM

urn biz:b15ed773-9eed-11e7



Jose with Apple Card please

I can help you with your Apple Card

8/30/2025 3:49:33 PM

urn:biz:b15ed773-9eed-11e7-baa2-7b88b04daa8e

**Verify with Goldman Sachs**

8/30/2025 3:49:37 PM



8/30/2025 3:49:39 PM

urn:biz:b15ed773-9eed-11e7-baa2-7b88b04daa8e

**You're now connected to the Apple Card team at Goldman Sachs.**

8/30/2025 3:49:39 PM

urn:biz:b15ed773-9eed-11e7-baa2-7b88b04daa8e

**A Specialist will send you a message here after reviewing your account.**

8/30/2025 3:49:42 PM

urn:biz:b15ed773-9eed-11e7-baa2-7b88b04daa8e

**This conversation may be recorded, analyzed, and monitored for compliance and to improve our services.**

8/30/2025 3:49:47 PM

urn:biz:b15ed773-9eed-11e7-baa2-7b88b04daa8e

**You're connected with Yhan**

8/30/2025 3:50:22 PM

urn:biz:b15ed773-9eed-11e7-baa2-7b88b04daa8e

**Hi Matthew, how can I help?**

8/30/2025 3:50:35 PM



ScreenRecording_08-30-2025 15-48-04_1.MP4

8/30/2025 3:50:36 PM

Hey yahn Joe asked me to send previous screen shot of man who pretenddd to be with Apple Card then informed me he wasn't

baa2-    04daa

We do not support the  file type you tried to send, but you can send: . jpg, .jpeg, .png, .heic or .pdf

Ok I will send the relevant screen shots



8/30/2025 11:51 PM







8/30/2025 3:52:32 PM

You guys teach that in training. How to respond to a customer with "my bad." I would think it would sound something like "my apologies sir."

8/30/2025 3:53:24 PM

As to what Jose said next...

8/30/2025 3:53 52 PM

urn:biz:b15ed773-9eed-11e7-baa2-7b88b04daa8e

Okay thanks to bring it to my attention, allow me to review it. Our chats are monitored and recorded for quality and security purposes like this today!

8/30/2025 3:54:01 PM





8/30/2025 3:54:31 PM

No thank you I now realize that my lawyer must have been misinformed and I need to cancel my arbitration with jams and submit to AAA.

8/30/2025 3:54:31 PM

urn:biz:b15ed773-9eed-11e7-baa2-7b88b04daa8e

**Agree with your answers Mr. Joyce.**

8/30/2025 3:54:44 PM

What?

8/30/2025 3:57:07 PM

Is this Apple or am I being spoofed?

8/30/2025 3:57 34 PM

Apple Card, Goldman Sachs.  Get more and more confused everytime im in contact with you guys.

8/30/2025 3 59 17 PM

I request help from someone who helps disabled people at Apple or Apple Card with Goldman Sachs please.  I formally request that if it is an option.

8/30/2025 4 00 0⁻ PM

urr biz b15ed7    9eed 1 e  -baa2 7b88b04daa8e

You can chat us from the Wallet or call us to 877-255-5923. You can make sure we are Apple card specialist by Goldman Sachs Bank USA. By using only those two channels.

Why wasn't I told that the first 20 times is that new policy?

Normally I just connect to Apple Card via this chat.

So my evidence I submitted was not logged? I'm very confused. Advocate for disabled request if possible.  If not possible please Inform.

> Just found out you clowns are holding $400 dollars from me as well lmaoo. Man no wonder you guys support modo as a vendor. Did you teach them that technique or did they teach you guys?

8/30/2025 4:04:25 PM

urn:biz:b15ed773-9eed-11e7-baa2-7b88b04daa8e

**We don't currently have a department or service who helps disabled people at Apple Card with Goldman Sachs Bank USA. But I can assure you that for this matters the best way is to call and ask for a supervisor at security department, is likely our best representatives that handle hard inquires.**

8/30/2025 4:05:33 PM

> Lmaooooooooo you know I've tried that for 6 months with my attorney on the phone they made me one time. U know what happened bud?
>
> I was assured a top advisor would handle it. I made a request was promised it was noted.
>
> When I called yesterday once again nothing about my request written

8/30/2025 4:06:10 PM

urn:biz:b15ed773-9eed-11e7-baa2-7b88b04daa8e

**Mr. Joyce, if we owe you a penny this will be returned once a credit balance refund is formally submitted. Please note that.**

8/30/2025 4:06:10 PM

> So politely screw your phone chat agents. Maybe you should have a specialist for disabled for fuckin retards like me yeah? Or is it your goal to just drive us crazy?

8/30/2025 4:06:27 PM

> Nope let Modo keep it.

8/30/2025 4:06:48 PM

> They took 1000x that already. Even my business and my loved ones.

8/30/2025 4:06:53 PM

> They need it more than me.

2025 4

7t    )4

Keep the professional language please Mr.

Trying to help.

> Whatever dude. You're telling me about professionalism. Look at the past 3 months

> Tell me how professional that is

I understand this may not be ideal for you. Let's see how we can improve your experience.

8/30/2025 4:08:03 PM

I'll tell you how. Me tossing this phone out a window and buying a flip phone

8/30/2025 4:08:10 PM

urn:biz:b15ed773-9eed-11e7-baa2-7b88b04daa8e

I'm here to help you to solve any issue in the best way. I understand your situation and this is important for you so I'll try my best in order to solve any inconvenience. So what can I do?

8/30/2025 4:08:57 PM

Tell me why 3 charges out of many I needed to submit more evidence on. Why is that required when submitted at the same time for the same thing.

8/30/2025 4:09:27 PM

I asked many times to find out what contract they are basing off of. That was finally answered the reason I'm cancelling my arbitration as we speak after 6 months.

8/30/2025 4:09:34 PM

urn:biz:b15ed773-9eed-11e7-baa2-7b88b04daa8e

877-255-5923 I know there's someone's who may need to improve their skills while servicing but if you keep calling I can assure you'll be handled correctly by a supervisor.

8/30/2025 4 10:03 PM

lol like Marcus? He was the most condescending man I spoke with yet. He made things worse.

8/30/2025 4 10 36 PM

He was the top dog. So no. I'm done so just tell me if the evidence I submitted and my request to pause the dispute accepted

8/30/2025 4 10 57 PM

b    ‾b88b04daa8e

Sorry about that experience, I'm not even a supervisor but I understand situations and try to resolve instead runaway.

It's fine I'm gonna call. Once again it's very simple and you u guys make it so hard for me

U tried so thanks. No need to message back I'll call and wait on hold with the same song and get transfered to 8 specialists and waste another 2 hours of my meaningless life.

urn:biz:b15ed773-9eed-11e7-baa2-7b88b04daa8e

About the disputes, I can create a case to sent you out formal evidence regarding which basis they (merchant) states this was authorized.

8/30/2025 4:13:00 PM

Super excited to do that the first time I've left my house in 8 months. Who needs to experience Florida and have fun? Not this loser.

8/30/2025 4:13:04 PM

Noooooookooi

8/30/2025 4:13:15 PM

Do not do anything dude u guys roped me into that about 10 times already

8/30/2025 4:13:25 PM

Do not do not do that. I'm done goodbye

8/30/2025 4 13:29 PM

I'll call

8/30/2025 4 15:16 PM

urn:biz:b15ed773-9eed-11e7-baa2-7b88b04daa8e

Okay I didn't do it. Good luck Mr. Joyce, looking forward this got resolve in good matters.

9/3/2025 11:30:02 AM

Support

9/3/2025 11 30 05 AM

urn:biz:b15ed773-9eed-11e7-baa2-7b88b04daa8e

Hello , I'm Apple's automated assistant. Apple will keep this conversation and may use it to provide you support, for quality assurance, to train advisors and improve contact center technologies. Tap the link below to see how your data is managed...

9/3/2025 11 30 05 AM

n biz b 5ed773 9eed 11e baa2 7b88b04daa8e

https://www.apple.com/legal/privacy/data/en/message-apple/

Ok. Just briefly describe what you need, and I'll do my best to help.

Apple Card

I can help with Apple Card, but need some additional information. Which of the following best describes what you need help with?

urn:biz:b15ed773-9eed-11e7-baa2-7b88b04daa8e

**Support Options**

9/3/2025 11:30:20 AM



9/3/2025 11:30:22 AM

urn:biz:b15ed773-9eed-11e7-baa2-7b88b04daa8e

**An Apple Card Specialist at Goldman Sachs can help with that.**

9/3/2025 11 30:22 AM

urn:biz:b15ed773-9eed-11e7-

9/3/2025 11:30:22 AM

urn:biz:b15ed773-9eed 11e7-baa2-7b88b04daa8e

**Connect with Goldman Sachs**

9/3/2025 11 30 25 AM

9/3/2025 11 30:28 AM

urn:biz:b15ed773-9eed-11e7-baa2-7b88b04daa8e

**You're now connected to the Apple Card team at Goldman Sachs.**

9/3/2025 11 30 28 AM

urn biz b15ed773-9eed-11e7-baa2-7b88b04daa8e

**A Specialist will send you a message here after reviewing your account.**

9/3/2025 11 30 32 AM

urn biz:b15ed773-9eed-11e7-baa2-7b88b04daa8e

**This conversation may be recorded, analyzed, and monitored for compliance and to improve our services.**

2025

u biz b 15ed7          4

**You're connected with Laura**

**Hello, I am your Apple Card Specialist at Goldman Sachs USA and I'll be more than happy to assist you with this concern today!**

Hey Laura.  You guys have caused me a lot of heartache recently.  Something has happened where I'm at peace with things...

I'm done arguing and putting anymore of my time and sanity into Goldman Sachs or Apple or whoever this is.

9/3/2025 11:33:08 AM

I'm not submitting anymore evidence. I saw the response and I'll have people whose job it is to handle that handle that. You were dealing with someone not in a good state of mind last week. I also apologize for my rants. I wasn't being kind. I refuse to stoop to their level or even yours.

9/3/2025 11:34:35 AM

Once again, I'll submit no evidence whatsoever and I wish you guys the best. If I owe anything I'll pay, but I also request if I'm owed anything from you via modo, I don't want it and please don't mail it. Just tell me that is understood. Then I can forget you guys and stop my struggle on this platform At least. Cool?

9/3/2025 11:35:36 AM

I don't want to go to a specialist and from last experiences this won't even be delivered or written down. Just please no more evidence mailed to me. Nothing. I want to severe all ties with Goldman Sachs and Apple Card. Cool?

9/3/2025 11:37:41 AM

If anything needs to be delivered or told to me please just contact my attorney. I was told she is over my account now. I gave her permission for that before I talked to your compassionate fraud specialist Marcus. Anyway I'm writing to much and getting more involved then I wanted to today. Please just inform me if my requests are heard. That's all from me after.

9/3/2025 11:38:09 AM

urn:biz:b15ed773-9eed-11e7-baa2-7b88b04daa8e

Yes, understood Matthew, I really apologize with all of the bad experience that you went through, I will make sure that no evidence and emails will not be sent to you.

9/3/2025 11 38 34 AM

Thank you Laura. Hope u have a good day.

9/3 2025 11 39 04 AN

urn biz b15ed77                              t

Have a lovely rest of your day.

Well you guys never sent me mail with results. Also never contacted my attorney with results. Done being in the dark so please put me on with Apple Card so I can find out what the result was.

Hello ҫ  , I'm Apple's automated assistant. Apple will keep this conversation and may use it to provide you support, for quality assurance, to train advisors and improve contact center technologies. Tap the link below to see how your data is managed...

urn:biz:b15ed773-9eed-11e7-baa2-7b88b04daa8e

9/25/2025 5:31:23 PM

urn:biz:b15ed773-9eed-11e7-baa2-7b88b04daa8e

**I can help you with your Apple Card.**

9/25/2025 5:31:23 PM

urn:biz:b15ed773-9eed-11e7-

9/25/2025 5:31:23 PM

urn:biz:b15ed773-9eed-11e7-baa2-7b88b04daa8e

**Verify with Goldman Sachs**

9/25/2025 5:31:26 PM

9/25/2025 5:31:28 PM

urn:biz:b15ed773-9eed-11e7-baa2-7b88b04daa8e

**Just a moment while we check your card order status.**

9/25/2025 5 31 31 PM

urn:biz:b15ed773-9eed 11e7-baa2 7b88b04daa8e

**This conversation may be recorded, analyzed, and monitored for compliance and to improve our services.**

9/25/2025 5:31 35 PM

urn:biz:b15ed773-9eed-11e7-baa2-7b88b04daa8e

**We do not have a new card order on file. To request your first Titanium Card or a replacement, tap the link below, scroll down to Titanium Card. You can then tap Get a Titanium Card or Request a Replacement Card.**

9/25/2025 5 31 36 PM

urn biz:b15ed773-9eed-11e7-baa2-7b88b04daa8e

**wallet://credit/details?chat-redirect%3Dtrue**

9/25/2025 5  1   PM

urn biz b15ed773-          baa2

**Please select:**

**Choose an option**

urn:biz:b15ed773-9eed-11e7-baa2-7b88b04daa8e

**An Apple Card Specialist will be with you soon.**

9/25/2025 5:31:47 PM

urn:biz:b15ed773-9eed-11e7-baa2-7b88b04daa8e

**You're connected with Fraydelis**

9/25/2025 5:31:58 PM

> Well you guys never sent me mail with results. Also never contacted my attorney with results. Done being in the dark so please put me on with Apple Card so I can find out what the result was.

9/25/2025 5:32:02 PM

urn:biz:b15ed773-9eed-11e7-baa2-7b88b04daa8e

**Hi Matthew, I hope you are doing well. I'll be more than happy to assist you.**

9/25/2025 5:32:36 PM

> I'll kindly say I will not have half hour to an hour discussion like usual.

9/25/2025 5:33:32 PM

> I'll calmly ask to have the updates or conclusion of my last dispute and request emailed to me. It was not send to my lawyer nor in the mail. I don't want to be in the dark. Relying on that paperwork to asses my options going forward.

9/25/2025 5:34:30 PM

urn:biz:b15ed773-9eed-11e7-baa2-7b88b04daa8e

**Thanks for sharing your concern with me.**

9/25/2025 5 34 38 PM

> Sure

9 25 2025 5 34 5  PM

urn biz b15ed773-9eed-11e⁻-baa2 7b88b04daa8e

**Being that the case, I'll connect you over with the disputes department for better assistance.**

5 34 5

> Ok

**You're connected with Lorenzo**

> Hi Lorenzo.  Trying to avoid the usual 2 hour back and fourth.

Hello Matthew, It would be my pleasure to assist you with your inquiry. Here at Goldman Sachs Bank USA you are not responsible for any unauthorized transactions. Please give me a moment to pull up your account information.

9/25/2025 5:36:36 PM

Please provide me with any emails or updates (hopefully) conclusion on my reopened dispute with modo gold coins. As well as my request I submitted during this process. I was waiting on result and your ruling on the matter.

9/25/2025 5:36:48 PM

Sure.

9/25/2025 5:37:53 PM

Information I ask for now I had requested to be emailed to my attorney initially. That never happened. So sending it to me is fine.

9/25/2025 5:38:22 PM

Nothing complicated just the results of dispute and any information pertaining to initial or resubmitted dispute.

9/25/2025 5:40:36 PM

urn:biz:b15ed773-9eed-11e7-baa2-7b88b04daa8e

Hello Matthew. I'm going to transfer you to the Specialized team that can assist you further and answer additional questions you may have. In case the call is disconnected, their phone number is 1-877-255-5923 and they're open 24/7. You may be asked some additional information, or to verify your information again.

9/25/2025 5 40 48 PM

urn:biz:b15ed773-9eed-11e7-baa2-7b88b04daa8e

You're connected with ShedaraS

9/25/2025 5 41    PM

That's fine. Hi ShaderaS please check above texts to see my request. I've already typed out more than I wanted and refuse to get agitated over this today.

9/25/2025 5 43 48 PM

b88b04daa8e

I hope you are having a great day thus far, Matthew. I see you are contacting us in regards to your dispute case information. I do apologize but the last Specialist transfer you to the wrong department.

I'm going to transfer you to a dispute specialist that can assist you further and answer additional questions you may have about this transaction. Please wait a few moment for them to respond.

4

4th transfer ok.  Perfect.

**You're connected with Helen**

9/25/2025 5:45:07 PM

Helen I'm sure I'll be transferred somewhere else. Kindly read above texts.

9/25/2025 5:47:42 PM

urn:biz:b15ed773-9eed-11e7-baa2-7b88b04daa8e

**Hi Matthew! I'll be more than happy to assist you today.**

**I can see that you're needing help with a your card order status.**

9/25/2025 5:48:49 PM

Issue pertains to a dispute and a refund or not oweing anything

9/25/2025 5:56:21 PM

urn:biz:b15ed773-9eed-11e7-baa2-7b88b04daa8e

**Alright! let's go ahead and review the case for you.**

9/25/2025 5:56 42 PM

urn:biz:b15ed773-9eed-11e7-baa2-7b88b04daa8e

**Can you please confirm your dispute number?**

9/25/2025 5 59:05 PM

Don't know it just look my name up please

9/25/2025 6:00:08 PM

urn:biz:b15ed773-9eed-11e7-baa2-7b88b04daa8e

**In this case, please confirm the amount of the transaction.**

9/25/2025 6 00 28 PM

4 transactions 3 are like 99 dollars one is 299 I Believe

9/25/2025 6 02:02 PM

urn biz b15ed77 -9eed 11e⁻ baa2 7b88b04daa8e

**Thanks for the confirmation.**

Sure

So I'm not trying to wait around through different transfers as requested please just send any updates or findings or rulings to my email on Apple account. If you need a past email or one from the start of dispute

Vulturevictim@proton.me
M.joyce07@proton.me
Or the current one on Apple ID which is invertit@proton.me

urn:biz:b15ed773-9eed-11e7-baa2-7b88b04daa8e

Alright! I was reviewing the cases.

9/25/2025 6:07:09 PM

urn:biz:b15ed773-9eed-11e7-baa2-7b88b04daa8e

**Reassertion Transaction Dispute resolved in merchant's favor**

9/25/2025 6:07:49 PM

Very well.  Please send the full scope of the reassertion of the case as well as any texts or email correspondences.

9/25/2025 6:08:32 PM

The reason why I was told to open it back up because "you guys would help me."  The reason those disputes that where the exact same where ruled differently.  Anything relevant, please.

9/25/2025 6:10:09 PM

Still with me?

9/25/2025 6:10 57 PM

urn:biz:b15ed773-9eed-11e7-baa2-7b88b04daa8e

I can resend you the dispute results via email.

9/25/2025 6:11:16 PM

Great which one will you be sending to.  As well as if they were previously emailed to me?

9/25/2025 6 12 10 PM

urn biz:b15ed773-9eed-11e7-baa2-7b88b04daa8e

This is the email that we have on file: vulturevictim@proton.me

9/25/2025 6 12 36 PM

That's where it was sent as well or it hasn't been sent previously?

9          12 4   PM

Go ahead and send it there now.

Sure, just a moment please.

Still no answer I guess.  Was it sent there previously or was it not?

Oh yes, we have sent you the case information previously.

Great thanks.

Ok let me know when new one is sent.

9/25/2025 6:15:42 PM

urn:biz:b15ed773-9eed-11e7-baa2-7b88b04daa8e

**Alright! please stay on board while I reopen the new one for you.**

9/25/2025 6:15:51 PM

Re open a new what?

9/25/2025 6:16:11 PM

I'm not re opening this dispute. I just wanted email for results of previous dispute

9/25/2025 6:16:41 PM

I never received a email on the past evidence I want to add. What day was it sent on?

9/25/2025 6:17:45 PM

urn:biz:b15ed773-9eed-11e7-baa2-7b88b04daa8e

**The last documentation was sent on 09/12/2025 - 20:00 PM EDT.**

9/25/2025 6:18:12 PM

Via email or email?

9/25/2025 6:18:26 PM

urn biz:b15ed773-9eed-11e7-baa2-7b88b04daa8e

**Via email.**

9/25/2025 6:18:38 PM

Ok must have missed it I'll check spam folder

9/25/2025 6:18:46 PM

Did you resend as I requested?

9/25/2025 6:20:08 PM

urn biz b15ed773 9eed 11e7 baa2 7b88b04daa8e

**That's correct.**

9/       4(

Have not received this one either

**v    vulturevictim@proton.me**

9/25/2025 6:21:14 PM

Please verify this is address your sending it to

9/25/2025 6:21 28 PM

I get a lot of other Apple emails there not from you guys tho

9/25/2025 6:22:11 PM

urn:biz:b15ed773-9eed-11e7-baa2-7b88b04daa8e

Sometimes it takes a few minutes, but the email that we have on file is this one: vulturevictim@proton.me.

9/25/2025 6:23:22 PM

Just sent myself one and got it.  Am I still waiting on last one too maybe? Wasn't sure if it takes weeks sometimes?

9/25/2025 6:25 09 PM

Still waiting...

9/25/2025 6 25 48 PM

What's up with you guys?  Everyone get the same preferential treatment I do?  Or am I special again?

9/25/2025 6 25:58 PM

urn biz b15ed773-9eed 11e⁻ baa2-7b88b04daa8e

I'll double check that for you, you should have received it already.

9/25/2025 6 27 4  PM

Nope.  No response to request I made against merchant.  (Recorded several times asking for that one, countless emails as well).  No response to my complaint against Marcus.  Maybe some email grinch has been stealing them like there Christmas presents.

Ok well I've hit my limit with Apple Card annoyance for now.  I'll email you in a hour or two and I can be transfered 5-10 times and then try and get this email once more.

You have yourself a great day!



urn:biz:b15ed773-9eed-11e7-baa2-7b88b04daa8e

Hello 🙋, I'm Apple's automated assistant. Apple will keep this conversation and may use it to provide you support, for quality assurance, to train advisors and improve contact center technologies. Tap the link below to see how your data is managed...

9/26/2025 7:08:07 PM

urn:biz:b15ed773-9eed-11e7-baa2-7b88b04daa8e

https://www.apple.com/legal/privacy/data/en/message-apple/

9/26/2025 7:08:08 PM

urn:biz:b15ed773-9eed-11e7-baa2-7b88b04daa8e

I can help with Apple Card, but need some additional information. Which of the following best describes what you need help with?

9/26/2025 7:08:08 PM

urn:biz:b15ed773-9eed-11e7

9/26/2025 7:08:08 PM

urn:biz:b15ed773-9eed-11e7-baa2-7b88b04daa8e

Support Options

9/26/2025 7:08:15 PM



9/26/2025 7:08:18 PM

urn:biz:b15ed773-9eed-11e7-baa2-7b88b04daa8e

An Apple Card Specialist at Goldman Sachs can help with that.

9/26/2025 7:08:18 PM

urn:biz:b15ed773-9eed-11e7

9/26/2025  08   PM

urn:biz:b15ed773-9eed-11e7-baa2-7b88b04daa8e

Connect with Goldman Sachs

9/  2025 7:08 ⅔ PM

You're now connected to the Apple Card team at Goldman Sachs.

A Specialist will send you a message here after reviewing your account.

This conversation may be recorded, analyzed, and monitored for compliance and to improve our services.

urn:biz:b15ed773-9eed-11e7-baa2-7b88b04daa8e

**You're connected with Allison**

9/26/2025 7:08:51 PM

urn:biz:b15ed773-9eed-11e7-baa2-7b88b04daa8e

**Hello Matthew, how may I assist you today?**

9/26/2025 7:08:53 PM

Never received email of results of my dispute. Send immediately

9/26/2025 7:09:23 PM

Was told it was sent weeks ago never came. Was told it was sent yesterday and never came. Rep never came back to the line. Send immediately.

9/26/2025 7:09:50 PM

I request it is sent and a rep stays on the line until I verify I have received it.

9/26/2025 7:10:23 PM

urn:biz:b15ed773-9eed-11e7-baa2-7b88b04daa8e

**I understand. Please allow me to transfer you to our specialized team that will further assist you.**

9/26/2025 7:10:29 PM

Great

9/26/2025 7 10 45 PM

urn biz:b15ed773-9eed-11e7-baa2-7b88b04daa8e

**You're connected with Hector**

9/26/2025 7 11 00 PM

Never received email of results of my dispute. Send immediately

9/26/2025 7 11 06 PM

Was told it was sent weeks ago never came. Was told it was sent yesterday and never came. Rep never came back to the line. Send immediately.

26/2025   12

I request it is sent and a rep stays on the line until I verify I have received it.

That's all I'm writing to each of the 6 people I'm transferred too. After that's complete connect me to Apple Pay.

Hi, thanks for contacting us today, I will be more than glad to help you, after reviewing your account I will need to connect you with the department able to better assist you, just a moment to connect you.

urn:biz:b15ed773-9eed-11e7-baa2-7b88b04daa8e

**You're connected with Allan**

9/26/2025 7:19:16 PM

urn:biz:b15ed773-9eed-11e7-baa2-7b88b04daa8e

**Hello! Thank you so much for contacting us. It would be a pleasure to attend you regarding this transaction dispute.**

9/26/2025 7:19:29 PM

> Hi Alan

9/26/2025 7:19:36 PM

> Never received email of results of my dispute.  Send immediately

9/26/2025 7:19:43 PM

> Was told it was sent weeks ago never came.  Was told it was sent yesterday and never came.  Rep never came back to the line.  Send immediately.

9/26/2025 7:19:50 PM

> I request it is sent and a rep stays on the line until I verify I have received it.

9/26/2025 7:20:01 PM

> That's all I'm writing to each of the 6 people I'm transferred too.  After that's complete connect me to Apple Pay.

9/26/2025 7:21:21 PM

> Just a email also cc my attorney.  I am granting her the right to speak for me as well.  You guys have it but maybe another note got lost?  Find it hard to believe the biggest tech company in the world is still using notepads.  But her email is reshmakamath2021@gmail.com

9/26/2025 7:25:10 PM

> Is this the new thing.  Last 3 times I'm transfered multiple times then ignored

9/26/2025 7:25:20 PM

urn biz b15ed773-9eed-11e⁻-baa2 7b88b04daa8e

Thank you so much for the details provided, Matthew. In order to further assistance, would you mind if you can provide me with the amount of the dispute?

I will do my best regarding this dispute case, as I understand it's so important for you to get this issue solved.

> Here we go again.  Same co versatile from yesterday

> $299.99 99.99 99.99 and 99.99

Why would I be told lies about emails being sent?

9/26/2025 7:27:46 PM

urn:biz:b15ed773-9eed-11e7-baa2-7b88b04daa8e

**Please, allow me a moment to check out your account and all those charges reversed.**

9/26/2025 7:27:51 PM



9/26/2025 7 28:05 PM

urn:biz:b15ed773-9eed-11e7-baa2-7b88b04daa8e

**After that we can definitely assist you in reopening the dispute case if you need it.**

9/26/2025 7:28 16 PM



I'm not re opening anything g

Stop with that noise

I'll be ending my account with Apple all together after this is sorted

You guys have helped enough. Just please the email of the past decision/ruling made

Case 2:25-cv-01868-DJC-CSK   Document 97   Filed 07/28/26   Page 174 of 181

9/26/2025 7:29:15 PM

urn:biz:b15ed773-9eed-11e7-baa2-7b88b04daa8e

I was able to see from our end the dispute cases were reversed due to Goldman Sachs Bank USA has re-investigated your transaction dispute, and found that no billing error occurred for the following reason:
• We further investigated the dispute and reviewed any additional information that may have been provided. Based on our review, the original decision will remain because there is no evidence to substantiate the claim

9/26/2025 7:30:03 PM

Great finally. I'll need that in a email.  By the way I never stated any of them were billing errors.

9/26/2025 7:30:17 PM

It's been confirmed and on phone with my attorney when specialist claimed it...

9/26/2025 7:30:30 PM

urn:biz:b15ed773-9eed-11e7-baa2-7b88b04daa8e

If you would like to receive the resolution of the dispute at your email address, I will need to verify the email you have linked to the Apple Card account.

9/26/2025 7:30:39 PM

The 20 some off previous charges as well as those where all submitted under the same premise.  Faulty goods or services.

9/26/2025 7:31:29 PM

As you stated yesterday it's under the email vulturevictim@proton.me

9/26/2025 7:31:57 PM

Why have you told me I was emailed when I wasn't?  Why hasn't that result been mailed?

9/26/2025 7:33:28 PM

Last thing you guys are well aware of my mental disabilities.  Only question I have for you.  Have you guys given me reasonable accommodations?  Have I been treated with dignity?  Have I been withheld information based on my disability?

4

Have you knowingly made my life more difficult then it has to be?

I'm going to connect you with a specialist that will review your account with you and provide more specific details to resolve this inconvenience.

urn:biz:b15ed773-9eed-11e7-baa2-7b88b04daa8e

You're connected with Lia

9/26/2025 7:36:20 PM

urn:biz:b15ed773-9eed-11e7-baa2-7b88b04daa8e

**Thank you for messaging, I'm Lia, rest assured, I am here to resolve your issues.**

9/26/2025 7:41:21 PM

It's pretty simple Liam send the email I've been trying to receive for a month.

9/26/2025 7:41:50 PM

Cc it to my lawyer.  Refer to the top message.  Then connect me to Apple or Apple Pay.  I'll be submitting complaints with both.

9/26/2025 7:45:42 PM

urn:biz:b15ed773-9eed-11e7-baa2-7b88b04daa8e

**Can you please confirm your email address?**

9/26/2025 7 47 02 PM

Vulturevictim@proton.me

9/26/2025 7 52:47 PM

urn:biz:b15ed773-9eed-11e7-baa2-7b88b04daa8e

**Thank you, for the information.**

9/26/2025 7 54:36 PM

Email of results will be sent now then?

9/26/2025 7.59 01 PM

urn biz b15ed773-9eed 11e7-baa2 7b88b04daa8e

**Did you received it now?**

9/26/2025 8 05 35 PM

I did not

9/26/2025 8 06 56 PM

urn biz b15ed773 9eed 11e7 baa2 7b88b04daa8e

**That's weird, is showing up here, In this case I can send it to you by Mail.**

26

Can I give you another email to send it to or what?

15ed77

**We can try, let me know what is the email?**

urn:biz:b15ed773-9eed-11e7-baa2-7b88b04daa8e

**Are you still there?**

9/26/2025 8:32:19 PM

urn:biz:b15ed773-9eed-11e7-baa2-7b88b04daa8e

I see that you might be occupied at the moment, please contact us when you can to continue with the process, it will be a pleasure to assist you. Have a wonderful day.

9/26/2025 10:12:01 PM

Apple Card

9/26/2025 10:12:03 PM

urn:biz:b15ed773-9eed-11e7-baa2-7b88b04daa8e

Hello 👋, I'm Apple's automated assistant. Apple will keep this conversation and may use it to provide you support, for quality assurance, to train advisors and improve contact center technologies. Tap the link below to see how your data is managed...

9/26/2025 10:12:03 PM

urn:biz:b15ed773-9eed-11e7-baa2-7b88b04daa8e

https://www.apple.com/legal/privacy/data/en/message-apple/

9/26/2025 10:12:04 PM

urn:biz:b15ed773-9eed-11e7-baa2-7b88b04daa8e

I can help with Apple Card, but need some additional information. Which of the following best describes what you need help with?

9/26/2025 10 12 04 PM

urn biz:b15ed773-9eed-11e7

9/26/2025 10 12 04 PM

urn biz b15ed773-9eed 11e7 baa2 7b88b04daa8e

Support Options

9/26/2025    12    PM

12 1

7b88b04daa8e

An Apple Card Specialist at Goldman Sachs can help with that.

Connect with Goldman Sachs

urn:biz:b15ed773-9eed-11e7-baa2-7b88b04daa8e

**You're now connected to the Apple Card team at Goldman Sachs.**

9/26/2025 10:12:19 PM

urn:biz:b15ed773-9eed-11e7-baa2-7b88b04daa8e

**A Specialist will send you a message here after reviewing your account.**

9/26/2025 10:12:22 PM

**Phone number**

9/26/2025 10:12:22 PM

urn:biz:b15ed773-9eed-11e7-baa2-7b88b04daa8e

**This conversation may be recorded, analyzed, and monitored for compliance and to improve our services.**

9/26/2025 10:12:24 PM

urn:biz:b15ed773-9eed-11e7-baa2-7b88b04daa8e

**Please wait a moment.**

9/26/2025 10:12:25 PM

urn:biz:b15ed773-9eed-11e7-baa2-7b88b04daa8e

**You're connected with Marcela**

9/26/2025 10:12:31 PM

**Phone number**

9/26/2025 10:12:55 PM

**Please provide direct phone number**

9/26/2025 10 13 15 PM

urn:biz:b15ed773-9eed-11e7 baa2-7b88b04daa8e

**Hello, Matthew! I hope you're doing well today. Thank you for contacting Apple Card support, you can call our direct line at 1-877-255-5923.**

10/24/2025 10 19 04 PM

**Apple support**

24 2025  1  07 PM

urn biz 1  3-9eed-11  -baa2-7b88b04daa8e

**Hello** , **I'm Apple's automated assistant. Apple will keep this conversation and may use it to provide you support, for quality assurance, to train advisors and improve contact center technologies. Tap the link below to see how your data is managed...**

https://www.apple.com/legal/privacy/data/en/message-apple/

urn:biz:b15ed773-9eed-11e7-baa2-7b88b04daa8e

**Ok. Just briefly describe what you need, and I'll do my best to help.**

10/24/2025 10:19:40 PM

> If apples end of operations is aware of what has transpired between myself and Goldman Sachs Apple Card?

10/24/2025 10:19:43 PM

urn:biz:b15ed773-9eed-11e7-baa2-7b88b04daa8e

**I can help you with your Apple Card.**

10/24/2025 10:19:43 PM

urn:biz:b15ed773-9eed-11e7-

10/24/2025 10:19:43 PM

urn:biz:b15ed773-9eed-11e7-baa2-7b88b04daa8e

**Verify with Goldman Sachs**

10/24/2025 10:19:47 PM

10/24/2025 10:19:49 PM

urn:biz b15ed773-9eed-11e7-baa2-7b88b04daa8e

**You're now connected to the Apple Card team at Goldman Sachs.**

10/24/2025 10:19:49 PM

urn:biz:b15ed773-9eed-11e7-baa2-7b88b04daa8e

**A Specialist will send you a message here after reviewing your account.**

10/24/2025 10:19:52 PM

urn:biz:b15ed773-9eed-11e7-baa2-7b88b04daa8e

**This conversation may be recorded, analyzed, and monitored for compliance and to improve our services.**

10/24/2025 10 19 56 PM

urn biz b15ed773-9eed-11e7-baa2-7b88b04daa8e

**An Apple Card Specialist will be with you soon.**

24        1  1

> I don't want Apple Card

4

baa2        4

**You're connected with Bryan**

> Bryan please transfer me to regular Apple support

> I'm not dealing with appple card anymore

urn:biz:b15ed773-9eed-11e7-baa2-7b88b04daa8e

Hello Matthew, thank you so much for chatting in. In order to follow your request, I'm going to connect you with a specialized team that will help you as you deserve!

10/24/2025 10:21:18 PM

> U know whah though bud.  I would like it noted I never received in the mail the reason Apple Card ruled against me against arb gaming llc

10/24/2025 10:21:23 PM

urn:biz:b15ed773-9eed-11e7-baa2-7b88b04daa8e

**You're connected with Victor**

10/24/2025 10:21:37 PM

> Hi victor.  Your with Apple support or Apple Card?

10/24/2025 10:22:30 PM

> Who cares, the way Apple Card has  treated me (I have all the chats). I'm not expecting any help.

10/24/2025 10:22:39 PM

urn:biz:b15ed773-9eed-11e7-baa2-7b88b04daa8e

**Hello Matthew! I am an Apple Card specialist with Goldmand Sachs.**

10/24/2025 10:23:17 PM

> Oh no I don't want u dude, you guys would literally cause me to want to put my head through a wall when you transfer me 15 times say your sending an email then it's strange it didn't send.  Giving u a different email

10/24/2025 10:23:33 PM

> Finally saying I'll accept it being mailed waiting a month checking mailbox everyday for nothing g

10/24/2025 10 23 56 PM

> Nah dude get me to regular apple.  I wanna see if there aware of these chats because clearly no one in your end has reviewed them .

10/24/2025 10 24 27 PM

> Go ahead…

'24 ∟

One moment please.

> U got 30 seconds, normally these texts take about an hour and a half, I'm
> Not allowing that today.

> Ok that will do it for me. Please close chat and I'll text back and get apple, see if there more accommodating to individuals with severe mental disabilities. Worsened more daily, due to companies like you guys.

10/24/2025 10:27:28 PM

urn:biz:b15ed773-9eed-11e7-baa2-7b88b04daa8e

**Let me connect you to someone who can help. If you need to step away, don't worry. We'll send you a message when we're ready for you.**

10/24/2025 10:29:30 PM

urn:biz:b15ed773-9eed-11e7-baa2-7b88b04daa8e

**Thank you for contacting Apple Support. I hope you are doing good!**

10/24/2025 10:30:20 PM

urn:biz:b15ed773-9eed-11e7-baa2-7b88b04daa8e

**Please let me know how may i assist you today?**

10/24/2025 10:30:38 PM

> Speak to manager

10/24/2025 10 30:59 PM

> Trust me if your anything like Goldman Sachs/Apple Card this is going to take 15 transfers.

10/24/2025 10:32:06 PM

urn:biz:b15ed773-9eed-11e7-baa2-7b88b04daa8e

I am really sorry for the inconvenience caused to you, do you have get in touch with Apple Card team ?

10/24/2025 10:32 10 PM

> Kindly and please I request to be transferred to the highest ranking member of chat support.  More specifically apple wallet or anyone who can advise on steps moving forward regarding that end of things

10/24/2025 10 32 17 PM

> No not Apple Card team

10/24/2025 10 32 20 PM

> Anyone but them

1  24 2          PM

7b88b04daa8e

Sure, I will help you with that. But in order to make sure we both are on same page do you have concern related to Apple wallet ?

24

> That's an understatement.  They apparently can't check previous chats, maybe you guys can.

urn:biz:b15ed773-9eed-11e7-baa2-7b88b04daa8e

Unfortunately, there is no history can you please confirm your issue so that I can get your case escalated accordingly.

10/24/2025 10:34:43 PM

I implore you to read those and get up to speed. Next I would look at who the person is reaching out. What this person deals with and what is going on in this persons life. The dignity and respect that Apple Card has shown me in leuw of all of this

10/24/2025 10:35:09 PM

Oh ok no problem due to the events of this past year I record all chats and and document them.

10/24/2025 10:35:53 PM

Well either way there going to have a lot of records and matter on a specific 3 disputes that they have taken many sets of notes and escalations on.

10/24/2025 10:37:44 PM

urn:biz:b15ed773-9eed-11e7-baa2-7b88b04daa8e

If its related to Apple Card or wallet then we need to get this escalated to dedicated team as I am not the right person to help you out in this concern .

10/24/2025 10:38:16 PM

Would it be an escalation with ape card.  Not interested in that.  You know what you guys got a number for me to call.  Apple wallet not Apple Card.

10/24/2025 10:38:28 PM

Apple*

10/24/2025 10 39 16 PM

urn:biz:b15ed773-9eed-11e7-baa2-7b88b04daa8e

For apple wallet as our team Available on phone support , so you need to get in touch with them over call

10/24/2025 10 39 38 PM

That's what I asked did I not?

24 2υ2    4

Yes I know you guys view me as a total piece of trash who doesn't even warrant a response.  Yes I don't think I need an interpreter to spell out that one for you.  I'll try one more time...

24        4(

Do you have a number that I can call to get in touch with someone at Apple wallet?