AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHEW THOMAS JOYCE, | ) |
| *Plaintiff* | ) |
| v. | )  Case No. 2:25-cv-01868-DJC-CSK |
| ARB GAMING LLC dba MODO. US et al. | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant AFFIRM, INC.

Date: August 4, 2026

/s/ Gary D. Sonnenfeld
*Attorney's signature*

Gary D. Sonnenfeld (SBN 247894)
*Printed name and bar number*

777 South Flagler Drive, Suite 215, East Tower
West Palm Beach, FL 33401
*Address*

gary.sonnenfeld@troutman.com
*E-mail address*

305-712-1572
*Telephone number*

561-655-8719
*FAX number*