**DUANE MORRIS LLP**
Karen Alexander (SBN 265926)
KLAlexander@duanemorris.com
DUANE MORRIS LLP
750 B Street, Suite 2900
San Diego, CA 92101-4681
Telephone: +1 619 744 2200
Facsimile: +1 619 744 2201

**DUANE MORRIS LLP**
Daniel D. Wall (SBN 311391)
DWall@duanemorris.com
Spear Tower
One Market Plaza, Suite 2200
San Francisco, California 94105-1127
Telephone: +1 415 957 3000
Facsimile: +1 415 957 3001

Specially Appearing for Defendant,
ARB GAMING LLC dba MODO

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**SACRAMENTO DIVISION**

| | |
|---|---|
| MATTHEW JOYCE, an individual,<br><br>Plaintiff,<br><br>v.<br><br>ARB GAMING LLC dba MODO, a Delaware limited liability company; B2SERVICES OU dba MCLUCK; AFFIRM, INC.; GOLDMAN SACHS BANK USA; APPLE INC.; AMAZON.COM, INC.; and DOES 1-10 inclusive,<br><br>Defendants. | Case No. 2:25-cv-01868-DJC-CSK<br><br>**SUPPLEMENTAL DECLARATION OF PATRICK FECHTMEYER IN SUPPORT OF DEFENDANT ARB GAMING LLC'S MOTION TO COMPEL ARBITRATION AND DISMISS OR STAY THE ACTION**<br><br>Date: August 13, 2026<br>Time: 1:30 p.m.<br>Dept: Courtroom 7, 14th Floor<br>Judge: Hon. Daniel J. Calabretta<br><br>Trial Date: None Set<br>Date Class Action Filed: June 30, 2025<br>Amended Complaint Filed: 3/2/2026 |

I, Patrick Fechtmeyer, hereby declare and state as follows:

1. I previously submitted a declaration in support of ARB Gaming LLC's Motion to Compel Arbitration. I make this Supplemental Declaration based upon my personal knowledge and, if called as a witness, could and would competently testify thereto.

2. Attached hereto as **Exhibit A** is a true and correct copy of a screenshot of certain entries in a notifications log generated from ARB's account management system for Plaintiff Matthew Joyce's user account. As explained in my prior declaration, ARB maintains business records concerning user account creation, user acceptance of the Terms, timestamps associated with acceptance, and the versions of the Terms accepted by users. The notifications log is one such business record maintained by ARB in the ordinary course of its regularly conducted business activity. The entries reflected in the log are recorded by ARB's systems at or near the time the corresponding events occur.

3. The notifications log reflects events associated with Plaintiff's account, including his acceptance of ARB's Terms and Conditions. Specifically, the log reflects:

a. Plaintiff accepted Terms and Conditions Version 13 on August 2, 2024, at 12:13 p.m. EDT; and

b. Plaintiff accepted Terms and Conditions Version 14 on September 10, 2024, at 10:45 p.m. EDT.

4. These entries are consistent with and corroborate the facts set forth in my prior declaration that Plaintiff accepted the applicable Terms during account registration and later accepted updated Terms as a condition of continuing to use the MODO platform.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct to the best of my knowledge and ability.

Executed August 7, 2026, at the location of Patrick Fechtmeyer, Miami, Florida.

Patrick Fechtmeyer

PATRICK FECHTMEYER

DUANE MORRIS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

# EXHIBIT A

## Notifications



| ID | DESCRIPTION | TYPE | PRIORITY | CREATED AT |
|---|---|---|---|---|
| 4d87-864f-654fd42ba408 | 15 to user wallet | INTERNAL_DEPOSIT | MEDIUM | 8:28pm EST |
| 86c0514f-d001-44e5-9ac4-039f7fe8fd1e | Admin gabriela@arbinteractive.com unbanned user | BAN | HIGH | 01/07/2025 at 5:09pm EST |
| 21484484-fd07-41ec-806b-889039c2d6d0 | Admin gabriela@arbinteractive.com banned user | BAN | HIGH | 01/07/2025 at 5:07pm EST |
| 9c42d303-e452-4d5f-96ff-716dfe6ee197 | Admin sebastian.m@arbgamingllc.com has updated VIP rank to BLACK_DIAMOND_I | MANUALLY_UPDATED_USER | LOW | 01/03/2025 at 1:56pm EST |
| 3e45308a-8937-4a0c-8af1-6017a8592611 | Admin michael.t@arbgamingllc.com set address verification to APPROVED | MANUALLY_UPDATED_USER | LOW | 10/05/2024 at 2:19am EDT |
| 2dca9b18-08aa-43c3-ac41-f5d1967f02f6 | Admin kerwin@arbgamingllc.com added SC 60 to user wallet | INTERNAL_DEPOSIT | MEDIUM | 09/30/2024 at 2:45am EDT |
| 62f12d03-97c2-4d35-8a11-d50af0fe8b31 | Terms and conditions version V14. | TERMS_AND_CONDITIONS_ACCEPTED | LOW | 09/10/2024 at 10:45pm EDT |
| 76ff30b8-ef24-4f78-b07c-e3b06bb53217 | User's first name was updated from Matthew to MATTHEW THOMAS User's last name was updated from Joyce to JOYCE | KYC_USER_INFO_UPDATED | LOW | 08/16/2024 at 5:18pm EDT |
| f1afa3e4-ef47-4b23-a498-679f3a048eb7 | Terms and conditions version V13 accepted. | TERMS_AND_CONDITIONS_ACCEPTED | LOW | 08/02/2024 at 12:13pm EDT |

# CERTIFICATE OF SERVICE

***Matthew Joyce v. ARB Gaming LLC dba MODO, et al.***
**USDC, Eastern District of CA, Case No. 2:25-cv-01868-DJC-CSK (PS)**

I am a citizen of the United States, over the age of 18 years, and not a party interested in the cause. I am an employee of Duane Morris LLP and my business address is One Market, Spear Tower, Suite 2200, San Francisco, California 94105. I hereby certify that a true and correct copy of the following, its attachments and documents filed concurrently therewith was electronically filed on August 10, 2026 using the CM/ECF system, thereby sending a notice of electronic filing to all counsel of record per the attached Service List.

**SUPPLEMENTAL DECLARATION OF PATRICK FECHTMEYER IN SUPPORT OF DEFENDANT ARB GAMING LLC'S MOTION TO COMPEL ARBITRATION AND DISMISS OR STAY THE ACTION**

☒ **BY MAIL**: As follows: I am readily familiar with the firm's practice of collection and processing correspondence for mailing, whereas the package would be deposited with the USPS on that same day with postage thereon fully prepaid at San Francisco, California, in the ordinary course of business.

| | |
|---|---|
| Jamie Stahura<br>11076 Ligon Mill Road, #100<br>Wake Forest, NC 27587<br>Telephone: 631.252.9182<br>Email: Jamie.Stahura@PNFP.com<br>Nailbnder99@yahoo.com | Interpleader<br>Pro Se Status<br>Jamie Stahura |

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on August 10, 2026, at San Francisco, California.

JoAnna Soliman

## SERVICE LIST

| COUNSEL | PARTY |
|---|---|
| Matthew Thomas Joyce<br>600 Market Grove Drive, #100<br>Wake Forest, NC 27587-7345<br>Tel: 919-259-4661<br>Email: m.joyce07@proton.me | Pro Per |
| Kalama Mark Lui-Kwan<br>Ryan A. Lewis<br>Troutman Pepper Locke LLP<br>Three Embarcadero Center, Suite 800<br>San Francisco, CA 94111<br>Tel: 415-477-5700<br>Fax: 415-477-5710<br>Email: kalama.lui-kwan@troutman.com<br>ryan.lewis@troutman.com<br><br>Gary D. Sonnenfeld<br>Troutman Pepper Locke LLP<br>777 South Flagler Drive, Suite 215<br>East Tower<br>West Palm Beach, FL 33401<br>Tel: 305-712-1572<br>Fax: 561-655-8719<br>Email: gary.sonnenfeld@troutman.com | Attorneys for Defendant<br>Affirm, Inc. |
| Arjun P. Rao<br>Marcos D. Sasso<br>Morgan Lewis & Bockius LLP<br>2049 Century Park East, Suite 700<br>Los Angeles, CA 90067<br>Tel: 310-907-1063<br>Fax: 310-907-1001<br>Email: arjun.rao@morganlewis.com<br>marcos.sasso@morganlewis.com | Attorneys for Defendant<br>Goldman Sachs Bank USA |
| John Samuel Gibson<br>DLA Piper LLP US<br>2000 Avenue of the Stars<br>North Tower, Suite 400<br>Los Angeles, CA 90067-4704<br>Tel: 310-595-3039<br>Fax: 310-595-3339<br>Email: john.gibson@dlapiper.com | Attorneys for Defendant<br>Apple, Inc. |
| Jamie Stahura<br>11076 Ligon Mill Road, #100<br>Wake Forest, NC 27587<br>Telephone: 631.252.9182<br>Email: Jamie.Stahura@PNFP.com<br>Nailbnder99@yahoo.com | Interpleader<br>Pro Se Status<br>Jamie Stahura |