**DUANE MORRIS LLP**
Karen L. Alexander (SBN 265926)
KLAlexander@duanemorris.com
750 B Street, Suite 2900
San Diego, CA 92101-4681
Telephone: +1 619 744 2200
Facsimile: +1 619 744 2201

Daniel D. Wall (SBN 311391)
DWall@duanemorris.com
Spear Tower, One Market Plaza, Suite 2200
San Francisco, California 94105-1127
Telephone: +1 415 957 3000
Facsimile: +1 415 957 3001

Attorneys for Defendant
ARB GAMING LLC dba MODO

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| MATTHEW JOYCE, an individual,<br><br>Plaintiff,<br><br>v.<br><br>ARB GAMING LLC dba MODO, a Delaware limited liability company; B2SERVICES OU dba MCLUCK; AFFIRM, INC.; GOLDMAN SACHS BANK USA; APPLE INC.; AMAZON.COM, INC.; and DOES 1-10 inclusive,<br><br>Defendants. | Case No. 2:25-cv-01868-DJC-CSK (PS)<br><br>**DEFENDANT ARB GAMING LLC'S REQUEST FOR LEAVE TO FILE NOTICE OF FINAL ARBITRATION AWARD**<br><br>**DEMAND FOR JURY TRIAL**<br><br>Dept: Courtroom 7, 14th Floor<br>Judge: Hon. Daniel J. Calabretta<br>Magistrate Judge Chi Soo Kim |

Pursuant to Local Rule 230(m), Defendant ARB Gaming LLC d/b/a Modo ("ARB") respectfully requests leave to file the accompanying Notice of Final Arbitration Award in Its Favor and the Final Award attached thereto. Local Rule 230(m) provides that, after a reply is filed, additional materials may not be filed without prior Court approval except in circumstances not applicable here.

On September 4, 2026, after briefing on ARB's pending Motion to Compel Arbitration [ECF No. 56] was completed, the Honorable Peggy A. Leen (Ret.) entered a Final Award in the JAMS arbitration initiated by Plaintiff Matthew Joyce against ARB. The Final Award is directly relevant to the issues presented by the pending Motion to Compel Arbitration.

ARB does not seek to submit additional briefing. ARB requests only that the Court permit ARB to file the Notice and Final Award so that the Court may consider this post-briefing development in connection with the pending Motion and ARB's request therein that Plaintiff's claims against ARB in this Court be dismissed. The Final Award is particularly relevant because Joyce argued in opposing the Motion that the Arbitrator's prior Interim Award was not a final award. ARB is prepared to address the implications of the Final Award if so directed by the Court.

Accordingly, ARB respectfully requests leave to file the accompanying Notice of Final Arbitration Award and that it be considered in connection with the Motion to Compel Arbitration [ECF No. 56]. ARB and its counsel are also considering their next steps in light of the Final Award and anticipate separately moving for an order confirming the Final Award in due course.

Dated: September 16, 2026

**DUANE MORRIS LLP**

By: */s/ Daniel D. Wall*
Karen L. Alexander
Daniel D. Wall

Attorneys for Defendant
ARB GAMING LLC dba MOD

# CERTIFICATE OF SERVICE

***Matthew Joyce v. ARB Gaming LLC dba MODO, et al.***
**USDC, Eastern District of CA, Case No. 2:25-cv-01868-DJC-CSK (PS)**

I am a citizen of the United States, over the age of 18 years, and not a party interested in the cause. I am an employee of Duane Morris LLP and my business address is One Market, Spear Tower, Suite 2200, San Francisco, California 94105. I hereby certify that a true and correct copy of the following, its attachments and documents filed concurrently therewith was electronically filed on September 16, 2026 using the CM/ECF System, thereby sending a notice of electronic filing to all counsel of record per the attached Service List.

**DEFENDANT ARB GAMING LLC'S REQUEST FOR LEAVE TO FILE NOTICE OF FINAL ARBITRATION AWARD**

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on September 16, 2026, at San Francisco, California.

JoAnna Soliman

## SERVICE LIST

| COUNSEL | PARTY |
|---|---|
| Matthew Thomas Joyce<br>600 Market Grove Drive, #100<br>Wake Forest, NC 27587-7345<br>Tel: 919-259-4661<br>Email: m.joyce07@proton.me | Pro Per |
| Kalama Mark Lui-Kwan<br>Ryan A. Lewis<br>Troutman Pepper Locke LLP<br>Three Embarcadero Center, Suite 800<br>San Francisco, CA 94111<br>Tel: 415-477-5700<br>Fax: 415-477-5710<br>Email: kalama.lui-kwan@troutman.com<br>ryan.lewis@troutman.com<br><br>Gary D. Sonnenfeld<br>Troutman Pepper Locke LLP<br>777 South Flagler Drive, Suite 215<br>East Tower<br>West Palm Beach, FL 33401<br>Tel: 305-712-1572<br>Fax: 561-655-8719<br>Email: gary.sonnenfeld@troutman.com | Attorneys for Defendant<br>Affirm, Inc. |
| Arjun P. Rao<br>Marcos D. Sasso<br>Morgan Lewis & Bockius LLP<br>2049 Century Park East, Suite 700<br>Los Angeles, CA 90067<br>Tel: 310-907-1063<br>Fax: 310-907-1001<br>Email: arjun.rao@morganlewis.com<br>marcos.sasso@morganlewis.com | Attorneys for Defendant<br>Goldman Sachs Bank USA |
| John Samuel Gibson<br>DLA Piper LLP US<br>2000 Avenue of the Stars<br>North Tower, Suite 400<br>Los Angeles, CA 90067-4704<br>Tel: 310-595-3039<br>Fax: 310-595-3339<br>Email: john.gibson@dlapiper.com | Attorneys for Defendant<br>Apple, Inc. |
| **VIA US FIRST CLASS MAIL**<br>Jamie Stahura<br>11076 Ligon Mill Road, #100<br>Wake Forest, NC 27587<br>Telephone: 631.252.9182<br>Email: Jamie.Stahura@PNFP.com<br>Nailbnder99@yahoo.com | Interpleader<br>Pro Se Status<br>Jamie Stahura |