**DUANE MORRIS LLP**
Karen L. Alexander (SBN 265926)
KLAlexander@duanemorris.com
750 B Street, Suite 2900
San Diego, CA 92101-4681
Telephone: +1 619 744 2200
Facsimile: +1 619 744 2201

Daniel D. Wall (SBN 311391)
DWall@duanemorris.com
Spear Tower, One Market Plaza, Suite 2200
San Francisco, California 94105-1127
Telephone: +1 415 957 3000
Facsimile: +1 415 957 3001

Attorneys for Defendant
ARB GAMING LLC dba MODO

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| MATTHEW JOYCE, an individual,<br><br>Plaintiff,<br><br>v.<br><br>ARB GAMING LLC dba MODO, a Delaware limited liability company; B2SERVICES OU dba MCLUCK; AFFIRM, INC.; GOLDMAN SACHS BANK USA; APPLE INC.; AMAZON.COM, INC.; and DOES 1-10 inclusive,<br><br>Defendants. | Case No. 2:25-cv-01868-DJC-CSK (PS)<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT ARB GAMING LLC'S REQUEST FOR LEAVE TO FILE NOTICE OF FINAL ARBITRATION AWARD**<br><br>Dept: Courtroom 7, 14th Floor<br>Judge: Hon. Chi Soo Kim |

Having considered Defendant ARB Gaming LLC d/b/a Modo's Request for Leave to File Notice of Final Arbitration Award, and good cause appearing, IT IS HEREBY ORDERED that:

Defendant ARB Gaming LLC d/b/a Modo is granted leave to file its Notice of Final Arbitration Award in Its Favor and the Final Award attached thereto. The Court will consider the Final Award in connection with Defendant's pending Motion to Compel Arbitration [ECF No. 56].

IT IS SO ORDERED.

DATED: _________________

_____________________________
HON. CHI SOO KIM
UNITED STATES MAGISTRATE JUDGE