Matthew Joyce
600 Market Grove Drive #100
Wake Forest, NC 27587-7345
(919) 259-4661
m.joyce07@proton.me
Plaintiff, Pro Se

LODGED

SEP 18 2026

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY ______ DEPUTY CLERK

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**SACRAMENTO DIVISION**

| | |
|---|---|
| MATTHEW JOYCE, an individual,<br>Plaintiff,<br>v.<br>ARB GAMING LLC dba MODO.US; AFFIRM, INC.; GOLDMAN SACHS BANK USA; APPLE INC.; AMAZON.COM, INC.; and DOES 1–50,<br><br>Defendants. | Case No. 2:25-cv-01868-DJC-CSK (PS)<br><br>**[PROPOSED] ORDER ON THE COURT'S NOTICE OF INTENT TO DISMISS CERTAIN CLAIMS AGAINST DEFENDANT AFFIRM, INC. (ECF NO. 111)**<br><br>Magistrate Judge Chi Soo Kim |

On August 19, 2026, the Court gave notice that it may dismiss Counts Six, Seven, Eleven, and Twelve against Defendant Affirm, Inc. on its own motion (ECF No. 111). Having considered Plaintiff's opposition and the record, IT IS HEREBY ORDERED that:

**1.** The Court declines to recommend dismissal of Counts Six, Seven, and Twelve against Defendant Affirm, Inc. on the ground stated in ECF No. 111.

**2.** No order is required as to Count Eleven, which is not pleaded against Defendant Affirm, Inc.

IT IS SO ORDERED.

DATED: ______________ ________________________

HON. CHI SOO KIM

UNITED STATES MAGISTRATE JUDGE