**DLA PIPER LLP (US)**
JOHN SAMUEL GIBSON (SBN 140647)
john.gibson@us.dlapiper.com
TANYA L. GREENE (SBN 267975)
tanya.greene@us.dlapiper.com
COLIN F. MCGRATH (SBN 351947)
colin.mcgrath@us.dlapiper.com
2000 Avenue of the Stars, Suite 400 North Tower
Los Angeles, California 90067-4735
Tel.: 310.595.3000
Fax: 310.595.3300

Attorneys for Defendant
APPLE INC.

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**SACRAMENTO DIVISION**

MATTHEW THOMAS JOYCE,

Plaintiff,

v.

ARB GAMING LLC DBA MODO. US; AFFIRM, INC; GOLDMAN SACHS BANK USA; APPLE INC.; AMAZON.COM, INC; DOES 1-50,

Defendants.

CASE NO. 2:25-CV-01868-DJC-CSK

**NOTICE OF WITHDRAWAL OF COUNSEL**

Pursuant to Rule 182 of the Local Rules of the United States District Court, Eastern District of California, John Samuel Gibson of DLA Piper LLP (US) hereby withdraws as counsel for Defendant Apple Inc. in the above captioned matter.

The other attorneys of record from DLA Piper LLP (US) will remain as counsel for Apple Inc.

Dated: September 21, 2026

Respectfully submitted,

**DLA PIPER LLP (US)**

By: */s/ John Samuel Gibson*
JOHN SAMUEL GIBSON
TANYA L. GREENE
COLIN F. MCGRATH

Attorneys for Defendant
APPLE INC.