TROUTMAN PEPPER LOCKE LLP
Kalama M. Lui-Kwan (SBN 242121)
kalama.lui-kwan@troutman.com
Ryan A. Lewis (SBN 307253)
ryan.lewis@troutman.com
Three Embarcadero Center, Suite 800
San Francisco, CA 94111
Telephone: 415.477.5700
Facsimile: 415.477.5710

TROUTMAN PEPPER LOCKE LLP
Gary D. Sonnenfeld (SBN 247894)
gary.sonnenfeld@troutman.com
777 South Flagler Drive
Suite 215, East Tower
West Palm Beach, FL 33401
Telephone: 305.712.1572
Facsimile: 561.655.8719

Attorneys for Defendant
AFFIRM, INC.

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION**

MATTHEW THOMAS JOYCE, by and through undersigned counsel,

Plaintiff,

v.

ARB GAMING LLC DBA MODO. US; AFFIRM, INC.; GOLDMAN SACHS BANK USA; APPLE INC; AMAZON.COM, INC; DOES 1-50,

Defendants.

JAMIE STAHURA,

Plaintiff in Interpleader,

v.

ARB GAMING LLC dba MODO, a Delaware limited liability company; B2SERVICES OU dba; MCLUCK; AFFIRM, INC.; and DOES 1-10, inclusive,

Defendants in Interpleader.

Case No. 2:25-cv-01868-DJC-CSK

**DEFENDANT'S REQUEST FOR LEAVE TO FILE RESPONSIVE BRIEF IN OPPOSITION TO PLAINTIFF'S OPPOSITION TO THE COURT'S SUA SPONTE NOTICE OF INTENT TO DISMISS**

Judge: Hon. Daniel J. Calabretta
Assigned to: Magistrate Judge Chi Soo Kim

Complaint Filed: June 30, 2025
FAC Filed: March 2, 2026
Trial Date: None set

Pursuant to Local Rule 230(m), Defendant Affirm, Inc. ("Defendant" or "Affirm")), by and through undersigned counsel, respectfully requests this Court for leave to file the attached Responsive Brief (the "Responsive Brief") in response to the opposition filed by Plaintiff Matthew Joyce ("Plaintiff") to the Court's sua sponte Notice of Intent to Dismiss (Dkt. No. 118) (the "Opposition"). In support of this Request, Defendant states as follows:

## I. BACKGROUND

On August 19, 2026, this Court issued a sua sponte notice that it may dismiss certain claims against Defendant Affirm, Inc. and permitted Plaintiff the opportunity to respond to the issues raised by the Court. On September 18, 2026, Plaintiff filed his Opposition (Dkt. No. 118), arguing that Affirm should not benefit from a gambling-policy dismissal since Plaintiff contends that financing facilitated through Affirm's technology platform constitutes "lawful consumer loans" while continuing to collect on and furnish to credit bureaus information regarding transactions that Plaintiff claims were "prohibited" for gambling. Plaintiff improperly contends that Affirm cannot invoke a policy meant to shield borrowers from creditors while acting as the creditor collecting and reporting the debt.

Defendant now seeks leave to file the attached Responsive Brief addressing the arguments and issues raised in Plaintiff's Opposition.

### A. The Responsive Brief Will Assist the Court's Consideration of the Sua Sponte Notice of Intent to Dismiss

Courts have broad discretion to permit supplemental or responsive briefing when doing so aids the fair and efficient resolution of contested issues. That discretion reflects the principle that courts decide issues best when the parties have had a full opportunity to brief them, rather than when a court raises and resolves an issue on its own initiative without full input. See *United States v. Sineneng-Smith*, 140 S. Ct. 1575, 1579-82 (2020) (reaffirming the "principle of party presentation").

Specifically, the Responsive Brief addresses the alleged inconsistencies in Affirm's reply and related documents concerning the gambling allegations. Without the benefit of Defendant's response, the Court would be left to consider only Plaintiff's one-sided presentation of this issue.

**B. The Interests of Justice and Completeness of the Record Warrant Leave to File**

Plaintiff's Opposition raises substantive arguments that, if left unanswered, could result in an incomplete record and deprive the Court of relevant authority and analysis. Permitting Defendant to file the Responsive Brief ensures that the Court has the benefit of adversarial briefing on all material issues before rendering a decision.

Moreover, granting leave to file the Responsive Brief will not cause undue delay or prejudice to Plaintiff. The Responsive Brief has already been prepared and is submitted herewith as **Exhibit A**.

**C. No Party Will Be Prejudiced by the Filing of the Responsive Brief**

Granting this Request will not prejudice any party. The Responsive Brief is narrowly tailored to address the specific arguments raised in Plaintiff's Opposition and does not raise new claims or defenses. Furthermore, the Court retains full discretion to manage its briefing schedule and may afford Plaintiff an opportunity to respond if it deems such further briefing necessary.

**V. CONCLUSION**

For the foregoing reasons, Defendant respectfully requests that this Court grant this Request and permit Defendant to file the Responsive Brief attached hereto as **Exhibit A**. Defendant further requests such other and further relief as this Court deems just and proper.

Dated: October 1, 2026

TROUTMAN PEPPER LOCKE LLP

By: *\/s/ Kalama M. Lui-Kwan*
Kalama M. Lui-Kwan
Ryan A. Lewis
Gary D. Sonnenfeld

Attorneys for Defendant
AFFIRM, INC.

## CERTIFICATE OF SERVICE

I am over the age of 18 and not a party to the within action. I am employed in Orange County, California. My business address is 100 Spectrum Center Drive, Suite 1500, Irvine, California 92618. On October 1, 2026, I served on the interested parties to this action a true and correct copy of the following document(s), and any attachments and exhibits thereto, described as:

**DEFENDANT'S REQUEST FOR LEAVE TO FILE RESPONSIVE BRIEF IN OPPOSITION TO PLAINTIFF'S OPPOSITION TO THE COURT'S SUA SPONTE NOTICE OF INTENT TO DISMISS**

☒ **BY MAIL**: As follows: I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at Irvine, California, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postage cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

| | |
|---|---|
| Jamie Stahura<br>11076 Ligon Mill Road #100<br>Wake Forest, North Carolina 27587 | Telephone: (631) 252-9182<br>Email: nailbnder99@yahoo.com<br><br>Pro Se Interpleader |

☒ **BY CM/ECF:** The foregoing was filed electronically with the Clerk of the Court using the CM/ECF system, which sent notification of such filing to all CM/ECF registrants of record in this matter constituting service pursuant to Fed. R. Civ. P. 5(b)(2)(E).

☒ **BY ELECTRONIC MAIL:** Pursuant to the parties' agreement and/or the Court's order regarding electronic service, I electronically served the following persons at the electronic service addresses listed below. My electronic service address is Linda.Kwon@troutman.com.

| | |
|---|---|
| Matthew Thomas Joyce<br>600 Market Grove Drive, Suite 100<br>Wake Forest, North Carolina 27587 | Email: m.joyce07@proton.me<br><br>Pro Se Plaintiff<br>[*CM/ECF Service per ECF No. 74*] |
| Daniel Donahoe Wall<br>DUANE MORRIS LLP<br>1 Market Plaza<br>Spear Tower, Suite 2200<br>San Francisco, CA 94105 | Telephone: (415) 957-3032<br>Email: dwall@duanemorris.com<br><br>Attorneys for Defendant<br>ARB GAMING LLC dba MODO |
| Karen L. Alexander<br>DUANE MORRIS LLP<br>750 B Street, Suite 2900<br>San Diego, CA 92101-4681 | Telephone: (619) 744-2200<br>Emails: klalexander@duanemorris.com<br><br>Attorneys for Defendant<br>ARB GAMING LLC dba MODO |

| | |
|---|---|
| John Samuel Gibson<br>Tanya L. Greene<br>Colin F. Mcgrath<br>DLA PIPER LLP (US)<br>2000 Avenue of the Stars<br>Suite 400 North Tower<br>Los Angeles, California 90067-4735 | Telephone: (310) 595-3000<br>Emails: john.gibson@us.dlapiper.com;<br>tanya.greene@us.dlapiper.com;<br>colin.mcgrath@us.dlapiper.com<br><br>Attorneys for Defendant<br>APPLE INC. |
| Arjun P. Rao<br>Marcos Sasso<br>MORGAN, LEWIS & BOCKIUS LLP<br>2049 Century Park East, Suite 700<br>Los Angeles, CA 90067-3109 | Telephone: (310) 907-1000<br>Emails: arjun.rao@morganlewis.com;<br>marcos.sasso@morganlewis.com<br><br>Attorneys for Defendant<br>GOLDMAN SACHS BANK USA |

I declare that I am employed in the office of the member of the bar of this court under whose direction the service was made. Executed on October 1, 2026, at Irvine, California.

Linda Kwon