**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION**

MATTHEW THOMAS JOYCE, by and through undersigned counsel,

Plaintiff,

v.

ARB GAMING LLC DBA MODO. US; AFFIRM, INC.; GOLDMAN SACHS BANK USA; APPLE INC; AMAZON.COM, INC; DOES 1-50,

Defendants.

---

JAMIE STAHURA,

Plaintiff in Interpleader,

v.

ARB GAMING LLC dba MODO, a Delaware limited liability company; B2SERVICES OU dba; MCLUCK; AFFIRM, INC.; and DOES 1-10, inclusive,

Defendants in Interpleader.

---

Case No. 2:25-cv-01868-DJC-CSK

**[PROPOSED] ORDER GRANTING DEFENDANT AFFIRM, INC.'S RESPONSE TO PLAINTIFF'S OPPOSITION TO NOTICE OF INTENT TO DISMISS**

Judge: Hon. Daniel J. Calabretta
Assigned to: Magistrate Judge Chi Soo Kim

Complaint Filed: June 30, 2025
FAC Filed: March 2, 2026
Trial Date: None set

Having considered Defendant Affirm, Inc.'s ("Affirm") Request for Leave to File Responsive Brief in Opposition to Plaintiff's Opposition to the Court's Sua Sponte Notice of Intent to Dismiss, and good cause appearing therefor, IT IS HEREBY ORDERED that:

Affirm is granted leave to file its Response to Plaintiff's Opposition to Notice of Intent to Dismiss (the "Response"). The Court will consider Affirm's Response in connection with the Court's notice of intent to dismiss sua sponte certain claims against Affirm (ECF No. 111).

**IT IS SO ORDERED.**

Dated: ___________________________

___________________________________
Honorable Chi Soo Kim
United States Magistrate Judge