IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA SACRAMENTO DIVISION
Case No. 2:25-CV-01868-DJC-CSK

MATTHEW THOMAS JOYCE,
*Plaintiff*,

v.

ARB GAMING LLC DBA MODO US;
AFFIRM, INC;
GOLDMAN SACHS BANK USA;
APPLE INC;
AMAZON.COM INC;
DOES 1 – 50,
*Defendants*.

**NOTICE OF CORRECTION TO CONTACT INFORMATION IN ECF NO. 88 AND CORRECTED PROPOSED ORDER**

Plaintiff-in-Interpleader Jamie Stahura, through undersigned counsel, respectfully submits this Notice to correct the contact information appearing in the Motion to Withdraw as Counsel of Record filed at ECF No. 88 on July 21, 2026, including its certificate of service and the proposed order submitted with that motion.

1. ECF No. 88 incorrectly identifies Jamie Stahura's email address as Jamie.Stahura@PNFP.COM.
2. That email address should be removed from ECF No. 88 and from the proposed order. The correct email address for service on Ms. Stahura is:

**jamie.stahura@proton.me**

3. ECF No. 88 also identifies 170 Manordale Drive, Chapel Hill, North Carolina 27517 as Ms. Stahura's mailing address. That address is withdrawn and should not be used for service or included in the proposed order.
4. Counsel submits the corrected proposed order accompanying this Notice and respectfully requests that the Court consider and enter it in place of the proposed order previously submitted with ECF No. 88.
5. This Notice does not alter the relief requested in ECF No. 88 or otherwise affect any party's claims, defenses, rights, or representation.

Respectfully submitted on October 8, 2026.

/s/ Amina M. Mack
Amina M. Mack, Esq.
N.C. State Bar No. 61390
The Mack Law Firm, PLLC
4242 Six Forks Road, Suite 1550
Raleigh, North Carolina 27609
Telephone: (984) 480-7147
Email: legal@themacklaw.com

Attorney for Plaintiff-in-Interpleader
Jamie Stahura

**CERTIFICATE OF SERVICE**

I certify that on October 8, 2026, I electronically filed the foregoing Notice of Correction to Contact Information in ECF No. 88 and Corrected Proposed Order with the Clerk of Court using the Court's electronic filing system, which will send notice of electronic filing to all registered participants in this action.

I further certify that on the same date, I served a true and correct copy of the foregoing filing and the corrected proposed order on the following:

Jamie Stahura

Email: jamie.stahura@proton.me

/s/ Amina M. Mack
Amina M. Mack, Esq.
N.C. State Bar No. 61390
The Mack Law Firm, PLLC
4242 Six Forks Road, Suite 1550
Raleigh, North Carolina 27609
Telephone: (984) 480-7147
Email: legal@themacklaw.com

Attorney for Plaintiff-in-Interpleader
Jamie Stahura