IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA SACRAMENTO DIVISION
Case No. 2:25-CV-01868-DJC-CSK

MATTHEW THOMAS JOYCE,
*Plaintiff*,

v.

ARB GAMING LLC DBA MODO US;
AFFIRM, INC;
GOLDMAN SACHS BANK USA;
APPLE INC;
AMAZON.COM INC;
DOES 1 – 50,
*Defendants*.

**CORRECTED PROPOSED ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL OF RECORD FOR PLAINTIFF-IN-INTERPLEADER JAMIE STAHURA**

The Court has considered the Motion to Withdraw as Counsel of Record for Plaintiff-in-Interpleader Jamie Stahura filed at ECF No. 88, the supporting declarations, the corrected contact information submitted by Notice, the record in this action, and any opposition or argument presented. Good cause appearing, IT IS HEREBY ORDERED:

1. The Motion to Withdraw as Counsel of Record for Plaintiff-in-Interpleader Jamie Stahura is GRANTED.
2. Amina M. Mack and Jacqueline M. Sale are relieved as counsel of record for Jamie Stahura only. This Order does not affect the claims, defenses, rights, or representation of Matthew Thomas Joyce or any other party.

3. The Clerk of Court is directed to terminate Amina M. Mack and Jacqueline M. Sale as counsel for Jamie Stahura and to reflect that Ms. Stahura is proceeding pro se.
4. All future documents, notices, and orders directed to Jamie Stahura shall be served at the following email address:

   jamie.stahura@proton.me

   The email address Jamie.Stahura@PNFP.COM and the mailing address 170 Manordale Drive, Chapel Hill, North Carolina 27517 shall not be used for service on Ms. Stahura.

5. Ms. Stahura shall keep the Court and all parties informed of any change in her mailing address, email address, or telephone number.
6. Ms. Stahura is advised that, while proceeding pro se, she remains bound by the Federal Rules of Civil Procedure, the Local Rules of this Court, all applicable law, and all orders and deadlines entered in this action.
7. No stay is granted. All presently scheduled hearings and deadlines remain in effect unless modified by a separate order of the Court.
8. This Order is effective upon entry.

IT IS SO ORDERED.

Dated: ______________________

UNITED STATES MAGISTRATE JUDGE