Matthew Joyce
600 Market Grove Drive #100
Wake Forest, NC 27587-7345
(919) 259-4661
m.joyce07@proton.me
Plaintiff, Pro Se

FILED
OCT 14 2026
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY DEPUTY CLERK

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**SACRAMENTO DIVISION**

| | |
|---|---|
| MATTHEW JOYCE, an individual, Plaintiff, v. ARB GAMING LLC dba MODO.US; AFFIRM, INC.; GOLDMAN SACHS BANK USA; APPLE INC.; AMAZON.COM, INC.; and DOES 1–50, Defendants. | Case No. 2:25-cv-01868-DJC-CSK (PS) **CERTIFICATE OF SERVICE** |

I, Matthew Joyce, declare:

I am the Plaintiff in this action. I am over eighteen years of age. My address is 600 Market Grove Drive #100, Wake Forest, NC 27587-7345.

On October 14, 2026, I served the following documents:

1. Plaintiff's Request to Appear by Video and for Accommodations, Including Use of His Own Generative AI Tools, at the November 3, 2026 Hearing, with Exhibits A and C

2. [Proposed] Order

on the following by electronic mail:

| **Party** | **Name** | **E-mail** |
|---|---|---|
| ARB Gaming LLC dba Modo.us | Daniel D. Wall | dwall@duanemorris.com |
| | Karen L. Alexander | klalexander@duanemorris.com |
| | Walter A. Saurack | WASaurack@duanemorris.com |
| Affirm, Inc. | Kalama M. Lui-Kwan | kalama.lui-kwan@troutman.com |
| | Ryan A. Lewis | ryan.lewis@troutman.com |
| | Gary Sonnenfeld | gary.sonnenfeld@troutman.com |
| Goldman Sachs Bank USA | Arjun P. Rao | arjun.rao@morganlewis.com |
| | Marcos D. Sasso | marcos.sasso@morganlewis.com |
| | Kathleen Rosello | kathleen.rosello@morganlewis.com |
| Apple Inc. | Tanya L. Greene | tanya.greene@us.dlapiper.com |
| | Colin F. McGrath | colin.mcgrath@us.dlapiper.com |
| Plaintiff-in-Interpleader Jamie Stahura | Jamie Stahura | jamie.stahura@proton.me |
| | | Nailbnder99@yahoo.com |
| | Amina M. Mack | legal@themacklaw.com |
| | Jacqueline M. Sale | info@jaxlawoffices.com |
| | | jms@jaxlawoffices.com |
| | | jmsalelaw@gmail.com |

and on the following by United States mail, first-class postage prepaid:

Amazon.com, Inc., c/o Corporation Service Company, 2710 Gateway Oaks Dr., Suite 150N, Sacramento, CA 95833; and Amazon.com, Inc., 410 Terry Avenue North, Seattle, WA 98109-5210.

Service by electronic mail was made pursuant to Federal Rule of Civil Procedure 5(b)(2)(E). Each counsel of record served is a registered CM/ECF filing user in this District, and registration as a filing user constitutes consent to receive service electronically. E.D. Cal. L.R. 135(g)(1). Jamie Stahura is additionally sent copies by e-mail as a courtesy. Counsel of record will additionally be served by the Notice of Electronic Filing generated when these documents are docketed. E.D. Cal. L.R. 135(a).

A copy of the [Proposed] Order is additionally being submitted in Microsoft Word format by electronic mail to CSKorders@caed.uscourts.gov, pursuant to E.D. Cal. L.R. 137(b) and Judge Kim's Civil Standing Order § VII.A.

Defendant Amazon.com, Inc. has not appeared in this action and has no counsel of record; it was served by first-class United States mail at the two addresses above. Fed. R. Civ. P. 5(b)(2)(C); E.D. Cal. L.R. 135(d).

I declare under penalty of perjury that the foregoing is true and correct. Executed on October 14, 2026, at Wake Forest, North Carolina.

Signed by:
Matthew Joyce
07B601B840D34AB...

Matthew Joyce