Matthew Joyce
600 Market Grove Drive #100
Wake Forest, NC 27587-7345
(919) 259-4661
m.joyce07@proton.me
Plaintiff, Pro Se

FILED
OCT 14 2026
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY ____________ DEPUTY CLERK

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**SACRAMENTO DIVISION**

| | |
|---|---|
| MATTHEW JOYCE, an individual,<br>Plaintiff,<br>v.<br>ARB GAMING LLC dba MODO.US; AFFIRM, INC.; GOLDMAN SACHS BANK USA; APPLE INC.; AMAZON.COM, INC.; and DOES 1–50,<br><br>Defendants. | Case No. 2:25-cv-01868-DJC-CSK (PS)<br><br>**SUPPLEMENTAL CERTIFICATE OF SERVICE (Defendant Amazon.com, Inc.)** |

I, Matthew Joyce, declare:

I am the Plaintiff in this action. I am over eighteen years of age. My address is 600 Market Grove Drive #100, Wake Forest, NC 27587-7345.

On October 14, 2026, I served the following documents, which I filed on October 9, 2026 (ECF No. 126):

1. Plaintiff's Notice of Motion and Motion for (1) an Order Directing Defendant ARB Gaming LLC to Preserve Its Copy of the JAMS Arbitration Record and (2) Leave Under Fed. R. Civ. P. 26(d)(1) to Serve a Document Subpoena on JAMS, Inc.

2. Declaration of Matthew Joyce, with Exhibits A through H

3. [Proposed] Order

by first-class United States mail, postage prepaid, on Defendant Amazon.com, Inc., which has not appeared in this action and has no counsel of record, addressed as follows:

Amazon.com, Inc., c/o Corporation Service Company, 2710 Gateway Oaks Dr., Suite 150N, Sacramento, CA 95833

Amazon.com, Inc., 410 Terry Avenue North, Seattle, WA 98109-5210

Service by mail was made pursuant to Federal Rule of Civil Procedure 5(b)(2)(C) and E.D. Cal. L.R. 135(d). All other parties were served on October 9, 2026, as stated in the Certificate of Service filed with these documents.

I declare under penalty of perjury that the foregoing is true and correct. Executed on October 14, 2026, at Wake Forest, North Carolina.

Signed by:
Matthew Joyce
07B601B840D34AB...

Matthew Joyce