TROUTMAN PEPPER LOCKE LLP
Kalama M. Lui-Kwan (SBN 242121)
kalama.lui-kwan@troutman.com
Ryan A. Lewis (SBN 307253)
ryan.lewis@troutman.com
Three Embarcadero Center, Suite 800
San Francisco, CA 94111
Telephone: 415.477.5700
Facsimile: 415.477.5710

TROUTMAN PEPPER LOCKE LLP
Gary D. Sonnenfeld (SBN 247894)
gary.sonnenfeld@troutman.com
777 South Flagler Drive
Suite 215, East Tower
West Palm Beach, FL 33401
Telephone: 305.712.1572
Facsimile: 561.655.8719

Attorneys for Defendant
AFFIRM, INC.

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION**

MATTHEW THOMAS JOYCE, by and through undersigned counsel,

Plaintiff,

v.

ARB GAMING LLC DBA MODO. US; AFFIRM, INC.; GOLDMAN SACHS BANK USA; APPLE INC; AMAZON.COM, INC; DOES 1-50,

Defendants.

JAMIE STAHURA,

Plaintiff in Interpleader,

v.

ARB GAMING LLC dba MODO, a Delaware limited liability company; B2SERVICES OU dba; MCLUCK; AFFIRM, INC.; and DOES 1-10, inclusive,

Defendants in Interpleader.

Case No. 2:25-cv-01868-DJC-CSK

**NOTICE OF WITHDRAWAL AND REQUEST FOR REMOVAL FROM ECF NOTICES**

Judge: Hon. Daniel J. Calabretta
Assigned to: Magistrate Judge Chi Soo Kim

Complaint Filed: June 30, 2025
FAC Filed: March 2, 2026
Trial Date: None set

**TO THE CLERK OF THE COURT, AND ALL PARTIES AND COUNSEL OF RECORD:**

PLEASE TAKE NOTICE that Ryan A. Lewis hereby withdraws his appearance in this action on behalf of Defendant Affirm, Inc. ("Affirm") and respectfully requests that he be removed from the ECF notices. Kalama M. Lui-Kwan and Gary D. Sonnenfeld of Troutman Pepper Locke LLP will continue to serve as counsel for Affirm in this action.

Dated: October 22, 2026

TROUTMAN PEPPER LOCKE LLP

By: */s/ Ryan A. Lewis*
Kalama M. Lui-Kwan
Ryan A. Lewis
Gary D. Sonnenfeld

Attorneys for Defendant
AFFIRM, INC.

## CERTIFICATE OF SERVICE

I am over the age of 18 and not a party to the within action. I am employed in Orange County, California. My business address is 100 Spectrum Center Drive, Suite 1500, Irvine, California 92618. On October 22, 2026, I served on the interested parties to this action a true and correct copy of the following document(s), and any attachments and exhibits thereto, described as:

**NOTICE OF WITHDRAWAL AND REQUEST FOR REMOVAL FROM ECF NOTICES**

☒ **BY MAIL**: As follows: I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at Irvine, California, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postage cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

| | |
|---|---|
| Jamie Stahura<br>170 Manordale Drive<br>Chapel Hill, North Carolina 27517 | Telephone: (631) 252-9182<br>Email: jamie.stahura@proton.me<br><br>Pro Se Interpleader |

☒ **BY CM/ECF:** The foregoing was filed electronically with the Clerk of the Court using the CM/ECF system, which sent notification of such filing to all CM/ECF registrants of record in this matter constituting service pursuant to Fed. R. Civ. P. 5(b)(2)(E).

| | |
|---|---|
| Matthew Thomas Joyce<br>600 Market Grove Drive, Suite 100<br>Wake Forest, North Carolina 27587 | Email: m.joyce07@proton.me<br><br>Pro Se Plaintiff<br>[*CM/ECF Service per ECF No. 74*] |
| Daniel Donahoe Wall<br>DUANE MORRIS LLP<br>1 Market Plaza<br>Spear Tower, Suite 2200<br>San Francisco, CA 94105 | Telephone: (415) 957-3032<br>Email: dwall@duanemorris.com<br><br>Attorneys for Defendant<br>ARB GAMING LLC dba MODO |
| Karen L. Alexander<br>DUANE MORRIS LLP<br>750 B Street, Suite 2900<br>San Diego, CA 92101-4681 | Telephone: (619) 744-2200<br>Emails: klalexander@duanemorris.com<br><br>Attorneys for Defendant<br>ARB GAMING LLC dba MODO |
| John Samuel Gibson<br>Tanya L. Greene<br>Colin F. Mcgrath<br>DLA PIPER LLP (US)<br>2000 Avenue of the Stars<br>Suite 400 North Tower<br>Los Angeles, California 90067-4735 | Telephone: (310) 595-3000<br>Emails: john.gibson@us.dlapiper.com;<br>tanya.greene@us.dlapiper.com;<br>colin.mcgrath@us.dlapiper.com<br><br>Attorneys for Defendant<br>APPLE INC. |

| | |
|---|---|
| Arjun P. Rao<br>Marcos Sasso<br>MORGAN, LEWIS & BOCKIUS LLP<br>2049 Century Park East, Suite 700<br>Los Angeles, CA 90067-3109 | Telephone: (310) 907-1000<br>Emails: arjun.rao@morganlewis.com; marcos.sasso@morganlewis.com<br><br>Attorneys for Defendant<br>GOLDMAN SACHS BANK USA |

I declare that I am employed in the office of the member of the bar of this court under whose direction the service was made. Executed on October 22, 2026, at Irvine, California.

Linda Kwon