**DUANE MORRIS LLP**
Karen L. Alexander (SBN 265926)
KLAlexander@duanemorris.com
750 B Street, Suite 2900
San Diego, CA 92101-4681
Telephone: +1 619 744 2200
Facsimile: +1 619 744 2201

Daniel D. Wall (SBN 311391)
DWall@duanemorris.com
Spear Tower, One Market Plaza, Suite 2200
San Francisco, California 94105-1127
Telephone: +1 415 957 3000
Facsimile: +1 415 957 3001

Attorneys for Defendant
ARB GAMING LLC dba MODO

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| MATTHEW JOYCE, an individual,<br><br>Plaintiff,<br><br>v.<br><br>ARB GAMING LLC dba MODO, a Delaware limited liability company; AFFIRM, INC., GOLDMAN SACHS BANK USA; APPLE INC.; AMAZON.COM, INC.; and DOES 1-10 inclusive,<br>Defendants. | Case No. 2:25-cv-01868-DJC-CSK (PS)<br><br>**PROOF OF SERVICE** |

**PROOF OF SERVICE**

*Matthew Joyce v. ARB Gaming LLC dba MODO, et al.*
USDC, Eastern District of CA, Sacramento Division, Case No. 2:25-cv-01868-CSK (PS)

I am a citizen of the United States, over the age of 18 years, and not a party interested in the cause. I am an employee of Duane Morris LLP and my business address is One Market, Spear Tower, Suite 2200, San Francisco, California 94105. I am readily familiar with this firm's practices for collecting and processing correspondence for mailing with the United States Postal Service and for transmitting documents by FedEx, fax, email, messenger and other modes. On the date stated below, I served the following documents:

1. **DEFENDANT ARB GAMING LLC'S RESPONSE TO PLAINTIFF'S SUPPLEMENTAL BRIEF (ECF NO. 134) ON THE NOTICE OF FINAL ARBITRATION AWARD (ECF NO. 121)**

2. **ARB GAMING LLC'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF ITS RESPONSE TO PLAINTIFF'S SUPPLEMENTAL BRIEF ON THE MOTION TO COMPEL ARBITRATION AND DISMISS OR STAY THE ACTION**

☒ **BY E-MAIL**: Based on a court order or an agreement of the parties to accept service by email, I caused the documents to be sent to the person(s) at the e-mail addresses listed below. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on November 10, 2026, at San Francisco, California.

JoAnna Soliman

DUANE MORRIS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

## SERVICE LIST

| COUNSEL | PARTY |
|---|---|
| Matthew Thomas Joyce<br>600 Market Grove Drive, #100<br>Wake Forest, NC 27587-7345<br>Tel: 919-259-4661<br>Email: m.joyce07@proton.me | Pro Per |
| Kalama Mark Lui-Kwan<br>Ryan A. Lewis<br>Troutman Pepper Locke LLP<br>Three Embarcadero Center, Suite 800<br>San Francisco, CA 94111<br>Tel: 415-477-5700<br>Fax: 415-477-5710<br>Email: kalama.lui-kwan@troutman.com<br>ryan.lewis@troutman.com<br><br>Gary D. Sonnenfeld<br>Troutman Pepper Locke LLP<br>777 South Flagler Drive, Suite 215<br>East Tower<br>West Palm Beach, FL 33401<br>Tel: 305-712-1572<br>Fax: 561-655-8719<br>Email: gary.sonnenfeld@troutman.com | Attorneys for Defendant<br>Affirm, Inc. |
| Arjun P. Rao<br>Marcos D. Sasso<br>Morgan Lewis & Bockius LLP<br>2049 Century Park East, Suite 700<br>Los Angeles, CA 90067<br>Tel: 310-907-1063<br>Fax: 310-907-1001<br>Email: arjun.rao@morganlewis.com<br>marcos.sasso@morganlewis.com | Attorneys for Defendant<br>Goldman Sachs Bank USA |
| John Samuel Gibson<br>DLA Piper LLP US<br>2000 Avenue of the Stars<br>North Tower, Suite 400<br>Los Angeles, CA 90067-4704<br>Tel: 310-595-3039<br>Fax: 310-595-3339<br>Email: john.gibson@dlapiper.com | Attorneys for Defendant<br>Apple, Inc. |
| Jamie Stahura<br>11076 Ligon Mill Road, #100<br>Wake Forest, NC 27587<br>Telephone: 631.252.9182<br>Email: jamie.stahura@proton.me<br>nailbnder99@yahoo.com | Interpleader<br>Pro Se Status<br>Jamie Stahura |