# EXHIBIT A

# Case History Log

Joyce, Matthew vs. Arb Gaming LLC dba Modo, Ref#5100003080

NOTICE OF CLOSING FILE.PDF — 11/06/2026
#5100003080
Uploaded by: dreyes@jamsadr.com

LETTER DATED OCTOBER 28 2026.PDF — 10/28/2026
#5100003080
Uploaded by: dreyes@jamsadr.com

2026.09.29 SAURACK TO DANYCHEL REYES RE CLAIMANT'S REQUESTS.PDF — 09/29/2026
#5100003080
Uploaded by: wasaurack@duanemorris.com

FINAL AWARD.PDF — 09/14/2026
#5100003080
Uploaded by: dreyes@jamsadr.com

JOYCE, MATTHEW VS ARB GAMING LLC DBA MODO - 5100003080.PDF — 09/14/2026
#5100003080
Uploaded by: dreyes@jamsadr.com

AWARD — 09/11/2026
#5100003080
Replied by: wasaurack@duanemorris.com

FINAL INVOICE LETTER.PDF — 09/08/2026
#5100003080
Uploaded by: dreyes@jamsadr.com

AWARD — 09/04/2026
#5100003080
Sent by: dreyes@jamsadr.com

2026.09.03 ARB OPPOSITION TO RULE 1(C) APPLICATION.PDF — 09/04/2026
#5100003080
Uploaded by: wasaurack@duanemorris.com

2026.09.03 Arb Opposition to Rule 1(c) Application.pdf — 09/04/2026
#5100003080
Deleted by: dreyes@jamsadr.com

2026.09.03 ARB OPPOSITION TO RULE 1(C) APPLICATION.PDF — 09/03/2026
#5100003080
Uploaded by: wasaurack@duanemorris.com

PENDING MOTION TO DISMISS AND MOTION TO TERMINATE/ENTER FINAL AWARD — 08/31/2026
#5100003080
Replied by: m.joyce07@proton.me

PENDING MOTION TO DISMISS AND MOTION TO TERMINATE/ENTER FINAL AWARD — 08/31/2026
#5100003080
Replied by: wasaurack@duanemorris.com

PENDING MOTION TO DISMISS AND MOTION TO TERMINATE/ENTER FINAL AWARD — 08/31/2026
#5100003080
Sent by: pleen@jamsadr.com

2026.08.21 OPPOSITION TO JOYCE MOTION(302254973.2).PDF — 08/21/2026
#5100003080
Uploaded by: wasaurack@duanemorris.com

RESPONDENT&APOS;S AUGUST 13, 2026 LETTER RE SCHEDULE AND CLAIKMANT&APOS;S AUGUST 14, 2026 ... — 08/17/2026
#5100003080
Sent by: pleen@jamsadr.com

DECLARATION OF MATTHEW JOYCE ISO MOTION TO TERMINATE ARBITRATION.PDF — 08/14/2026
#5100003080
Uploaded by: m.joyce07@proton.me

2026.08.14 CLAIMANT'S MOTION TO TERMINATE ARBITRATION OR IN THE ALTERNATIVE FOR ENTRY OF A FINA... — 08/14/2026

Exh. A-1

#5100003080

Uploaded by: m.joyce07@proton.me



2026.08.14 JOYCE TO HON. PEGGY A LEEN RE MOTION TO TERMINATE.PDF 08/14/2026

#5100003080

Uploaded by: m.joyce07@proton.me

2026.08.13 SAURACK TO HON. PEGGY A LEEN RE MOTION SCHEDULE.PDF 08/13/2026

#5100003080

Uploaded by: wasaurack@duanemorris.com

ABR MOTION TO DISMISS JOYCE AMENDED STATEMENT OF CLAIM.PDF 07/03/2026

#5100003080

Uploaded by: wasaurack@duanemorris.com

ORDER RE CLAIMANT'S MOTION TO WITHDRAW AND CLAIMANT'S NOTICE OF APPEARING PRO SE.PDF 06/18/2026

#5100003080

Uploaded by: dreyes@jamsadr.com

ORDER RE RESPONDENT'S REQUEST FOR ADJOURNMENT AND CLAIMANT'S MOTION TO WITHDRAW.PDF 05/26/2026

#5100003080

Uploaded by: dreyes@jamsadr.com

M. JOYCE - MOTION TO WITHDRAW.PDF 05/20/2026

#5100003080

Uploaded by: legal@themacklaw.com

REQUEST FOR ADJOURNMENT 05/20/2026

#5100003080

Uploaded by: wasaurack@duanemorris.com

INTERIM AWARD RE (1) CLAIMANT'S MOTION FOR AN ORDER DECLARING ARBITRATION NON-BINDING, (2) RES... 05/13/2026

#5100003080

Uploaded by: dreyes@jamsadr.com

2026.05.04 SAURACK TO HON PEGGY A LEEN RE MACK RESP.PDF 05/04/2026

#5100003080

Uploaded by: wasaurack@duanemorris.com

REQUEST TO FILE REPLY 04/27/2026

#5100003080

Sent by: pleen@jamsadr.com

2026.04.24 SAURACK TO HON. PEGGY A LEEN RE MACK RESP.PDF 04/25/2026

#5100003080

Uploaded by: wasaurack@duanemorris.com

M. JOYCE - RESPONSE TO THE RESPONDENT'S OPPOSITION TO NOTICE OF WITHDRAWAL.PDF 04/22/2026

#5100003080

Uploaded by: legal@themacklaw.com

ORDER REGARDING CLAIMANT'S REQUEST TO WITHDRAW AND RESPONDENT'S OPPOSITION.PDF 04/10/2026

#5100003080

Uploaded by: dreyes@jamsadr.com

OPPOSITION TO CLAIMANT'S NOTICE OF WITHDRAWAL 04/08/2026

#5100003080

Uploaded by: wasaurack@duanemorris.com

WITHDRAWAL OF CLAIMS 04/06/2026

#5100003080

Uploaded by: legal@themacklaw.com

AMENDED DEMAND FOR ARBITRATION AND AMENDED STATEMENT OF CLAIMS 04/01/2026

#5100003080

Uploaded by: legal@themacklaw.com

SUPPLEMENTAL DISCLOSURE.PDF 03/20/2026

#5100003080

Uploaded by: dreyes@jamsadr.com



ORDER RE (1) CLAIMANT'S MOTION FOR AN ORDER DECLARING ARBITRATION NON-BINDING AND (2) RESPOND... 03/04/2026
#5100003080
Uploaded by: dreyes@jamsadr.com

2026.03.02 SAURACK TO HON. PEGGY A LEEN PENDING MOTIONS.PDF 03/02/2026
#5100003080
Uploaded by: wasaurack@duanemorris.com

M.JOYCE_RESPONSE TO RESPONDENTS LTR 02.12.2026.PDF 02/28/2026
#5100003080
Uploaded by: legal@themacklaw.com

2026.02.12 SAURACK TO HON. PEGGY A LEEN PENDING MOTIONS.PDF 02/12/2026
#5100003080
Uploaded by: wasaurack@duanemorris.com

MATTHEW JOYCE_NOA_AMINA M. MACK 01/21/2026
#5100003080
Uploaded by: legal@themacklaw.com

SUPPLEMENTAL DISCLOSURE.PDF 01/19/2026
#5100003080
Uploaded by: dreyes@jamsadr.com

CLAIMANT RESPONSE TO 12.15.25 FILING.PDF 12/18/2025
#5100003080
Uploaded by: matthewtjoyce@yahoo.com

2025.12.15 SAURACK TO HON. PEGGY A LEEN RE SUPPLEMENTAL FILING.PDF 12/15/2025
#5100003080
Uploaded by: wasaurack@duanemorris.com

JOYCE - CLAIMANT'S SUPPLEMENTAL SUBMISSION IN SUPPORT OF MOTION FOR NON-BINDING ARBITRATION .... 12/06/2025
#5100003080
Uploaded by: matthewtjoyce@yahoo.com

2025 11 21 - ARB - LTR TO JUDGE LEEN.PDF 11/21/2025
#5100003080
Uploaded by: kwang@duanemorris.com

SUPPLEMENTAL DISCLOSURE.PDF 11/18/2025
#5100003080
Uploaded by: dreyes@jamsadr.com

ORDER RE CLAIMANT'S REQUESTS ARISING OUT OF ALLEGED DISBARMENT OF COUNSEL, NEED TO FIND SUBS... 11/17/2025
#5100003080
Uploaded by: dreyes@jamsadr.com

ORDER TO SHOW CAUSE.PDF 11/13/2025
#5100003080
Uploaded by: dreyes@jamsadr.com

MODO REPLY BRIEF IN SUPPORT OF MOT. TO DISMISS 11/12/2025
#5100003080
Uploaded by: wasaurack@duanemorris.com

REPLY 11/06/2025
#5100003080
Uploaded by: reshmakamath2021@gmail.com

OPPOSITION TO MOTION TO DISMISS 11/06/2025
#5100003080
Uploaded by: reshmakamath2021@gmail.com

ARB - DECLARATION OF PATRICK FECHTMEYER IN SUPPORT OF OPPOSITION TO MOTION FOR ORDER DECLARIN... 11/05/2025
#5100003080
Uploaded by: kwang@duanemorris.com

ARB - OPPOSITION TO MOTION FOR ORDER DECLARING ARBITRATION NON-BINDING — 11/05/2025
#5100003080
Uploaded by: kwang@duanemorris.com

LETTER REGARDING ORDER — 10/24/2025
#5100003080
Uploaded by: wasaurack@duanemorris.com

ARB GAMING MOTION TO DISMISS W EXHIBITS.PDF — 10/22/2025
#5100003080
Uploaded by: wasaurack@duanemorris.com

REPORT OF PRELIMINARY HEARING AND SCHEDULING ORDER NO. 1.PDF — 09/22/2025
#5100003080
Uploaded by: dreyes@jamsadr.com

NOTICE OF MOTION AND MOTION FOR AN ORDER DECLARING ARBITRATION NON-BINDING — 09/10/2025
#5100003080
Uploaded by: reshmakamath2021@gmail.com

2025 08 20 - ARB GAMING - ANSWER AND AFFIRMATIVE DEFENSES.PDF — 08/20/2025
#5100003080
Uploaded by: kwang@duanemorris.com

ARBITRATOR DISCLOSURE STATEMENT (LEEN).PDF — 08/12/2025
#5100003080
Uploaded by: dreyes@jamsadr.com

APPOINTMENT OF ARBITRATOR.PDF — 08/12/2025
#5100003080
Uploaded by: mlevington@jamsadr.com

COMMENCEMENT OF CONSUMER ARBITRATION.PDF — 07/31/2025
#5100003080
Uploaded by: mlevington@jamsadr.com

NOTICE OF CHANGE OF ADDRESS — 07/30/2025
#5100003080
Uploaded by: reshmakamath2021@gmail.com

NOTICE OF INTENT TO INITIATE ARBITRATION (RESPONDENT'S INVOICE ATTACHED).PDF — 07/23/2025
#5100003080
Uploaded by: mlevington@jamsadr.com

LETTER DATED JULY 23, 2025 RE CONSUMER MINIMUM STANDARDS AND FEE WAIVER.PDF — 07/23/2025
#5100003080
Uploaded by: mlevington@jamsadr.com

| | | | | | |
|---|---|---|---|---|---|
| 1238772 | 2025.05.27 - Ltr to JAMS re_ Rules.pdf | Administrative/Correspondence | 12 Members | Matt Levington | 05/27/2025 |
| 1238770 | 2025.05.27 - JAMS Notice of Appearance.pdf | Administrative/Correspondence | 12 Members | Matt Levington | 05/27/2025 |
| 1230598 | LETTER DATED MAY 20, 2025 RE EXPEDITED PROCEDURES OPT-IN DEADLINE TO RESPOND.pdf | Administrative/Correspondence | 12 Members | Matt Levington | 05/20/2025 |
| 1230597 | LETTER DATED MAY 20, 2025 RE CONSUMER MINIMUM STANDARDS.pdf | Administrative/Correspondence | 12 Members | Matt Levington | 05/20/2025 |
| 1216974 | POS.pdf | Proof Of Service | 12 Members | RESHMA KAMATH | 05/09/2025 |

40-60 of 62 Page: 3

| FILE ID | FILE NAME | CLASSIFICATION | MEMBERS | FIRM | UPLOADED BY | UPLOADED | POS |
|---|---|---|---|---|---|---|---|
| 1216973 | MODO-AGREEMENT.pdf | Other | 12 Members | | RESHMA KAMATH | 05/09/2025 | |
| 1209978 | 2025-FINAL-JOYCE-COMPLAINT.pdf | Claims/Responses/Counterclaims | 12 Members | | RESHMA KAMATH | 05/05/2025 | |

60-62 of 62 Page: 4