# EXHIBIT D

JAMS Access

JAMS Access - Document Upload Confirmation & Proof of Service

**Joyce, Matthew vs. Arb Gaming LLC dba Modo , JAMS Reference Number: 5100003080**

You have successfully uploaded the following document through JAMS Access:

**Document Uploaded By:** JAMS

**Date of Upload:** 9/14/2026

**Time of Upload:** 12:51 PM (PT)

**Document Title:** FINAL AWARD.pdf

An email notification has been sent to the following individuals included on the JAMS Access Service List:

**JAMS :** Peggy Leen (pleen@jamsadr.com);Danychel Reyes (dreyes@jamsadr.com);

**Duane Morris LLP :** Karen Alexander (klalexander@duanemorris.com);Katie Wang (kwang@duanemorris.com);Walter Saurack (wasaurack@duanemorris.com);William Gantz (bgantz@duanemorris.com);

Matthew Joyce (m.joyce07@proton.me)

Other authorized users may also receive email notification of this record.

Future registered users added to the JAMS service list will also have access to this document.

I, Mara Satterthwaite, not a party to the within action, am at least 18 years old and my business address is in Las Vegas, Nevada, hereby declare that on 9/14/2026, I electronically served the attached FINAL AWARD.pdf on the parties in the within action via JAMS Access at the electronic service address(es) above.

I declare under penalty of perjury the foregoing to be true and correct.

*/s/ Mara Satterthwaite*

Mara Satterthwaite