**DUANE MORRIS LLP**
Karen L. Alexander (SBN 265926)
KLAlexander@duanemorris.com
750 B Street, Suite 2900
San Diego, CA 92101-4681
Telephone: +1 619 744 2200
Facsimile: +1 619 744 2201

Daniel D. Wall (SBN 311391)
DWall@duanemorris.com
Spear Tower, One Market Plaza, Suite 2200
San Francisco, California 94105-1127
Telephone: +1 415 957 3000
Facsimile: +1 415 957 3001

Attorneys for Defendant
ARB GAMING LLC dba MODO

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| MATTHEW JOYCE, an individual,<br><br>Plaintiff,<br><br>v.<br><br>ARB GAMING LLC dba MODO, a Delaware limited liability company; AFFIRM, INC.; GOLDMAN SACHS BANK USA; APPLE INC.; AMAZON.COM, INC.; and DOES 1–50, inclusive,<br><br>Defendants. | Case No. 2:25-cv-01868-DJC-CSK (PS)<br><br>**DECLARATION OF DANIEL D. WALL IN SUPPORT OF DEFENDANT ARB GAMING LLC'S MOTION TO CONFIRM FINAL ARBITRATION AWARD AND FOR ENTRY OF JUDGMENT**<br><br>[Filed concurrently with the Notice of Motion and Motion; the Memorandum of Points and Authorities; the Request for Judicial Notice and Exhibits A–D; the [Proposed] Order, with [Proposed] Judgment as Exhibit 1; and the Proof of Service.]<br><br>Date: December 15, 2026<br>Time: 10:00 a.m.<br>Dept: Courtroom 25, 8th Floor<br>Judge: Hon. Daniel J. Calabretta<br>Hon. Chi Soo Kim |

**DECLARATION OF DANIEL D. WALL**

I, Daniel D. Wall, declare as follows:

1. I am an attorney with Duane Morris LLP, counsel for Defendant ARB Gaming LLC dba Modo ("ARB"). I am a member of the State Bar of California and admitted to practice before this Court. I have personal knowledge of the facts stated in this declaration. If called as a witness, I could and would testify competently to them.

2. I submit this declaration in support of ARB's Motion to Confirm the Final Arbitration Award, Dismiss Joyce's Claims Against ARB With Prejudice, and Enter Judgment for ARB.

3. Duane Morris LLP represented ARB in the JAMS arbitration captioned *Joyce, Matthew vs. Arb Gaming LLC dba Modo*, JAMS Ref. No. 5100003080 (the "Arbitration"). JAMS Access is JAMS's online portal for filing and serving case documents. Attorneys and staff at Duane Morris LLP who represented ARB in the Arbitration have access to the Arbitration's file on JAMS Access.

4. Exhibit A to ARB's concurrently filed Request for Judicial Notice is a true and correct copy of the case detail and filing history for the Arbitration. My office downloaded it from JAMS Access on November 10, 2026. Exhibit A has two parts. Pages 1 through 4 are the JAMS Access Case History Log, listing entries from July 23, 2025 through November 6, 2026. Page 5 is a screen capture of the JAMS Access Documents tab. It shows seven additional documents uploaded to JAMS as part of this arbitration between May 5, 2025 and May 27, 2025. The earliest is "2025-FINAL-JOYCE-COMPLAINT.pdf," uploaded May 5, 2025 by Reshma Kamath. Exhibit A does not show any documents uploaded between May 28, 2025 and July 22, 2025.

5. Exhibit B to ARB's concurrently filed Request for Judicial Notice is a true and correct copy of Joyce's original Demand for Arbitration, submitted to JAMS on May 9, 2025. Exhibit B has three parts:

a. the JAMS Access cover sheet titled "Demand For Arbitration – MATTHEW JOYCE vs. MODO US #5100003080," showing "Submission Date: 5/9/2025";

b. the attached complaint, file name "2025-FINAL-JOYCE-COMPLAINT.pdf";

c. the document titled "Proof of Service," signed by Reshma Kamath and dated May 5, 2025.

6. Exhibit C to ARB's concurrently filed Request for Judicial Notice is a true and correct copy of Joyce's Amended Demand for Arbitration and Amended Statement of Claim, followed by the JAMS Access "Document Upload Confirmation & Proof of Service" for that document, which shows that Amina Mack uploaded it on April 1, 2026.

7. Exhibit D to ARB's concurrently filed Request for Judicial Notice is a true and correct copy of a JAMS Access "Document Upload Confirmation & Proof of Service," generated by my office from JAMS Access on November 10, 2026. It states that JAMS uploaded "FINAL AWARD.pdf" on September 14, 2026, at 12:51 PM (PT). In it, Mara Satterthwaite declares that she served it on the parties via JAMS Access that day.

8. Exhibit A reflects no request by any party to correct the Final Award between September 14, 2026 and September 28, 2026. I am not aware of any party serving ARB or its counsel with a request to correct the Final Award.

9. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. I executed this declaration on November 10, 2026, at San Francisco, California.

Dated: November 10, 2026

**DUANE MORRIS LLP**

By: */s/ Daniel D. Wall*
Karen L. Alexander
Daniel D. Wall